AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| DAVID COUCH, SR., and JEANELLE COUCH; both individually and as successors in interest to DAVID COUCH, JR. Decedent ) <br> *Plaintiff* ) <br> v. ) <br> STATE OF CALIFORNIA, by and through CALIFORNIA HIGHWAY PATROL; RYAN CATES; SHASTA COUNTY; and DOES 1-20, inclusive ) <br> *Defendant* ) | Case No.   2:24-cv-00481-TLN-AC |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

David Couch, Sr.; both individually and as successor in interest to David Couch, Jr. Decedent.

Date: 02/26/2024

/s/ Trenton C. Packer
*Attorney's signature*

Trenton C. Packer (SBN 241057)
*Printed name and bar number*

7095 Indiana Ave., Suite 200
Riverside, CA 92506

*Address*

tpacker@grechpackerlaw.com
*E-mail address*

(951) 682-9311
*Telephone number*

(951) 682-4289
*FAX number*