ROB BONTA, State Bar No. 202668
Attorney General of California
CATHERINE WOODBRIDGE, State Bar No. 186186
Supervising Deputy Attorney General
AMIE BEARS, State Bar No. 242372
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7663
  Fax: (916) 322-8288
  E-mail: Amie.Bears@doj.ca.gov
*Attorneys for Defendant California Highway Patrol*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID COUCH, SR., and JEANELLE COUCH; both individually and as successors in interest to DAVID COUCH, JR. Decedent,<br><br>                       Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, by and through CALIFORNIA HIGHWAY PATROL; RYAN CATES; SHASTA COUNTY; and DOES 1-20, inclusive,<br><br>                       Defendant. | Case no. 2:24-cv-00481-TLN-AC<br><br>**DEFENDANT CALIFORNIA HIGHWAY PATROL'S NOTICE OF NON-OPPOSITION TO MOTION TO SEVER THE ACTION**<br><br>Date:        May 2, 2024<br>Time:       2:00 p.m.<br>Courtroom: 2, 15th Floor<br>Action Filed: January 12, 2024 |

1

Please take notice that Defendant California Highway Patrol hereby submits its non-opposition to Defendant Shasta County's Motion to Sever the Action. Dkt. 8-1.

Dated: March 7, 2024

Respectfully submitted,

Rob Bonta
Attorney General of California
Catherine Woodbridge
Supervising Deputy Attorney General

*/s/ Amie Bears*

Amie Bears
Deputy Attorney General
*Attorneys for Defendant California Highway Patrol*

SA2024950004
37922772.docx

# CERTIFICATE OF SERVICE

Case Name:   **Couch v. State of California**          No.   **2:24-cv-00481-TLN-AC**

I hereby certify that on <u>March 7, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT CALIFORNIA HIGHWAY PATROL'S NOTICE OF NON-OPPOSITION TO MOTION TO SEVER THE ACTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 7, 2024</u>, at Sacramento, California.

|  |  |
|---|---|
| Sienna Sweiven | /s/ *Sienna Sweiven* |
| Declarant | Signature |

SA2024950004
37922812.docx