| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Kimberly S. Trimble, Esq. (SBN 288682)<br>SINGLETON SCHREIBER, LLP<br>591 Camino de la Reina, Suite 1025<br>San Diego, CA 92108<br>Telephone No: 619-356-7602<br>Attorney For: Plaintiff | |
| Ref. No. or File No.:<br>Couch v. State of California, et al. | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA |

| Plaintiff: | DAVID COUCH SR., ET AL. |
|---|---|
| Defendant: | STATE OF CALIFORNIA, BY AND THROUGH CALIFORNIA HIGHWAY PATROL, ET AL. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:24−CV−00481−TLN−AC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR DAMAGES; NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a); INITIAL PRETRIAL SCHEDULING ORDER

3. a. Party served:   RYAN CATES
   b. Person served:  RYAN CATES (Caucasian, Male, 40s, Brown Hair, 6'0", 180 Pounds), authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   2550 Main Street, Red Bluff, CA 96080

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Mar 14 2024 (2) at: 12:14 PM

6. **Person Who Served Papers:**
   a. Grace Tulley (285, Shasta County)      d. **The Fee** for Service was:   $696.00
   b. c/o FIRST LEGAL
      530 B Street, Suite 1050
      SAN DIEGO, CA 92101
   c. (619) 231-9111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

03/15/2024                                     *graceynn tulley*
(Date)                                          (Signature)



PROOF OF SERVICE

10549427
(15134482)