# UNITED STATES DISTRICT COURT

Eastern __District of__ California

David Couch, Sr., et al

Plaintiff (s),

V.

State of California, et al.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:24-cv-00481-TLN-AC

Notice is hereby given that, subject to approval by the court, _____Ryan Cates_____ substitutes
(Party (s) Name)

_____Lee H. Roistacher_____, State Bar No. 179619 as counsel of record in place
(Name of New Attorney)

place of _____Amie C. Bears_____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Dean Gazzo Roistacher LLP

Address: 440 Stevens Avenue, Suite 100 Solana Beach, Ca. 92075

Telephone: (858) 264-4938 Facsimile (858) 492-0486

E-Mail (Optional): lroistacher@deangazzo.com

I consent to the above substitution.

Date: 12/24/24

RYAN M. CATES

(Signature of Party (s))

I consent to being substituted.

Date: December 23, 2024

Amie C. Bears

/s/ Amie Bears
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: December 31. 2024

Lee H. Roistacher

/s/ Lee Roistacher ( as authorized 12/23/2024)
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____     _____

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

# CERTIFICATE OF SERVICE

Case Name:   **Couch v. State of California**        No.    **2:24-cv-00481-TLN-AC**

I hereby certify that on December 31, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on December 31, 2024, at Sacramento, California.


| Molly Johnson | */s/ Molly Johnson* |
|:---:|:---:|
| Declarant | Signature |

SA2024950004
38663943.docx