# UNITED STATES DISTRICT COURT

Eastern **District of** California

David Couch, Sr., et al
Plaintiff (s),

V.

State of California, et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:24-cv-00481-TLN-AC

Notice is hereby given that, subject to approval by the court, **California Highway Patrol** substitutes
(Party (s) Name)

**Lee H. Roistacher**, State Bar No. 179619 as counsel of record in place
(Name of New Attorney)

place of **Amie C. Bears**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Dean Gazzo Roistacher LLP
Address: 440 Stevens Avenue, Suite 100 Solana Beach, Ca. 92075
Telephone: (858) 264-4938    Facsimile (858) 492-0486
E-Mail (Optional): lroistacher@deangazzo.com

I consent to the above substitution.                                Carolyn Lloyd
Date: December 31, 2024                                             /s/ Carolyn Lloyd ( as authorized on 12/31/ 2024)
                                                                    (Signature of Party (s))

I consent to being substituted.                                     Amie C. Bears
Date: December 23, 2024                                             /s/ Amie Bears
                                                                    (Signature of Former Attorney (s))

I consent to the above substitution.                                Lee H. Roistacher
Date: December 31, 2024                                             /s/ Lee Roistacher ( as authorized 12/23/2024)
                                                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:                                                               Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# CERTIFICATE OF SERVICE

Case Name:   **Couch v. State of California**          No.   **2:24-cv-00481-TLN-AC**

I hereby certify that on December 31, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on December 31, 2024, at Sacramento, California.

|  |  |
|---|---|
| Molly Johnson | */s/ Molly Johnson* |
| Declarant | Signature |

SA2024950004
38663943.docx