# UNITED STATES DISTRICT COURT

Eastern **District of** California

David Couch, Sr., et al
    Plaintiff(s),

V.

State of California, et al.

    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:24-cv-00481-TLN-AC

Notice is hereby given that, subject to approval by the court, __Ryan Cates__ substitutes
(Party (s) Name)

__Lee H. Roistacher__, State Bar No. __179619__ as counsel of record in place
(Name of New Attorney)

place of __Amie C. Bears__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Dean Gazzo Roistacher LLP |
| Address: | 440 Stevens Avenue, Suite 100 Solana Beach, Ca. 92075 |
| Telephone: | (858) 264-4938    Facsimile (858) 492-0486 |
| E-Mail (Optional): | lroistacher@deangazzo.com |

I consent to the above substitution.

Date: 12/24/24

RYAN M. CATES

_(Signature of Party (s))_

I consent to being substituted.

Date: December 23, 2024

Amie C. Bears
/s/ Amie Bears
_(Signature of Former Attorney (s))_

I consent to the above substitution.

Date: December 31. 2024

Lee H. Roistacher
/s/ Lee Roistacher ( as authorized 12/23/2024)
_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: January 2, 2025

_Judge_

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]