# UNITED STATES DISTRICT COURT

Eastern **District of** California

| David Couch, Sr., et al | CONSENT ORDER GRANTING |
| Plaintiff (s), | SUBSTITUTION OF ATTORNEY |

V.

State of California, et al.

**CASE NUMBER:** 2:24-cv-00481-TLN-AC

Defendant (s),

Notice is hereby given that, subject to approval by the court, **California Highway Patrol** substitutes
(Party (s) Name)

**Lee H. Roistacher**, State Bar No. **179619** as counsel of record in place
(Name of New Attorney)

place of **Amie C. Bears**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: Dean Gazzo Roistacher LLP
- Address: 440 Stevens Avenue, Suite 100 Solana Beach, Ca. 92075
- Telephone: (858) 264-4938    Facsimile: (858) 492-0486
- E-Mail (Optional): lroistacher@deangazzo.com

I consent to the above substitution.                    Carolyn Lloyd

Date: December 31, 2024                    /s/ Carolyn Lloyd ( as authorized on 12/31/ 2024)
(Signature of Party (s))

I consent to being substituted.                    Amie C. Bears

Date: December 23, 2024                    /s/ Amie Bears
(Signature of Former Attorney (s))

I consent to the above substitution.                    Lee H. Roistacher

Date: December 31, 2024                    /s/ Lee Roistacher ( as authorized 12/23/2024)
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 2, 2025

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**