# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | |
|---|---|
| DAVID COUCH, SR., and JEANELLE COUCH; both individually and as successors in interest to DAVID COUCH, JR. Decedent <br> *Plaintiff* <br> v. <br> STATE OF CALIFORNIA, by and through CALIFORNIA HIGHWAY PATROL; RYAN CATES; SHASTA COUNTY; and DOES 1-20, inclusive <br> *Defendant* | Case No. 2:24-cv-00481-TLN-AC |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, State of California, by and through Calfornia Highway Patrol and Ryan Cates.

Date: 1/28/2025

/s/ Brooke M. Mesner
*Attorney's signature*

Brooke M. Mesner, SBN 354265
*Printed name and bar number*

440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
*Address*

bmesner@deangazzo.com
*E-mail address*

858-380-4683
*Telephone number*

858-492-0486
*FAX number*