Docusign Envelope ID: 8B5ACE34-B45A-45EF-930C-347B68C281D0

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiff* DAVID COUCH, Sr.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID COUCH, Sr., and JEANELLE COUCH; both individually and as successors in interest to DAVID COUCH, Jr. Decedent,<br><br>    Plaintiffs,<br><br>    v.<br><br>STATE OF CALIFORNIA, by and through CALIFORNIA HIGHWAY PATROL; RYAN CATES; SHASTA COUNTY; and DOES 1-210, inclusive,<br><br>    Defendants. | Case No. 2:24-cv-00481-TLN-AC<br><br>[*Honorable Troy L. Nunley*]<br>Magistrate Judge Allison Claire<br><br>**DECLARATION OF PLAINTIFF, DAVID COUCH, Sr., PURSUANT TO SECTION 377.32 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE** |

## DECLARATION OF DAVID COUCH, SR. PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 377.32

I, DAVID COUCH, Sr., declare as follows:

1. I am over the age of 18 years. I have personal knowledge of the facts contained in this declaration, and if called as a witness I could and would testify competently to the truth of the facts stated herein.

2. I am the natural father of decedent, DAVID COUCH, who died on February 9, 2023 in the County of Shasta, California.

3. No proceeding is now pending in California for administration of the decedent's estate. Further, no proceeding for admission of decedent's estate is pending in any other state court at this time.

4. The affiant or declarant is the decedent's successor in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeeds to the decedent's interest in the action or proceeding.

5. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding besides the equal right of JEANELLE COUCH, the natural mother of decedent, which is subject to a separate successor in interest declaration. Decedent had no children and was not married.

6. A certified copy of decedent's death certificate is attached hereto as Exhibit "A."

The affiant or declarant affirms or declares under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 7th day of May 2025, in County of Shasta, California.



_____

DAVID COUCH, SR.

EXHIBIT A

# COUNTY OF SHASTA

2650 BRESLAUER WAY

REDDING, CALIFORNIA  96001

**CERTIFICATION OF VITAL RECORD**

| 3052023050849 | **CERTIFICATE OF DEATH** | 3202345000380 |
|---|---|---|
| STATE FILE NUMBER | VS-11 (03/2014) | LOCAL REGISTRATION NUMBER |

**DECEDENT'S PERSONAL DATA**

| 1. NAME OF DECEDENT—FIRST (Given) | 2. MIDDLE | 3. LAST (Family) |
|---|---|---|
| DAVID | LAWRENCE | COUCH, III |

AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST)

| 4. DATE OF BIRTH mm/dd/ccyy | 5. AGE Yrs. | 6. SEX |
|---|---|---|
| 08/17/1991 | 31 | M |

| 8. BIRTH STATE/FOREIGN COUNTRY | 10. SOCIAL SECURITY NUMBER | 11. EVER IN U.S. ARMED FORCES? | 12. MARITAL STATUS (at time of death) | 7. DATE OF DEATH mm/dd/ccyy | 8. HOUR (24 Hours) |
|---|---|---|---|---|---|
| CA | 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 | YES ☒ NO | NEVER MARRIED | 02/14/2023 | 1535 |

| 13. EDUCATION | 14/15. WAS DECEDENT HISPANIC/LATINO/SPANISH? | 16. DECEDENT'S RACE | 19. YEARS IN OCCUPATION |
|---|---|---|---|
| HS GRADUATE | YES ☒ NO | WHITE | 3 |

| 17. USUAL OCCUPATION – Type of work for most of life, DO NOT USE RETIRED | 18. KIND OF BUSINESS OR INDUSTRY |
|---|---|
| COOK | RESTAURANT |

**USUAL RESIDENCE**

| 20. DECEDENT'S RESIDENCE (Street and number, or location) |
|---|
| 3060 ISLAND DRIVE |

| 21. CITY | 22. COUNTY/PROVINCE | 23. ZIP CODE | 24. YEARS IN COUNTY | 25. STATE/FOREIGN COUNTRY |
|---|---|---|---|---|
| REDDING | SHASTA | 96001 | 25 | CA |

| 26. INFORMANT'S NAME, RELATIONSHIP | 27. INFORMANT'S MAILING ADDRESS |
|---|---|
| LARRY WILLIAM METZGER, FATHER | 3060 ISLAND DRIVE, REDDING, CA 96001 |

**SPOUSE/DOMESTIC PARTNER INFORMATION**

| 28. NAME OF SURVIVING SPOUSE—FIRST | 29. MIDDLE | 30. LAST (BIRTH NAME) |
|---|---|---|
| - | | |

| 31. NAME OF FATHER/PARENT—FIRST | 32. MIDDLE | 33. LAST | 34. BIRTH STATE |
|---|---|---|---|
| LARRY | WILLIAM | METZGER | NY |

| 35. NAME OF MOTHER/PARENT—FIRST | 36. MIDDLE | 37. LAST (BIRTH NAME) | 38. BIRTH STATE |
|---|---|---|---|
| JEANELLE | REBECCA | PERRYMAN | CA |

**FUNERAL DIRECTOR/LOCAL REGISTRAR**

| 39. DISPOSITION DATE mm/dd/ccyy | 40. PLACE OF FINAL DISPOSITION |
|---|---|
| 03/15/2023 | LARRY METZGER RESIDENCE 3060 ISLAND DRIVE, REDDING, CA 96001 |

| 41. TYPE OF DISPOSITION(S) | 42. SIGNATURE OF EMBALMER | 43. LICENSE NUMBER |
|---|---|---|
| CREMATE/RESIDENCE | ▶ NOT EMBALMED | |

| 44. NAME OF FUNERAL ESTABLISHMENT | 45. LICENSE NUMBER | 46. SIGNATURE OF LOCAL REGISTRAR | 47. DATE mm/dd/ccyy |
|---|---|---|---|
| CREMATION SIMPLICITY | FD214B | MICHAEL VOVAKES, M.D. MMI | 03/09/2023 |

**PLACE OF DEATH**

| 101. PLACE OF DEATH | 102. IF HOSPITAL, SPECIFY ONE | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE |
|---|---|---|
| MERCY MEDICAL CENTER REDDING | ☒ ER/Outpatient | |

| 104. COUNTY | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number or location) | 105A. CITY |
|---|---|---|
| SHASTA | 2175 ROSALINE AVE | REDDING |

**CAUSE OF DEATH**

| 107. CAUSE OF DEATH | 108. DEATH REPORTED TO CORONER? |
|---|---|
| IMMEDIATE CAUSE (A) MULTIPLE GUNSHOT WOUNDS | ☒ YES ☐ NO |
| Time interval: 5 DAYS | C23-0098 |

| 110. BIOPSY PERFORMED? | ☐ YES ☒ NO |
| 111. AUTOPSY PERFORMED? | ☒ YES ☐ NO |
| 111A. USED IN DETERMINING CAUSE? | ☒ YES ☐ NO |

| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 |
|---|
| NONE |

| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date) | 113A. DECEDENT PREGNANT IN LAST YEAR |
|---|---|
| NO | |

**PHYSICIAN'S CERTIFICATION**

| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. | 115. SIGNATURE AND TITLE OF CERTIFIER | 116. LICENSE NUMBER | 117. DATE mm/dd/ccyy |
|---|---|---|---|
| Decedent Attended Since mm/dd/ccyy  Decedent Last Seen Alive mm/dd/ccyy | | | |

| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE |
|---|

**CORONER'S USE ONLY**

| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. | 120. INJURED AT WORK? | 121. INJURY DATE mm/dd/ccyy | 122. HOUR (24 Hours) |
|---|---|---|---|
| MANNER OF DEATH: Natural ☐ Accident ☐ Homicide ☒ Suicide ☐ Pending Investigation ☐ Could not be determined ☐ | YES ☒ NO | 02/09/2023 | 1748 EST |

| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) |
|---|
| HOME |

| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) |
|---|
| SUBJECT WAS SHOT BY LAW ENFORCEMENT |

| 125. LOCATION OF INJURY (Street and number, or location, and city and zip) |
|---|
| 3060 ISLAND DRIVE, REDDING, CA 96001 |

| 126. SIGNATURE OF CORONER/DEPUTY CORONER | 127. DATE mm/dd/ccyy | 128. TYPE NAME, TITLE OF CORONER/DEPUTY CORONER |
|---|---|---|
| JOSHUA P DORSTAD | 03/03/2023 | JOSHUA P DORSTAD, DEP CORONER |

| STATE REGISTRAR | A | B | C | D | E | FAX AUTH.# | CENSUS TRACT |
|---|---|---|---|---|---|---|---|

**MICHAEL VOVAKES, M.D. MMI**
REGISTRAR OF VITAL STATISTICS
SHASTA COUNTY HHSA/PUBLIC HEALTH

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF SHASTA

This is to certify that the above is a true and correct copy of facts recorded regarding the above named individual as registered in this office.

**DATE ISSUED**   MAR / 1 6 / 2023

000312884



KAREN C. RAMSTROM DO, MSPH
REGISTRAR OF VITAL STATISTICS
SHASTA COUNTY HHSA/PUBLIC HEALTH

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Register.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE