**SINGLETON SCHREIBER, LLP**
Kimberly S. Hutchison (SBN 288682)
khutchison@singletonschreiber.com
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
(619) 771-3473

*Attorneys for Plaintiff* JEANELLE COUCH

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DAVID COUCH, Sr., and JEANELLE COUCH; both individually and as successors in interest to DAVID COUCH, Jr. Decedent,

                    Plaintiffs,

vs.

STATE OF CALIFORNIA, by and through CALIFORNIA HIGHWAY PATROL; RYAN CATES; SHASTA COUNTY; and DOES 1-210, inclusive,

                    Defendants.

Case No.: **2:24-cv-00481-TLN-AC**

[*Honorable Troy L. Nunley*]
Magistrate Judge Allison Claire

**PLAINTIFF JEANELLE COUCH'S DECLARATION PURSUANT TO CODE OF CIVIL PROCEDURE § 377.32**

**Action Originally Filed**: January 23, 2024
**Action Removed**: February 15, 2024
**Jury Trial**: Not Set

PLAINTIFF JEANELLE COUCH'S DECLARATION PURSUANT TO CODE OF CIVIL PROCEDURE § 377.32

1   I, Jeanelle Couch, declare as follows:

2      1.      I am over the age of 18 years. I have personal knowledge of the facts

3   contained in this declaration, and if called as a witness I could and would testify

4   competently to the truth of the facts stated herein.

5      2.      I am the surviving mother of David Couch, Jr., who died on February 14,

6   2023, at Redding Mercy Medical Center at 2175 Rosaline Avenue, Redding, California

7   96001.

8      3.      No proceeding is now pending in the State of California for administration

9   of the estate of David Couch, Jr.

10     4.      David Couch, Sr. and I are the successors in interest to Decedent David

11  Couch, Jr., as defined in Section 377.11 of the Code of Civil Procedure, and succeed to

12  Decedent David Couch, Jr's interest in the above-entitled proceeding.

13     5.      No other person has a superior right to commence the action or proceeding

14  or to be substituted for David Couch, Jr., in the pending action or proceeding.

15     6.      A copy of the death certificate for David Couch, Jr. is attached hereto as

16  "Exhibit A" and incorporated herein by reference.

17     7.      I declare under penalty of perjury under the laws of the State of California

18  that the foregoing is true and correct.

19  Dated:  5/8/2025        By: _____

20                              Jeanelle Couch

21

22

23

24

25

26

27

28
                                        2        Case No. 2:24-cv-00481-TLN-AC
        PLAINTIFF JEANELLE COUCH'S DECLARATION PURSUANT TO CODE
                         OF CIVIL PROCEDURE § 377.32