1    Dean Gazzo Roistacher LLP
     Lee H. Roistacher, Esq. (SBN 179619)
2    Brooke M. Mesner, Esq. (SBN 354265)
     440 Stevens Avenue, Suite 100
3    Solana Beach, CA 92075
     Telephone: (858) 380-4683
4    Facsimile: (858) 492-0486
     E-mail: lroistacher@deangazzo.com
5          bmesner@deangazzo.com

6    Attorneys for Defendants
     State of California by and through California Highway
7    Patrol and Sgt. Ryan Cates

8             **UNITED STATES DISTRICT COURT**

9             **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID COUCH, Sr., and JEANELLE COUCH; both individually and as successors in interest to DAVID COUCH, Jr. Decedent,<br><br>         Plaintiffs,<br><br>         v.<br><br>STATE OF CALIFORNIA, by and through CALIFORNIA HIGHWAY PATROL; RYAN CATES; SHASTA COUNTY; and DOES 1-20, inclusive,<br><br>         Defendants. | Case No.: 2:24-cv-00481-TLN-AC<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION TO CONTINUE CASE MANAGEMENT DATES**<br><br><br>Courtroom: 2<br>Judge: Troy L. Nunley<br>Magistrate: Allison Claire<br><br>Complaint Filed: 01/12/2024<br>Trial Date: None set |

Pursuant to the parties' stipulation and good cause shown, the Court continues the fact discovery cut off from November 3, 2025 to March 3, 2026 and the initial expert witness disclosure of January 2, 2026 and rebuttal disclosures of February 2, 2026. The parties are further to return to Judge Claire for an IDC.

Dated: _____          _____

                                        Troy L. Nunley
                                        United States District Judge