Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Brooke M. Mesner, Esq. (SBN 354265)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail:  lroistacher@deangazzo.com
         bmesner@deangazzo.com

Attorneys for Defendants
State of California by and through California Highway
Patrol and Sgt. Ryan Cates

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID COUCH, Sr., and JEANELLE COUCH; both individually and as successors in interest to DAVID COUCH, Jr. Decedent,<br><br>    Plaintiffs,<br><br>    v.<br><br>STATE OF CALIFORNIA, by and through CALIFORNIA HIGHWAY PATROL; RYAN CATES; SHASTA COUNTY; and DOES 1-20, inclusive,<br><br>    Defendants. | Case No.:   2:24-cv-00481-TLN-AC<br><br>**STIPULATION TO MODIFY CASE MANAGEMENT DATES; [PROPOSED] ORDER**<br><br>Courtroom:  2<br>Judge:        Troy L. Nunley<br>Magistrate:  Allison Claire<br><br>Complaint Filed: 01/12/2024<br>Trial Date: None set |

The parties, by and through counsel, stipulate as follows.

1.     The fact discovery cut off is currently March 3, 2026. The parties agree to a limited continuance of the fact discovery cutoff ten days to March 13, 2026, to accommodate scheduling of a deposition. No trial date is set, and all other case management deadlines will be in accordance with the Court's Initial Pretrial Scheduling Order (ECF No. 2). The parties believe good cause exists.

2.     This is the parties second request for extension of case management deadlines.

3.     The parties have worked diligently and in good faith to complete fact discovery in advance of the current March 3, 2026, deadline.

///

4. On February 17, 2026, plaintiffs noticed the deposition of California Highway Patrol's person most knowledgeable regarding tactics, policies and training. The deposition is presently set for March 2, 2026, which created a scheduling conflict among the parties and deponent.

5. The parties met and conferred and agreed to extend the fact discovery deadline to March 13, 2026. This limited extension is solely for the purpose of completing the already noticed deposition of California Highway Patrol's person most knowledgeable. No additional depositions will be noticed, and no new discovery will be propounded during the ten-day continuance.

6. Therefore, good cause exists to extend the fact discovery deadline to March 13, 2026, and the case management deadlines pursuant to the Court's Initial Pretrial Scheduling Order (ECF No. 2).

Dated: February 26, 2026                     Dean Gazzo Roistacher LLP

                                             By:  /s/ Brooke M. Mesner
                                                  Lee H. Roistacher
                                                  Brooke M. Mesner
                                                  Attorneys for Defendants
                                                  State of California by and through
                                                  California Highway Patrol and Sgt. Ryan Cates

Dated: February 26, 2026                     Law Offices of Dale K. Galipo

                                             By:  /s/ Marcel F. Sincich (as authorized on 02/26/2026)
                                                  Dale K. Galipo
                                                  Marcel F. Sincich
                                                  Attorneys for Plaintiffs
                                                  David Couch, Sr. and Jeanelle Couch

2

| | | |
|---|---|---|
| 1 | Dated: February 26, 2026 | Singleton Schreiber, LLP |
| 2 | | |
| 3 | | By: */s/ Kimberly Sue Hutchison* (as authorized on 02/26/2026) |
| 4 | | Kimberly Sue Hutchison<br>Attorneys for Plaintiff |
| 5 | | Jeanelle Couch |
| 6 | | |
| 7 | | |
| 8 | Dated: February 26, 2026 | Porter Scott |
| 9 | | |
| 10 | | By: */s/ John Robert Whitefleet* (as authorized on 02/26/2026) |
| 11 | | John Robert Whitefleet<br>Attorneys for Defendant |
| 12 | | Shasta County |