Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Brooke M. Mesner, Esq. (SBN 354265)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail:  lroistacher@deangazzo.com
         bmesner@deangazzo.com

Attorneys for Defendants
State of California by and through California Highway Patrol and Sgt. Ryan Cates

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID COUCH, Sr., and JEANELLE COUCH; both individually and as successors in interest to DAVID COUCH, Jr. Decedent,<br><br>            Plaintiffs,<br><br>       v.<br><br>STATE OF CALIFORNIA, by and through CALIFORNIA HIGHWAY PATROL; RYAN CATES; SHASTA COUNTY; and DOES 1-20, inclusive,<br><br>            Defendants. | Case No.:   2:24-cv-00481-TLN-AC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>Courtroom:    2<br>Judge:           Troy L. Nunley<br>Magistrate:    Allison Claire<br><br>Complaint Filed: 01/12/2024<br>Trial Date: None set |

Having read the stipulation between the parties, and good cause appearing therein, the stipulation to modify the scheduling order is GRANTED.

The pretrial dates are continued as follows:

1. The fact discovery deadline is continued from March 3, 2026, to March 13, 2026, to take the already-noticed deposition of California Highway Patrol's person most knowledgeable.

2. No additional depositions will be noticed, and no new discovery will be propounded during the limited continuance.

///

1

3. All other case management deadlines will be in accordance with the Court's Initial Pretrial Scheduling Order (ECF No. 2).

**IT IS SO ORDERED.**

DATED:_____          _____
                              TROY L. NUNLEY