Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Brooke M. Mesner, Esq. (SBN 354265)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: lroistacher@deangazzo.com
        bmesner@deangazzo.com

Attorneys for Defendants,
State of California by and through California Highway Patrol and Sgt. Ryan Cates

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID COUCH, Sr., and JEANELLE COUCH; both individually and as successors in interest to DAVID COUCH, Jr. Decedent,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, by and through CALIFORNIA HIGHWAY PATROL; RYAN CATES; SHASTA COUNTY; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-00481-TLN-AC<br><br>**CERTIFICATE OF SERVICE**<br><br>Courtroom: 2<br>Judge: Troy L. Nunley<br>Magistrate: Allison Claire<br><br>Complaint Filed: 01/12/2024<br>Trial Date: None set |

I, Maria E. Kilcrease, declare:

1. That I am and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to the action; and I am employed in the County of San Diego, California, in which county the within-mentioned mailing occurred. My business address is 440 Stevens Avenue, Suite 100, Solana Beach, California 92075 and my electronic address is mkilcrease@deangazzo.com.

On February 26, 2026, I served the following documents described as:

**STIPULATION TO MODIFY CASE MANAGEMENT DATES; [PROPOSED] ORDER**

on all interested parties in this action addressed as follows:

1

2:24-cv-00481-TLN-AC

| | |
|---|---|
| 1 | Dale K. Galipo |
| | Law Offices of Dale K. Galipo |
| 2 | 21800 Burbank Boulevard |
| | Suite 310 |
| 3 | Woodland Hills, CA 91367 |
| | Tel: (818) 347-3333 |
| 4 | Fax: (818) 347-4118 |
| | E-mail: dalekgalipo@yahoo.com |
| 5 | amonguia@galipolaw.com |
| | **Attorneys for Plaintiff, David Couch, Sr.** |
| 6 | |
| 7 | Marcel F. Sincich |
| | Law Offices of Dale K. Galipo |
| 8 | 21800 Burbank Boulevard |
| | Suite 310 |
| 9 | Woodland Hills, CA 91367 |
| | Tel: (818) 347-3333 |
| 10 | Fax: (818) 347-4118 |
| | E-mail: msincich@galipolaw.com |
| 11 | ldeleon@galipolaw.com |
| | **Attorneys for Plaintiffs, David Couch, Sr. and Jeanelle Couch** |
| 12 | |
| 13 | Trent Colbert Packer |
| | Trenton Packer |
| 14 | 7095 Indiana Ave |
| | Ste 200 |
| 15 | Riverside, CA 92506 |
| | 951-682-9311 |
| 16 | Fax: 951-682-4289 |
| | Email: tpacker@grechpackerlaw.com |
| 17 | **Attorneys for Plaintiff, David Couch, Sr.** |
| 18 | Kimberly Sue Hutchison |
| | Singleton Schreiber, LLP |
| 19 | 591 Camino DE LA Reina |
| | Suite 1025 |
| 20 | San Diego, CA 92108 |
| | 619-860-0121 |
| 21 | Email: khutchison@singletonschreiber.com |
| | emunoz@singletonschreiber.com |
| 22 | tmarrinan@singletonschreiber.com |
| | jcomstock@singletonschreiber.com |
| 23 | **Attorneys for Plaintiff, Jeanelle Couch** |
| 24 | |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

2

2:24-cv-00481-TLN-AC

John Robert Whitefleet
Porter Scott
2180 Harvard
Suite 500
Sacramento, CA 95815
916-929-1481
Fax: 916-927-3706
Email: jwhitefleet@porterscott.com
         cnystrom@porterscott.com
         service@porterscott.com

**Attorneys for Defendant Shasta County**

___ BY ELECTRONIC SERVICE: On the date stated above, I served the documents via CM/ECF described above on designated recipients through electronic transmission of said documents; a certified receipt is issued to filing party acknowledging receipt by CM/ECF's system. Once CM/ECF has served all designated recipients, proof of electronic service is returned to the filing party.

___ BY FACSIMILE: By use of a facsimile machine, telephone number (858) 492-0486, at approximately _____ a.m./p.m. on _____, I served a copy of the documents described above on all designated recipients. The facsimile machine I used complied with California Rules of Court, Rule 2033(3) and no error was reported by the machine.

_X_ BY E-MAIL: On the date stated above, I caused to be served the document via E-mail described above on designated recipients.

_X_ BY MAIL: By placing an envelope for collection and mailing following our ordinary business practices. I am readily familiar with the office's practice of collecting and processing of documents for mailing. Under that practice it would be deposited with the United States Postal Service on the same day in a sealed envelope with first-class postage prepaid at Solana Beach, California in the ordinary course of a business day.

___ BY OVERNIGHT DELIVERY: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 26, 2026.

*Maria E. Kilcrease*
Maria E. Kilcrease, Declarant