Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Brooke M. Mesner, Esq. (SBN 354265)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail:  lroistacher@deangazzo.com
         bmesner@deangazzo.com

Attorneys for Defendants
State of California by and through California Highway
Patrol and Sgt. Ryan Cates

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID COUCH, Sr., and JEANELLE COUCH; both individually and as successors in interest to DAVID COUCH, Jr. Decedent,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, by and through CALIFORNIA HIGHWAY PATROL; RYAN CATES; SHASTA COUNTY; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.:  2:24-cv-00481-TLN-AC<br><br>**DEFENDANTS STATE OF CALIFORNIA BY AND THROUGH CALIFORNIA HIGHWAY PATROL AND SGT. RYAN CATES' INITIAL DISCLOSURES OF EXPERT WITNESSES AND REPORTS**<br><br>Courtroom:    2<br>Judge:        Troy L. Nunley<br>Magistrate:   Allison Claire<br><br>Complaint Filed: 01/12/2024<br>Trial Date: None set |

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

Pursuant to the Federal Rules of Civil Procedure Rule 26(a)(2), defendants State of California by and through California Highway Patrol, and Sargeant Ryan Cates disclose that the following persons may be called at trial to present evidence pursuant to Rules 702, 703, or 705 of the Federal Rules of Evidence:

**RETAINED EXPERTS**

1.    Clarence R. Chapman
      Natural Justice Consultants, Inc.
      1014 Broadway, Suite 350
      Santa Monica, CA 90401

///

1

Mr. Chapman is a police practices expert and will offer opinions within his field of expertise. Mr. Chapman's Rule 26 report and accompanying exhibits are Exhibit 1 and accessible at https://spaces.hightail.com/receive/ojvh3Hn

2.    Gary M. Vilke, M.D.
11582 Normanton Way
San Diego, CA 92131
(619) 666-8643

Dr. Vilke is a board-certified emergency department physician and will offer opinions within his expertise. Mr. Vilke's Rule 26 report and accompanying exhibits are attached as Exhibit 2. Mercy Medical Records are attached as Exhibit 2.1, and accessible at https://spaces.hightail.com/receive/ojvh3Hn

3.    Parris Ward, JD, CFVA
Biodynamics Engineering, Inc.
P.O. Box 722
Pacific Palisades, CA 90272
310-454-0924

Mr. Ward is a certified forensic video analyst & 3D modeling specialist who enhanced audio of the MVARS video. Mr. Ward's Rule 26 report and accompanying exhibit are Exhibits 3 and 3.1 and accessible at https://spaces.hightail.com/receive/ojvh3Hn

4.    Matthew F. Carroll, M.D.
Adult and Forensic Psychiatry.
501 West Broadway Suite 1490
San Diego, CA 92101
(619) 282-7172

Dr. Carroll is a fellowship trained Board-Certified Forensic Psychiatrist and will offer opinions within his expertise. Dr. Carroll's Rule 26 report and accompanying exhibits are Exhibit 4 and accessible at https://spaces.hightail.com/receive/ojvh3Hn

5.    Steven Day, PhD

Mortality Research & Consulting, Inc.
1370 Valley Vista Dr, STE 200
Diamond Bar, CA 91765
(626) 810-0330

///

2

Dr. Day is an expert in mortality, survival, life expectancy and other human epidemiological topics and will offer opinions within his expertise. Dr. Day's Rule 26 report and accompanying exhibits are Exhibit 5 and accessible at https://spaces.hightail.com/receive/ojvh3Hn

**NON-RETAINED EXPERTS**

1.     Thomas Swanson M.D.
Restpadd PHF
2750 Eureka Way
Redding, CA 96001

Dr. Thomas Swanson, M.D., was one of Couch's treating psychiatrists. If called to testify at trial, Dr. Swanson is expected to testify regarding Couch's diagnoses including but not limited to schizoaffective disorder, bipolar disorder, and depression. Additionally, Dr. Swanson may testify to Couch's quality of life, effect of medications, and personal observations and treatment of Couch's behaviors.

2.     Benton Clay Kinney
1742 Oregon St
Redding, CA 96001

Dr. Benton Kinney M.D. served as one of Couch's psychiatrists. If called to testify at trial, Dr. Kinney is expected to testify regarding Couch's diagnoses including but not limited to schizoaffective disorder, bipolar disorder, and depression. Additionally, Dr. Kinney may testify to Couch's quality of life, effect of medications, and personal observations of Couch's behaviors.

3.     Thomas J. Andrews, M.D.
891 Churn Creek Rd.
Redding, CA 96002
(530) 221-7474

Dr. Thomas J. Andrews served as one of Couch's psychiatrists. If called to testify at trial, Dr. Kinney is expected to testify regarding Couch's diagnoses including but not limited to schizoaffective disorder, bipolar disorder, and depression. Additionally, Dr. Andrews may

///

3

testify to Couch's quality of life, effect of medications, and personal observations of Couch's behaviors.

    4.    Asif Majid.
    Restpadd PHF
    2750 Eureka Way
    Redding, CA 96001

Dr. Majid was one of Couch's primary prescribing psychiatrists If called to testify at trial, Dr. Majid is expected to testify regarding Couch's diagnoses including but not limited to schizoaffective disorder, bipolar disorder, and depression. Additionally, Dr. Majid may testify to Couch's quality of life, effect of medications, and personal observations of Couch's behaviors.

    5.    Tammy White, Nurse Practioner
    Shasta County Mental Health Services
    2640 Breslauer Way, Redding, CA, 96001

Tammy White prescribed Couch medications. If called to testify at trial, White is expected to testify regarding Couch's diagnoses including but not limited to schizoaffective disorder, bipolar disorder, and depression. Additionally, White may testify to Couch's quality of life, effect of medications, and personal observations of Couch's behaviors.

    6.    Douglas Hatter M.D.
    2175 Rosaline Ave
    Redding, CA 96001

Dr. Douglas Hatter, M.D., is the primary surgeon and physician who treated Couch at Mercy Medical Center after the officer involved shooting. If called to testify at trial, Dr. Hatter is expected to testify as to Couch's injuries, treatment provided, the lack of or potential pain and suffering experienced by Couch after the officer involved shooting, and the cause and manner of his death.

    7.    Lars Widdel, MD
    2624 Edith Ave,
    Redding, CA 96001

Dr. Lars Widdel is the neurosurgeon who treated Couch at Mercy Medical Center after the officer involved shooting. If called to testify at trial, Dr. Widdel is expected to testify as to Couch's injuries, treatment provided, the lack of or potential pain and suffering experienced by Couch after the officer involved shooting, and the cause and manner of his death.

    8.      Elizabeth Gray and Kristen Manley
              American Medical Response
              4451 Caterpillar Rd. Suite 1, Redding CA 96003
              (530) 241-2686

Eliabeth Gray and Kristen Manley are paramedic and EMT first responders that responded to the officer involved shooting and transported Couch to the hospital. If called to testify at trial, Gray and Manley will testify to Couch's injuries, treatment rendered, and their observations.

    9.      Jason Swann
              Redding Fire Department
              777 W Cypress Ave, Redding, CA 96001
              (530) 225-4141

Jason Swann was the paramedic supervisor who responded to the officer involved shooting. If called to testify at trial, Swann will testify to Couch's injuries, treatment rendered, and his observations.

    10.     Tyler Thompson
              300 Park Marina Circle
              Redding, CA 96001
              (530) 245-6000

///

///

///

///

///

///

///

///

///

Case 2:24-cv-00481-TLN-AC    Document 36    Filed 05/18/26    Page 6 of 9

Thompson is the Chief Deputy Coroner who inquired into the circumstances of Couch's death. If called to testify at trial, Thompson will testify to the manner of Couch's death pursuant to the autopsy. Dr. James Olson, M.D., the forensic pathology who conducted the postmortem examination of Couch, passed away on April 9, 2026.

Dated: May 12, 2026                                        Dean Gazzo Roistacher LLP


By:  /s/ Brooke M. Mesner
        Lee H. Roistacher
        Brooke M. Mesner
        Attorneys for Defendants
        State of California by and through
        California Highway Patrol and Sgt. Ryan
        Cates

6

Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Brooke M. Mesner, Esq. (SBN 354265)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail:  lroistacher@deangazzo.com
           bmesner@deangazzo.com

Attorneys for Defendants,
State of California by and through California Highway
Patrol and Sgt. Ryan Cates

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID COUCH, Sr., and JEANELLE COUCH; both individually and as successors in interest to DAVID COUCH, Jr. Decedent,<br><br>               Plaintiffs,<br><br>       v.<br><br>STATE OF CALIFORNIA, by and through CALIFORNIA HIGHWAY PATROL; RYAN CATES; SHASTA COUNTY; and DOES 1-20, inclusive,<br><br>               Defendants. | Case No.:    2:24-cv-00481-TLN-AC<br><br>**CERTIFICATE OF SERVICE**<br><br>Courtroom:     2<br>Judge:          Troy L. Nunley<br>Magistrate:    Allison Claire<br><br>Complaint Filed: 01/12/2024<br>Trial Date: None set |

I, Maria E. Kilcrease, declare:

1.      That I am and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to the action; and I am employed in the County of San Diego, California, in which county the within-mentioned mailing occurred.  My business address is 440 Stevens Avenue, Suite 100, Solana Beach, California 92075 and my electronic address is mkilcrease@deangazzo.com.

On May 12, 2026, I served the following documents described as:

**DEFENDANTS STATE OF CALIFORNIA BY AND THROUGH CALIFORNIA HIGHWAY PATROL AND SGT. RYAN CATES' INITIAL DISCLOSURES OF EXPERT WITNESSES AND REPORTS**

on all interested parties in this action addressed as follows:

1

Dale K. Galipo
Law Offices of Dale K. Galipo
21800 Burbank Boulevard
Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118
E-mail: dalekgalipo@yahoo.com
        amonguia@galipolaw.com
**Attorneys for Plaintiff, David Couch, Sr.**

Marcel F. Sincich
Law Offices of Dale K. Galipo
21800 Burbank Boulevard
Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118
E-mail: msincich@galipolaw.com
        ldeleon@galipolaw.com
**Attorneys for Plaintiffs, David Couch, Sr. and Jeanelle Couch**

Trent Colbert Packer
Trenton Packer
7095 Indiana Ave
Ste 200
Riverside, CA 92506
951-682-9311
Fax: 951-682-4289
Email: tpacker@grechpackerlaw.com
**Attorneys for Plaintiff, David Couch, Sr.**

Kimberly Sue Hutchison
Singleton Schreiber, LLP
591 Camino DE LA Reina
Suite 1025
San Diego, CA 92108
619-860-0121
Email: khutchison@singletonschreiber.com
        emunoz@singletonschreiber.com
        tmarrinan@singletonschreiber.com
        jcomstock@singletonschreiber.com
**Attorneys for Plaintiff, Jeanelle Couch**

///

///

///

///

2

2:24-cv-00481-TLN-AC

John Robert Whitefleet
Porter Scott
2180 Harvard
Suite 500
Sacramento, CA 95815
916-929-1481
Fax: 916-927-3706
Email: jwhitefleet@porterscott.com
cnystrom@porterscott.com
service@porterscott.com
**Attorneys for Defendant Shasta County**

—        BY ELECTRONIC SERVICE:  On the date stated above, I served the documents via CM/ECF described above on designated recipients through electronic transmission of said documents; a certified receipt is issued to filing party acknowledging receipt by CM/ECF's system. Once CM/ECF has served all designated recipients, proof of electronic service is returned to the filing party.

BY FACSIMILE:  By use of a facsimile machine, telephone number (858) 492-0486, at approximately _____ a.m./p.m. on _____, I served a copy of the documents described above on all designated recipients.  The facsimile machine I used complied with California Rules of Court, Rule 2033(3)        and no error was reported by the machine.

__X__    BY E-MAIL:  On the date stated above, I caused to be served the document via E-mail described above on designated recipients.

__X__    BY MAIL:  By placing an envelope for collection and mailing following our ordinary business practices. I am readily familiar with the office's practice of collecting and processing of documents for mailing. Under that practice it would be deposited with the United States Postal Service on the same day in a sealed envelope with first-class postage prepaid at Solana Beach, California in the ordinary course of a business day.

BY OVERNIGHT DELIVERY: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 12, 2026.

*Maria E. Kilcrease*
Maria E. Kilcrease, Declarant

3