*Gary M. Vilke, M.D., FACEP, FAAEM*
*11582 Normanton Way*
*San Diego, California 92131*
*(619) 666-8643*

May 12, 2026

Brooke Mesner
Dean Gazzo Roistacher LLP
440 Stevens Avenue, Suire 100
Solana Beach, CA 92075

**RE: David Couch, Sr., et al. v. State of California, et al.**
**Case No: 2:24-cv-00481-TLN-AC**

**Introduction**

I am a board-certified emergency department physician with substantial clinical experience in taking care of acute penetrating traumatic injuries, including gunshot wounds. My specific qualifications will be outlined in more detail at the end of this report.

I have been retained as an expert to review relevant materials and offer opinions where applicable on this matter, including whether Mr. David Couch would likely have experienced any conscious pre-death pain and suffering after being shot on February 9, 2023. My opinions are set forth in the expert report.

**Materials Reviewed**

I have reviewed extensive materials pertaining to the above referenced case. The principle and material resources I relied upon are:

**Case-Specific Materials**

1.      Initial Disclosures

2.      CHP 1-1948

3.      Complaint

4.      Resp to RFP 01 and POS bmm mm eserved 04 04 2025

5.      Resp to Rog 01, Verif and POS bmm mm eserved 04 04 2025

6.      Resp to RFA 01 and POS bmm mm eserved 04 04 2025

7.      DOJ subpoena documents

8.      Pltf David Couch_ Sr._s Document Production (P0001-P0231)

9.      Pltf Janelle Couch_ Sr._s Document Production (P0001-P0540)

10.     Pltf David Couch_ Sr._s Resp and Objections to State_s RFA-01

11.     Pltf David Couch_ Sr._s Resp and Objections to State_s RFP-01

12.     Pltf David Couch_ Sr._s Resp and Objections to State_s ROGS-01

13.     Pltf David Couch_ Sr._s Responses and Objections to Shasta County Rogs_ Set One

14.     Pltf Janelle Couch Resp to Shasta County RFA-01

15.     Pltf Janelle Couch Resp to Shasta County RFP-01

16.     Pltf Janelle Couch Resp to Shasta County ROGS-01

17.     Pltf Janelle Couch Resp to State_s Rogs_ Set One

18.     Pltf Janelle Couch Resp to State_s RFP_ Set One

19.     Pltf Janelle Couch Resp to State_s RFA_ Set One

20.     APD 0001- APD 0031

21.     City of Redding entire subpoena production

22.     Defendant SHASTA COUNTY's Initial Disclosures

23.     Anderson Police Dept

24.     Shasta County Autopsy report

25.    Mental Health records received from County Counsel

26.    Deposition transcripts

    a.    Ryan Cates

    b.    Lauren Fischer

    c.    Lauren Metzger

    d.    David Couch Sr

    e.    Jeanelle Couch

    f.    Ariel Couch

    g.    Larry Metzger

27.    Mercy Medical Center Medical Records

28.    Walmart Pharmacy records

## Overview of Opinions
### (All opinions within this report are to a reasonable degree of medical or scientific probability)

An overview of my opinion is as follows with more description of each below:

1.  ***Mr. David Couch would not have experienced any conscious pre-death pain and suffering after being shot on February 9, 2023.***

## Brief Overview

After reviewing the above listed materials, it appears that on February 9, 2023, at approximately 1725, the California Highway Patrol dispatch center was notified of an adult male brandishing a rifle out of a white Ford sedan on the interstate.  At approximately 1743, Officer Ryan Cates notified his dispatcher of the location of the vehicle.  Officer Cates instructed the driver of the

parked vehicle to exit the vehicle.  The individual was Mr. David Couch, who was 31 years old at the time.  Mr. Couch was aggressive coming towards Officer Cates.  There was a physical altercation, and Officer Cates attempted to use his TASER X2, but did not achieve successful neuromuscular incapacitation.  Mr. Couch reportedly gained control of the TASER and aimed it at the officer. Officer Cates then discharged four rounds from his firearm, striking Mr. Couch, who fell forward to the ground landing in a prone position.  Officer Cates handcuffed Mr. Couch and rolled him into a recovery position. At approximately 1745 Officer Cates notified dispatch of the shooting and requested EMS response.

A brief timeline of selected events from the American Medical Response (AMR) patient care report is as follows:

| | |
|---|---|
| 1749 | Call received |
| 1749 | Dispatched |
| 1749 | Enroute |
| 1759 | At scene |
| 1802 | At patient side |
| 1802 | BVM with oxygen |
| 1803 | Level of consciousness: Unresponsive |
| 1804 | ETCO2 0 |
| 1804 | Intubation reassessment |
| 1808 | Time of PEA arrest |
| 1809 | ETCO2 0 |
| 1809 | Transport |
| 1810 | Time of first CPR |
| 1811 | Lungs sounds diminished in left and right upper and lower lungs |
| 1812 | Vitals: BP not taken; HR 39 pulse absent; Respiratory effort absent;  GCS 3 |
| 1813 | Suction for blood |
| 1816 | Pupils left 4 mm; right 6 mm |
| 1817 | IO placed with NS wide open |
| 1820 | Arrival; epinephrine 1 mg IO |

1823    Care transferred

The narrative from the AMR patient care report is as follows: "133 DISPATCHED C3 FOR A 31 Y/O MALE C/C BLEEDING SECONDARY TO MULTIPLE GUNSHOT WOUNDS, ARRIVE TO FIND PT. LYING SUPINE TO THE SIDE OF THE STREET, UNRESPONSIVE. FIRE RESCUE HAD ARRIVED FIRST, PLACED I-GEL AIRWAY AND WERE PERFORMING PPV, A TOURNIQUET HAD BEEN PLACED BY LEO ON THE UPPER RIGHT THIGH, BLEEDING CONTROLLED. PT. NOTED TO HAVE AN ENTRANCE WOUND TO HIS RIGHT FOREHEAD FROM A CONFIRMED 40 CAL BULLET, NO EXIT WOUND FOUND. ANOTHER ENTRANCE WOUND TO UPPER RIGHT ANTERIOR THIGH NOTED, COVERED UP BY THE TOURNIQUET. PT. HAD BEEN ATTACHED TO MERCY SUPERVISOR 705 CARDIAC MONITOR, SHOWING A SINUS TACHYCARDIA WITH PULSE, UNABLE TO OBTAIN A BP. PT. EXPOSED, NO OTHER WOUNDS DETECTED, LIFTED TO GURNEY WHILE ATTACHED TO LBB VIA SPIDER STRAPS.  BOARD REMOVED UPON PLACING PT. ON GURNEY. PPV CONTINUED, PT. PLACED IN LSU. PT. NOTED TO HAVE A DECREASED HEART RATE ON THE MONITOR AT THAT TIME, NO PULSE DETECTED, CHEST COMPRESSIONS STARTED IN AMBULANCE. TRANSPORTED C3 TO MMCR AS APPROPRIATE TRAUMA FACIUTY WITH NO BELONGINGS, FIRE RESCUE PERSONNEL, SUPERVISOR 705 AND RPD LEO ACCOMPANIED EN ROUTE, SECONDARY EXAM=IO ESTABLISHED W/FLUID RUNNING, BLEEDING IN AIRWAY NOTED, SUCTIONING REQUIRED.  PT. NOTED TO BE IN PEA AT RHYTHM CHECK, EPI ADMINISTERED, DURING PPV THE PTS ANTERIOR NECK BECAME BLOATED WITH SUBCUTANEOUS EMPHYSEMA AND BRUISING DEVELOPING, APPEARED AS IF THE THERE WAS A PROTRUOING OBJECT UNDER SKIN AT LEVEL OF THE TRACHEA, NO ETCO2 READING, UNABLE TO SECURE AIRWAY BETTER, APPEARED TO BE INTERNAL TRAUMA TO THROAT AND NECK, WITH NO EXTERNAL TRAUMA.

RIGHT PUPIL BLOWN, LEFT NONREACTIVE, BLEEDING STILL CONTROLLED W/ TOURNIQUET TO RIGHT LEG. CPR CONTINUED, NO OTHER CHANGES OR FINDINGS. CARE TURNED OVER TO TRAUMA TEAM AT ED W/ REPORT.”

Mr. Couch was transported by ambulance to Mercy Medical Center in Redding, arriving at approximately 1821 with CPR in progress. He remained in cardiac arrest status until obtaining return of spontaneous circulation (ROSC) at 1839.

A complete trauma workup was performed including imaging studies.  The CT scan of the head noted the following impression: “Moderate volume multi compartmental bilateral intracranial hemorrhage with predominant right subdural and intraparenchymal hemorrhages described. Associated 13 mm leftward midline shift. Extensive ballistic right maxillofacial fractures involving the orbits, maxilla, sphenoid, temporal bone, pterygoid plates and mandible. Associated right maxillofacial soft tissue and scalp hematoma. Also diffuse parapharyngeal and retropharyngeal edema and narrowing of the airways. Nasogastric tube is in place. No cervical spine fracture seen.”

The neurosurgery consult by Dr. Lars Widdel on February 9, 2023, at 2200 noted, “DAVID COUCH is a 31 years male admitted after suffering multiple gunshots including gunshots to his head. Patient sustained gunshot extending through his right zygoma into the sphenoid wing of the right temporal region. Extensive contusional injury and hemorrhage within the right perisylvian frontal and temporal lobes, extensive subarachnoid hemorrhage, Durret hemorrhages within the brainstem, and likely injury to the right cavernous sinus. Acute neurosurgical intervention deemed futile towards reasonable neurologic outcome and survival. Patient's family has elected to proceed with no escalation of further care, in hopes that patient will progress to brain death, likely for organ donation. Presently, patient is not brain dead, as patient still has some brainstem reflexes and extensor posturing. Continue supportive care as per primary service”.

At 2343 on February 9, 2023, Dr. Widdel noted, “I reviewed the patient's CT Brain. It shows a

blowout fracture through the right zygoma maxilla into the right sphenoid wing with bullet fragments strewn along the sphenoid wing. There's extensive intraparenchymal hemorrhage along the anterior pole of the right temporal lobe and right inferior frontal lobe surrounding the sylvian fissure; there's is a moderately large right convexity SDH with 15 mm midline shift from right to left. There's extensive SAH through the right sylvian fissure and basal cisterns surrounding the brain stem with small intraparenchymal hemorrhage within the pons. Considering the location of the injury I can't rule out a partially tamponaded injury on the right ICA/MCA. This would have to be evaluated by CTA. In view that it has been nearly 4 hours since patient has had a blown right pupil, had a prolonged CPR with likely global hypoxic brain injury, coupled with this extensive damage to his brain / brainstem on imaging, I believe the likelihood of survival is nearly null and the likelihood of a reasonable neurologic outcome is non existent. Therefore, I believe that pursuing an emergent craniotomy/craniectomy is futile."

Mr. Couch was managed in the ICU so that he could be an organ donor upon being deemed brain dead.  On February 14, 2023, two independent brain death examinations were performed, and Mr. Couch was declared brain dead at 1535.

An autopsy was performed by Dr. James Olson and determined that Mr. Couch's cause of death was due to "Gunshot wounds to the head and neck, left chest, and right thigh."  Organ donation of the heart, liver, spleen, pancreas, and both kidneys was also noted.

Given this history, there are several issues that need to be addressed in more detail below.  All opinions given are to a reasonable, or higher, degree of medical probability based on the information currently available.

**Detailed discussion and basis of opinions**

1.  ***Mr. David Couch would not have experienced any conscious pre-death pain and suffering after being shot on February 9, 2023.***

Immediately after being shot in the head, Mr. Couch fell to the ground.  After being placed into handcuffs, Mr. Couch was not seen or reported to be moving.  Most likely, the blast injury of the bullet going through his head and brain would have rendered him almost immediately unconscious and in a state of shock.

The CT imaging findings at the hospital and the documentation by the neurosurgeon confirmed that this was a devastating traumatic brain injury.

After Mr. Couch was shot, officers initially found him with a palpable pulse but he was not moving and was unresponsive.  This was consistent with aerial video of the scene demonstrating Mr. Couch to appear lifeless.

When paramedics arrived, Mr. Couch initially had a pulse and at that time was documented to be a Glascow Coma Score (GCS) of 3, which is the lowest score possible.  A GCS of 3 means there was no eye responses, verbal responses or any motor or movement activity to voice or even to painful stimuli.  Shortly after being moved to the ambulance, Mr. Couch lost his pulse and went into cardiac arrest.  He remained in cardiac arrest status (requiring CPR) for approximately 30 minutes.  He never regained consciousness or awareness during this time or after. From the moment he was shot, Mr. Couch never woke up and never regained any purposeful movement.

In this case, Mr. Couch likely progressed from full alertness to unconsciousness almost immediately when the bullet ripped through his skull and injured his brain tissue and he likely lost consciousness before even falling to the pavement.

One might argue that if it was one of the "later" bullets that hit Mr. Couch in the brain, that he might have had a second or so of some conscious pain and suffering associated with earlier bullets hitting his other body parts. I would disagree because the bullets were shot in such a tight range timewise. By the time Mr. Couch would have realized that he had been shot, the initial surprise and

shock, processed the possibility and symptoms of pain, he would have already lost consciousness, ending any conscious pain perception before it started.

While he was unconscious, Mr. Couch would not be enduring any conscious pain or suffering. When a person loses consciousness, he or she no longer senses pain. This is evidenced in cases when patients I care for regularly in the emergency department pass out or lose consciousness and do not have any recall of the events during the unconscious time period. This is true for cases in which patients just pass out or due to a traumatic head injury and have a loss of consciousness. Often, they have a painful event or suffered a traumatic injury, like fractured bones or head trauma, that occurs during a fall. The first thing they often slowly note after regaining consciousness, if they are not in a clinical state of shock, is the development of the awareness of the pain at the site of the injury. They do not report having been in pain while they were unconscious, but often ask what happened and why does the injured body part seem to hurt. Based on the video and the clinical evidence available, there is no evidence of any pain and suffering being endured by Mr. Couch after being shot.

**Background**

My background is that I am an emeritus faculty member in the department of emergency medicine at the University of California, San Diego Medical Center. I am residency trained and board certified in Emergency Medicine. I worked full time as a practicing clinician in the Emergency Department of a busy urban hospital for over 30 years. I served as the vice chair of clinical operations for our three emergency departments with a combined annual census of approximately 120,000 visits. I also served as the Medical Director for Risk Management for the UC San Diego Health System for ten years. I also served as the UCSD Medical Center's Medical Risk Management Committee Chair and Allocation Committee Co-Chair, as well as previously having served as the Chair of the Patient Care and Peer Review Committee, each of which are

charged with the task of reviewing medical records and making determinations of standard of care. I am also the former Chief of Staff for the UCSD Medical Center.

As a physician working at an urban based in the comprehensive emergency department at a Level 1 trauma center, I have evaluated hundreds of patients over the last 30 years who have suffered from penetrating injuries, including gunshot wounds.  I am knowledgeable of peer-reviewed medical and scientific research on penetrating trauma having authored textbook chapters on the topic. This includes the chapters entitled Penetrating Extremity Trauma and Penetrating Head Trauma in the internationally referenced medical textbook, <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult,</u> as well as treatment of trauma and shock in the prehospital setting in <u>Trauma: Emergency Resuscitation, Perioperative Anesthesia, Surgical Management, Volume I</u>. I was the Principal Investigator for San Diego's Resuscitative Outcomes Consortium (ROC) site, a National Institute of Health (NIH) funded study for ten years that involved thousands of patients who were treated by EMS for severe traumatic injuries.

I am knowledgeable of peer-reviewed medical and scientific research for cardiac arrest and CPR practices.   I was the Principal Investigator for San Diego's Resuscitative Outcomes Consortium (ROC) site, a National Institute of Health (NIH) funded study for ten years that involved over 200,000 cardiac arrest patients to evaluate treatment options for out of-hospital cardiac arrest and severe traumatic injury.  I have published many peer-reviewed papers on the topic of cardiac arrest and cardiac resuscitation, including publications in the New England Journal of Medicine, JAMA, and Circulation.  I also served as the Medical Director of the American Heart Association Training Center at the University of California, San Diego Center for Resuscitation Science almost ten years, teaching Advanced Cardiac Life Support (ACLS) both locally and being asked to give lectures on cardiac arrest internationally.  I had been an ACLS instructor for over 20 years.  I also work at a busy urban comprehensive emergency department where I care for patients

in cardiac arrest on a regular basis.

My Emergency Medical Services (EMS)/prehospital background and experience includes having been a flight physician with Lifeflight of San Diego and with Mercy Air, taking care of acutely injured patients at the scene.  My EMS administrative roles include having been the Base Station Medical Director for UCSD, the Medical Director for the Palomar and Southwestern Paramedic College Training Programs, and the former Medical Director for the County of San Diego Emergency Medical Services (EMS) one of the largest EMS systems in the nation. In this role, I was responsible for protocols and quality assurance of over 1000 paramedics and 4000 EMT's.  I started the UCSD EMS/Disaster Medicine Fellowship Training Program and was the first Fellowship Director and also served as the associate Director of the EMS/Disaster Medicine Division in the UCSD Department of Emergency Medicine.  I currently serve as the Medical Director for the North County Fire Protection District, which is a Joint Powers Authority that involves the EMS/fire agencies of 18 municipalities.  I have been a paramedic base hospital physician in San Diego County for over 30 years.  Other previous EMS roles include having been the Medical Director for the Chula Vista Fire Department, the Carlsbad Fire Department, and the Aeromedevac, Aviamedix and AirLink USA Air Ambulance Services.  I was also the Medical Director for the San Diego County Metropolitan Medical Strike Team (MMST) and the UCSD Base Hospital Medical Director, and I also served as EMS medical back up for many SWAT operations. I have written numerous peer reviewed papers on prehospital medicine and operations as well as many book chapters and have lectured nationally and internationally on prehospital care.  I was also the Principal Investigator for San Diego's Resuscitative Outcomes Consortium (ROC) site, a National Institute of Health (NIH) funded study consortium that evaluated treatment options for out of-hospital cardiac arrest and severe traumatic injury for over a decade.

As per Rule 26 formatting, Appendix A is a copy of my current Curriculum Vitae, which

includes a list of all publications authored by me.  Appendix B is a list of all cases in which I have testified as an expert in trial or deposition within the preceding four years.  Appendix C is my fee schedule.   The knowledge base that I utilize has been developed over time from my years of clinical practice and experience, reading and training as well as research.  Under penalty of perjury, I hereby swear that the opinions stated above are true and correct within a reasonable degree of medical probability. The opinions may be updated as additional information is provided for review.


Respectfully submitted,


Gary M. Vilke, M.D., FACEP, FAAEM
Professor Emeritus of Clinical Emergency Medicine
Medical Director,  North County Dispatch JPA
Editor-in-Chief, Journal of Emergency Medicine Reports

*APPENDIX A*

## *CURRICULUM VITAE*

## <u>*GARY MICHAEL VILKE, M.D., FACEP, FAAEM*</u>

<u>HOME OFFICE ADDRESS</u>:

11582 Normanton Way
San Diego, CA  92131
Phone: (619) 666-8643
E-mail:  gmvilke@ucsd.edu

<u>PERSONAL</u>:   Born September 12, 1966 in Cleveland, Ohio

<u>EDUCATION</u>:

| | |
|---|---|
| Academic:<br>  1983-88 | B.S. in Zoology, University of California, Berkeley<br>Berkeley, California |
| Medical School:<br>  1988-92 | M.D., University of California, San Diego School of Medicine<br>La Jolla, California |
| Internship:<br>  1992-93 | Department of Surgery<br>University of California, San Diego Medical Center<br>San Diego, California |
| Residency:<br>  1993-96 | Department of Emergency Medicine<br>University of California, San Diego Medical Center<br>San Diego, California   (Chief Resident: 1995-96) |
| Physician Leadership<br>Academy:<br>  2007-09 | University of California, San Diego Medical Center<br>San Diego, California |

<u>LICENSURE</u>:   California Medical License Number G-78057

<u>BOARD CERTIFICATIONS</u>:

National Board of Medical Examiners, 1993

American Board of Emergency Medicine, 1997, renewed 2007 and 2017

APPOINTMENTS:

9/24-Present      Honorary Medical Staff of University of California, San Diego Health

7/24 - Present      Emeritus Professor of Clinical Emergency Medicine and Medicine, University of California, San Diego (UCSD) School of Medicine

4/22- Present      Editor-in-Chief, *Journal of Emergency Medicine Reports*, Elsevier Science, Inc.

7/19-Present      Medical Director, North County Dispatch Joint Powers Authority


PREVIOUS ACADEMIC APPOINTMENTS

9/11-7/24      Professor of Clinical Emergency Medicine and Medicine, UCSD School of Medicine

7/05 – 9/11      Professor of Clinical Medicine, UCSD School of Medicine

7/01 - 6/05      Associate Professor of Clinical Medicine, UCSD School of Medicine

7/96 - 6/01      Assistant Clinical Professor of Medicine, UCSD School of Medicine

<u>PREVIOUS  EXPERIENCE/APPOINTMENTS</u>:

| | |
|---|---|
| 1/17-7/24 | Vice-Chair of Clinical Operations, UC San Diego Department of Emergency Medicine |
| 2/14- 7/24 | Assistant Director, Division of Emergency Medical Services (EMS)/Disaster Medicine, UCSD Medical Center, Department of Emergency Medicine |
| 7/12 – 7/24 | Medical Director, Risk Management, UC San Diego Health System |
| 7/94 – 7/24 | Base Hospital Physician, University of California Medical Center |
| 12/20–7/24 | Emergency Medicine Medical Staff Service Chief |
| 4/21-8/21 | Interim Medical Director, California State Department of Parks and Recreation |
| 1/13 – 6/19 | Medical Director, Carlsbad Fire Department |
| 10/09 – 6/19 | UCSD Department of Emergency Medicine Clinical Research Scholar Fellowship Director |
| 10/15 – 5/19 | Medical Director, AirLinkUSA Air Ambulance Service |
| 1/18-7/18 | Medical Director, Chula Vista Fire Department |
| 2/06 – 6/18 | Director, Division of Clinical Research, UCSD Medical Center, Department of Emergency Medicine |
| 1/16 – 6/18 | Co-Medical Director, Department of Emergency Medicine, UCSD Medical Center |
| 9/15- 9/17 | Staff Physician, El Centro Regional Medical Center Department of Emergency Medicine |
| 6/12 – 6/17 | Associate Director, Department of Emergency Medicine Behavioral Emergencies Research (DEMBER) Lab |
| 1/16 – 1/17 | Emergency Medicine Clinical Service Chief, UC San Diego Health System |
| 4/07 – 12/16 | Medical Director of the American Heart Association Training Center at the UCSD Center for Resuscitation Science |
| 7/96 – 12/15 | Assistant Director, Department of Emergency Medicine, UCSD Medical Center |
| 7/13 – 9/15 | Chief, Division of Custody Medicine, UCSD Medical Center, Department of Emergency Medicine |

PREVIOUS  EXPERIENCE/APPOINTMENTS (cont.):

| | |
|---|---|
| 4/99 – 9/15 | Director, Custody Services, UCSD Medical Center (Co-Director 1999-2013) |
| 3/13 – 9/15 | Medical Director, AviaMedix Air Ambulance Service |
| 10/11- 2/14 | Chief, Division of Emergency Medical Services (EMS)/Disaster Medicine, UCSD Medical Center, Department of Emergency Medicine |
| 4/12 – 3/13 | Medical Director, Aeromedevac Air Ambulance Service |
| 7/09 – 6/12 | Chief of Staff, UCSD Medical Center |
| 7/07 - 6/09 | Vice Chief of Staff UCSD Medical Center |
| 7/04 – 6/09 | EMS/Disaster Medicine Fellowship Director, Department of Emergency Medicine. |
| 3/02 - 2/06 | Medical Director, San Diego County Emergency Medical Services |
| 3/03 - 12/05 | Medical Consultant, San Diego Chapter Red Cross Disaster Health Services |
| 6/04 - 2/05 | Interim Chief, San Diego County Emergency Medical Services |
| 1/01 - 2/04 | Medical Director, Southwestern College Paramedic Training Program |
| 7/00 - 2/04 | Medical Director, Palomar College Paramedic Training Program |
| 7/97 - 1/03 | Director, Prehospital Services, UCSD Medical Center |
| 6/97 - 1/03 | Medical Director, Paramedic Base Hospital, UCSD Medical Center |
| 7/96 - 1/03 | Medical Director, Mercy Air Medical Transport Service, San Diego, California |
| 4/99 - 3/01 | Medical Co-Director, San Diego Central Jail Medical Services |
| 1/96 - 7/96 | Flight Physician, Mercy Air Medical Transport Service, San Diego, California |
| 7/95 - 7/96 | Associated Emergency Physicians Medical Group, San Diego, California |
| 12/94 - 7/96 | Kaiser Permanente Emergency Department, San Diego, California |
| 10/94 - 7/96 | Med America Health Resource Company, San Diego, California |
| 4/94 - 7/95 | Sharp-Rees-Stealy Urgent Care, San Diego, California |
| 7/93 - 12/95 | Flight Physician, Life Flight Air Medical Transport Service |

<u>HONORS AND AWARDS</u>:

1990    Random House Medical Student Award

1996    American College of Emergency Physicians, California Chapter Challenge Bowl Winner

1996    Council of Residency Directors (CORD) Resident Academic Achievement Award

1996    Outstanding Emergency Medicine Resident

1996    UCSD Emergency Department Staff Support Award

1996    *Journal of Emergency Medicine* Outstanding Contribution Award

1999    "Golden Apple" Teaching Award, UCSD Emergency Medicine Residency Graduating Class of 1999

2000    Faculty of the Year, UCSD Emergency Medicine Residency Graduating Class of 2000

2000    Best Research Poster Presentation, California Chapter of the American College of Emergency Physicians (CAL/ACEP) Scientific Assembly, Dana Point, California

2000    Outstanding Scientific Abstract, State of California EMS Authority Annual Emergency Medical Services for Children Conference, San Diego, California, November 2000

2001    Best Oral Presentation, CAL/ACEP Scientific Assembly, Santa Clara, California

2004    Academy of Clinician Scholars, University of California San Diego

2004    Top Doctor in San Diego County, San Diego Magazine

2004    Top Peer Reviewer, *Annals of Emergency Medicine*

2005    Top Doctor in San Diego County, San Diego Magazine

2005    Clinical Investigation Institute, University of California San Diego

2006    Top Doctor in San Diego County, San Diego Magazine

2007    Finalist San Diego Business Journal Health Care Champion Award

2007    Top Doctor in San Diego County, San Diego Magazine

2007    Top Peer Reviewer, *Annals of Emergency Medicine*

2008    Top Doctor in San Diego County, San Diego Magazine

2008    UCSD Undergraduate Campus Outstanding Faculty Mentor of the Year

2009    Clinical and Translational Research Institute, Charter member

2009    Top Doctor in San Diego County, San Diego Magazine

2010    Top Doctor in San Diego County, San Diego Magazine

2011    Top Doctor in San Diego County, San Diego Magazine

HONORS AND AWARDS, continued:

2012 Top Doctor in San Diego County, San Diego Magazine

2013 Top Doctor in San Diego County, San Diego Magazine

2014 Top Doctor in San Diego County, San Diego Magazine

2015 "25 Emergency Medicine & EMS Professors You Should Know" From Medical Technology Schools at: http://www.medicaltechnologyschools.com/emt/emergency-medicine-ems-professors-to-know

2018 Top Doctor in San Diego County, San Diego Magazine

2019 Top Doctor in San Diego County, San Diego Magazine


PROFESSIONAL SOCIETY MEMBERSHIPS:

American Medical Association, 1988-97

California Alumni Association, 1988

American College of Emergency Physicians, 1991

Fellow, American College of Emergency Physicians, 2000

California Chapter of the American College of Emergency Physicians, 1991

Society for Academic Emergency Medicine, 1995-2024

Society for Academic Emergency Medicine, EMS Interest Group, 2019-2021

National Association of EMS Physicians, 1998

Fellow, American Academy of Emergency Medicine, 2000

California Chapter of the American Academy of Emergency Medicine, 2000

American Association of University Professors, 2002-2024

California Conference of the American Association of University Professors, 2002-2024

San Diego Faculty Association, 2002-2024

San Diego County Medical Society, 2003

American Association of Emergency Psychiatry, 2014-2017

California Chapter National Association of EMS Physicians, 2021

PATENTS:

# WO 2010/011976 A2: Medication Delivery Devices Having Penetrable Sterility Barriers and Alignment Features (January 28, 2010)

# WO 2010/011976 A2: Medication Delivery Devices Having Penetrable Sterility Barriers and Alignment Features (January 28, 2010)

# US 2010/011966 A2: Medication Delivery System (January 28, 2010)

# US 2010/0022987 A1: Medication Delivery System (January 28, 2010)

# US 61476836 Medication Delivery Apparatus (April 19, 2011)

Content Expert

Reviewer, Practical Summaries in Acute Care, Thomson American Health Consultants, 2006

Expert Editorial Advisor, *Managing the Ankylosing Spondylitis Patient in an Emergency Setting for the* Spondylitis Association of America (SAA).  2008

Content Expert for Cable News Network (CNN), 2009

Content Expert for ABC News, 2011

Journals

Editor-in-Chief, *Journal of Emergency Medicine Reports*, Elsevier Science, Inc., 2022

Editor-in-Chief, *Advances in Legal Medicine*, Longdom Publishing, 2014-2015.

Senior Associate Editor/Editorial Board, *Journal of Emergency Medicine*, Elsevier Science, Inc., 2013 (Associate Editor since 2007, Editorial board since 2000; reviewer since 1994)

Editorial Board, *Prehospital Emergency Care,* Taylor & Francis Group, 2006-2022 (Reviewer since 2004)

Editorial Board, *Journal of Forensic and Legal Medicine*, Elsevier Science, Inc. 2012 (Reviewer since 2011)

Editorial Board, *Emergency Medicine and Healthcare*, Herbert Publications, 2013

Editorial Board, *Saudi Journal of Emergency Medicine*, 2019

Senior Reviewer, *Annals of Emergency Medicine*, Mosby, 2007 (Reviewer since 1998)

<u>Journals (cont.)</u>

Reviewer, *European Journal of Epidemiology*, Kluwer Academic Publishers, 1996-97

Reviewer, *Western Journal of Emergency Medicine*, 2001

Reviewer, *American Journal of Emergency Medicine*, Elsevier Science, Inc., 2005

Reviewer, *Emergency Medicine Journal*, BMA House, 2006

Reviewer, *Forensic Science International*, 2007

Reviewer, *California Journal of Emergency Medicine*, 2007

Reviewer, *Journal of the American Medical Association (JAMA)*, 2009

Reviewer, *BioMedical Engineering OnLine*, 2009

Reviewer, *Bioelectromagnetics*, 2010

Reviewer, *Forensic Science, Medicine and Pathology*, 2010

Reviewer, *Psychology Research and Behavior Management*, 2010

Reviewer, *Academic Emergency Medicine*, 2010

Reviewer, *Medicina*, 2012

Reviewer, *Injury Prevention*, 2013

Reviewer, *Therapeutics and Clinical Risk Management*, 2013

Reviewer, *Pediatrics,* 2013

Reviewer, *Journal of Forensic Toxicology and Pharmacology*, 2014

Reviewer, *Journal of Injury and Violence Research*, 2014

Reviewer, *International Journal of Molecular Sciences*, 2015

Reviewer, *Emergency Medicine International,* 2015

Reviewer, *Policing: A Journal of Policy and Practice,* 2016

Reviewer, *International Journal of Law and Psychiatry,* 2017

Reviewer, *Journal of Correctional Health Care*, 2019

Reviewer, *Clinical Toxicology,* 2019

Reviewer, *Medicine, Science and the Law*, 2019

Reviewer, *International Journal of Legal Medicine,* 2019

CURRENT COMMITTEE MEMBERSHIPS:

San Diego County Base Station Physicians' Committee, Chair 2021

American Academy of Emergency Physicians, Clinical Practice Committee, 2011

San Diego County Base Station Physicians' Committee, 2013

San Diego County Prehospital Audit Committee, 2013

EMS Directors Association of California, 2019

San Diego County North Zone EMS Committee, 2019

San Diego County Health Services Capacity Task Force, 2019

San Diego County EMS Protocol Task Force, 2019

Oceanside Fire Department CQI Committee, 2019

San Diego North Zone Dispatch Protocol Task Force, 2019

San Diego County Fire Chief Association, EMS Section, 2019

San Diego Health Connect, EMS Workgroup, 2019

San Marcos Fire Department EQIP Committee, 2021

San Diego Resuscitation Consortium, 2023

North County Dispatch Steering Committee, 2024

Research Committee, UCSD Department of Emergency Medicine, 1997

UCSD Faculty Association, 2002

<u>PREVIOUS UCSD COMMITTEE MEMBERSHIPS</u>:

Quality Improvement/Peer Review Committee, Department of Emergency Medicine, 1999-2024

UCSD Academy of Clinician Scholars Executive Committee, 2005-2024

UCSD Medical Staff Executive Committee, 2007-2024

Chair, UCSD Medical Risk Management Committee, 2012-2024

Chair, UCSD Allocation Committee, 2012-2024

UCSD Significant Events Committee, 2012-2024

UCSD Emergency Department Security Committee, 2020-2024

High Utilizers of Emergency Services Committee, 20202-2024

Rapid Process Improvement Workshop (RPIW): ED Specimen Handling Sponsor, 2023 -2024

Co-Chair, UCSD/Rady Children's Joint Risk Management Committee (JRMC), 2013-2024

UCSD Patient Experience Executive Committee, 2013-2024

UCSD Faculty Leadership Group, 2014-2024

Patient Advocacy Reporting System (PARS) Oversight Team, 2014-2024

UCSD Leadership Council, 2015-2024

UCSD Department of Emergency Medicine Clinical Operations Committee, 2016-2024

UCSD Department of Emergency Medicine Executive Committee, 2016-2024

UCSD Department of Emergency Medicine Management Committee, 2016-2024

UCSD Department of Emergency Medicine/Psychiatric Committee, 2016-2024

UCSD Hillcrest Emergency Department Patient Flow Task Force, 2016-2024

UCSD Health System Patient Grievance Review Committee, 2016-2024

UCSD Threat Assessment Management Committee, 2016-2024

UCSD Department of Emergency Faculty Search Committee 2018-2024

UCSD Medical Staff Professionalism Committee, 2019-2024

UCSD Urgent Care Leadership Committee, 2019-2024

UCSD Department of Emergency Medicine Research Associate Interview Committee, 2019-2024

UCSD Flu Capacity Task Force, 2019-2024

UCSD Urgent Care Pharmacy Committee, 2020-2024

UCSD Health Novel Coronavirus Planning and Response Workgroup, 2020-2021

UCSD Emergency Department and Security Safety Committee, 2020-2024

UCSD Department of Emergency Medicine Residency Interview Committee, 2019-2022

UCSD Academic Assembly alternative representative, 2019-2021

UCSD Ligature Prevention Task Force, 2019-2020

PREVIOUS UCSD COMMITTEE MEMBERSHIPS, continued:

UCSD Emergency Medicine Workplace Violence Initiative Committee, 2019-2020

UCSD Department of Emergency Medicine Academic Affairs Committee, 2013-15

President, UCSD Academy of Clinician Scholars, 2013-15

UCSD Board of Governor's Committee, 2013-15

UCSD Academic Senate Representative Assembly, Alternate, 2011-13

UCSD Sheriff Managed Care Oversight Committee 2000-2015

Ladder Rank Recruitment Committee, UCSD Department of Emergency Medicine, 2013

UCSD Medical Staff Bylaws Work Group, 2014

Chair, Emergency Department Staffing Committee of Process Action Team, 1994-95

Hospital Infection Control Committee, 1994-95

Emergency Medicine Housestaff Association Representative, 1994-96

Emergency Department Clinical Practices Committee, 1994-96

Emergency Department Peer Review/Quality Assurance Committee, 1995-96

Emergency Department Critical Care Room Process Action Team, 1996

Paramedic/Emergency Department Interface Task Force, 1998-99

Emergency Department Staffing Committee, Department of Emergency Medicine, 1999

Credentials Committee, 1997-2000

Faculty Search Committee, Department of Emergency Medicine, 1999, 2000, 2002

Medical Director's Group, 1997-2002

Patient Care Review Committee, 2003

Medical Risk Management Committee, 2002-07

Patient Improvement and Outcome Committee, 2003-05

Medical Staff Executive Committee Reorganization Ad Hoc Committee, 2005-2006

UCSD Phasing Strategy Ad Hoc Committee, 2005-06

Clinical Representative, Trauma Quality Assurance Program, 1998-2006

Vice Chief of Staff, UCSD Medical Center, 2007-2009

UCSD/San Diego Sheriff Security Working Group, 2003-10

Chief of Staff, UCSD Medical Center, 2009-2012

Vice-Chair, Quality Council Committee, 2009-2012 (member since 2003)

Chair, Medical Staff Executive Committee, 2009-2012

UCSD Governance Advisory Committee, 2009-2012

PREVIOUS UCSD COMMITTEE MEMBERSHIPS, continued:

UCSD Department of Medicine Clinical Operations Redesign Enterprise (CORE) Initiative Team, 2009-2012

Director of Risk Management Selection Committee, 2007

Chair, Medical Risk Management Committee, 2003-07 (member since 2002)

Medical Risk Management Executive Committee, 2003-07

UCSD Medical Center Allocation Committee 2005-07

Patient Safety Committee, 2003-07

Vice Chair, Medical Staff Executive Committee, 2007-09

Chair, Patient Care and Peer Review Committee, 2007-09 (member since 2005)

Trauma Multidisciplinary Committee, 2000-09

Department of Medicine Committee on Advancement and Promotions (DOMCAP), 2007-09

Vice Chair, Quality Council Committee, 2009-2012

UCSD Medical Center Syncope Task Force, 2010-11

LIFESHARING, A Donate Life Organization Advisory Board, 2010-2014

UCSD Director of Risk Management Selection Committee, 2012

Secretary-Treasurer, UCSD Academy of Clinician Scholars, 2005-12

UCSD Root Cause Analysis Committee, 2013

UCSD Department of Emergency Medicine Chair Selection Committee, 2012-13

UCSD Department of Emergency Medicine Faculty Coverage Committee, 2012-13

UCSD Integrated Delivery Network Design Team, 2012-13

UCSD Department of Emergency Medicine Patient Satisfaction Committee, 2012-13

UCSD Department of Emergency Medicine Faculty Search Committee, 2013-14

Rady Children's Root Cause Analysis Committee, Ad hoc, 2012-15

Rady Children's Emergency Department Faculty Search Committee, 2015-16

UCSD Medical Staff Bylaws Committee, 2018-20

PREVIOUS MEMBERSHIPS/ACTIVITIES:

Vice-President, California Chapter of Emergency Medicine Residents Association, 1994-95

Editor-in-Chief, California Chapter of Emergency Medicine Residents Association Newsletter, 1994-95

Co-Director, School of Medicine 225: Introduction to Emergency Medicine, UCSD School of Medicine, 1994-95

Strike Team Leader, DMAT Olympics 1996 Biological & Chemical Antiterrorist Medical Support

Director, Mercy Air Medical Transport Services Continuing Clinical Education, 1996-2003

Member, San Diego County 911 Dispatch Quality Review Board, 1997-98

Co-Director, University of California, San Diego School of Medicine, Course SOM 224I, 1997-2002

Pediatric Advanced Life Support Course Director, 1997-2002

Editor-in-Chief, UCSD Medical Center EMS Run Review, 1997-2003

Sponsor, Palomar College Emergency Medical Education Department Paramedic Training, 1997-2003

Medical Support Physician, Super Bowl XXXII, San Diego, California, January 25, 1998

Medical Support Physician, Suzuki Rock-n-Roll Marathon, San Diego, California, June 21, 1998

Marketing Director, California Chapter of the American College of Emergency Physicians (CAL/ACEP) Scientific Assembly, 1998-99

Member, Program Committee, CAL/ACEP Scientific Assembly, 1998-99

Howard Hughes Foundation Undergraduate Preceptor, 1998, 1999

Co-editor, Pearls from PAC Newsletter, 1998-2000

Preceptor, Introduction to Clinical Medicine 201-B, UCSD School of Medicine, 1999

EMS Team Leader, San Diego County Metropolitan Medical Strike Team, 1999

Co-Chair, Program Committee, CAL/ACEP Scientific Assembly, 1999-2000 and 2000-01

Member, San Diego County Bio-Terrorism Planning Group, 1999-2003

Moderator, EMS Poster Section, Western Regional Society for Academic Emergency Medicine Conference, Portland, Oregon, April 2000

Preceptor, California State University Dominguez Hills Statewide Nursing Program, 2000

Affiliate Faculty, Southwestern College Paramedic Training Program, 2000-03

PREVIOUS MEMBERSHIPS/ACTIVITIES, continued:

Medical Director, EPIC "Eliminate Preventable Injuries of Children" Medics, San Diego County, 2000-03

San Diego Port District AED (Automated External Defibrillator) Program RPF Panel, 2001

Peer Reviewer, *Pediatric Emergency Medicine Reports*, 2001

Reviewer, Scientific Abstract Presentations, CAL/ACEP Scientific Assembly, 2001-02

Member, Board of Directors, CAL/ACEP, 2001-03

Moderator, Western Regional SAEM Research Presentations, San Diego, California, April 2002

Clinical Coordinator, Southwestern College Emergency Medical Technician Program, 2001-03

Santa Clara County/Regional Medical Center Trauma Designation Review Committee, 2004

San Diego County Health Services Capacity Issues Task Force, 2002-06

San Diego Regional Safety Consortium Inter-facility Transfer Protocol Task Force, 2004-06

San Diego Regional Fire Prevention Emergency Preparedness Task Force, 2004-2006

San Diego County Task Force on Fire Prevention, 2004-06

President-Elect, EMS Medical Director's Association of California, 2005-06

Medical Director, San Diego County Metropolitan Medical Strike Team, 1998-2008

American College of Emergency Physicians (ACEP) Task Force on Excited Delirium Syndrome 2009-10

Objective Structured Clinical Examiner, UCSD School of Medicine, 1997-10

Evaluator, UCSD Physician Assessment and Clinical Evaluation (PACE) Program, 2000-06

Tactical EMS Care Provider for San Diego Sheriff's Special Enforcement Detail (SED), 2007-10

San Diego State Pre-Med Preceptor, SDSU, 2008-13

Phi Delta Epsilon Faculty Mentor, UCSD, 2008-12

National Institute of Justice Task Force on Excited Delirium, 2011

Member, Disaster Medical Assistance Team (CA-4), 1994-2011

Operations Committee, San Diego County Metropolitan Medical Strike Team, 1998-2010

Physician Member, San Diego County Metropolitan Medical Strike Team, 1998-07

<u>PREVIOUS COMMITTEE MEMBERSHIPS</u>:

Practice Management Committee, CAL/ACEP, 1994-95

Committee on Prehospital Stroke Triage, San Diego County Medical Society, 1998

Research Subcommittee, San Diego County Prehospital Audit Committee, 1997-99

Prehospital RSI Task Force, San Diego County Prehospital Audit Committee, 1997-99

Chair, San Diego County Prehospital Audit Committee, 1998-2000

San Diego County Pediatric CPR Task Force, 1999-2000

San Diego Sheriff's Source Selection Committee, 2000

Steering Committee, San Diego County Metropolitan Medical Strike Team, 1998-2001

Program Committee, CAL/ACEP Scientific Assembly, 1998-2001 (Co-Chair for 1999-2001)

Awards Committee, CAL/ACEP Scientific Assembly, 1999-2001

EMS Committee, San Diego County Metropolitan Medical Strike Team, 1999-2001

San Diego Metropolitan Medical Response System Bio-Terrorism Planning Group, 1999-2001

San Diego County EMS QA Net Prehospital Design Steering Committee, 2000-01

Chair, CPR Subcommittee, San Diego County Prehospital Audit Committee, 1998-2002

San Diego County SIPs (Serial Inebriate Program) Task Force, 2000-02

Task Force Leader, CAL/ACEP Scientific Assembly, 2001-02

Chair, Training Committee, San Diego County Metropolitan Medical Strike Team, 2001-02

Co-Chair, EMS Committee, CAL/ACEP, 2001-02

Policy Committee, CAL/ACEP, 2001-02

Chair, Research Subcommittee, San Diego County Prehospital Audit Committee, 2000-02

Governmental Affairs Committee, CAL/ACEP, 2001-02

Didactic Subcommittee, SAEM Program Committee, 2001-02

Program Mgmt Committee, San Diego County Metropolitan Medical Strike Team, 2001-03

Air Medical Transport Section, American College of Emergency Physicians, 2001-03

San Diego County Sheriff's Mortality Review Committee, 2001-03

San Diego County Sheriff's Pharmacy and Therapeutics Committee, 2001-03

City of San Diego EMS Physicians' Advisory Committee, 1998-2006

City of San Diego Prehospital Cardiac Advisory Committee, 1998-2006

Education Committee, CAL/ACEP, 2000-03

SAEM EMS Interest Group, 2001-2006 (Co-chair 2003-04)

PREVIOUS COMMITTEE MEMBERSHIPS, continued:

San Diego County EMS for Children (EMSC) Advisory Committee, 2002-05

Scientific Subcommittee, SAEM Program Committee, 2002-05

Police Executive Research Forum Task Force on Conductive Energy Weapons Use, 2005

San Diego County EMS for Children (EMSC) Advisory Committee, 2002-05

Scientific Subcommittee, SAEM Program Committee, 2002-05

Member-at-large, EMDAC Officer Board, 2004-05

San Diego County Fire Chief's Association, 2004-06

San Diego County Sheriff's Helicopter Program Ad Hoc Advisory Committee, 2004-06

Chair, San Diego County HRSA Work Group, 2004-06

San Diego County Regional Helicopter Advisory Committee, 2004-06

San Diego County HRSA Executive Steering Committee, 2004-06

San Diego County Critical Care Transport Working Group, 2005-06

San Diego County Prehospital Patient Record IT Steering Committee, 2005-06

San Diego County Cardiac Advisory Committee, 2005-06

San Diego County Stroke Advisory Committee, 2005-06

San Diego County Emergency Medical Care Committee, 2006

Co-Chair, San Diego County Medical Society EMS Medical Oversight Committee, 2002-2006

Chair, EMS Committee, American Academy of Emergency Medicine California Chapter, 2000-06

EMS Medical Director's Association of California, 2002-06

San Diego County Trauma Administrators Committee, 2002-06

Chair, San Diego County EMS Research Committee, 2002-06

Chair, San Diego County Paramedic Protocol Revision Committee, 2002-06

San Diego County Public Health Services Physicians Group, 2003-06

SAEM EMS Interest Group, 2001-2006 (Co-chair 2003-04)

San Diego County Healthcare Advisory Committee on Terrorism, 2003-06

San Diego County Paramedic Training Joint Advisory Committee, 2000-06

San Diego County Public Health Preparedness Team, 2001-06

EMS Section, American College of Emergency Physicians, 2001-06

Chair, San Diego County Aeromedical Protocol Committee, 1998-2006

San Diego County Committee on Pediatric Emergency Medicine, 1998-2006

San Diego County Base Hospital Physicians Committee, 1997-2006

San Diego County Trauma Audit Committee, 1997-2006

PREVIOUS COMMITTEE MEMBERSHIPS, continued:

San Diego County Prehospital Audit Committee, 1997-2006

EMS Medical Director's Association of California, 2002-06

SAEM Program Committee, 2001-2007

Chair, Photography Subcommittee, SAEM Program Committee, 2002-2007

Training Committee, San Diego County Metropolitan Medical Strike Team, 2001-09

San Diego BEACON/EMS Hub Technical Committee, 2012-13

San Diego Central Jail Quality Assurance Committee, 1999-2013

San Diego Central Jail Medical Oversight Committee, 1999-2013

Resuscitative Outcomes Consortium (ROC) Executive Committee, 2014-15

Resuscitative Outcomes Consortium (ROC) EMS Operations Committee, 2014-15

Resuscitative Outcomes Consortium (ROC) Management Committee, 2014-15

Resuscitative Outcomes Consortium (ROC) Hospital Practices Cardiac Committee, 2014-15

Resuscitative Outcomes Consortium (ROC) Publications Committee, 2014-15

Resuscitative Outcomes Consortium (ROC) Cardiac Committee, 2014-15

Resuscitative Outcomes Consortium (ROC) Trauma Committee, 2014-15

Carlsbad Fire Department EMS Oversight Committee, 2013-17

PREVIOUS FUNDED RESEARCH:

1.    Co-Investigator with Tom Neuman (PI) for evaluation of positional asphyxia in the hobble restraint position, funded by the County of San Diego, 1995--$33,900

2.    Co-Investigator, with Theodore Chan (PI), for evaluation of the Melker percutaneous cricothyrotomy kit in human cadavers, funded by Cook Medical Products, 1997--$10,000

3.    Co-Investigator with John Eisele (PI) for the evaluation of positional asphyxia in the hobble restraint position with weight on subjects' backs, funded by the American Academy of Forensic Sciences, 1998--$2,500

4.    Co-Investigator, with Theodore Chan (PI), for study entitled, "The Impact of Oleoresin Capsicum Spray on Respiratory Function in Human Subjects in the Sitting and Prone Maximal Restraint Positions."  Study funded by the National Institute of Justice, U.S. Department of Justice, 1998-99.  UCSD No. 98-7107; USDOJ Federal Award #98-IJ-CX-0079.  Amount: $128,176

5.    Principle Investigator (PI) for study entitled "Evaluation of Hurricaine anesthetic in patients with dyspepsia" funded by Beutlich Pharmaceuticals for, 2001.  Amount: $1,500

6.    Co-Investigator, with Theodore Chan (PI), for evaluation of the Melker percutaneous cricothyrotomy kit in human cadavers, funded by Cook Medical Products, 2003.  Amount: $12,000

7.    Co-Investigator, with David Hoyt (PI) for the Resuscitation Outcomes Consortium: UCSD / San Diego Resuscitation Research Center, funded by the NIH, 9/1/04 to 6/30/09.  UO1 HL077908.  Amount: $2,250,522

8.    Co-Principal Investigator (Co-PI), with Theodore Chan, for study entitled, "The effect of Taser on Cardiac, Respiratory and Metabolic Physiology in Human Subjects."  Study funded by the National Institute of Justice, U.S. Department of Justice, 10/1/2005 to 9/30/2007.  UCSD No. 2006-0846; USDOJ Federal Award #98-IJ-CX-0079.  Amount: $213,941.4

9.    Co-Investigator, with Daniel Davis (PI) for the study entitled, "ROC Interventional Trials: Hypertonic Resuscitation for Traumatic Injury, Trauma Epistry, PRIMED", funded by the NIH, 7/1/06 to 6/30/08. UO1 HL077863. Amount:  $331,320

10.   Co-Investigator, with Daniel Davis (PI) for the, "ROC Cardiac Epistry", funded by the AHA, 7/1/06 to 6/30/08. Amount:  $133,427

11.   Co-Investigator, with Theodore Chan (PI) for study entitled, "Multi-Center Study of the Impact of Nurse-Patient Ratios on Emergency Department Overcrowding." funded by the Emergency Medicine Foundation, 7/1/07 to 6/30/08.  Amount:  $50,000

12.   Principal Investigator (PI) for study entitled, "Evaluation of the Ventilatory and Respiratory Effects of a Restraint Chair on Human Subjects."  Funded by the Institute for the Prevention of In-Custody Deaths, Inc, 1/1/07 to 12/31/07.   Amount:  $11,658

PREVIOUS FUNDED RESEARCH (cont):

13.  Co-Investigator, with Edward Castillo (PI) for study entitled, "California ED Diversion Project Evaluation." funded by the California Healthcare Foundation, 5/15/08 to 10/15/08.  Amount: $50,990

14.  Principal Investigator (PI) for study entitled, "Ventilatory Effects of Prone Restraint on Obese Human Subjects."  Funded by the Institute for the Prevention of In-Custody Deaths, Inc, 1/1/09 to 12/31/09.  Amount:  $13,423

15.  Principal Investigator (PI) for study entitled, "FAST TRAC: Finding ACS with Serial Troponin Testing for Rapid Assessment."  Funded by the Nanosphere, Inc. 2/1/09 to 2/1/11.   Amount:  $85,000

16.  Principal Investigator (PI) for study entitled, "CHOPIN: Copentin Helps in the Early Detection of Patients with Acute Myocardial Infarction."  Funded by Brahms AG, 8/1/09 to 8/1/12.   Amount: $103,950

17.  Co-Investigator, with Christine Hall for the study titled, "RESTRAINT - Risk of dEath in Subjects That Resisted: Assessment of Incidence and Nature of faTal events", funded by the Vancouver Island Health Authority. 7/1/09 to 6/30/11. Amount $50,000

18.  Co-Investigator for study titled "STAT MERCURY: Studying the Treatment of Acute HyperTension: A Multicenter EmeRgency Department Clevidipine Utilization RestrY" funded by the Medicines Company, 7/27/10 to 11/1/11. Amount $1400

19.  Co-Investigator for study titled "A Phase II, Randomized, Double-blind, Placebo-controlled Study to Evaluate the Safety and Efficacy of MN-221 when Administered Intravenously as an Adjunct to Standard Therapy to Adults with an Acute Exacerbation of Asthma."   Study funded by MediciNova, Inc. 1/1/11 to 1/31/12. Amount $50,000

20.  Principle Investigator for study titled "AKINESIS: Acute Kidney Injury N-gal Evaluation of Symptomatic heart failure." Study funded by Alere and Abbott, 4/1/11 to 6/30/12. Amount $32,000

21.  Principle Investigator for study titled "Evaluation of Ecallantide (DX-88) for the Acute Treatment of Angiotensin Converting Enzyme Inhibitor Induced Angioedema, a Phase II, double-blind study.  Study funded by Dyax Corporation. 4/1/11 to 6/30/12.  Amount $20,000

22.  Principle Investigator for study titled "REAL:  Rapid Evaluation of Acute Kidney Injury with NGAL in Acutely Ill Patients in the ICU." Study funded by Alere, 5/1/11 to 6/30/12. Amount $74,435

23.  Principle Investigator for study titled "A Mulit-Center, Open-Label, Surveillance Trial to Evaluate the Safety and Efficacy of a Shortened Infusion Time of Intravenous Ibuprofen Protocol CPI-CL-015." Study funded by Cumberland Pharmaceuticals, Inc., 6/1/11 to 6/30/12. Amount $50,000

PREVIOUS FUNDED RESEARCH (cont):

24. Co-Investigator, with Edward Castillo (PI) for the study titled, "Restraint Chair Literature Review and Policy Gap Analysis", funded by the Ontario Ministry of Community Safety and Correctional Services, 7/1/13 to 9/30/13.  COS-0010.  Amount: $15,000

25. Co-Investigator, with Daniel Davis (PI) for the study titled, "Resuscitation Outcomes Consortium (ROC) Regional Clinical Center, San Diego", funded by the NIH, 3/1/10 to 6/30/14.  U01 HL077908-09.  Amount: $1,389,389

26. Co-Investigator with Edward Castillo (PI) for study entitled, "Diagnostic Evaluation using ClearView in Decision Making in the Emergency Room". Funded by EPIC Research and Diagnostics, Inc, 2012-2014. Amount: $650,840.10 (based on 570 total participants).

27. Co-Investigator with Edward Castillo (PI) for study entitled, "Point-of-Care Testing for Illicit Drugs and Alcohol Intoxication in an Emergency Room". Funded by the National Institute on Drug Abuse through Seacoast Science, Inc., 2013-2015. Amount: $50,163.

28. Co-Investigator with Edward Castillo (PI) for study entitled, "Evaluation of downward force placed onto prone subjects." Funded by the Institute for the Prevention of In-Custody Deaths, Inc., 2014-2015.  Awarded, contract in process. Amount: $7,500.

29. Co-Investigator with Edward Castillo (PI) for study entitled, "Acute Bacterial Skin and Skin Structure Infection (abSSSI) Practice Pattern Assessment." Funded by Durata Therapeutics International B.V., 2014-2015. Amount: $15,000.

30. Co-Investigator with Edward Castillo (PI) for study entitled, "Exploring emergency room physician's knowledge and attitudes concerning the use of appropriate and safe home care as an alternative to hospital admission." Funded by the Gary and Mary West Health Institute, 2014-2015. Amount: $118,021.

31. Co-Investigator with Allyson Kreshak (PI) for study entitled, "Telephone, Text or Type? Comparing Tools for Improving Physician-Patient Communication Beyond the Walls of the Emergency Department after Discharge."   Funded by the UCSD Academy of Clinician Scholars, 2014-2015.  Amount: $10,000.

32. Principal Investigator (PI) for the study titled, "Resuscitation Outcomes Consortium (ROC) Regional Clinical Center, San Diego", funded by the NIH, 7/1/14 to 12/31/15.  U01 HL077908-09.  Amount: NCE

33. Principal Investigator (PI) for study entitled, "EXCITATION Study: Unexplained In-Custody Deaths:  Evaluating Biomarkers of Stress and Agitation."  Study funded by the National Institute of Justice, U.S. Department of Justice, 11/1/2012 to 6/30/2016.  USDOJ Federal Award # 2012-R2-CX-K006.  Amount: $431,943

34. Principal Investigator (PI) for the study titled, "Resuscitation Outcomes Consortium (ROC) Protocol -ALPS", funded by the NIH, 7/1/13 to 12/31/15.  5U01HL077863-11 subaward 758500.  Amount: $289,003

PREVIOUS FUNDED RESEARCH (cont):

35.  Co-Investigator with Edward Castillo (PI) for study entitled, "Acute Home Care as an Alternative to Inpatient Admission from the Emergency Department". Funded by the Gary and Mary West Health Institute, 2015 – 2016. Amount: $499,125.

36.  Co-Investigator with Theodore Chan (PI) for study entitled, "The Gary and Mary West Geriatric Center of Excellence (West COE): Phase 1 Research Development". Funded by the Gary and Mary West Health Institute, 2015-2016. Amount: $243,610.

37.  Co-Investigator with Chris Coyne (Co-PI) for study entitled, "A blinded non-randomized comparison of inhaled loxapine (ADASUVE®) versus IM haloperidol/lorazepam". Funded by Teva Pharmaceuticals, 2015-2019. Amount: $28,300.

38.  Co-Principal Investigator with Susan Little for study entitled, "FOCUS program (On the Frontlines of Communities in the United States): Routine Screening for HIV Infection at the UCSD Hillcrest and Thornton Emergency Departments". Funded by Gilead, 2016-2018. Amount: $490,937.41.

39.  Principal Investigator for study entitled, "A hospital-based retrospective chart review to assess the management of acute agitation in adult patients with schizophrenia and related disorders, and bipolar disorder presenting to the emergency department (ED) in the US." Funded by BioXcel, 2021-2023.  Amount: $58,151.15.

40.  Co-Investigator with Chris Coyne for study entitled, "FOCUS program (On the Frontlines of Communities in the United States): Routine Screening for HCV Infection at the UCSD Hillcrest and Thornton Emergency Departments". Funded by Gilead, 2018-2024. Amount: $306,770.

41.  Co-Investigator with Chris Coyne for study entitled, "HIGH NOTE: High Sensitivity Near Patient Cardiac Troponin." Funded by Quidel.  2021-2024.  Amount: pending

PUBLICATIONS:

Texts/Books

1.  Atlas of Emergency Procedures.  Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.);
    St. Louis: Mosby, Inc., 2001.

2.  Atlas of Emergency Procedures. (Edition translated into Spanish) Rosen P, Chan TC, Vilke
    GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2005.

3.  Guidelines for Investigating Officer-Involved Shootings, Arrest-Related Deaths and Deaths in
    Custody.  Ross DL, Vilke GM (Eds.); New York and London: Routledge. 2017.

Book Chapters

1.  Vilke GM:  Head Trauma, Blunt.  In: The 5 Minute Emergency Medicine Consult.
    Rosen P, Barkin RM, Hayden SR, Schaider JJ, Wolfe R (Eds.); Philadelphia: Lippincott
    Williams & Wilkins, 1999, pp 472-473.

2.  Vilke GM:  Head Trauma, Penetrating.  In: The 5 Minute Emergency Medicine Consult.
    Rosen P, Barkin RM, Hayden SR, Schaider JJ, Wolfe R (Eds.); Philadelphia: Lippincott
    Williams & Wilkins, 1999, 474-475.

3.  Vilke GM:  Urethral Catheterization.  In: Atlas of Emergency Procedures.  Rosen P,
    Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 124-127.

4.  Vilke GM:  Cystostomy.  In: Atlas of Emergency Procedures.  Rosen P, Chan TC,
    Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 128-129.

5.  Vilke GM:  Bladder Aspiration.  In: Atlas of Emergency Procedures.  Rosen P, Chan TC,
    Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 130-131.

6.  Vilke GM:  Dorsal Slit in Phimosis.  In: Atlas of Emergency Procedures.  Rosen P, Chan TC,
    Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 132-133.

7.  Vilke GM:  Manual Paraphimosis Reduction.  In: Atlas of Emergency Procedures.  Rosen P,
    Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 134-135.

8.  Vilke GM:  Zipper Removal.  In: Atlas of Emergency Procedures.  Rosen P, Chan TC,
    Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 136-137.

9.  Hayden SR, Silfvast T, Deakin CD, Vilke GM:  Surgical Procedures.  In: Prehospital Trauma
    Care.  Soreide E, Grande CM (Eds.); New York: Marcel Dekker, Inc., 2001, pp 323-354.

10. Hayden SR, Thierbach A, Vilke GM, Sugrue M:  Patient Turnover: Arriving and Interacting
    in the Emergency Department.  In: Prehospital Trauma Care.  Soreide E, Grande CM (Eds.);
    New York: Marcel Dekker, Inc., 2001, pp 737-751.

PUBLICATIONS, continued:

Book Chapters

11.   Vilke GM:  Cervical Spine Injury, Adult.  In: Rosen and Barkin's 5-Minute Emergency Medicine Consult (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 1048-1049.

12.   Vilke GM:  Extremity Trauma, Penetrating.  In: Rosen and Barkin's 5-Minute Emergency Medicine Consult (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 394-395.

13.   Vilke GM:  Head Trauma, Blunt.  In: Rosen and Barkin's 5-Minute Emergency Medicine Consult (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 476-477.

14.   Vilke GM:  Head Trauma, Penetrating.  In: Rosen and Barkin's 5-Minute Emergency Medicine Consult (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 478-479.

15.   Vilke GM:  Ring/Constricting Band Removal.  In: Rosen and Barkin's 5-Minute Emergency Medicine Consult (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 980-981.

16.   Vilke GM:  Warts.  In: Rosen and Barkin's 5-Minute Emergency Medicine Consult (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 1222-1223.

17.   Vilke GM:  Fournier's Gangrene.  In: Rosen and Barkin's 5-Minute Emergency Medicine Consult (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 430-431.

18.   Vilke GM:  Variants of Normal.  In: ECG in Emergency Medicine and Acute Care.  Chan TC, Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia: Elsevier Mosby, 2005, pp 12-15.

19.   Vilke GM:  Keloid Formation. In: Greenberg's Text-Atlas of Emergency Medicine. Greenberg MI, Hendrickson RG, Silverberg M (Eds.); Philadelphia: Lippincott Williams and Wilkins, 2005, p 684.

20.   Vilke GM:  Distal Digital Amputation. In: Greenberg's Text-Atlas of Emergency Medicine. Greenberg MI, Hendrickson RG, Silverberg M (Eds.); Philadelphia: Lippincott Williams and Wilkins, 2005, p 685.

21.   Vilke GM:  Painful Syndromes of the Hand and Wrist.  In: Harwood-Nuss' Clinical Practice of Emergency Medicine fourth edition.  Editor-in-chief: AB Wolfson. Philadelphia: Lippincott Williams and Wilkins, 2005, pp 536-540.

PUBLICATIONS, continued:

Book Chapters

22.   Vilke GM:  Neck Holds.  In: Sudden Deaths in Custody.  Ross DL, Chan TC (Eds.); New Jersey: Humana Press, 2006, pp 15-38.

23.   Sloane C, Vilke GM:  Riot Control Agents, Tasers and Other Less Lethal Weapons. In: Sudden Deaths in Custody.  Ross DL, Chan TC (Eds.); New Jersey: Humana Press, 2006, pp 113-138.

25.   Vilke GM:  *Clostridium botulinum* Toxin (Botulism) Attack.  In: Disaster Medicine. Ciottone GR (Ed.); Boston: Elsevier Mosby, 2006, pp 701-704.

26.   Vilke GM:  Viral Agents (Section 10, Part 2).  Section Editor.  In: Disaster Medicine. Ciottone GR (Ed.); Boston: Elsevier Mosby, 2006, pp 661-697.

27.   Patel R, Reynoso J, Vilke GM:  Genitourinary Trauma. In:  Emergency Medicine Handbook. Clinical Concepts for Clinical Practice.  Roppolo LP, Davis D, Kelly SP, Rosen P (Eds.); Philadelphia: Elsevier Mosby, 2007, pp 164-173.

28.   Vilke GM:  Extremity Trauma, Penetrating. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (third edition).  Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 392-393.

29.   Vilke GM:  Fournier's Gangrene. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (third edition).  Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 428-429.

30.   Vilke GM:  Head Trauma, Blunt. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (third edition).  Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 474-475.

31.   Vilke GM:  Head Trauma, Penetrating. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (third edition).  Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 476-477.

32.   Vilke GM:  Spine Injury: Cervical, Adult. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (third edition).  Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 1040-1041.

33.   Vilke GM:  Warts. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (third edition).  Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 1224-1225.

34.   Vilke GM, Sloane CM, Chan TC.  Accelerated Triage for Medical Evaluations Following CED Activations.  In:  Critical Issues in Policing Series:  Strategies for Resolving Conflict and Minimizing Use of Force.  Ederheimer JA (Ed); Washington DC, Police Executive Research Forum, 2007, pp 108-109.

PUBLICATIONS, continued:

Book Chapters

35.   Christensen EF, Deakin C, Vilke GM: Prehospital Care and Trauma Systems.  In: Trauma: Emergency Resuscitation, Perioperative Anesthesia, Surgical Management, Volume I. Wilson WC, Grande CM, Hoyt DB (Eds.); New York: Informa Healthcare USA, Inc, 2007, pp 43-58.

36    Chan TC, Vilke GM.  CEW Research Models: Animal and Human Studies. In: TASER® Conducted Electrical Weapons:  Physiology, Pathology, and Law.  Kroll MW, Ho JD (Eds.); New York: Springer, 2009, pp 109-118.

37.   Vilke GM:  Hand and Wrist Pain.  In: Harwood-Nuss' Clinical Practice of Emergency Medicine fifth edition.  Editor-in-chief: AB Wolfson. Philadelphia: Lippincott Williams and Wilkins, 2010, pp 711-714.

38.   Wilson MP, Vilke GM. Not all ear pain is acute otitis media…and not all require antibiotics! In:  Avoiding Common Errors in the Emergency Department. Mattu A, Chanmugam AS, Swadron SP, Tibbles CD, Woolridge DP (Eds) Philadelphia: Lippincott Williams and Wilkins, 2010, pp 520-522.

39.   Oyama LC, Vilke GM. In:  Emergency Medicine Review Preparing for the Boards.  Harrigan RA, Ufberg JW, Tripp ML (Eds) St. Louis: Elsevier Saunders, 2010, pp 303-315.

40.   Vilke GM:  Extremity Trauma, Penetrating. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (fourth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 392-393.

41.   Vilke GM:  Fournier's Gangrene. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (fourth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 428-429.

42.   Vilke GM:  Head Trauma, Blunt. In: In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (fourth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 476-477.

43.   Vilke GM:  Head Trauma, Penetrating. In: In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (fourth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 478-479.

44.   Vilke GM:  Spine Injury: Cervical, Adult. In: In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (fourth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 1044-1045.

PUBLICATIONS, continued:

Book Chapters

45.   Vilke GM:  Warts. In: In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fourth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 1226-1227.

46.   Heegaard WG, Vilke GM: Factitious Conducted Electrical Weapons Wounds: Injuries and Considerations. In: <u>Atlas of Conducted Electrical Weapon Wounds and Forensic Analysis.</u> Ho JD, Dawes DM, Kroll MW (Eds.)  New York: Springer, 2012, pp 131-142.

47.   Wilson MP, Vilke GM. The patient with excited delirium in the emergency department. In Zun LS, Chepenik LG, Mallory MNS editors. <u>Behavioral Emergencies: A handbook for emergency physicians</u>. Cambridge: Cambridge University Press; 2013.

48.   Vilke GM:  Extremity Trauma, Penetrating. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fifth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 398-399.

49.   Vilke GM:  Fournier Gangrene. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fifth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 434-435.

50.   Vilke GM:  Head Trauma, Blunt. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fifth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 486-487.

51.   Vilke GM:  Head Trauma, Penetrating. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fifth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 488-489.

52.   Vilke GM:  Spine Injury: Cervical, Adult. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult </u>(fifth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 1054-1055.

53.   Vilke GM:  Warts. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (fifth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 1240-1241.

54.   Vilke GM:  Hand and Wrist Pain.  In: <u>Harwood-Nuss' Clinical Practice of Emergency Medicine</u> sixth edition.  Editor-in-chief: AB Wolfson. Philadelphia: Lippincott Williams and Wilkins, 2015, pp 707-710.

PUBLICATIONS, continued:

Book Chapters

55.    Vilke GM: The Question of Positional and Compression Asphyxia. In:  The Thin Blue Line. Amdur E and Hutchings J (eds.) Edgework, 2015, pp 287-290.

56.    Vilke GM: The Question of Positional and Compression Asphyxia. In:  Safe Behind Bars. Amdur E, Blake M, De Villeneuve C (eds.) Edgework, 2015, pp 321-324.

57.    Vilke GM: The Question of Positional and Compression Asphyxia. In:  Cooling the Flames Amdur E, Murphy JK (eds.) Edgework, 2015, pp 247-250.

58.    Castillo EM, Vilke GM. Road Traffic Accidents: Air Bag-Related Injuries and Deaths. Encyclopedia of Forensic and Legal Medicine (Second Edition), 2016, pp 162-174.

59.    Vilke GM, Castillo EM. Restraint Techniques, Injuries, and Death: Use of Force Techniques. Encyclopedia of Forensic and Legal Medicine (Second Edition), 2016, pp 142-147.

60.    Roberts EE, Vilke GM. Restraint Techniques, Injuries, and Death: Conducted Energy Devices.  Encyclopedia of Forensic and Legal Medicine (Second Edition), 2016, pp 118-126.

61.    Castillo EM, Vilke GM. How to design a study that everyone will believe. In: Doing Research in Emergency and Acute Care: Making Order Out of Chaos. Wilson MP, Guluma KZ, Hayden SR (Eds.); Hoboken: Wiley-Blackwell, 2015 pp 79-84.

62.    Vilke GM, Castillo EM. Privacy in research: How to collect data safely and confidentially. In: Doing Research in Emergency and Acute Care: Making Order Out of Chaos. Wilson MP, Guluma KZ, Hayden SR (Eds.); Hoboken: Wiley-Blackwell, 2015, pp 155-160.

63.    Wilson MP, Vilke GM. Mental Illness and Substance Abuse. In: Cooney D. EMS Medicine. New York: McGraw-Hill, 2015, pp 362-366.

64.    DeMers G, Vilke GM. International Deployment. In: Cooney D. EMS Medicine. New York: McGraw-Hill, 2015, pp 531-538.

65.    Vilke GM. Payne-James JJ. Excited Delirium Syndrome: aetiology, identification and treatment.  In: Current Practice in Forensic Medicine Volume 2. Gall JAM, Payne-James JJ (Eds.) West Sussex: Wiley, 2016, pp 97-117.

66.    Vilke GM, Castillo EM. Restraint Techniques, Injuries, and Death: Use of Force Techniques. Encyclopedia of Forensic and Legal Medicine (Second Edition), 2016, pp 142-147.

67.    Villano J, Vilke GM:  Clostridium botulinum Toxin (Botulism) Attack.  In: Disaster Medicine. (second edition) Ciottone GR (Ed.); Philadelphia: Elsevier Mosby, 2016, pp 790-793.

PUBLICATIONS, continued:

Book Chapters

68.  Nakajima Y, Vilke GM, Use of Force in the Prehospital Environment. In: The Diagnosis and Management of Agitation. Zeller SL, Nordstrom KD and Wilson MP (Eds.) Cambridge: Cambridge University Press, 2017. pp 173-188.

69.  Holman M, Vilke GM. Neck Holds. In: Guidelines for Investigating Officer-Involved Shootings, Arrest-Related Deaths and Deaths in Custody. Ross DL, Vilke GM (Eds.); New York and London: Routledge. 2017.

70.  Coyne CJ, Ly BT, Vilke GM. Excited Delirium Syndrome (ExDS). In: Guidelines for Investigating Officer-Involved Shootings, Arrest-Related Deaths and Deaths in Custody. Ross DL, Vilke GM (Eds.); New York and London: Routledge. 2017.

71.  Sloane C, Vilke GM. Less Lethal Weapons, Not Including TASER. In: Guidelines for Investigating Officer-Involved Shootings, Arrest-Related Deaths and Deaths in Custody. Ross DL, Vilke GM (Eds.); New York and London: Routledge. 2017.

72.  Childers R, Chan TC, Vilke GM.  TASER Conducted Electrical Weapons. In: Clinical Forensic Medicine. (Fourth Edition). Stark (Ed.); Springer Nature Switzerland AG. 2020. pp 279-312.

73.  Vilke GM, Solomon PHD:  Extremity Trauma, Penetrating. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (sixth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P (Eds.); Philadelphia: Wolters Kluwer, 2019. pp 396-397.

74.  Vilke GM, Solomon, PHD:  Fournier Gangrene. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (sixth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P (Eds.); Philadelphia: Wolters Kluwer, 2019. pp 432-433.

75.  Vilke GM, Boynton HE:  Head Trauma, Blunt. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (sixth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P (Eds.); Philadelphia: Wolters Kluwer, 2019. pp 484-485.

76.  Vilke GM, Shastry S:  Head Trauma, Penetrating. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (sixth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P (Eds.); Philadelphia: Wolters Kluwer, 2019.  pp 486-487.

77.  Vilke GM, Shastry S:  Spine Injury: Cervical, Adult. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (sixth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P (Eds.); Philadelphia: Wolters Kluwer, 2019. pp 1056-1057.

78.  Vilke GM:  Spine Injury: Thoracic, Adult. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (sixth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P (Eds.); Philadelphia: Wolters Kluwer, 2019. pp 1065-1066.

PUBLICATIONS, continued:

Book Chapters

79.    Alfaraj DN, Vilke GM:  Spine Injury: Lumbar, Adult. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (sixth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P (Eds.); Philadelphia: Wolters Kluwer, 2019. pp 1062-1063.

80.    Alfaraj DN, Vilke GM:  Spine Injury: Coccyx, Adult. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (sixth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P (Eds.); Philadelphia: Wolters Kluwer, 2019. pp 1060-1061.

81.    Childers R, Vilke GM:  Spine Cord Syndromes. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (sixth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P (Eds.); Philadelphia: Wolters Kluwer, 2019. pp 1054-1055.

82.    Childers R, Vilke GM:  Colon Trauma. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (sixth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P (Eds.); Philadelphia: Wolters Kluwer, 2019. pp 248-249.

83.    Allehyani MF, Vilke GM:  Bladder Injury. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (sixth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P (Eds.); Philadelphia: Wolters Kluwer, 2019. pp 146-147.

84.    Vilke GM, Nene RV:  Warts. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (sixth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P (Eds.); Philadelphia: Wolters Kluwer, 2019. pp 1246-1247.

85.    Vilke GM:  Hand and Wrist Pain.  In: Harwood-Nuss' Clinical Practice of Emergency Medicine seventh edition.  Editor-in-chief: AB Wolfson. Philadelphia: Wolters Kluwer, 2019.

86.    Wilson M.P., Vilke G.M. (2021) Excited Delirium Syndrome: Diagnosis and Treatment. In: Behavioral Emergencies for Healthcare Providers. Zun L.S., Nordstrom K., Wilson M.P. (Eds) Springer, Cham. https://doi.org/10.1007/978-3-030-52520-0_16

87.    Childers R, Chan T, Vilke G: TASER Conducted Electrical Weapons.  In: Clinical Forensic Medicine Editor-in-chief: MS Stark.  Switzerland: Springer Nature, 2020, pp 279-312.

88.    Vilke GM, Ly BT.  Section editors for Clinical Syndromes and Emergency Room Physician and Management Issues.  In: Karch's Drug Abuse Handbook. Karch SB, Goldberger BA (Eds.) Taylor & Francis Group. 2022. pp 1-133.

89.    Lam SHF, Vilke GM.  Seizures.  In: Karch's Drug Abuse Handbook. Karch SB, Goldberger BA (Eds.) Taylor & Francis Group. 2022. pp 46-52.

PUBLICATIONS, continued:

Book Chapters

90.  Vilke GM, Lenz A.  Hyperthermia/Heat Stroke.  In: <u>Karch's Drug Abuse Handbook</u>. Karch SB, Goldberger BA (Eds.) Taylor & Francis Group. 2022. pp 52-57.

91.  Alfaraj DN, Vilke GM. Hypertensive Emergencies.  In: <u>Karch's Drug Abuse Handbook</u>. Karch SB, Goldberger BA (Eds.) Taylor & Francis Group. 2022. pp 63-67.

92.  Coyne CJ, Vilke GM, Ly BT.  Excited Delirium Syndrome.  In: <u>Karch's Drug Abuse Handbook</u>. Karch SB, Goldberger BA (Eds.) Taylor & Francis Group. 2022. pp 79-83.

93.  Wardi G, Vilke GM. Valvular Hear Disease.  In: <u>Karch's Drug Abuse Handbook</u>. Karch SB, Goldberger BA (Eds.) Taylor & Francis Group. 2022. pp 112-118.

94.  Villano J, Vilke GM: *Clostridium botulinum* Toxin (Botulism) Attack.  In: <u>Disaster Medicine</u>. (third edition) Ciottone GR (Ed.); Philadelphia: Elsevier Mosby, 2024, pp 822-825.

95.  Hall CA, Bozeman WP, Vilke GM. Acute Behavioral Disturbances and Excited Delirium Syndrome. In <u>Forensic and Legal Medicine</u>. Payne-James J, Byard RW (eds.) Taylor & Francis Group. 2024. pp 677-689. DOI: 10.1201/9781003138754-89

96.  Kroll MW, Vilke GM. Conducted Energy Weapons. In <u>Forensic and Legal Medicine</u>. Payne-James J, Byard RW (eds.) Taylor & Francis Group. 2024. pp 831-839. DOI: 10.1201/9781003138754-89

97.  Castillo EM, Gandhi RN, Vilke GM. Road Traffic Accidents: Air Bag-Related Injuries and Deaths. <u>Encyclopedia of Forensic and Legal Medicine</u> (Third Edition), 2024, DOI: 10.1016/B978-0-443-21441-7.00177-1

98.  Childers RC, Vilke GM. Restraint Techniques, Injuries, and Death: Conducted Energy Devices.  <u>Encyclopedia of Forensic and Legal Medicine</u> (Third Edition), 2024, DOI: https://doi.org/10.1016/B978-0-443-21441-7.00176-X.

99.  Falcon M, Vilke GM. Spine Injury: Coccyx. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (seventh edition).    Schaider JJ, Wolfe RE, Barkin RM, Barkin AZ, Hayden SR, Shayne P, Nordquist E, Doodlesack A, Nelson M, and Halford Z, eds. Philadelphia: Wolters Kluwer; 2024: in press.

100.  Falcon M, Vilke GM. Spine Injury: Coccyx. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (seventh edition).    Schaider JJ, Wolfe RE, Barkin RM, Barkin AZ, Hayden SR, Shayne P, Nordquist E, Doodlesack A, Nelson M, and Halford Z, eds. Philadelphia: Wolters Kluwer; 2024: in press.

PUBLICATIONS, continued:

Book Chapters

101. Falcon M, Vilke GM. Spine Injury: Lumbar. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (seventh edition).    Schaider JJ, Wolfe RE, Barkin RM, Barkin AZ, Hayden SR, Shayne P, Nordquist E, Doodlesack A, Nelson M, and Halford Z, eds. Philadelphia: Wolters Kluwer; 2024: in press.

102. Falcon M, Vilke GM. Spine Injury: Thoracic. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (seventh edition).    Schaider JJ, Wolfe RE, Barkin RM, Barkin AZ, Hayden SR, Shayne P, Nordquist E, Doodlesack A, Nelson M, and Halford Z, eds. Philadelphia: Wolters Kluwer; 2024: in press.

103. Falcon M, Vilke GM. Spine Injury: Cervical. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (seventh edition).    Schaider JJ, Wolfe RE, Barkin RM, Barkin AZ, Hayden SR, Shayne P, Nordquist E, Doodlesack A, Nelson M, and Halford Z, eds. Philadelphia: Wolters Kluwer; 2024: in press.

104. Falcon M, Vilke GM. Fournier Gangrene. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (seventh edition).    Schaider JJ, Wolfe RE, Barkin RM, Barkin AZ, Hayden SR, Shayne P, Nordquist E, Doodlesack A, Nelson M, and Halford Z, eds. Philadelphia: Wolters Kluwer; 2024: in press.

105. St. Romain ML, Vilke GM. Extremity Trauma, Penetrating. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (seventh edition).    Schaider JJ, Wolfe RE, Barkin RM, Barkin AZ, Hayden SR, Shayne P, Nordquist E, Doodlesack A, Nelson M, and Halford Z, eds. Philadelphia: Wolters Kluwer; 2024: in press.

106. St. Romain ML, Vilke GM. Head Trauma, Blunt. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (seventh edition).    Schaider JJ, Wolfe RE, Barkin RM, Barkin AZ, Hayden SR, Shayne P, Nordquist E, Doodlesack A, Nelson M, and Halford Z, eds. Philadelphia: Wolters Kluwer; 2024: in press.

107. St. Romain ML, Vilke GM. Head Trauma Penetrating. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (seventh edition).    Schaider JJ, Wolfe RE, Barkin RM, Barkin AZ, Hayden SR, Shayne P, Nordquist E, Doodlesack A, Nelson M, and Halford Z, eds. Philadelphia: Wolters Kluwer; 2024: in press.

108. Childers R, Vilke GM. Abdominal Trauma Imaging. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (seventh edition).    Schaider JJ, Wolfe RE, Barkin RM, Barkin AZ, Hayden SR, Shayne P, Nordquist E, Doodlesack A, Nelson M, and Halford Z, eds. Philadelphia: Wolters Kluwer; 2024: in press.

109. Childers R, Vilke GM. Colon Trauma. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (seventh edition).    Schaider JJ, Wolfe RE, Barkin RM, Barkin AZ, Hayden SR, Shayne P, Nordquist E, Doodlesack A, Nelson M, and Halford Z, eds. Philadelphia: Wolters Kluwer; 2024: in press.

PUBLICATIONS, continued:

Book Chapters

110.  Childers R Vilke GM. Bladder Injury. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (seventh edition).    Schaider JJ, Wolfe RE, Barkin RM, Barkin AZ, Hayden SR, Shayne P, Nordquist E, Doodlesack A, Nelson M, and Halford Z, eds. Philadelphia: Wolters Kluwer; 2024: in press.

111.  Childers R Vilke GM. Spinal Cord Syndromes. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (seventh edition).    Schaider JJ, Wolfe RE, Barkin RM, Barkin AZ, Hayden SR, Shayne P, Nordquist E, Doodlesack A, Nelson M, and Halford Z, eds. Philadelphia: Wolters Kluwer; 2024: in press.

112.  Vilke GM Supat B. Warts. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (seventh edition).    Schaider JJ, Wolfe RE, Barkin RM, Barkin AZ, Hayden SR, Shayne P, Nordquist E, Doodlesack A, Nelson M, and Halford Z, eds. Philadelphia: Wolters Kluwer; 2024: in press.

VIDEOS:

1.    Vilke GM, Davis DP, Robinson A:  "Glasgow Coma Scale and the Field Neurological Exam" Instructional Video, San Diego County Emergency Medical Services, Copyright 1997.

2.    Vilke GM, Chan TC: "Excited Delirium" Instructional Video, San Diego County Sheriff's Department, 2007.

3.    Morris B, Vilke GM: "Ankylosing Spondylitis" Educational Video. Bill Morris Production Group for the Ankyslosing Spondylitis Association of America, 2009.

4.    Peace Officer Standards and Training: "LTP3: Under the Influence" Training Video, 2022.

5.    Peace Officer Standards and Training: "NWS3: Positional Asphyxia" Training Video, 2022.

PUBLICATIONS, continued:

Articles

1.   Vilke GM, Hoyt DB, Epperson M, Fortlage D, Hutton KC, Rosen P:  Intubation techniques in the helicopter.  J Emerg Med 1994;12(2):217-224.

2.   Rockwell E, Jackson E, Vilke G, Jeste DV:  A study of delusions in a large cohort of Alzheimer's disease patients.  Am J Geriatric Psychiatry 1994;2(2):157-164.

3.   Chan T, Vilke GM, Williams S:  Bi-directional ventricular tachycardia in a patient with digoxin toxicity.  J Emerg Med 1995;13(1):89.

4.   Vilke GM:  Misplaced intravascular catheters in a patient with acute renal failure.  J Emerg Med 1995;13(3):379.

5.   Vilke GM, Vilke TS, Rosen P:  The completeness of MEDLINE for papers published in the *Journal of Emergency Medicine*.  J Emerg Med 1995;13(4):457-460.

6.   Bauman BH, Vilke G, Chan T:  Dexamethasone use in croup.  West J Med 1996;164(1):66.

7.   Vilke GM, Hayden SR:  Intraorbital air in a patient status post-facial trauma.  J Emerg Med 1996;14(1):77.

8.   Vilke GM, Jacoby I, Manoguerra AS, Clark R:  Disaster preparedness of poison control centers.  Clin Toxicol 1996;34(1):53-58.

9.   Vilke GM:  "No worries."  J Emerg Med 1996;14(5):641-642.

10.  Vilke GM, Honingford EA:  Cervical spine epidural abscess in a patient with no predisposing risk factors.  Ann Emerg Med 1996;27(6):777-780.

11.  Vilke GM, Honingford EA:  Diabetes and neck pain (Letter to the editor).  Ann Emerg Med 1996;28(6):731.

12.  Vilke GM, Wulfert EA:  Case reports of two patients presenting with pneumothorax following acupuncture.  J Emerg Med 1997;15(2):155-157.

13.  Vilke GM:  Chest pain in an elderly patient.  J Emerg Med 1997;15(4):523.

14.  Chan TC, Vilke GM, Neuman T, Clausen JL:  Restraint position and positional asphyxia.  Ann Emerg Med 1997;30(5):578-586.

15.  Moss ST, Chan TC, Buchanan J, Dunford JV, Vilke GM:  Outcome study of prehospital patients signed out against medical advice by field paramedics.  Ann Emerg Med 1998; 31(2):247-250.

PUBLICATIONS, continued:

Articles

16. Chan TC, Vilke GM, Neuman T:  Reexamination of custody restraint position and positional asphyxia.  Am J Forensic Med Pathol 1998;19(3):201-205.

17. Howard JD, Reay DT [32(1):116-117] / Chan TC, Vilke GM, Neuman T, Clausen J:  Positional asphyxia (Reply to letter to the editor).  Ann Emerg Med 1998;32(1):117-118.

18. Vilke GM, Mahoney G, Chan TC:  Postpartum coronary artery dissection.  Ann Emerg Med 1998;32(2):260-262.

19. Rosa CM, Schwartz BL, Vilke GM:  The prehospital electrocardiogram: Future standard of care?  Top Emerg Med 1998;20(3):23-29.

20. Davis DP, Bramwell KJ, Vilke GM, Cardall TY, Yoshida E, Rosen P:  Cricothyrotomy technique: Standard versus the rapid four-step technique.  J Emerg Med 1999;17(1):17-21.

21. Davis DP, Stephen KAC, Vilke GM:  Inaccuracy in endotracheal tube verification using a Toomey syringe.  J Emerg Med 1999;17(1):35-38.

22. Friedman L, Vilke GM, Chan TC, Hayden SR, Guss DA, Krishel SJ, Rosen P:  Emergency department airway management before and after an emergency medicine residency.  J Emerg Med 1999;17(3):427-431.

23. Bramwell KJ, Davis DP, Cardall TY, Yoshida E, Vilke GM, Rosen P:  Use of the Trousseau dilator in cricothyrotomy.  J Emerg Med 1999;17(3):433-436.

24. Cardall TY, Chan TC, Brady WJ, Perry JC, Vilke GM, Rosen P:  Permanent cardiac pacemakers: Issues relevant to the emergency physician, Part I.  J Emerg Med 1999;17(3): 479-489.

25. Cardall TY, Brady WJ, Chan TC, Perry JC, Vilke GM, Rosen P:  Permanent cardiac pacemakers: Issues relevant to the emergency physician, Part II.  J Emerg Med 1999;17(4): 697-709.

26. Vilke GM, Buchanan J, Dunford JV, Chan TC:  Are heroin overdose deaths related to patient release after prehospital treatment with naloxone?  Prehosp Emerg Care 1999;3(3):183-186.

27. Roppolo LP, Vilke GM, Chan TC, Krishel S, Hayden SR, Rosen P:  Nasotracheal intubation in the emergency department, revisited.  J Emerg Med 1999;17(5):791-799.

28. Vilke GM:  FOOSH injury with snuff box tenderness.  J Emerg Med 1999;17(5):899-900.

29. Chan TC, Neuman T, Vilke GM, Clausen J, Clark RF:  Metabolic acidosis in restraint-associated cardiac arrest (Letter to the editor).  Acad Emerg Med 1999;6(10):1075-1076.

PUBLICATIONS, continued:

Articles

30.  Chan TC, Vilke GM, Bramwell KJ, Davis DP, Hamilton RS, Rosen P:  Comparison of wire-guided cricothyrotomy versus standard surgical cricothyrotomy technique.  J Emerg Med 1999;17(6):957-962.

31.  Reay DT, Howard JD [20(3):300-301] / Chan TC, Vilke GM, Neuman T:  Restraint position and positional asphyxia (Reply to letter to the editor).  Am J Forensic Med Pathol 2000; 21(1):93.

32.  Vilke GM, Chan TC, Guss DA:  Use of a complete neurological examination to screen for significant intracranial abnormalities in minor head injury.  Am J Emerg Med 2000;18(2): 159-163.

33.  Sloane CM, Vilke G:  The other olive associated with vomiting.  J Emerg Med 2000; 18(3):375.

34.  Vilke GM, Chan TC, Neuman T, Clausen JL:  Spirometry in normal subjects in sitting, prone, and supine positions.  Respir Care 2000;45(4):407-410.

35.  Ma G, Vilke GM:  Amoebic abscess.  J Emerg Med 2000;18(4):465-466.

36.  Davis DP, Bramwell KJ, Hamilton RS, Chan TC, Vilke GM:  Safety and efficacy of the rapid four-step technique for cricothyrotomy using a Bair Claw.  J Emerg Med 2000;19(2):125-129.

37.  Sloane C, Vilke GM, Chan TC, Hayden SR, Hoyt DB, Rosen P:  Rapid sequence intubation in the field versus hospital in trauma patients.  J Emerg Med 2000;19(3):259-264.

38.  Gerling MC, Davis DP, Hamilton RS, Morris GF, Vilke GM, Garfin SR, Hayden SR:  Effects of cervical spine immobilization technique and laryngoscope blade selection on an unstable cervical spine in a cadaver model of intubation.  Ann Emerg Med 2000;36(4):293-300.

39.  Ochs M, Vilke GM, Chan TC, Moats T, Buchanan J:  Successful prehospital airway management by EMT-Ds using the Combitube.  Prehosp Emerg Care 2000;4(4):333-337.

40.  Vilke GM, Marino A, Iskander J, Chan TC:  Emergency department patient knowledge of medications.  J Emerg Med 2000;19(4):327-330.

41.  Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T:  The impact of oleoresin capsicum spray on respiratory function in human subjects in the sitting and prone maximal restraint positions, final report.  NCJ 182433.  Washington, DC: United States Department of Justice, National Institute of Justice, 2000, 68 pages.

42.  Gerling MC, Davis DP, Hamilton RS, Morris GF, Vilke GM, Garfin SR, Hayden SR:  Effect of surgical cricothyrotomy on the unstable cervical spine in a cadaver model of intubation.  J Emerg Med 2001;20(1):1-5.

PUBLICATIONS, continued:

Articles

43.    Vilke GM, Chan TC:  Physician effect on out of hospital patients signing out against medical advice.  Pre-hospital Immediate Care 2001;5(1):38-40.

44.    Davis DP, Kimbro TA, Vilke GM:  The use of midazolam for prehospital rapid-sequence intubation may be associated with a dose-related increase in hypotension.  Prehosp Emerg Care 2001;5(2):163-168.

45.    Patel RJ, Vilke GM, Chan TC:  The prehospital electrocardiogram.  J Emerg Med 2001; 21(1):35-39.

46.    Davis DP, Videen JS, Marino A, Vilke GM, Dunford JV, Van Camp SP, Maharam LG:  Exercise-induced hyponatremia in marathon runners: A two-year experience.  J Emerg Med 2001;21(1):47-57.

47.    Seltzer AG, Vilke GM, Chan TC, Fisher R, Dunford JV:  Outcome study of minors after parental refusal of paramedic transport.  Prehosp Emerg Care 2001;5(3):278-283.

48.    Vilke GM, Marino A, Fisher R, Chan TC:  Estimation of pediatric patient weight by EMT-Ps. J Emerg Med 2001;21(2):125-128.

49.    Chan TC, Vilke GM, Pollack M, Brady WJ:  Electrocardiographic manifestations: Pulmonary embolism.  J Emerg Med 2001;21(3):263-270.

50.    Morgan J / Sloane C, Vilke GM:  Rapid sequence intubation in the field versus hospital in trauma patients (Reply to letter to the editor).  J Emerg Med 2001;21(4):443-444.

51.    Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T:  Pepper spray's effects on a suspect's ability to breathe.  Research in Brief (NCJ 188069), December 2001. Washington, DC: United States Department of Justice, National Institute of Justice.

52.    Vilke GM, Steen PJ, Smith AM, Chan TC:  Out-of-hospital pediatric intubation by paramedics: The San Diego experience.  J Emerg Med 2002;22(1):71-74.

53.    Chan TC, Vilke GM, Clausen J, Clark RF, Schmidt P, Snowden T, Neuman T:  The effect of oleoresin capsicum "pepper" spray inhalation on respiratory function.  J Forensic Sci 2002; 47(2):299-304.

54.    Vilke GM, Sharieff GQ, Marino A, Gerhart AE, Chan TC:  Midazolam for the treatment of out-of-hospital pediatric seizures.  Prehosp Emerg Care 2002;6(2):215-217.

55.    Vilke GM, Chan TC:  Agitated delirium and sudden death (Letter to the editor).  Prehosp Emerg Care 2002;6(2):259-260.

PUBLICATIONS, continued:

Articles

56.    Vilke GM, Fisher R, Chan TC:  An evaluation of the risk for latex allergy in prehospital EMS providers.  J Emerg Med 2002;22(4):345-348.

57.    Vilke GM:  Food-dependent exercise-induced anaphylaxis.  Prehosp Emerg Care 2002; 6(3):348-350.

58.    Vilke GM, Snyder B:  High pressure paint spray gun injury.  J Emerg Med 2002;23(2): 203-204.

59.    Chew GS, Vilke GM, Davis DP, Chan TC:  Toomey™ syringe aspiration may be inaccurate in detecting esophageal intubation following gastric insufflation.  J Emerg Med 2002;23(4): 337-340.

60.    Vilke GM:  Aeromedical Emergencies:  Intro to the section. J Emerg Med 2002;23(1):49.

61.    Vilke GM, Sardar W, Fisher R, Dunford JD, Chan TC:  Follow-up of elderly patients who refuse transport after accessing 9-1-1.  Prehosp Emerg Care 2002;6(4):391-395.

62.    Vilke GM:  Great toe pain.  J Emerg Med 2003;24(1):59-60.

63.    Davis JM, Vilke GM:  An elderly patient with intussusception. J Emerg Med 2003;24(2):221.

64.    Austin T, Vilke GM, Nyheim E, Kelly D, Chan TC:  Safety and effectiveness of methohexital for procedural sedation in the emergency department.  J Emerg Med 2003;24(3):315-318.

65.    Chan TC, Vilke GM, Smith S, Sparrow W, Dunford JV:  Impact of an after-hours on-call emergency physician on ambulance transports from a county jail.  Prehosp Emerg Care 2003; 7(3):327-331.

66.    Vilke GM, Chan TC, Neuman T:  Patient Restraint in EMS:  Prehosp Emerg Care 2003; 7(3):417.

67.    Deitch S, Davis DP, Schatteman J, Chan TC, Vilke GM:  The use of etomidate for prehospital rapid-sequence intubation.  Prehosp Emerg Care 2003;7(3):380-383.

68.    Vilke GM, Sloane C, Smith AM, Chan TC:  Assessment for deaths in out-of-hospital heroin overdose patients treated with naloxone who refuse transport.  Acad Emerg Med 2003; 10(8):893-896.

69.    Davis DP, Valentine C, Ochs M, Vilke GM, Hoyt DB:  The Combitube as a salvage airway device for paramedic rapid sequence intubation.  Ann Emerg Med 2003;42(5):697-704.

70.    Calkins T, Chan TC, Clark RF, Stepanski B, Vilke GM:  Review of prehospital sodium bicarbonate use for cyclic antidepressant overdose.  Emerg Med J 2003;20:483-486.

PUBLICATIONS, continued:

Articles

71.    Vilke GM, Brown L, Skogland P, Simmons C, Guss DA:  Approach to decreasing emergency department ambulance diversion hours.  J Emerg Med 2004;26(2):189-192.

72.    Vilke GM, Smith AM, Chan TC:  Leaving against medical advice after out-of-hospital naloxone:  a closer look is needed.  Acad Emerg Med 2004;11(3):323-324.

73.    Vilke GM, Harrigan RA, Ufberg JW, Chan TC:  Emergency evaluation and treatment of priapism.  J Emerg Med 2004;26(3):325-329.

74.    Davis DP, Wold RM, Patel RJ, Tran AJ, Tokhi RN, Chan TC, Vilke GM:  The clinical presentation and impact of diagnostic delays on emergency department patients with spinal epidural abscess.  J Emerg Med 2004;26(3):285-291.

75.    Vilke GM, Harrigan RA, Ufberg JW:  Technical Tips: Intro to the section.  J Emerg Med 2004;26(3):323.

76.    Doney MK, Vilke GM:  Large osteosarcoma not apparent on conventional radiography. J Emerg Med 2004;26(3):351-352.

77.    Chan TC, Ufberg J, Harrigan RA, Vilke GM:  Nasal foreign body removal.  J Emerg Med 2004;26(4):441-445.

78.    Vilke GM, Smith AM, Upledger Ray L, Steen PJ, Murrin PA, Chan TC:  Airway obstruction in children aged less than 5 years: The prehospital experience.  Prehosp Emerg Care 2004; 8(2):196-199.

79.    Vilke GM, Jin A, Davis DP, Chan TC:  Prospective randomized study of viscous lidocaine versus benzocaine in a GI cocktail for dyspepsia.  J Emerg Med 2004;27(1):7-9.

80.    Poste JC, Davis DP, Ochs M, Vilke GM, Castillo EM, Stern J, Hoyt DB:  Air medical transport of severely head-injured patients undergoing paramedic rapid sequence intubation. Air Medical Journal 2004;23(4):36-40.

81.    Chan TC, Neuman T, Clausen J, Eisele J, Vilke GM:  Weight force during prone restraint and respiratory function.  Am J Forensic Med Pathol 2004;25(3):185-189.

82.    Ufberg JW, Vilke GM, Chan TC, Harrigan RA:  Anterior shoulder dislocations: Beyond traction-countertraction.  J Emerg Med 2004;27(3):301-306.

83.    Vilke, GM:  San Diego County wildfires: Perspective of county officials.  Disaster Manag Response 2004 Oct-Dec;2(4):99.

PUBLICATIONS, continued:

Articles

84.    Vilke, GM, Castillo EM, Metz MA, Upledger Ray L, Murrin PA, Lev R, Chan TC: Community trial to decrease ambulance diversion hours: The San Diego County patient destination trial.  Ann Emerg Med 2004;44(4):295-303.

85.    Vilke GM, Stepanski BM, Ray LU, Lutz MW, Murrin PA, Chan TC:  9-1-1 responses for shopping cart and stroller injuries.  Pediatr Emerg Care 2004;20(10):660-663.

86.    Vilke GM, Castillo EM, Ray LU, Murrin PA, Chan TC:  Evaluation of pediatric glucose monitoring and hypoglycemic therapy in the field.  Pediatr Emerg Care 2005;21(1):1-5.

87.    Vilke GM, Chan TC, Dunford JV, Metz M, Ochs G, Smith A, Fisher R, Poste JC, McCallum-Brown L, Davis DP:  The three-phase model of cardiac arrest as applied to ventricular fibrillation in a large, urban emergency medical services system.  Resuscitation 2005;64(3):341-346.

88.    Davis DP, Peay J, Sise MJ, Vilke GM, Kennedy F, Eastman AB, Velky T, Hoyt DB: The impact of prehospital endotracheal intubation on outcome in moderate to severe traumatic brain injury.  J Trauma 2005;58(5):933-939.

89.    Davis DP, Grossman K, Kiggins DC, Vilke GM, Chan TC:  The inadvertent administration of anticoagulants to ED patients ultimately diagnosed with thoracic aortic dissection.  Am J Emerg Med 2005;23(4):439-442.

90.    Davis DP, Pettit K, Rom CD, Poste JC, Sise MJ, Hoyt DB, Vilke GM:  The safety and efficacy of prehospital needle and tube thoracostomy by aeromedical personnel.  Prehosp Emerg Care 2005;9(2):191-197.

91.    Davis DP, Peay J, Serrano JA, Buono C, Vilke GM, Sise MJ, Kennedy F, Eastman AB, Velky T, Hoyt DB:  The impact of aeromedical response to patients with moderate to severe traumatic brain injury.  Ann Emerg Med 2005;46(2):115-122.

92.    Davis DP, Vadeboncoeur TF, Ochs M, Poste JC, Vilke GM, Hoyt DB:  The association between field glasgow coma scale score and outcome in patients undergoing paramedic rapid sequence intubation.  J Emerg Med 2005;29(4):391-397.

93.    Davis DP, Wiesner C, Chan TC, Vilke GM:  The efficacy of nebulized albuterol/ipratropium bromide versus albuterol alone in the prehospital treatment of suspected reactive airways disease.  Prehosp Emerg Care 2005;9(4):386-390.

94.    Davis DP, Douglas DJ, Smith W, Sise MJ, Vilke GM, Holbrook TL, Kennedy F, Eastman AB, Velky T, Hoyt DB: Traumatic brain injury outcomes in pre- and post-menopausal females versus age-matched males.  J Neurotrauma 2006;23(2):140-148.

PUBLICATIONS, continued:

Articles

95.  Davis DP, Idris AH, Sise MJ, Kennedy F, Brent Eastman A, Velky T, Vilke GM, Hoyt DB: Early ventilation and outcome in patients with moderate to severe traumatic brain injury. Crit Care Med 2006;34(4):1202-1208.

96.  Dunford JV, Castillo EM, Chan TC, Vilke GM, Jenson P, Lindsay SP:  Impact of the San Diego Serial Inebriate Program on use of emergency medical resources.  Ann Emerg Med 2006;47(4):328-336.

97.  Vadeboncoeur T,  Davis DP, Ochs M, Poste JC, Hoyt DB, Vilke GM:  The ability of paramedics to predict aspiration in patients undergoing prehospital rapid sequence intubation. J Emerg Med 2006;30(2):131-136.

98.  Davis DP, Serrano JA, Vilke GM, Sise MJ, Kennedy F, Eastman AB, Velky T, Hoyt DB: The predictive value of field versus arrival Glasgow Coma Scale Score and TRISS calculations in moderate-to-severe traumatic brain injury.  J Trauma 2006;60(5):985-990.

99.  Ramanujam P, Vilke GM:  Prehospital management of the difficult airway.  Clinical Foundations 2006;7-11.

100.  Vilke GM, Tornabene SV, Stepanski B, Shipp HE, Upledger Ray L, Metz MA, Vroman D, Anderson M, Murrin PA, Davis DP, Harley J:  Paramedic self-reported medication errors. Prehosp Emerg Care 2006;10(4):457-462.

101.  Goldstein EH, Hradecky G, Vilke GM, Chan TC:  Impact of a standardized protocol to address methicillin-resistant *staphylococcus aureus* skin infections at a large, urban county jail system. J Correctional Health Care 2006;12(3):181-188.

102.  Chappell S, Vilke GM, Chan TC, Harrigan RA, Ufberg JW:  Peripheral venous cutdown. J Emerg Med 2006;31(4):411-416.

103.  Lev R, Vilke G, Dunford J. San Diego Regional STEMI Summit. San Diego Physician. 2006;4:11-13.

104.  Vilke GM, Smith AM, Stepanski B, Shipp HE, Upledger Ray L, Murrin PA, Chan TC. Impact of the San Diego County firestorm on Emergency Medical Services.  Prehosp Dis Med 2006;21(5):353-358.

105.  Soroudi A, Shipp HE, Stepanski BM, Ray LU, Murrin PA, Chan TC, Davis DP, Vilke GM. Adult foreign body airway obstruction in the prehospital setting.  Prehosp Emerg Care. 2007 Jan-Mar;11(1):25-9.

106.  Michalewicz BA, Chan TC, Vilke GM, Levy SS, Neuman TS, Kolkhorst FW.  Ventilatory and metabolic demands during aggressive physical restraint in healthy adults.  J Forensic Sci 2007;52(1):171-175.

PUBLICATIONS, continued:

Articles

107.  Vilke GM, Tornabene SV, Stepanski B, Shipp HE, Upledger Ray L, Metz MA, Vroman D, Anderson M, Murrin PA, Davis DP, Harley J:  Paramedic self-reported medication errors.  Prehosp Emerg Care 2007;11(1):80-84.

108.  Dolkas L, Stanley C, Smith AM, Vilke GM. Deaths associated with choking in San Diego county.  J Forensic Sci. 2007;52(1):176-9.

109.  Harrigan RA, Chan TC, Moonblatt S, Vilke GM, Ufberg JW.  Temporary transvenous pacemaker placement in the Emergency Department.  J Emerg Med 2007;32(1):105-111.

110.  Davis DP, Kene M, Vilke GM, Sise MJ, Kennedy F, Eastman AB, Velky T, Hoyt DB. Head-Injured Patients Who "Talk and Die": The San Diego Perspective.  J Trauma. 2007 Feb;62(2):277-281.

111.  Ma G, Davis DP, Schmitt J, Vilke GM, Chan TC, Hayden SR.  The sensitivity and specificity of transcricothyroid ultrasonography to confirm endotracheal tube placement in a cadaver model.  J Emerg Med  2007;32(4):405-414.

112.  Davis DP, Fisher R, Aguilar S, Metz M, Ochs G, McCallum-Brown L, Ramanujam P, Buono C, Vilke GM, Chan TC, Dunford JV. The feasibility of a regional cardiac arrest receiving system.  Resuscitation. 2007;74(1):44-51.

113.  Levine SD, Sloane CM, Chan TC, Dunford JV, Vilke GM. Cardiac monitoring of human subjects exposed to the taser. J Emerg Med. 2007;33(2):113-7.

114.  Firestone D, Wos A, Killeen JP, Chan TC, Guluma K, Davis DP, Vilke GM. Can urine dipstick be used as a surrogate for serum creatinine in emergency department patients who undergo contrast studies? J Emerg Med. 2007;33(2):119-22.

115.  Khaleghi M, Loh A, Vroman D, Chan TC, Vilke GM. The effects of minimizing ambulance diversion hours on emergency departments. J Emerg Med. 2007;33(2):155-9.

116.  Davis DP, Graydon C, Stein R, Wilson S, Buesch B, Berthiaume S, Lee D, Rivas J, Vilke GM, Leahy DR.  The positive predictive value of paramedic versus emergency physician interpretation of the prehospital 12-lead electrocardiogram.  Prehosp Emerg Care 2007;11(4):399-402.

117.  Vilke GM, Chan TC. Less lethal technology: medical issues. Policing 2007;30(3):341-357.

118.  Vilke GM, Sloane CM, Bouton KD, Kolkhorst FW, Levine SD, Neuman TS, Castillo EM, Chan T Physiological Effects of a Conducted Electrical Weapon on Human Subjects. Ann Emerg Med. 2007:.50(5):569-75.

PUBLICATIONS, continued:

Articles

119.  Conroy C, Eastman AB, Stanley C, Vilke GM, Vaughan T, Hoyt DB, Pacyna S. Fatal Positional Asphyxia Associated With Rollover Crashes. Am J Forensic Med Pathol. 2007;28(4):330-332.

120.  Vilke GM, Sloane C, Levine S, Neuman T, Castillo E, Chan TC.  Twelve-lead electrocardiogram monitoring of subjects before and after voluntary exposure to the Taser X26.Am J Emerg Med. 2008;26(1):1-4.

121.  Sloane CM, Chan TC, Vilke GM. Thoracic Spine Compression Fracture after TASER Activation. J Emerg Med. 2008:34(3):283-5.

122.  Sloane C, Vilke GM. Death by Tasercution Rare.  *Emergency Medicine News*. 2008;30(3):7.

123.  Chan TC, Harrigan RA, Ufberg J, Vilke GM. Mandibular Reduction. J Emerg Med. 2008;34(4):435-40.

124.  Tornabene SV, Deutsch R, Davis DP, Chan TC, Vilke GM. Evaluating the use and timing of opioids for the treatment of migraine headaches in the emergency department. J Emerg Med. 2009 May;36(4):333-7. Epub 2008 Feb 14.

125.  Vilke GM, Ufberg JW, Harrigan RA, Chan TC. Evaluation and Treatment of Acute Urinary Retention. J Emerg Med. 2008;35(2):193-8.

126.  Sloane CM, Chan TC, Levine SD, Dunford JV, Neuman T, Vilke GM. Serum Troponin I Measurement of Subjects Exposed to the Taser X-26(R). J Emerg Med. 2008;35(1):29-32

127.  Tornabene S, Vilke GM. Gradenigo's Syndrome. J Emerg Med. 2010;38(4):449-51. Epub 2008 Feb 23.

128.  Vilke GM, Sloane CM, Neuman T, Castillo EM, Chan TC, Kolkhorst F. In reply to Taser safety remains unclear.  Ann Emerg Med. 2008 Jul;52(1):85-86.

129.  Sloane CM, Vilke GM.  Medical Aspects of Less-Lethal Weapons. Law Enforcement Executive Forum. 2008;8(4):81-94.

130.  Conroy C, Stanley C, Eastman AB, Vaughn T, Vilke GM, Hoyt DB, Pacyna S, Smith A. Asphyxia: A Rare Cause of Death for Motor Vehicle Crash Occupants. Am J Forensic Med Pathol. 2008;29:14-18.

131.  Ramanujam P, Castillo E, Patel E, Vilke G, Wilson MP, Dunford JV.  Prehospital transport time intervals for acute stroke patients. J Emerg Med. 2009 Jul;37(1):40-5. Epub 2008 Aug 23.

PUBLICATIONS, continued:

Articles

132.  Chan TC, Killeen JP, Castillo EM, Vilke GM, Guss DA, Feinberg R, Friedman, L. Impact of an Internet-Based Emergency Department Appointment System to Access Primary Care at Safety Net Community Clinics.  Ann Emerg Med 2009;54(2):279-84. Dec. Epub 2008 Dec 13.

133.  Vilke GM, Johnson WD 3rd, Castillo EM, Sloane C, Chan TC. Tactical and subject considerations of in-custody deaths proximal to use of conductive energy devices.  Am J Forensic Med Pathol. 2009;Mar;30(1):23-5.

134.  Firestone DN, Band RA, Hollander JE, Castillo E, Vilke GM.  Use of a Urine Dipstick and Brief Clinical Questionnaire to Predict an Abnormal Serum Creatinine in the Emergency Department.  Acad Emerg Med. 2009;16(8):699-703.

135.  Vilke GM, Sloane CM, Suffecool A, Kolkhorst FW, Neuman TS, Castillo EM, Chan TC. Physiologic Effects of the TASER After Exercise.  Acad Emerg Med. 2009;16(8):704-710.

136.  Vilke GM, Wilson MP. Agitation: What every emergency physician should know. EM Reports. 2009 30(19):1-8.

137.  Doney MK, Vilke GM.  Case Report: Aortoenteric Fistula Presenting as Repeated Hematochezia. J Emerg Med. 2012;43(3):431-34. Epub 2010 Jan 23.

138.  Vilke GM, Sloane C, Castillo EM, Kolkhorst FW, Neuman TS, Chan TC. Evaluation of the Ventilatory Effects of a Restraint Chair on Human Subjects. J Emerg Med. 2011;40(6):714-8. Epub 2010 Jan 13.

139.  Chan TC, Killeen JP, Vilke GM, Marshall JB, Castillo EM.  Effect of Mandated Nurse–Patient Ratios on Patient Wait Time and Care Time in the Emergency Department. Acad Emerg Med.  2010; 17:545–552

140.  Vilke GM, Chan TC.  Evaluation and Management for Carotid Dissection in Patients Presenting after Choking or Strangulation. J Emerg Med. 2011;40(3):355-8.  Epub 2010 Apr 2.

141.  Wilson, MP, MacDonald KS, Vilke GM, Feifel D.  Potential complications of combining intramuscular olanzapine with benzodiazepines in emergency department patients.  J Emerg Med. 2012;43(5):889-96 Epub 2010 Jun 12.

142.  Castillo EM, Vilke GM, Williams M, Turner P, Boyle J, Chan TC.  Collaborative to Decrease Ambulance Diversion: The California Emergency Department Diversion Project. J Emerg Med. 2011;40(3):300-7. Epub 2010 Apr 10.

PUBLICATIONS, continued:

Articles

143.  Hostler D, Thomas EG, Emerson SS, Christenson J, Stiell IG, Rittenberger JC, Gorman KR, Bigham BL, Callaway CW, Vilke GM, Beaudoin T, Cheskes S, Craig A, Davis DP, Reed A, Idris A, Nichol G; The Resuscitation Outcomes Consortium Investigators. Increased survival after EMS witnessed cardiac arrest.  Observations from the Resuscitation Outcomes Consortium (ROC) Epistry-Cardiac arrest.  Resuscitation. 2010 Jul;81(7):826-30. Epub 2010 Apr 18.

144.  Macdonald K, Wilson MP, Minassian A, Vilke GM, Perez R, Cobb P, Tallian K, Becker O, Feifel D.  A retrospective analysis of intramuscular haloperidol and intramuscular olanzapine in the treatment of agitation in drug- and alcohol-using patients. Gen Hosp Psychiatry. 2010 July - August;32(4):443-445. Epub 2010 Jun 12.

145.  Schranz CI, Castillo EM, Vilke GM. The 2007 San Diego wildfire impact on the emergency department of the University of California, San Diego Hospital system. Prehosp Disaster Med. 2010 Sep-Oct;25(5):472-6.

146.  Vilke GM, Bozeman WP, Chan TC.   Emergency Department Evaluation after Conducted Energy Weapon Use:  Review of the Literature for the Clinician.  J Emerg Med 2011;40(5):598-604. Epub 2011 Jan 4.

147.  Vilke GM, Douglas DJ, Shipp H, Stepanski B, Smith A, Ray LU, Castillo EM. Pedatric poisonings in children younger than five years responded to by paramedics. J Emerg Med. 2011;41(3):265-9 Epub 2011 Jan 5.

148.  Vilke GM, DeBard ML, Chan TC, Ho JD, Dawes DM, Hall C, Curtis MD, Costello MW, Mash DC, Coffman SR, McMullen MJ, Metzger JC, Roberts JR, Sztajnkrcer MD, Henderson SO, Adler J, Czarnecki F, Heck J, Bozeman WP. Excited Delirium Syndrome (ExDS): Defining Based on a Review of the Literature.  J Emerg Med. 2012;43(5):897-905. Epub 2011 Mar 24.

149.  Davis DP, Salazar A, Chan TC, Vilke GM. Prospective evaluation of a clinical decision guideline to diagnose spinal epidural abscess in patients who present to the emergency department with spine pain. J Neurosurg Spine. 2011;14(6):765-70. Epub 2011 Mar 18.

150.  Vilke GM. Pathophysiologic changes due to TASER devices versus excited delirium: Potential relevance to deaths-in-custody? J Forens and Legal Med. 2011:18(6):291. Epub 2011 May 24.

151.  Wilson MP, Macdonald K, Vilke GM, Feifel D. A Comparison of the Safety of Olanzapine and Haloperidol in Combination with Benzodiazepines in Emergency Department Patients with Acute Agitation. J Emerg Med. 2012;43(5):790-7. Epub 2011 May 19.

PUBLICATIONS, continued:

Articles

152.  Stiell IG, Nichol G, Leroux BG, Rea TD, Ornato JP, Powell J, Christenson J, Callaway CW, Kudenchuk PJ, Aufderheide TP, Idris AH, Daya MR, Wang HE, Morrison LJ, Davis D, Andrusiek D, Stephens S, Cheskes S, Schmicker RH, Fowler R, Vaillancourt C, Hostler D, Zive D, Pirallo RG, Vilke GM, Sopko G, Weisfeldt M.  Early versus Later Rhythm Analysis in Patients with Out-of-Hospital Cardiac Arrest.  N Eng J Med 2011;365(9):787-97.

153.  Wilson MP, Vilke GM, Ramanujam P, Itagaki MW. Emergency physicians research commonly encountered patient-oriented problems in the proportion with which they are encountered in the emergency department. West J Emerg Med. 2012 Sep;13(4):344-50. Epub 2012 Feb 6.

154.  DeMers G, Lynch C, Vilke GM.  Retail store-related traumatic injuries in paediatric and elderly populations.  J of Paramed Pract 2012;3(11):632-636.

155.  Vilke GM, Payne-James J, Karsch SB.  Excited Delirium Syndrome (ExDS):  Redefining an Old Diagnosis.  J Forens Legal Med. 2012;19:7-11. Epub 2011 Nov 2.

156.  Vilke GM, Bozeman WP, Dawes DM, DeMers, G, Wilson MP.  Excited delirium syndrome (ExDS): Treatment options and considerations.  J Forens Legal Med. 2012;19:117-121. Epub 2012 Jan 24.

157.  Kroening-Roche JC, Soroudi A, Castillo EM, Vilke GM. Antibiotic and Bronchodilator Prescribing for Acute Bronchitis in the Emergency Department. J Emerg Med. 2012;43(2):221-7. Epub 2012 Feb 16.

158.  Nordt SP, Vilke GM, Clark RF, Lee Cantrell F, Chan TC, Galinato M, Nguyen V, Castillo EM.  Energy Drink Use and Adverse Effects Among Emergency Department Patients. J Community Health. 2012: Oct;37(5):976-81.  Epub 2012 Feb 25.

159.  Vilke GM, Sloane CM, Chan TC. Funding source and author affiliation in TASER research are strongly associated with a conclusion of device safety.  Am Heart J. 2012 Mar;163(3):e5. Epub 2012 Feb 2.

160.  Vilke GM, Sloane CM, Chan TC. Clarification of Funding Sources in "Electronic Control Device Exposures: A Review of Morbidity and Mortality".  Ann Emerg Med 2012;59(4):336.

161.  Gault TI, Gray SM, Vilke GM, Wilson MP.  Are oral medications effective in the management of acute agitation?  J Emerg Med. 2012;43(5):854-9. Epub 2012 Apr 26.

PUBLICATIONS, continued:

Articles

162.    Macdonald KS, Wilson MP, Minassian A, Vilke GM, Becker O, Tallian K, Cobb P, Perez R, Galangue B, Feifel D. A naturalistic study of intramuscular haloperidol versus intramuscular olanzapine for the management of acute agitation. J Clin Psychopharm. 2012;32(3):317-22. Epub 2012 Apr 26.

163.    Repanshek ZD, Ufberg JW, Vilke GM, Chan TC, Harrigan RA. Alternative treatments of pneumothorax.  J Emerg Med 2013;44(2):457-66. Epub 2012 May 21.

164.    Wilson MP, Chen N, Vilke GM, Castillo EM, Macdonald KS, Minassian A.  Olanzapine in ED patients: differential effects on oxygenation in patients with alcohol intoxication.  Am J Emerg Med 2012;30(7):1196-201. Epub 2012 May 23.

165.    Almazroua FY, Vilke GM.  The captain morgan technique for the reduction of the dislocated hip.  Ann Emerg Med 2012;60(1):135-6.

166.    Hall CA, Kader AS, McHale AMD, Stewart L, Fick GH, Vilke GM.  Frequency of signs of excited delirium syndrome in subjects undergoing police use of force: Descriptive evaluation of a prospective, consecutive cohort.  J Foresn and Leg Med 2013;20:102-7. Epub 2012 June 22.

167.    Perkins J, Perkins K, Vilke GM, Almazroua FY.  Is culture-positive urinary tract infection in febrile children accurately identified by urine dipstick or microanalysis?  J Emerg Med 2012;43(6):1155-9. Epub 2012 July 13.

168.    Demers G, Meurer WJ, Shih R, Rosenbaum, S, Vilke GM.  Tissue plasminogen activator and stroke: Review of the literature for the clinician.  J Emerg Med 2012;43(6):1149-54. Epub 2012 July 18

169.    Ronquillo L, Minassian A, Vilke GM, Wilson MP.  Literature-based Recommendations for Suicide Assessment in the Emergency Department:  A Review.  J Emerg Med. 2012;43(5):836-42. Epub 2012 Oct 2.

170.    Vilke GM, Chan TC, Karch S. Letter by Vilke et al Regarding Article, "Sudden cardiac arrest and death following application of shocks from a TASER electronic control device". Circulation. 2013 Jan 1;127(1):e258. Epub 2013 Jan 1.

171.    Wilson MP, Vilke GM. Why all the yelling and screaming? Dealing with agitation in the ED setting. Cyberounds. 2013 Feb 09.

PUBLICATIONS, continued:

Articles

172.    Ali SS, Wilson MP, Castillo EM, Witucki P, Simmons TT, Vilke GM.  Common hand sanitizer may distort readings of breathalyzer tests in the absence of acute intoxication. Acad Emerg Med 2013; 20(2):212-5.

173.    Maisel A, Mueller C, Neath SX, Christenson RH, Morgenthaler NG, Nowak RM, Vilke G, Daniels LB, Hollander JE, Apple FS, Cannon C, Nagurney JT, Schreiber D, Defilippi C, Hogan C, Diercks DB, Stein JC, Headden G, Limkakeng AT Jr, Anand I, Wu AH, Papassotiriou J, Hartmann O, Ebmeyer S, Clopton P, Jaffe AS, Frank Peacock W.  Copeptin Helps "Copeptin Helps in the Early Detection of Patients with Acute Myocardial Infarction": the primary results of the CHOPIN Trial.  J Am Coll Cardiol.2013; 62(2):150-30. Epub 2013 Apr 30.

174.    Minassian A, Vilke GM, Wilson MP.  Frequent Emergency Department Visits are More Prevalent in Psychiatric, Alcohol Abuse, and Dual Diagnosis Conditions than in Chronic Viral Illnesses Such as Hepatitis and Human Immunodeficiency Virus.  J Emerg Med. 2013;45(4):520-5. Epub 2013 Jul 8.

175.    Darracq MA, Clark RF, Jacoby I, Vilke GM, Demers G, Cantrell FL.  Disaster Preparedness of Poison Control Centers in the USA: A 15-year Follow-up Study.  J Med Toxicol. 2014;10(1):29-25. Epub 2013 Jul 12.

176.    Winters ME, Rosenbaum S, Vilke GM, Almazroua FY.  Emergency Department Management of Patients with ACE-Inhibitor Angioedema.  J Emerg Med 2013;45(5):775-80. Epub 2013 Aug 26.

177.    Savaser DJ, Campbell C, Castillo EM, Vilke GM, Sloane C, Neuman T, Hansen AV, Shah S, Chan TC.  The effect of the prone maximal restrained position with and without weight force on cardiac output and other hemodynamic measures.  J Forens Leg Med. 2013 Nov;20(8):991-5. Epub 2013 Aug 30.

178.    Wilson MP, Macdonald K, Vilke GM, Ronquillo L, Feifel D. Intramuscular Ziprasidone: Influence of alcohol and benzodiazepines on vital signs in the emergency setting.  J Emerg Med 2013:45(6):901-8. Epub 2013 Sep 24.

179.    Perkins J, McCurdy MT, Vilke GM, Al-Marshad AA.  Telemetry Bed Usage for Patients with Low-risk Chest Pain: Review of the Literature for the Clinician.  J Emerg Med 2014;46(2):273-7. Epub 2013 Nov 22.

180.    Del Portal DA, Horn AE, Vilke GM, Chan TC, Ufberg JW.  Emergency department management of shoulder dystocia. J Emerg Med 2014;46(3):378-82. Epub 2013 Dec 18.

PUBLICATIONS, continued:

Articles

181.    Vilke GM, Bozeman WP, Chan TC.  Re: Emergency Department Evaluation of Conducted Energy Weapon (CEW)-Injured Patients. J Emerg Med 2014;46(4):533-4. Epub 2014 Jan 9.

182.    Jalali N, Vilke GM, Korenevsky M, Castillo EM, Wilson MP.  The Tooth, the Whole Tooth, and Nothing But the Tooth: Can Dental Pain Ever Be the Sole Presenting Symptom of a Myocardial Infarction? A Systematic Review.  J Emerg Med. 2014;[Epub 2014 Jan 25].

183.    Sloane C, Chan TC, Kolkhorst F, Neuman T, Castillo EM, Vilke GM.  Evaluation of the Ventilatory Effects of the Prone Maximum Restraint Position (PMR) on Obese Human Subjects. Forens Sci Int 2014;237:86-9. Epub 2014;46(6):865-72. Epub 2014 Feb 14.

184.    Wilson MP, Minassian A, Bahramzi M, Campillo A, Vilke GM. Despite expert recommendations, second-generation antipsychotics are not often prescribed in the emergency department. J Emerg Med. 2014;46(6):808-83. Epub 2014 Mar 19.

185.    Vilke GM, Chan TC, Savaser D, Neuman T.  Response to letter by Michaud Regarding Article, "Hemodynamic consequences of restraints in the prone position in excited delirium syndrome" J Forens Legal Med 2014;27:82-4.

186.    Davis DP, Aguilar SA, Smith K, Husa RD, Minokadeh A, Vilke G, Sell R, Fisher R, Brainard C, Dunford JV.  Preliminary Report of a Mathematical Model of Ventilation and Intrathoracic Pressure Applied to Prehospital Patients with Severe Traumatic Brain Injury. Prehosp Emerg Care. 2015 Apr-Jun;19(2):328-35. Epub 2014 Oct 7.

187.    Wilson MP, Minassian A, Ronquillo L, Vilke GM.  Wilson reply to Ryan.  J Emerg Med. 2015 Mar;48(3):336.  Epub 2014 Nov 20.

188.    Rowh AD, Ufberg JW, Chan TC, Vilke GM, Harrigan RA. Lateral Canthotomy and Cantholysis: Emergency Management of Orbital Compartment Syndrome. J Emerg Med. 2015 Mar;48(3):325-30.  Epub 2014 Dec 15.

189.    Hall C, Votova K, Heyd C, Walker M, MacDonald S, Eramian D, Vilke GM, Restraint in police use of force events: Examining sudden in custody death for prone and not-prone positions, J Forens Legal Med. 2015;31:29-35. Epub 2015 Jan 5

190.    Wilson MP, Brennan JJ, Modesti L, Deen J, Anderson L, Vilke GM, Castillo EM. Lengths of stay for involuntarily held psychiatric patients in the ED are affected by both patient characteristics and medication use. Am J Emerg Med. 2015 Apr;33(4):527-30. Epub 2015 Jan 20.

191.    Warren SA, Prince DK, Huszti E, Rea TD, Fitzpatrick AL, Andrusiek DL, Darling S, Morrison LJ, Vilke GM, Nichol G; the ROC Investigators.  Volume versus Outcome: More Emergency Medical Services Personnel On-scene and Increased Survival after Out-of-Hospital Cardiac Arrest. Resuscitation.  2015 Sep;94:40-8. Epub 2015 Feb 24.

PUBLICATIONS, continued:

Articles

192.   Nakajima Y, Vilke GM. Editorial: Ambulance Diversion: the Con Perspective. Am J Emerg Med. 2015 Jun;33(6):818-9. Epub 2015 Mar 10.

193.   Perkins J, Ho JD, Vilke GM, DeMers G. Safety of Droperidol Use in the Emergency Department. J Emerg Med. 2015 Jul;49(1):91-7.  Epub 2015 Mar 30.

194.   Hopper AB, Vilke GM, Castillo EM, Campillo A, Davie T, Wilson MP. Ketamine Use for Acute Agitation in the Emergency Department. J Emerg Med. 2015 Jun;48(6):712-9. Epub 2015 Apr 2.

195.   Vilke GM, DeMers G, Patel N, Castillo EM. Safety and Efficacy of Milk and Molasses Enemas in the Emergency Department. J Emerg Med. 2015 Jun;48(6):667-70. Epub 2015 Apr 4.

196.   Shah KS, Marston NA, Mueller C, Neath SX, Christenson RH, McCord J, Nowak RM, Vilke GM, Daniels LB, Hollander JE, Apple FS, Cannon CM, Nagurney J, Schreiber D, deFilippi C, Hogan CJ, Diercks DB, Limkakeng A, Anand IS, Wu AH, Clopton P, Jaffe AS, Peacock WF, Maisel AS.  Midregional Proadrenomedullin Predicts Mortality and Major Adverse Cardiac Events in Patients Presenting With Chest Pain: Results From the CHOPIN Trial.  Acad Emerg Med. 2015 May;22(5):554-63.  Epub 2015 Apr 23.

197.   Shi E, Vilke GM, Coyne CJ, Oyama LC, Castillo EM.  Clinical outcomes of ED patients with bandemia. Am J Emerg Med. 2015 Jul;33(7):876-81. Epub 2015 Mar 18.

198.   Castillo EM, Coyne CJ, Chan TC, Hall CA, Vilke GM.  Review of the medical and legal literature on restraint chairs.  J Forens Legal Med. 2015;33:91-97. Epub 2015 May 1.

199.   Vilke GM, Kass P. Retroperitoneal Hematoma After Femoral Arterial Catheterization. J Emerg Med. 2015 Sep;49(3):338-9. Epub 2015 July 4.

200.   Campillo A, Castillo E, Vilke GM, Hopper A, Ryan V, Wilson MP. First-generation Antipsychotics Are Often Prescribed in the Emergency Department but Are Often Not Administered with Adjunctive Medications. J Emerg Med. 2015 Dec;49(6):901-6. Epub 2015 Sep 30.

201.   Wilson MP, Nordstrom K, Vilke GM.  The Agitated Patient in the Emergency Department. Curr Emerg Hosp Med Rep. 2015 Oct 12. [Epub ahead of print]

PUBLICATIONS, continued:

Articles

202.   Lev R, Lee O, Petro S, Lucas J, Castillo EM, Vilke GM, Coyne CJ.  Who is prescribing controlled medications to patients who die of prescription drug abuse? Am J Emerg Med. 2016 Jan;34(1):30-5.  Epub 2015 Sep 8.

203.   Wilson MP, Nordstrom K, Shah AA, Vilke GM.  Psychiatric Emergencies in Pregnant Women.  Emerg Med Clin North Am. 2015 Nov;33(4):841-51.

204.   Nordstrom K, Vilke GM, Wilson MP. Psychiatric Emergencies for Clinicians: Emergency Department Management of Serotonin Syndrome. J Emerg Med. 2016 Jan;50(1):89-91. Epub 2015 Oct 7.

205.   Lev R, Petro S, Lee A, Lee O, Lucas J, Castillo EM, Egnatios J, Vilke GM.  Methadone related deaths compared to all prescription related deaths.  Forensic Sci Int. 2015 Oct 22;257:347-352.

206.   Abraham MK, Perkins J, Vilke GM, Coyne CJ.  Influenza in the Emergency Department: Vaccination, Diagnosis, and Treatment: Clinical Practice Paper Approved by American Academy of Emergency Medicine Clinical Guidelines Committee. J Emerg Med. 2016 Mar;50(3):536-42.  Epub 2016 Jan 4.

207.   Lev R, Petro S, Lee O, Lucas J, Stuck A, Vilke GM, Castillo EM.  A description of Medical Examiner prescription-related deaths and prescription drug monitoring program data. Am J Emerg Med. 2015 Dec 14.

208.   Meurer WJ, Walsh B, Vilke GM, Coyne CJ. Clinical Guidelines for the Emergency Department Evaluation of Subarachnoid Hemorrhage.  J Emerg Med. 2017 Feb;52(2):255-261. Epub 2016 Jan 25.

209.   Lam SH, Majlesi N, Vilke GM.  Use of Intravenous Fat Emulsion in the Emergency Department for the Critically Ill Poisoned Patient.  J Emerg Med. 2016 Aug;51(2):203-14. Epub 2016 Mar 10.

210.   Kudenchuk PJ, Brown SP, Daya M, Rea T, Nichol G, Morrison LJ, Leroux B, Vaillancourt C, Wittwer L, Callaway CW, Christenson J, Egan D, Ornato JP, Weisfeldt ML, Stiell IG, Idris AH, Aufderheide TP, Dunford JV, Colella MR, Vilke GM, Brienza AM, Desvigne-Nickens P, Gray PC, Gray R, Seals N, Straight R, Dorian P; Resuscitation Outcomes Consortium Investigators. Amiodarone, Lidocaine, or Placebo in Out-of-Hospital Cardiac Arrest. N Engl J Med. 2016 May 5;374(18):1711-22. Epub 2016 Apr 4

211.   Wilson MP, Vilke GM, Hayden SR, Nordstrom K.  Psychiatric Emergencies for Clinicians: Emergency Department Management of Neuroleptic Malignant Syndrome.  J Emerg Med. 2016 Jul;51(1):66-9. Epub 2016 May 28.

PUBLICATIONS, continued:

Articles

212.   Healy ME, Kozubal DE, Horn AE, Vilke GM, Chan TC, Ufberg JW.   Care of the Critically Ill Pregnant Patient and Perimortem Cesarean Delivery in the Emergency Department.  J Emerg Med. 2016 Aug;51(2):172-7. Epub 2016 Jun 29.

213.   Lasoff D, Vilke G, Nordstrom K, Wilson M.  Psychiatric Emergencies for Clinicians: Detection and Management of Anti-N-Methyl-D-Asparate Receptor Encephalitis.  J Emerg Med. 2016;51(5):561-63. Epub Jul 15.

214.   Corbett B, Vilke GM, Nordstrom K, Wilson M.  Psychiatric Emergencies for Clinicians: Diagnosis and Management of Steroid Psychosis.  J Emerg Med. 2016;51(5):577-60. Epub Aug 15.

215.   Hornbeak K, Castillo EM, Sloane C, Vilke GM.  The Role of Subject Intoxication and Other Characteristics in Law Enforcement Use-of-force Incidents. J For Med Leg Aff. 2016 1(3): 112.

216.   Maisel AS, Wettersten N, van Veldhuisen DJ, Mueller C,  Gerasimos Filippatos C, Nowak R, Hogan C, Kontos MC, Cannon CM, Müller GA, Birkhahn R, Clopton P, Taub P, Vilke GM, McDonald K, Mahon N, Nuñez J, Briguori C, Passino C, Murray PT.  Neutrophil Gelatinase-Associated Lipocalin for Acute Kidney Injury During Acute Heart Failure Hospitalizations: The AKINESIS Study.  JACC. 2016;68(13):1420-31.

217.   Coyne CJ, Abraham MK, Perkins J, Vilke GM.  Letter: Influenza in the Emergency Department: Vaccination, Diagnosis, and Treatment.   J Emerg Med. 2016 Dec;51(6):735-736. Epub 2016 Sep 26.

218.   Motov S, Rosenbaum S, Vilke GM, Nakajima Y.  Is There a Role for Intravenous Subdissociative-Dose Ketamine Administered as an Adjunct to Opioids or as a Single Agent for Acute Pain Management in the Emergency Department?  J Emerg Med. 2016 Dec;51(6):752-757. Epub 2016 Sep 29.

219.   Degner NR, Joshua A, Padilla R, Vo HH, Vilke GM.  Comparison of Digital Chest Radiography to Purified Protein Derivative for Screening of Tuberculosis in Newly Admitted Inmates. J Correct Health Care. 2016 Oct;22(4):322-330.

220.   Granata RT, Castillo EM, Vilke GM.  Safety of deferred computed tomographic imaging of intoxicated patients presenting with possible traumatic brain injury.  Am J Emerg Med. 2017 Jan;35(1):51-54. Epub 2016 Sep 30.

PUBLICATIONS, continued:

Articles

221.  Beri N, Marston NA, Daniels LB, Nowak RM, Schreiber D, Mueller C, Jaffe A, Diercks DB, Wettersten N, DeFilippi C, Peacock WF, Limkakeng AT, Anand I, McCord J, Hollander JE, Wu AH, Apple FS, Nagurney JT, Berardi C, Cannon CM, Clopton P, Neath SX, Christenson RH, Hogan C, Vilke G, Maisel A.  Necessity of hospitalization and stress testing in low risk chest pain patients.  Am J Emer Med 2017 (35): 274–280. Epub 2016 Oct 29.

222.  Meurer WJ, Barth BE, Gaddis G, Vilke GM, Lam SH.  Rapid Systematic Review: Intra-Arterial Thrombectomy ("Clot Retrieval") for Selected Patients with Acute Ischemic Stroke.  J Emerg Med. 2017 Feb;52(2):255-261. Epub 2016 Nov 15.

223.  Winters ME, Sherwin R, Vilke GM, Wardi G.  Does Early Goal-Directed Therapy Decrease Mortality Compared with Standard Care in Patients with Septic Shock?  J Emerg Med. 2017 Mar;52(3):379-384.  Epub 2016 Nov 19.

224.  Coyne CJ, Le V, Brennan JJ, Castillo EM, Shatsky RA, Ferran K, Brodine S, Vilke GM. Application of the MASCC and CISNE Risk-Stratification Scores to Identify Low-Risk Febrile Neutropenic Patients in the Emergency Department.  Ann Emerg Med. 2017 Jun;69(6):755-764. Epub 2016 Dec 29.

225.  Blewer AL, Ibrahim SA, Leary M, Dutwin D, McNally B, Anderson ML, Morrison LJ, Aufderheide TP, Daya M, Idris AH, Callaway CW, Kudenchuk PJ, Vilke GM, Abella BS. Cardiopulmonary Resuscitation Training Disparities in the United States.   J Am Heart Assoc. 2017 May 17;6(5).

226.  Evans CS, Platts-Mills TF, Fernandez AR, Grover JM, Cabanas JG, Patel MD, Vilke GM, Brice JH. Repeated Emergency Medical Services Use by Older Adults: Analysis of a Comprehensive Statewide Database. Ann Emerg Med. 2017 Oct;70(4):506-515.e3. Epub 2017 May 27.

227.  Starks MA, Schmicker RH, Peterson ED, May S, Buick JE, Kudenchuk PJ, Drennan IR, Herren H, Jasti J, Sayre M, Stub D, Vilke GM, Stephens SW, Chang AM, Nuttall J, Nichol G; Resuscitation Outcomes Consortium (ROC). Association of Neighborhood Demographics with Out-of-Hospital Cardiac Arrest Treatment and Outcomes: Where You Live May Matter. JAMA Cardiol. 2017;2(10):1110-1118.

228.  Kudenchuk PJ, Leroux BG, Daya M, Rea T, Vaillancourt C, Morrison LJ, Callaway CW, Christenson J, Ornato JP, Dunford JV, Wittwer L, Weisfeldt ML, Aufderheide TP, Vilke GM, Idris AH, Stiell IG, Colella MR, Kayea T, Egan DA, Desvigne-Nickens P, Gray P, Gray R, Straight R, Dorian P.  Antiarrhythmic Drugs for Non-Shockable-Turned-Shockable Out-of-Hospital Cardiac Arrest: The Amiodarone, Lidocaine or Placebo Study (ALPS). Circulation. 2017 Nov 28;136(22):2119-2131. Epub 2017 Sep 13.

PUBLICATIONS, continued:

Articles

229.    Sherwin R, Winters ME, Vilke GM, Wardi G. Does Early and Appropriate Antibiotic Administration Improve Mortality in Emergency Department Patients with Severe Sepsis or Septic Shock? J Emerg Med. 2017 Oct;53(4):588-595. Epub 2017 Sep 12.

230.    Wilson MP, Nordstrom K, Hopper A, Porter A, Castillo EM, Vilke GM.  Risperidone in the Emergency Setting is Associated with More Hypotension in Elderly Patients.  J Emerg Med. 2017 Nov;53(5):735-739. Epub 2017 Oct 5.

231.    Alfaraj DN, Vilke GM.  Tripartite Fracture of the Ulnar Sesamoid Bone of the Thumb.  J Emerg Med. J Emerg Med. 2017 Nov;53(5):758-759. Epub 2017 Oct 5.

232.    Lasoff D, Hall CA, Bozeman WP, Chan TC, Castillo EM, Vilke GM: Proning: Outcomes of Use of Force Followed with Prone Restraint. J Forensic Med 2017;2(2):1-3.

233.    Mills L, Morley EJ, Soucy Z, Vilke GM, Lam SHF. Ultrasound for the Diagnosis and Management of Suspected Urolithiasis in the Emergency Department. J Emerg Med. 2018 Feb;54(2):215-220. Epub 2017 Oct 28.

234.    Bruno E, Pillus D, Cheng D, Vilke G, Pokrajac N. During the Emergency Department Evaluation of a Well-Appearing Neonate with Fever, Should Empiric Acyclovir Be Initiated? J Emerg Med. 2018 Feb;54(2):261-265.  Epub 2017 Nov 29.

235.    Winters ME, Sherwin R, Vilke GM, Wardi G.  What is the Preferred Resuscitation Fluid for Patients with Severe Sepsis and Septic Shock?   J Emerg Med. 2017 Dec;53(6):928-939. Epub 2017 Oct 25.

236.    Hayes BD, Winters ME, Rosenbaum SB, Allehyani MF, Vilke GM. What is the Role of Reversal Agents in the Management of Emergency Department Patients with Dabigatran-Associated Hemorrhage? J Emerg Med. Apr;54(4):571-575.Epub 2018 Feb 15.

237.    Winters ME, Sherwin R, Vilke GM, Wardi G. Reply. J Emerg Med. 2018 Feb;54(2):245-246.

238.    Coyne CJ, Dang A-H, Castillo EM, Vilke GM.  Assessment of the Theorized Risks of Conducted Energy Weapons through Literature Review of Runaway Pacemakers.  J For Med Leg Aff 2(1):113-118.

239.    Motov S, Strayer R, Hayes B, Reiter M, Rosenbaum S, Richman M, Repanshek Z, Taylor S, Friedman B, Vilke G, Lasoff D.  The Treatment of Acute Pain in the Emergency Department: A White Paper Position Statement Prepared for the American Academy of Emergency Medicine.  J Emerg Med. 2018 May;54(5):731-736.Epub 2018 Mar 6.

PUBLICATIONS, continued:

Articles

240.  Mullinax S, Chalmers CE, Brennan J, Vilke GM, Nordstrom K, Wilson MP. Suicide screening scales may not adequately predict disposition of suicidal patients from the emergency department. Am J Emerg Med. 2018 Oct;36(10):1779-1783. doi: 10.1016/j.ajem.2018.01.087. Epub 2018 Jan 31. PMID: 29530359.

241.  Meurer WJ, Barth B, Abraham M, Hoffman J, Vilke GM, DeMers G. Intravenous Recombinant Tissue Plasminogen Activator and Ischemic Stroke: Focused Update of 2010 Clinical Practice Advisory From the American Academy of Emergency Medicine. J Emerg Med. 2018 May;54(5):723-730. Epub 2018 Mar 12.

242.  Wilson MP, Frenkel S, Brennan J, Simanjuntak J, Deen J, Vilke GM.  Patients with Suicidal Ideation and Evidence of Alcohol Use are Discharged at Higher Rates from the Emergency Department. Int J Psychol Psychoanal 2017, 3:019.

243.  Kurz MC, Schmicker RH, Leroux B, Nichol G, Aufderheide TP, Cheskes S, Grunau B, Jasti J, Kudenchuk P, Vilke GM, Buick J, Wittwer L, Sahni R, Straight R, Wang HE. Advanced vs. Basic Life Support in the Treatment of Out-of-Hospital Cardiopulmonary Arrest in the Resuscitation Outcomes Consortium. Resuscitation. 2018 Jul;128:132-137. Epub 2018 Apr 30.

244.  Beri N, Daniels LB, Jaffe A, Mueller C, Anand I, Peacock WF, Hollander JE, DeFilippi C, Schreiber D, McCord J, Limkakeng AT, Wu AHB, Apple FS, Diercks DB, Nagurney JT, Nowak RM, Cannon CM, Clopton P, Neath SX, Christenson RH, Hogan C, Vilke G, Maisel A. Copeptin to rule out myocardial infarction in Blacks versus Caucasians. Eur Heart J Acute Cardiovasc Care. 2019 Aug;8(5):395-403. doi: 10.1177/2048872618772500. Epub 2018 May 8. PMID: 29737180.

245.  Lam SHF, Li DR, Hong CE, Vilke GM. Systematic Review: Rectal Administration of Medications for Pediatric Procedural Sedation. J Emerg Med. 2018 Jul;55(1):51-63. Epub 2018 May 24.

246.  Zive DM, Schmicker R, Daya M, Kudenchuk P, Nichol G, Rittenberger JC, Aufderheide T, Vilke GM, Christenson J, Buick JE, Kaila K, May S, Rea T, Morrison LJ; ROC Investigators. Survival and variability over time from out of hospital cardiac arrest across large geographically diverse communities participating in the Resuscitation Outcomes Consortium.  Resuscitation. 2018 Jul 24;131:74-82. Epub 2018 Jul 24.

247.  Shuen JA, Wilson MP, Kreshak A, Mullinax S, Brennan J, Castillo EM, Hinkle C, Vilke GM. Telephoned, Texted, or Typed Out: A Randomized Trial of Physician-Patient Communication After Emergency Department Discharge. J Emerg Med. 2018 Oct;55(4):573-581. doi: 10.1016/j.jemermed.2018.07.023. Epub 2018 Sep 1. PMID: 30181075; PMCID: PMC6163067.

PUBLICATIONS, continued:

Articles

248. Kreshak AA, Brennan JJ, Vilke GM, Tolia VM, Caccese M, Castillo EM, Chan TC. A Description of a Health System's Emergency Department Patients Who Were Part of a Large Hepatitis A Outbreak. J Emerg Med. 2018 Nov;55(5):620-626. doi: 10.1016/j.jemermed.2018.07.031. Epub 2018 Sep 22. PMID: 30253951.

249. Okubo M, Schmicker RH, Wallace DJ, Idris AH, Nichol G, Austin MA, Grunau B, Wittwer LK, Richmond N, Morrison LJ, Kurz MC, Cheskes S, Kudenchuk PJ, Zive DM, Aufderheide TP, Wang HE, Herren H, Vaillancourt C, Davis DP, Vilke GM, Scheuermeyer FX, Weisfeldt ML, Elmer J, Colella R, Callaway CW. Variation in Survival After Out-of-Hospital Cardiac Arrest Between Emergency Medical Services Agencies. JAMA Cardiol. 2018 Oct 1;3(10):989-999.

250. Alfaraj DN, Wilson MP, Akeely Y, Vilke GM, Nordstrom K. Psychiatric Emergencies for Clinicians: Emergency Department Management of Hypercalcemia. J Emerg Med. 2018 Nov;55(5):688-692. doi: 10.1016/j.jemermed.2018.07.018. Epub 2018 Oct 15. PMID: 30336968.

251. Blewer AL, McGovern SK, Schmicker RH, May S, Morrison LJ, Aufderheide TP, Daya M, Idris AH, Callaway CW, Kudenchuk PJ, Vilke GM, Abella BS; Resuscitation Outcomes Consortium (ROC) Investigators. Gender Disparities Among Adult Recipients of Bystander Cardiopulmonary Resuscitation in the Public. Circ Cardiovasc Qual Outcomes. 2018 Aug;11(8):e004710. doi: 10.1161/CIRCOUTCOMES.118.004710. PMID: 30354377; PMCID: PMC6209113.

252. Lutz M, Sloane CM, Castillo EM, Brennen JJ, Coyne CJ, Swift SL, Vilke GM. Physiological Effects of a Spit Sock.  Am J Emerg Med. 2019 Feb;37(2):291-293. doi: 10.1016/j.ajem.2018.09.050. Epub 2018 Oct 3. PMID: 30415982

253. Khera R, Humbert A, Leroux B, Nichol G, Kudenchuk P, Scales D, Baker A, Austin M, Newgard CD, Radecki R, Vilke GM, Sawyer KN, Sopko G, Idris AH, Wang H, Chan PS, Kurz MC. Hospital Variation in the Utilization and Implementation of Targeted Temperature Management in Out-of-Hospital Cardiac Arrest. Circ Cardiovasc Qual Outcomes. 2018 Nov;11(11):e004829. doi: 10.1161/CIRCOUTCOMES.118.004829. PMID: 30571336.

254. Supat B, Brennan JJ, Vilke GM, Ishimine P, Hsia RY, Castillo EM. Characterizing pediatric high frequency users of California emergency departments. Am J Emerg Med. 2019 Sep;37(9):1699-1704. doi: 10.1016/j.ajem.2018.12.015. Epub 2018 Dec 12.

255. Childers R, Vilke GM. Ketamine for Acute Agitation. 2019. Current Emerg and Hosp Med Reports. https://doi.org/10.1007/s40138-019-00177-2.

PUBLICATIONS, continued:

Articles

256.    Kroll M, Ho J, Vilke GM. 8 Facts About Excited Delirium Syndrome (ExDS) We Learned in 2018. 2019. PoliceOne.com.  https://www.policeone.com/police-training/articles/483189006-8-facts-about-excited-delirium-syndrome-ExDS-we-learned-in-2018/

257.    Dyson K, Brown SP, May S, Smith K, Koster RW, Beesems SG, Kuisma M, Salo A, Finn J, Sterz F, Nürnberger A, Morrison LJ, Olasveengen TM, Callaway CW, Shin SD, Gräsner JT, Daya M, Ma MH, Herlitz J, Strömsöe A, Aufderheide TP, Masterson S, Wang H, Christenson J, Stiell I, Vilke GM, Idris A, Nishiyama C, Iwami T, Nichol G. International variation in survival after out-of-hospital cardiac arrest: A validation study of the Utstein template. Resuscitation. 2019 May;138:168-181. doi: 10.1016/j.resuscitation.2019.03.018. Epub 2019 Mar 18.

258.    Chalmers CE, Mullinax S, Brennan J, Vilke GM, Oliveto AH, Wilson MP. Screening Tools Validated in the Outpatient Pain Management Setting Poorly Predict Opioid Misuse in the Emergency Department: A Pilot Study. J Emerg Med. 2019 Apr 28. [Epub ahead of print]

259.    Sieker JW, Castillo EM, Vilke GM. Timing of fatal BASE-jumping incidents: 1981-2018. J Forensic Leg Med. 2019 May 3;65:39-44.

260.    Li DR, Brennan JJ, Kreshak AA, Castillo EM, Vilke GM. Patients Who Leave the Emergency Department Without Being Seen and Their Follow-Up Behavior: A Retrospective Descriptive Analysis. J Emerg Med. 2019 May 8. [Epub ahead of print]

261.    Murray PT, Wettersten N, van Veldhuisen DJ, Mueller C, Filippatos G, Nowak R, Hogan C, Kontos MC, Cannon CM, Müeller GA, Birkhahn R, Horiuchi Y, Clopton P, Taub P, Vilke GM, Barnett O, McDonald K, Mahon N, Nuñez J, Briguori C, Passino C, Maisel A. Utility of Urine Neutrophil Gelatinase-Associated Lipocalin for Worsening Renal Function during Hospitalization for Acute Heart Failure: Primary findings for urine N-gal Acute Kidney Injury N-gal Evaluation of Symptomatic heart faIlure Study (AKINESIS). J Card Fail. 2019 May 22. [Epub ahead of print]

262.    Gleber R, Vilke GM, Castillo EM, Brennan J, Oyama L, Coyne CJ.  Trends in emergency physician opioid prescribing practices during the United States opioid crisis.  Am J Emerg Med. 2019 Jun 6. [Epub ahead of print]

263.    Vilke GM, Mash DC, Pardo M, Bozeman W, Hall C, Sloane C, Wilson MP, Coyne CJ, Xie X, Castillo EM.  EXCITATION study: Unexplained in-custody deaths:  Evaluating biomarkers of stress and agitation.  J Forensic Leg Med. 2019 Jun 21;66:100-106.

264.    Mathews BK, Fredrickson M, Sebasky M, Seymann G, Ramamoorthy S, Vilke G, Sloane C, Thorson E, El-Kareh R. Structured case reviews for organizational learning about diagnostic vulnerabilities: initial experiences from two medical centers. Diagnosis (Berl). 2019 Aug 24. [Epub ahead of print]

PUBLICATIONS, continued:

Articles

265. Pillus D, Bruno E, Farcy D, Vilke GM, Childers R. Systematic Review: The Role of Thrombolysis in Intermediate-Risk Pulmonary Embolism.  J Emerg Med. 2019 Aug 30. [Epub ahead of print]

266. Vilke GM, Chan TC, Bozeman WP, Childers R. Emergency Department Evaluation After Conducted Energy Weapon Use: Review of the Literature for the Clinician. J Emerg Med. 2019 Nov;57(5):740-746. doi: 10.1016/j.jemermed.2019.06.037. Epub 2019 Sep 26. PMID: 31500994.

267. Hoenigl M, Mathur K, Blumenthal J, Brennan J, Zuazo M, McCauley M, Horton LE, Wagner GA, Reed SL, Vilke GM, Coyne CJ, Little SJ.  Universal HIV and Birth Cohort HCV Screening in San Diego Emergency Departments. Scientific Reports. 2019 Oct 9. 9:14479 | https://doi.org/10.1038/s41598-019-51128-6.

268. Lam SHF, Nakajima Y, Castillo EM, Brennan J, Vilke GM. Willingness to Consider Alternatives to Ambulance Use Among Adult Emergency Department Patients. Am J Emerg Med.  2020;38(5):1030-1033. [Epub 2019 Nov 18]

269. Wettersten N, Horiuchi Y, van Veldhuisen DJ, Mueller C, Filippatos G, Nowak R, Hogan C, Kontos MC, Cannon CM, Müeller GA, Birkhahn R, Taub P, Vilke GM, Barnett O, McDonald K, Mahon N, Nuñez J, Briguori C, Passino C, Murray PT, Maisel A.  B-type natriuretic peptide trend predicts clinical significance of worsening renal function in acute heart failure. Eur J Heart Fail. 2019 Nov 25. [Epub ahead of print]

270. Docter TA, Patel BH, Brennan JJ, Castillo EM, Lee RR, Vilke GM.  Utility of Shunt Series in the Evaluation of Ventriculoperitoneal Shunt Dysfunction in Adults. J Emerg Med. 2020 Mar;58(3):391-397.

271. Sawyer KN, Humbert A, Leroux BG, Nichol G, Kudenchuk PJ, Daya MR, Grunau B, Wang HE, Ornato JP, Rittenberger JC, Aufderheide TP, Wittwer L, Colella MR, Austin M, Kawano T, Egan D, Richmond N, Vithalani VD, Scales D, Baker AJ, Morrison LJ, Vilke GM, Kurz MC; Resuscitation Outcomes Consortium. Relationship Between Duration of Targeted Temperature Management, Ischemic Interval, and Good Functional Outcome from Out-of-Hospital Cardiac Arrest. Crit Care Med. 2020 Mar;48(3):370-377.

272. Soucy Z, Cheng D, Vilke GM, Childers R.  Systematic Review: The Role of Intravenous and Oral Contrast in the Computed Tomography Evaluation of Acute Appendicitis.  J Emerg Med. 2019 Dec 13. [Epub ahead of print]

PUBLICATIONS, continued:

Articles

273.    Wettersten N, Horiuchi Y, van Veldhuisen DJ, Mueller C, Filippatos G, Nowak R, Hogan C, Kontos MC, Cannon CM, Müeller GA, Birkhahn R, Taub P, Vilke GM, Barnett O, McDonald K, Mahon N, Nuñez J, Briguori C, Passino C, Maisel A, Murray PT.  Short-term prognostic implications of serum and urine neutrophil gelatinase-associated lipocalin in acute heart failure: findings from the AKINESIS study.  Eur J Heart Fail. 2019 Dec 21. [Epub ahead of print]

274.    Blewer AL, Schmicker RH, Morrison LJ, Aufderheide TP, Daya M, Starks MA, May S, Idris AH, Callaway CW, Kudenchuk PJ, Vilke GM, Abella BS; Resuscitation Outcomes Consortium Investigators.  Variation in Bystander Cardiopulmonary Resuscitation Delivery and Subsequent Survival From Out-of-Hospital Cardiac Arrest Based on Neighborhood-Level Ethnic Characteristics. Circulation. 2020 Jan 7;141(1):34-41. Epub 2019 Dec 30.

275.    Daya MR, Leroux BG, Dorian P, Rea TD, Newgard CD, Morrison LJ, Lupton JR, Menegazzi JJ, Ornato JP, Sopko G, Christenson J, Idris A, Mody P, Vilke GM, Herdeman C, Barbic D, Kudenchuk PJ.  Survival After Intravenous Intraosseous Amiodarone, Lidocaine, or Placebo in Out-of Hospital Shock-Refractory Cardiac Arrest. Circulation. 2020 Jan 21;141(3):188-198.

276.    Finch NA, Vilke GM.  Unknown Tetrahydrocannabinol Edible Ingestion Resulting in Acute Stroke Presentation. J Emerg Med. 2020 Jan 22. [Epub ahead of print]

277.    Vilke GM, Akeely Y, Lin LC. Sequential Drug-Induced Severe Hyponatremia in a Minimally Symptomatic, 81-Year-Old Patient. J Emerg Med. 2020 Mar;58(3):e137-e140. doi: 10.1016/j.jemermed.2019.11.048. Epub 2020 Mar 20. PMID: 32205001.

278.    Rowland KD, Fuehrer J, Motov SM, Vilke G, Rosenbaum SB, Quenzer F. Should Antiemetics be Given Prophylactically with Intravenous Opioids While Treating Acute Pain in the Emergency Department?: Clinical Practice Paper Approved by American Academy of Emergency Medicine Clinical Guidelines Committee. J Emerg Med. 2020 Apr;58(4):706-709. doi: 10.1016/j.jemermed.2019.12.024. Epub 2020 Mar 23. PMID: 32216978.

279.    Marigold O, Castillo EM, Sloane C, Brennan J, Coyne CJ, Swift S, Vilke GM. Further study on the physiological effects of an alternative spit mask. J Forensic Leg Med. 2020 May;72:101945. doi: 10.1016/j.jflm.2020.101945. Epub 2020 Mar 31. PMID: 32275230.

280.    Gupta R, Roach C, Hryniewicki AT, Vilke GM, Shatsky RA, Coyne CJ. Management of Chimeric Antigen Receptor (CAR) T-Cell Toxicities: A Review and Guideline for Emergency Providers. J Emerg Med. 2020 Jul;59(1):61-74. doi: 10.1016/j.jemermed.2020.04.021. Epub 2020 May 28. PMID: 32473867.

PUBLICATIONS, continued:

Articles

281.    Sloane C, Mash DC, Chan TC, Kolkhorst F, Neuman T, Castillo EM, Lasoff D, Wardi G, Xie X, Vilke GM. Assessment of stress markers in restrained individuals following physical stress with and without sham CED activation. J Forensic Leg Med. 2020 Aug;74:101982. doi: 10.1016/j.jflm.2020.101982. Epub 2020 Jun 26. PMID: 32658765.

282.    Horiuchi Y, Wettersten N, Patel MP, Mueller C, Neath SX, Christenson RH, Morgenthaler NG, McCord J, Nowak RM, Vilke GM, Daniels LB, Hollander JE, Apple FS, Cannon CM, Nagurney JT, Schreiber D, deFilippi C, Hogan C, Diercks DB, Headden G, Limkakeng AT Jr, Anand I, Wu AHB, Ebmeyer S, Jaffe AS, Peacock WF, Maisel A. Biomarkers Enhance Discrimination and Prognosis of Type 2 Myocardial Infarction. Circulation. 2020 Oct 20;142(16):1532-1544. doi: 10.1161/CIRCULATIONAHA.120.046682. Epub 2020 Aug 21. PMID: 32820656.

283.    Sieker J, Vilke GM, Schongalla M, Mei-Dan O. (2020). Injury Patterns and Wilderness Medical Preparedness in BASE Jumping. Muscle, Ligament, and Tendon Journal. 2020;10 (2):156-164.

284.    Meurer WJ, Barth B, Abraham M, Hoffman J, Vilke GM, DeMers G. Reply to Letter to the Editor. J Emerg Med. 2020 Jul;59(1):143. doi: 10.1016/j.jemermed.2020.05.015. PMID: 32900459.

285.    Vilke GM. Restraint physiology: A review of the literature. J Forensic Leg Med. 2020 Oct;75:102056. doi: 10.1016/j.jflm.2020.102056. Epub 2020 Sep 15. PMID: 32956928; PMCID: PMC7490248.

286.    Vilke GM, Brennan JJ, Cronin AO, Castillo EM. Clinical Features of Patients with COVID-19: Is Temperature Screening Useful? J Emerg Med. 2020 Sep 21:S0736-4679(20)30977-X. doi: 10.1016/j.jemermed.2020.09.048. Epub ahead of print. PMID: 33139117; PMCID: PMC7505592.

287.    Singarajah A, Wang A, Sayegh J, Vilke GM, Quenzer FC. "Botched": A Case Report of Silicone Embolism Syndrome After Penile and Scrotal Injection. Clin Pract Cases Emerg Med. 2020 Nov;4(4):595-598. doi: 10.5811/cpcem.2020.9.48838. PMID: 33217281; PMCID: PMC7676808.

288.    Horiuchi YU, Wettersten N, Veldhuisen DJV, Mueller C, Filippatos G, Nowak R, Hogan C, Kontos MC, Cannon CM, MÜeller GA, Birkhahn R, Taub P, Vilke GM, Barnett O, McDONALD K, Mahon N, NuÑez J, Briguori C, Passino C, Maisel A, Murray PT. Potential Utility of Cardiorenal Biomarkers for Prediction and Prognostication of Worsening Renal Function in Acute Heart Failure. J Card Fail. 2020 Dec 6:S1071-9164(20)31551-7. doi: 10.1016/j.cardfail.2020.11.025. Epub ahead of print. PMID: 33296713.

PUBLICATIONS, continued:

Articles

289.  Akeely Y, Vilke GM, Alzahrani H, Alshowaihi I, Alsaadani A, Rabah A, Turkistani A, Abosamak MF. Postintubation Tracheal Perforation While on Long-Term Steroid Therapy: A Case Report. J Emerg Med. 2020 Dec 8:S0736-4679(20)31169-0. doi: 10.1016/j.jemermed.2020.11.001. Epub ahead of print. PMID: 33308913.

290.  Mathur K, Blumenthal J, Horton LE, Wagner GA, Martin TC, Lo M, Gianella S, Vilke GM, Coyne CJ, Little SJ, Hoenigl M. HIV Screening in Emergency Departments: Linkage Works but What About Retention? Acad Emerg Med. 2020 Dec 12. doi: 10.1111/acem.14194. Epub ahead of print. PMID: 33314418.

291.  Gottlieb M, Farcy DA, Moreno LA, Vilke GM, Guittard JA. Triage Nurse-Ordered Testing in the Emergency Department Setting: A Review of the Literature for the Clinician. J Emerg Med. 2021 Jan 5:S0736-4679(20)31173-2. doi: 10.1016/j.jemermed.2020.11.004. Epub ahead of print. PMID: 33419653.

292.  Horiuchi Y, Wettersten N, van Veldhuisen DJ, Mueller C, Filippatos G, Nowak R, Hogan C, Kontos MC, Cannon CM, Müeller GA, Birkhahn R, Taub P, Vilke GM, Barnett O, McDonald K, Mahon N, Nuñez J, Briguori C, Passino C, Maisel A, Murray PT. Relation of Decongestion and Time to Diuretics to Biomarker Changes and Outcomes in Acute Heart Failure. Am J Cardiol. 2021 Feb 19:S0002-9149(21)00152-1. doi: 10.1016/j.amjcard.2021.01.040. Epub ahead of print. PMID: 33617811.

293.  Wu MYC, Vilke GM. Nonspecific Back Pain: A Manifestation of Choledocholithiasis With Cholecystitis. J Emerg Med. 2021 Feb 19:S0736-4679(21)00027-5. doi: 10.1016/j.jemermed.2021.01.018. Epub ahead of print. PMID: 33618931.

294.  Greene S, Cheng D, Vilke GM, Winkler G. How Should Native Crotalid Envenomation Be Managed in the Emergency Department? J Emerg Med. 2021 Feb 20:S0736-4679(21)00029-9. doi: 10.1016/j.jemermed.2021.01.020. Epub ahead of print. PMID: 33622584.

295.  Meurer WJ, Barth BE, Vilke GM, Guittard JA. Telemetry Bed Usage for Patients with Low-Risk Chest Pain: An Updated Review of the Literature for the Clinician. J Emerg Med. 2021 Mar 8:S0736-4679(21)00028-7. doi: 10.1016/j.jemermed.2021.01.019. Epub ahead of print. PMID: 33707075.

296.  Wettersten N, Horiuchi Y, van Veldhuisen DJ, Ix JH, Mueller C, Filippatos G, Nowak R, Hogan C, Kontos MC, Cannon CM, Müeller GA, Birkhahn R, Taub P, Vilke GM, Duff S, McDonald K, Mahon N, Nuñez J, Briguori C, Passino C, Maisel A, Murray PT. Decongestion discriminates risk for one-year mortality in patients with improving renal function in acute heart failure. Eur J Heart Fail. 2021 Mar 31. doi: 10.1002/ejhf.2179. Epub ahead of print. PMID: 33788989.

PUBLICATIONS, continued:

Articles

297.    Rosenbaum S, Wilkerson RG, Winters ME, Vilke GM, Wu MYC. Clinical Practice Statement: What is the Emergency Department Management of Patients with Angioedema Secondary to an ACE-Inhibitor? J Emerg Med. 2021 May 15:S0736-4679(21)00182-7. doi: 10.1016/j.jemermed.2021.02.038. Epub ahead of print. PMID: 34006418.

298.    Vilke GM, Neuma T, Chan TC. Response to: Prone restraint cardiac arrest - A comprehensive review of the scientific literature and an explanation of the physiology. Med Sci Law. 2021 Jun 22:258024211025224. doi: 10.1177/00258024211025224. Epub ahead of print. PMID: 34156879.

299.    Ha EL, Castillo EM, Vilke GM, Oyama LC, Brennan JJ, Birring P, Shah S, Coyne CJ. Active Cancer Patients Presenting to the Emergency Department with Acute Venous Thromboembolism: A Retrospective Cohort Study on Risks and Outcomes. J Emerg Med. 2021 Jun 29:S0736-4679(21)00470-4. doi: 10.1016/j.jemermed.2021.05.014. Epub ahead of print. PMID: 34215470.

300.    Childers R, Cronin AO, Castillo EM, Neuman T, Chan TC, Coyne CJ, Sloane C, Vilke GM. Evaluation of the ventilatory effects on human subjects in prolonged hip-flexed/head-down restraint position. Am J Emerg Med. 2021 Jul 2;50:1-4. doi: 10.1016/j.ajem.2021.06.068. Epub ahead of print. PMID: 34265730.

301.    Nichol G, Daya MR, Morrison LJ, Aufderheide TP, Vaillancourt C, Vilke GM, Idris A, Brown S. Compression depth measured by accelerometer vs. outcome in patients with out-of-hospital cardiac arrest. Resuscitation. 2021 Oct;167:95-104. doi: 10.1016/j.resuscitation.2021.07.013. Epub 2021 Jul 29. PMID: 34331984.

302.    Akeely Y, Alharbi MM, Saulat SR, Mehdar A, Alzhrany NM. Samarkandy FM, Vilke GM, Alesa S.  The impacts of working 12-hour shifts in the emergency Department on physicians' health, social life, and decision-making: A cross-sectional study. Saudi J Er Med. 2021;2(3):244-249. https://doi.org/10.24911/SJEMed/72-1619037175.

303.    Mathur K, Blumenthal J, Horton LE, Wagner GA, Martin TCS, Lo M, Gianella S, Vilke GM, Coyne CJ, Little SJ, Hoenigl M. HIV screening in emergency departments: Linkage works but what about retention. Acad Emerg Med. 2021;28:913-917. DOI: 10.1111/acem.14194.

304.    Martin Hoenigl, Megan Lo, Christopher J. Coyne, Gabriel A. Wagner, Jill Blumenthal, Kushagra Mathur, Lucy E. Horton, Thomas C.S. Martin, Gary M. Vilke & Susan J. Little (2021) 4th Generation HIV screening in the emergency department: net profit or loss for hospitals? AIDS Care, 2021.DOI: 10.1080/09540121.2021.1995838

PUBLICATIONS, continued:

Articles

305.    Horiuchi Y, Wettersten N, van Veldhuisen DJ, Mueller C, Filippatos G, Nowak R, Hogan C, Kontos MC, Cannon CM, Müeller GA, Birkhahn R, Taub P, Vilke GM, Barnett O, McDonald K, Mahon N, Nuñez J, Briguori C, Passino C, Duff S, Maisel A, Murray PT. Decongestion, kidney injury and prognosis in patients with acute heart failure. Int J Cardiol. 2022 Feb 21:S0167-5273(22)00261-3. doi: 10.1016/j.ijcard.2022.02.026. PMID: 35202737

306.    Peacock WF, Maisel AS, Mueller C, Anker SD, Apple FS, Christenson RH, Collinson P, Daniels LB, Diercks DB, Somma SD, Filippatos G, Headden G, Hiestand B, Hollander JE, Kaski JC, Kosowsky JM, Nagurney JT, Nowak RM, Schreiber D, Vilke GM, Wayne MA, Than M. Finding acute coronary syndrome with serial troponin testing for rapid assessment of cardiac ischemic symptoms (FAST-TRAC): a study protocol. Clin Exp Emerg Med. 2022 Jun;9(2):140-145. doi: 10.15441/ceem.21.154. Epub 2022 Jun 30. PMID: 35843615; PMCID: PMC9288884

307.    Horiuchi Y, Wettersten N, Patel MP, Mueller C, Neath SX, Christenson RH, Morgenthaler NG, McCord J, Nowak RM, Vilke GM, Daniels LB, Hollander JE, Apple FS, Cannon CM, Nagurney JT, Schreiber D, deFilippi C, Hogan C, Diercks DB, Headden G, Limkakeng AT Jr, Anand I, Wu AHB, Ebmeyer S, Jaffe AS, Peacock WF, Maisel A. Prognosis is worse with elevated cardiac troponin in nonacute coronary syndrome compared with acute coronary syndrome. Coron Artery Dis. 2022 Aug 1;33(5):376-384. doi: 10.1097/MCA.0000000000001135. Epub 2022 Mar 8. PMID: 35880560.

308.    Gandhi R, Vilke GM, Castillo EM. Intermittent Transient Flaring Rash Post Herpes Zoster. J Emerg Med. 2022 Jul 29:S0736-4679(22)00291-8. doi: 10.1016/j.jemermed.2022.04.017. Epub ahead of print. PMID: 35914988.

309.    Childers R, Liotta B, Brennan J, Wang P, Kattoula J, Tran T, Montilla-Guedez, H, Castillo E, Vilke GM.  Urine testing is associated with inappropriate antibiotic use and increased length of stay in emergency department patients.  Heliyon. 2022 Oct 12;8(10):e11049. doi: 10.1016/j.heliyon.2022.e11049. eCollection 2022 Oct. PMID: 36281377

310.    Bozeman WP, Vilke GM, Hall C, Klinger DA, Ross DL, Bennell C, Petit NP, Miller DL, Ford KK, Hiestand B, Stopyra JP. Safety of Vascular Neck Restraint applied by law enforcement officers. J Forensic Leg Med. 2022 Oct 9;92:102446. doi: 10.1016/j.jflm.2022.102446. Epub ahead of print. PMID: 36265294.

311.    Neuman T, Chan TC, Vilke GM. Commentary on: Prone restraint cardiac arrest in in-custody and arrest-related deaths. J Forensic Sci. 2022;67(5):1899-914. doi: 10.1111/1556-4029.15101. J Forensic Sci. 2022 Oct 28. doi: 10.1111/1556-4029.15159. Epub ahead of print. PMID: 36308010.

PUBLICATIONS, continued:

Articles

312.   Wettersten N, Duff S, Horiuchi Y, van Veldhuisen DJ, Mueller C, Filippatos G, Nowak R, Hogan C, Kontos MC, Cannon CM, Müeller GA, Birkhahn R, Taub P, Vilke GM, McDonald K, Mahon N, Nuñez J, Briguori C, Passino C, Maisel A, Murray PT, Ix JH. Implications of worsening renal function before hospitalization for acute heart failure. ESC Heart Fail. 2022 Nov 3. doi: 10.1002/ehf2.14221. Epub ahead of print. PMID: 36325747.

313.   Horiuchi Y, Wettersten N, van Veldhuisen DJ, Mueller C, Filippatos G, Nowak R, Hogan C, Kontos MC, Cannon CM, Müeller GA, Birkhahn R, Taub P, Vilke GM, McDonald K, Mahon N, Nuñez J, Briguori C, Passino C, Duff S, Maisel A, Murray PT. Galectin-3, acute kidney injury and myocardial damage in patients with acute heart failure. J Card Fail. 2022 Nov 1:S1071-9164(22)01171-X. doi: 10.1016/j.cardfail.2022.09.017. Epub ahead of print. PMID: 36332898.

314.   Childers RC, Bisanz B, Vilke GM, Brennan JJ, Cronin AO, Castillo EM. A retrospective review of antibiotic use for acute respiratory infections in urgent-care patients. Antimicrob Steward Healthc Epidemiol. 2022 Dec 5;2(1):e189. doi: 10.1017/ash.2022.337. PMID: 36505944; PMCID: PMC9727505.

315.   Chen AY, Gottlieb M, Vilke GM, Coyne C. Can Risk Stratification Tools Be Utilized to Safely Discharge Low-Risk Febrile Neutropenic Patients from the Emergency Department? J Emerg Med. 2023 Jan 12:S0736-4679(22)00580-7. doi: 10.1016/j.jemermed.2022.10.010. Epub ahead of print. PMID: 36641256.

316.   Lin LC, Gupta R, McIntyre BB, Castillo EW, Kreshak AA, Vilke GM. Frequency and Outcomes of Cervical Spine Computed Tomography Imaging on Alcohol-Intoxicated Patients in the Emergency Department. J Emerg Med. 2023 Feb 11:S0736-4679(22)00686-2. doi: 10.1016/j.jemermed.2022.11.004. Epub ahead of print. PMID: 36781341.

317.   Zewe JA, Castillo EM, Cronin AO, Kreshak AA, Sloane CM, Coyne CJ, Vilke GM. Physiological Effects of a Spit Restraint Device Saturated With Artificial Saliva. J Emerg Med. 2023 Mar 27:S0736-4679(22)00783-1. doi: 10.1016/j.jemermed.2022.12.003. Epub ahead of print. PMID: 36990853.

318.   Nunez J, Corroon J, Vilke G, Castillo E, Alfaraj DN, Coyne CJ. Perceptions and Practices of Cannabis Use Among Emergency Department Patients. J Emerg Med. 2023 Mar 21:S0736-4679(23)00049-5. doi: 10.1016/j.jemermed.2023.02.003. Epub ahead of print. PMID: 37032203.

319.   Horiuchi Y, Wettersten N, van Veldhuisen DJ, Mueller C, Nowak R, Hogan C, Kontos MC, Cannon CM, Birkhahn R, Vilke GM, Mahon N, Nuñez J, Briguori C, Duff S, Murray PT, Maisel A. The influence of body mass index on clinical interpretation of established and novel biomarkers in acute heart failure. J Card Fail. 2023 Apr 29:S1071-9164(23)00150-1. doi: 10.1016/j.cardfail.2023.03.029. Epub ahead of print. PMID: 37127240.

PUBLICATIONS, continued:

Articles

320.    Vilke GM, Billberry E, Bongbong DN, Castillo EM, Brennan J, Chan TC. Impact of Implementation of a New Weapons Screening at an Urban Emergency Department. J Emerg Med. 2023 Aug 24:S0736-4679(23)00433-X. doi: 10.1016/j.jemermed.2023.08.010. Epub ahead of print. PMID: 37891065.

321.    Falcon M, Vilke GM. Jersey Fracture: Avulsion-fracture injury of the Flexor Digitorum Profundus, JEM Reports, Apr 2024.100089.  ISSN 2773-2320; https://doi.org/10.1016/j.jemrpt.2024.100089.

322.    Horiuchi Y, Maisel AS, van Veldhuisen DJ, Mueller C, Hogan C, Kontos MC, Cannon CM, Müller GA, Taub P, Vilke GM, Duff S, McDonald K, Mahon N, Nuñez J, Briguori C, Passino C, Murray PT, Wettersten N. Significance of an Early Repeat Troponin Measurement Upon Presentation to the Hospital for Acute Heart Failure. J Am Heart Assoc. 2024 Sep 17;13(18):e034850. doi: 10.1161/JAHA.124.034850. Epub 2024 Sep 9. PMID: 39248254.

323.    Yarlagadda S, Hazboun M, Vilke G, Farah J, Donofrio-Odmann J. Epidemiology of Neonate Prehospital Care at the San Diego (US) – Tijuana (Mexico) International Border. Prehosp Emerg Care. 2025 Mar24:1-10. DOI 10.1080/10903127.2025.2476196 PMID 40126385.

PUBLICATIONS, continued:

Consortium Publications

1.    Davis DP, Garberson LA, Andrusiek DL, Hostler D, Daya M, Pirrallo R, Craig A, Stephens S, Larsen J, Drum AF, Fowler R, and the Resuscitation Outcomes Consortium Investigators. A Descriptive Analysis of Emergency Medical Service Systems Participating in the Resuscitation Outcomes Consortium (ROC) Prehospital Research Network. Prehospital Emergency Care 11:369-382, 2007. (role: site investigator)

2.    J Christenson, D Andrusiek, S Everson-Stewart, P Kudenchuk, D Hostler, J Powell, CW Callaway, D Bishop, C Vaillancourt, D Davis, TP Aufderheide, A Idris, J Stouffer, I Stiell, R Berg, and the ROC investigators. Chest Compression Fraction Determines Survival in Patients with Out-of-hospital Ventricular Fibrillation. Circulation 120(13):1241-7, 2009. (role: site investigator)

3.    Newgard CD, Koprowicz K, Wang H, Monnig A, Kerby JD, Sears GK, Davis DP, Bulger E, Stephens SW, Daya MR; ROC Investigators. Variation in the type, rate, and selection of patients for out-of-hospital airway procedures among injured children and adults. Acad Emerg Med. 2009 Dec;16(12):1269-76. (role: site investigator)

4.    Bulger EM, May S, Brasel KJ, Schreiber M, Kerby JD, Tisherman SA, Newgard C, Slutsky A, Coimbra R, Emerson S, Minei JP, Bardarson B, Kudenchuk P, Baker A, Christenson J, Idris A, Davis D, Fabian TC, Aufderheide TP, Callaway C, Williams C, Banek J, Vaillancourt C, van Heest R, Sopko G, Hata JS, Hoyt DB; ROC Investigators. Out-of-Hospital Hypertonic Resuscitation Following Severe Traumatic Brain Injury: A randomized Controlled Trial. JAMA 304(13):1455-1464, 2010 (role: site investigator)

5.    Newgard CD, Rudser K, Atkins DL, Berg R, Osmond MH, Bulger EM, Davis DP, Schreiber MA, Warden C, Rea TD, Emerson S; ROC Investigators. The availability and use of out-of hospital physiologic information to identify high-risk injured children in a multisite, population based cohort. Prehosp Emerg Care. 2009 Oct-Dec;13(4):420-31. (role: site investigator)

6.    Rea TD, Cook AJ, Stiell IG, Powell J, Bigham B, Callaway CW, Chugh S, Aufderheide TP, Morrison L, Terndrup TE, Beaudoin T, Wittwer L, Davis D, Idris A, Nichol G; Resuscitation Outcomes Consortium Investigators. Predicting survival after out-of-hospital cardiac arrest: role of the Utstein data elements. Ann Emerg Med. 2010 Mar;55(3):249-57. (role: site investigator)

7.    Newgard CD, Schmicker RH, Hedges JR, Trickett JP, Davis DP, Bulger EM, Aufderheide TP, Minei JP, Hata JS, Gubler KD, Brown TB, Yelle JD, Bardarson B, Nichol G; Resuscitation Outcomes Consortium Investigators. Emergency medical services intervals and survival in trauma: assessment of the "golden hour" in a North American prospective cohort. Ann Emerg Med. 2010 Mar;55(3):235-246.e4. Epub 2009 Sep 23. (role: site investigator)

PUBLICATIONS, continued:

Consortium Publications (cont.)

8.  Newgard CD, Rudser K, Hedges JR, Kerby JD, Stiell IG, Davis DP, Morrison LJ, Bulger E, Terndrup T, Minei JP, Bardarson B, Emerson S; ROC Investigators. A critical assessment of the out-of-hospital trauma triage guidelines for physiologic abnormality. J Trauma. 2010 Feb;68(2):452-62. (role: site investigator)

9.  Brooks SC, Schmicker RH, Rea TD, Aufderheide TP, Davis DP, Morrison LJ, Sahni R, Sears GK, Griffiths DE, Sopko G, Emerson SS, Dorian P; ROC Investigators. Out-of-hospital cardiac arrest frequency and survival: evidence for temporal variability. Resuscitation. 2010 Feb;81(2):175-81. (role: site investigator)

10. Weisfeldt ML, Sitlani CM, Ornato JP, Rea T, Aufderheide TP, Davis D, Dreyer J, Hess EP, Jui J, Maloney J, Sopko G, Powell J, Nichol G, Morrison LJ; ROC Investigators. Survival after application of automatic external defibrillators before arrival of the emergency medical system: evaluation in the resuscitation outcomes consortium population of 21 million. J Am Coll Cardiol. 2010 Apr 20;55(16):1713-20. (role: site investigator)

11. Hostler D, Everson-Stewart S, Rea TD, Stiell IG, Callaway CW, Kudenchuk PJ, Sears GK, Emerson SS, Nichol G, and the Resuscitation Outcomes Consortium Investigators. A prospective cluster-randomized trial of real-time CPR feedback during out-of-hospital cardiac arrest resuscitation. BMJ 2011;342:d512 (role: site investigator)

12. Aufderheide TP, Nichol G, Rea TD, Brown SP, Leroux BG, Pepe PE, Kudenchuk PJ, Christenson J, Daya MR, Dorian P, Callaway CW, Idris AH, Andrusiek D, Stephens SW, Hostler D, Davis DP, Dunford JV, Pirrallo RG, Stiell IG, Clement CM, Craig A, Van Ottingham L, Schmidt TA, Wang HE, Weisfeldt ML, Ornato JP, Sopko G, and the Resuscitation Outcomes Consortium (ROC) Investigators. A Trial of an Impedance Threshold Device in Out-of-Hospital Cardiac Arrest. New England Journal of Medicine. 365:798-806, 2011 (role: site investigator)

13. Reinier K, Thomas E, Andrusiek DL, Aufderheide TP, Brooks SC, Callaway CW, Pepe PE, Rea TD, Schmicker RH, Vaillancourt C, Chugh SS; Resuscitation Outcomes Consortium Investigators. Socioeconomic status and incidence of sudden cardiac arrest. CMAJ. 2011 Oct 18;183(15):1705-12. Epub 2011 Sep 12 (role: site investigator)

14. Wang HE, Devlin SM, Sears GK, Vaillancourt C, Morrison LJ, Weisfeldt M, Callaway CW; ROC Investigators. Regional variations in early and late survival after out-of-hospital cardiac arrest. Resuscitation. 2012 Nov;83(11):1343-8. (role: site investigator)

PUBLICATIONS, continued:

Consortium Publications (cont.)

15.    Kudenchuk PJ, Brown SP, Daya M, Morrison LJ, Grunau BE, Rea T, Aufderheide T, Powell J, Leroux B, Vaillancourt C, Larsen J, Wittwer L, Colella MR, Stephens SW, Gamber M, Egan D, Dorian P; Resuscitation Outcomes Consortium Investigators. Resuscitation Outcomes Consortium-Amiodarone, Lidocaine or Placebo Study (ROC-ALPS): Rationale and methodology behind an out-of-hospital cardiac arrest antiarrhythmic drug trial. Am Heart J. 2014 May;167(5):653-9. (role: site investigator)

16.    Ian G. Stiell, Siobhan P. Brown, Graham Nichol, Sheldon Cheskes, Christian Vaillancourt, Clifton W. Callaway, Laurie J. Morrison, James Christenson, Tom P. Aufderheide, Daniel P. Davis, Cliff Free, Dave Hostler, John A. Stouffer and Ahamed H. Idris and the Resuscitation Outcomes Consortium Investigators What Is the Optimal Chest Compression Depth During Out-of-Hospital Cardiac Arrest Resuscitation of Adult Patients?  Circulation 2014;130:1962-1970; epub 2014 Sep 24. (role: site investigator)

17.    Idris AH, Guffey D, Pepe PE, Brown SP, Brooks SC, Callaway CW, Christenson J, Davis DP, Daya MR, Gray R, Kudenchuk PJ, Larsen J, Lin S, Menegazzi JJ, Sheehan K, Sopko G, Stiell I, Nichol G, Aufderheide TP; Resuscitation Outcomes Consortium Investigators. Chest Compression Rates and Survival Following Out-of-Hospital Cardiac Arrest. Crit Care Med. 2015 Apr;43(4):840-8. (role: site investigator)

18.    Stub D, Schmicker RH, Anderson ML, Callaway CW, Daya MR, Sayre MR, Elmer J, Grunau BE, Aufderheide TP, Lin S, Buick JE, Zive D, Peterson ED, Nichol G; ROC Investigators. Association between hospital post-resuscitative performance and clinical outcomes after out-of-hospital cardiac arrest. Resuscitation. 2015 Jul;92:45-52. Epub 2015 Apr 24. (role: site investigator)

19.    Salcido DD, Schmicker RH, Kime N, Buick JE, Cheskes S, Grunau B, Zellner S, Zive D, Aufderheide TP, Koller AC, Herren H, Nuttall J, Sundermann ML, Menegazzi JJ; Resuscitation Outcomes Consortium Investigators.  Effects of intra-resuscitation antiarrhythmic administration on rearrest occurrence and intra-resuscitation ECG characteristics in the ROC ALPS trial. Resuscitation. 2018 Aug;129:6-12. (role: site investigator)

20.    Hansen M, Schmicker RH, Newgard CD, Grunau B, Scheuermeyer F, Cheskes S, Vithalani V, Alnaji F, Rea T, Idris AH, Herren H, Hutchison J, Austin M, Egan D, Daya M; Resuscitation Outcomes Consortium Investigators. Time to Epinephrine Administration and Survival From Nonshockable Out-of-Hospital Cardiac Arrest Among Children and Adults. Circulation. 2018 May 8;137(19):2032-2040. (role: site investigator)

PUBLICATIONS, continued:

Abstracts

1.  Chan TC, Vilke GM, Hayden SR:  Structured curriculum in domestic violence and child abuse for emergency medicine residents.  Acad Emerg Med 1996;3(5):511.

2.  Moss ST, Vilke GM, Chan TC, Dunford JD:  Outcomes study of out-of-hospital patients signed out against medical advice by field paramedics.  Acad Emerg Med 1997;4(5):413.

3.  Chan TC, Vilke GM, Neuman TS, Clausen JL:  Does the hobble restraint position result in respiratory compromise?  Acad Emerg Med 1997;4(5):459.

4.  Evans SD, Fisher RP, Vilke GM, Chan TC:  Accuracy of urban field paramedics estimating blood loss.  Acad Emerg Med 1997;4(5):459.

5.  Davis DP, Bramwell KJ, Vilke GM, Rosen P:  Cricothyrotomy technique: Standard technique versus the rapid four-step technique.  Acad Emerg Med 1997;4(5):488.

6.  Bramwell K, Vilke G, Davis D, Rosen P:  Cricothyrotomy technique: Use of the Trousseau dilator for initial widening and subsequent stabilization of the opening during endotracheal tube passage.  Ann Emerg Med 1997;30(3):419.

7.  Neuman TS, Vilke GM, Chan TC, Clausen JL:  Changes in pulmonary function associated with position.  Undersea & Hyperbaric Med 1997;24(Suppl):13.

8.  Moats T, Chan TC, Ochs M, Buchanan J, Vilke GM:  Successful out-of-hospital airway management by emergency medical technician-Is using the Combitube.  Acad Emerg Med 1998;5(5):388.

9.  Hamilton RS, Davis DP, Chan TC, Vilke GM, Hayden SR:  The effect of blade type and cervical spinal immobilization on laryngoscopy in a cadaver model of intubation.  Acad Emerg Med 1998;5(5):397.

10.  Vilke GM, Chan TC, Neuman T, Clausen JL:  The effect of body position on pulmonary function.  Acad Emerg Med 1998;5(5):397.

11.  Friedman L, Vilke GM, Chan TC, Hayden SR, Krishel SJ, Rosen P:  Emergency department airway management before and after the start of an emergency medicine residency training program.  Acad Emerg Med 1998;5(5):444.

12.  Davis DP, Bramwell KJ, Hamilton RS, Chan TC, Vilke GM:  Cricothyrotomy speed and safety: A comparison between standard open technique and rapid four-step technique using a novel device.  Acad Emerg Med 1998;5(5):483.

13.  Davis DP, Fisher RP, Chan TC, Dunford JV, Vilke GM:  Rapid-sequence induction for out-of-hospital intubations: A multimedia course designed for paramedics.  Acad Emerg Med 1998;5(5):502.

PUBLICATIONS, continued:

Abstracts

14.   Chan TC, Vilke GM, Buchanan J, Anderson M:  Patient ethnicity and age in prehospital emergency ambulance use and acuity rates.  Prehospital Emerg Care 1998;2(3):223.

15.   Marino AT, Vilke GM, Chan TC, Buchanan J:  Precision of prehospital diazepam dosing for children in status epilepticus.  Prehospital Emerg Care 1998;2(3):232.

16.   Marino AT, Vilke GM, Chan TC, Buchanan J:  Comparison of prehospital IV and rectal diazepam for the treatment of pediatric seizures.  Prehospital Emerg Care 1998;2(3):233.

17.   Vilke GM, Chan TC, Buchanan J, Dunford JV:  Are opiate overdose deaths related to patient release after prehospital naloxone?  Prehospital Emerg Care 1998;2(3):236.

18.   Vilke GM, Dunford JV, Buchanan J, Chan TC:  Are opiate overdose deaths related to patient release after naloxone?  Ann Emerg Med 1998;32(3)Part 2:S6.

19.   Gerling MC, Hamilton RS, Davis DP, Morris GF, Vilke GM, Hayden SR, Garfin SR:  Effects of cervical spine immobilization technique and laryngoscope blade selection on an unstable cervical spine injury in a cadaver model of intubation.  Ann Emerg Med 1998;32(3)Part 2:S13.

20.   Marino AT, Chan TC, Buchanan J, Vilke GM:  Precision of prehospital diazepam dosing for children in status epilepticus.  Ann Emerg Med 1998;32(3)Part 2:S30.

21.   Marino AT, Vilke GM, Buchanan J, Chan TC:  Comparison of prehospital intravenous and rectal diazepam for the treatment of pediatric seizures.  Ann Emerg Med 1998;32(3)Part 2:S30.

22.   Davis D, Bramwell K, Hamilton R, Chan T, Vilke G:  The fresh-frozen cadaver free-larynx model for cricothyrotomy training.  Ann Emerg Med 1998;32(3)Part 2:S34-S35.

23.   Sloane C, Chan TC, Vilke GM, Hayden SR, Krishel SJ, Rosen P:  Rapid sequence induction intubation of trauma patients in the prehospital versus hospital setting.  Ann Emerg Med 1998; 32(3)Part 2:S50.

24.   Chan TC, Bramwell K, Hamilton R, Davis D, Vilke GM:  Comparison of Melcker cricothyrotomy versus standard technique in human cadaver model.  Ann Emerg Med 1998; 32(3)Part 2:S50-S51.

25.   Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM:  Does the syringe esophageal detector device accurately detect an esophageal intubation following gastric distention from air insufflation?  Ann Emerg Med 1998;32(3)Part 2:S51.

26.   Chan TC, Vilke GM, Kramer M, Buchanan J, Dunford J:  Does a complete neurologic examination adequately screen for significant intracranial abnormalities in minor head injury?  J Emerg Med 1998;16(5):804.

PUBLICATIONS, continued:

Abstracts

27.    Chan TC, Vilke GM, Kramer M, Buchanan J, Dunford J:  Does GCS score affect prehospital intubation success rates in trauma patients?  J Emerg Med 1998;16(5):804-805.

28.    Vilke GM, Chan TC, Guss DA:   Prospective study on the utility of head CT scan in patients with minor head injury and GCS scores of 15.  J Emerg Med 1998;16(6):984.

29.    Chan TC, Vilke GM, Ray LU, Anderson ME:  Use of prehospital crash injury data to assess regional automobile safety restraint use.  Prehospital Emerg Care 1999;3(1):83-84.

30.    Vilke GM, Chan TC:  Effect of a physician speaking directly to prehospital patients who want to sign out against medical advice.  Prehospital Emerg Care 1999;3(1):90.

31.    Marino A, Vilke GM, Chan TC:  Urban paramedics experience, comfort, and accuracy in the estimation of pediatric weights.  Prehospital Emerg Care 1999;3(1):92.

32.    Chan TC, Bramwell KJ, Davis DP, Hamilton RS, Vilke GM:  Comparison of wire-guided percutaneous Melcker cricothyrotomy versus standard cricothyrotomy technique in human cadaver models.  Acad Emerg Med 1999;6(5):514.

33.    Ma G, Hayden SR, Chan TC, Vilke GM, Schmitt J, Chan D:  Using ultrasound to visualize and confirm endotracheal intubation.  Acad Emerg Med 1999;6(5):515.

34.    Hamilton RS, Davis DP, Nordt SP, Vilke GM, Chan TC:  Lidocaine administration through an esophageally placed Combitube in a canine model.  Acad Emerg Med 1999;6(5):519-520.

35.    Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM:  Does gastric distention from air insufflation affect the accuracy of the syringe esophageal detector device in detecting esophageal intubation?  Acad Emerg Med 1999;6(5):520.

36.    Vilke GM, Marino A, Iskander J, Chan TC:  Knowledge of prescribed medications by emergency department patients.  Acad Emerg Med 1999;6(5):539.

37.    Davis D, Marino A, Vilke G, Dunford J, Videen J:  Hyponatremia in marathon runners: Experience with the inaugural rock 'n' roll marathon.  Ann Emerg Med 1999;34(4)Part 2: S40-S41.

38.    Davis DP, Kimbro T, Vilke GM:  The use of midazolam for prehospital rapid-sequence intubation may be associated with a dose-related increase in hypotension.  Prehosp Emerg Care 2000;4(1):90.

39.    Marino AT, Sharieff G, Gerhart AE, Chan TC, Vilke GM:  The efficacy and complication rate of prehospital midazolam for the treatment of pediatric seizures.  Prehosp Emerg Care 2000; 4(1):92.

PUBLICATIONS, continued:

Abstracts

40.  Eisele JW, Chan T, Vilke G, Neuman T, Clausen J:  Comparison of respiratory function in the prone maximal restraint position with and without additional weight force on the back. Proceedings of the American Acadamy of Forensic Sciences 2000;VI:202.

41.  Chan TC, Vilke GM, Neuman T, Clark RF, Clausen J:  Effect of oleoresin capsicum. Acad Emerg Med 2000;7(5):471.

42.  Vilke GM, Marino A, Chan TC:  Survey of paramedics for latex allergy risk factors. Acad Emerg Med 2000;7(5):483.

43.  Schmitt JM, Ma G, Hayden SR, Vilke G, Chan T:  Suprasternal versus cricothyroid ultrasound probe position in the confirmation of endotracheal tube placement by bedside ultrasound.  Acad Emerg Med 2000;7(5):526.

44.  Schmitt JM, Ma G, Hayden SR, Vilke G, Chan T:  Use of new air absorbing ultrasound contrast in the confirmation of endotracheal tube placement by bedside ultrasound.  Acad Emerg Med 2000;7(5):526.

45.  Wold RM, Davis DP, Patel R, Chan TC, Vilke GM:  Original clinical decision guideline to identify patients with spinal epidural abscess.  Acad Emerg Med 2000;7(5):574-575.

46.  Ma G, Chan TC, Vilke GM, Schmitt J, Hayden SR:  Confirming endotracheal intubation using ultrasound.  Ann Emerg Med 2000;36(4)Part 2:S20-S21.

47.  Deitch S, Vilke GM, Marino A, Vroman D, Chan TC:  Effect of prehospital use of nitroglycerine on EKG findings in patients with chest pain.  J Emerg Med 2001;20(3):321.

48.  Chan TC, Vilke GM, Neuman T, Clausen J, Schmidt P, Snowden T, Clark RF:  Does oleoresin capsicum "pepper spray" exposure impact cardiovascular function in human subjects?  Acad Emerg Med 2001;8(5):442.

49.  Chan TC, Vilke GM, Bender S, Saldamando V, Smith J, Dunford JV:  Effect of a multi-disciplinary community homeless outreach team on emergency department visits by homeless alcoholics.  Acad Emerg Med 2001;8(5):486.

50.  Davis DP, Ochs M, Hoyt DB, Vilke GM, Dunford JV:  The use of the Combitube as a salvage airway device for paramedic rapid-sequence intubation.  Acad Emerg Med 2001;8(5):500.

51.  Vilke GM, Simmons C, Brown L, Skogland P, Guss DA:  Approach to decreasing emergency department ambulance diversion hours.  Acad Emerg Med 2001;8(5):526.

PUBLICATIONS, continued:

Abstracts

52. Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T:  Impact of oleoresin capsicum spray on respiratory function in human subjects in the sitting and prone maximal restraint positions positions, 1998 (computer file).  Inter-university Consortium for Political and Social Research (distributor), 2001.

53. Cardall TY, Glasser JL, Davis D, Vilke GM:  Cricothyrotomy training in emergency medicine residencies.  Ann Emerg Med 2001;38(4):S9.

54. Chan TC, Dunford JV, Vilke GM, Hix A, Schnell S, Liening J, Edgar J:  Effect of a multi-disciplinary serial inebriate program on emergency department visits by chronic alcoholics in two urban area hospitals.  Ann Emerg Med 2001;38(4):S33.

55. Valentine C, Davis D, Ochs M, Hoyt D, Bailey D, Vilke G:  The use of the Combitube as a salvage airway device for paramedic rapid-sequence intubation.  Prehosp Emerg Care 2002;6(1):144.

56. Chan TC, Dunford JV, Smith S, Sparrow W, Vilke GM:  Impact of an on-call physician on emergency 911 transports from a county jail.  Prehosp Emerg Care 2002;6(1):162.

57. Vilke GM, Sardar W, Fisher R, Dunford JV, Chan TC:  Follow-up of elderly patients who refuse transport after accessing 9-1-1.  Prehosp Emerg Care 2002;6(1):164.

58. Vilke GM, Steen PJ, Smith AM, Chan TC:  Out-of-hospital pediatric intubation by paramedics: The San Diego experience.  Prehosp Emerg Care 2002;6(1):165.

59. Jin AS, Chan T, Davis D, Vilke G:  Prospective randomized study of viscous lidocaine vs Hurricaine in a GI cocktail for dyspepsia.  Acad Emerg Med 2002;9(5):381-382.

60. Jenson P, Chan TC, Vilke GM, Leining J, Schnell R, Chester R, Berthelet J, Marcotte A, Simmons C, Kelly D, Dunford J:  Impact of a multi-disciplinary, community serial inebriate program on ED visits by chronic alcoholics to three urban emergency departments.  Acad Emerg Med 2002;9(5):389.

61. Austin T, Chan TC, Nyheim E, Kelly D, Vilke GM:  Does the addition of parenteral opiate pre-medication increase risk for complications when combined with methohexital for moderate procedural sedation in the ED?  Acad Emerg Med 2002;9(5):407.

62. Glasser JL, Cardall TY, Podboy M, Vilke GM:  Out-of-hospital pediatric rapid-sequence intubation by an aeromedical provider.  Acad Emerg Med 2002;9(5):422-423.

63. Chan TC, Austin T, Nyheim E, Kelly D, Vilke GM:  Does parenteral opiate premedication increase risk of complications when combined with methohexital for orthopedic reductions in the emergency department?  Ann Emerg Med 2002;40(4):S7-S8.

PUBLICATIONS, continued:

Abstracts

64.    Davis D, Tokhi R, Wold R, Patel R, Chan T, Vilke G:  The clinical presentation and outcome of emergency department patients with spinal epidural abscess.  Ann Emerg Med 2002;40(4):S103.

65.    Vilke GM, Loh A:  A prospective study of minimizing ambulance diversion and its effects on emergency department census and hospital admissions.  Prehosp Emerg Med 2003;7(1):171.

66.    Buono C, Vilke GM, Schwartz B, Brown L, Swabb C:  Identifying reasons for and outcomes of patients who access 9-1-1, then sign out against medical advice.  Prehosp Emerg Med 2003;7(1):172.

67.    Vilke GM, Sloane C, Smith AM, Chan TC:  Assessment for deaths in prehospital heroin overdose patients treated with Naloxone who refuse transport.  Prehosp Emerg Med 2003;7(1):190.

68.    Vilke GM, Lev R, Castillo EM, Murrin PA, Chan TC:  prospective countywide trial to decrease ambulance diversion hours.  Acad Emerg Med 2003;10(5):465.

69.    Tran A, Davis DP, Wold RM, Patel R, Chan TC, Vilke GM:  The use of risk factor assessment to screen for spinal epidural abcess in emergency department patients with spine pain.  Acad Emerg Med 2003;10(5):569.

70.    Chan TC, Kelso D, Dunford JV, Vilke GM:  Can trained health educators provide screening, brief intervention and referral services in an academic teaching hospital emergency department?  Acad Emerg Med 2003;10(5):515.

71.    Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC:  The effect of decreasing ambulance diversion hours on emergency department interfacility transfers. Ann Emerg Med 2003;42(4):S6.

72.    Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC:  San Diego County improved patient destination trial to decrease emergency department diversion hours and diverted patients.  Ann Emerg Med 2003;42(4):S2.

73.    Chan TC, Clausen J, Neuman T, Eisele JW, Vilke GM:  Does weight force during physical restraint cause respiratory compromise?  Ann Emerg Med 2003;42(4):S17.

74.    Davis D, Grossman K, Vilke G, Kiggins D, Chan TC:  Inadvertent anticoagulation of emergency department patients with aortic dissection.  Ann Emerg Med 2003;42(4):S99.

75.    Vilke GM, Wiesner C, Davis DP, Chan TC:  The efficacy of adding ipratropium bromide to albuterol for the prehospital treatment of reactive airways disease. Prehosp Emerg Care 2004; 8(1):112.

PUBLICATIONS, continued:

Abstracts

76.   Vilke GM, Vadeboncoeur T, Davis DP, Poste JC, Ochs M, Hoyt DB:  The predictive value of paramedic assessment of aspiration in patients undergoing RSI.  Prehosp Emerg Care 2004; 8(1):88-89.

77.   Vilke G, Castillo E, Metz M, Murrin P, Ray LU, Lev R, Chan T:  Community trial to decrease ambulance diversion of patients and hours.  Prehosp Emerg Care 2004;8(1):84.

78.   Chan TC, Killeen JP, Kelly D, Vilke GM, Guss DA:  Impact of a rapid emergency department entry and an accelerated care initiative on patient wait times and length of stay.  Acad Emerg Med 2004;11(5):485.

79.   Davis DP, Vadeboncoeur TF, Poste JC, Vilke GM, Ochs M, Hoyt DB:  The use of field Glasgow coma scale to screen severely head-injured patients to undergo paramedic rapid sequence intubation.  Acad Emerg Med 2004;11(5):492.

80.   Patel RJ, Davis D, Vilke GM, Chan TC:  Comparison of wire-guided cricothyrotomy technique with and without balloon-cuffed endotracheal tubes vs. standard surgical cricothyrotomy.  Acad Emerg Med 2004;11(5):522.

80.   Vilke GM, Chan TC, Dunford JV, Poste JC, Metz M, Ochs G, Smith A, Fisher R, McCallum-Brown L, Davis DP:  The three-phase model of cardiac arrest as applied to ventricular fibrillation in a large, urban emergency medical services system.  Acad Emerg Med 2004;11(5):604.

82.   Hutton K, Swanson E, Vilke G, Davis D, Jones S, Hoogeveen B:  Cricothyrotomies by air medical providers in 2853 patient intubations. Air Med J 2004;23(5):33.

83.   Davis D, Buono C, Vilke G, Sise M, Eastman B, Kennedy F, Vilke T, Hoyt D:  The efficacy of air medical response to patients with moderate to severe traumatic brain injury.  Air Med J 2004;23(5):31.

84.   Hutton K, Swanson E, Vilke G, Davis D, Jones S, Hoogeveen B:  Laryngoscopic visualization grade predicts difficult intubations by air medical crews in the prehospital setting.  Air Med J 2004;23(5):30.

85.   Hutton K, Swanson E, Vilke G, Davis D, Jones S, Hoogeveen B:  Success and failure rates of RSI versus non-RSI intubations by air medical providers in 2853 patients.  Air Med J 2004; 23(5):30.

86.   Metz M, Marcotte A, Vilke GM:  The effect of decreasing ambulance diversion hours on ed interfacility transfers. J Emerg Nurs 2004;30(5):411.

87.   Metz M, Murrin P, Vilke GM:  Community trial to decrease ambulance diversion hours: the San Diego county patient destination trial.  J Emerg Nurs 2004;30(5):410.

PUBLICATIONS, continued:

Abstracts

88.   Metz M, Murrin P, Vilke GM:  The three-phase EMS cardiac arrest model for ventricular fibrillation. J Emerg Nurs 2004;30(5):405.

89.   Vilke GM, Murrin P, Gardina L, Upledger Ray L, Stepanski B, Chan TC:  Impact of a new booster seat law.  Ann Emerg Med 2004;44(4):S39-S40.

90.   Vilke GM, Marcotte A, Metz M, Upledger Ray L:  Pain management in the out-of-hospital setting.  Ann Emerg Med 2004;44(4):S63.

91.   Vilke GM, Murrin PA, Marcotte A, Upledger RL:  Impact of the San Diego County firestorm on emergency medical services.  Ann Emerg Med 2004;44(4):S102-S103.

92.   Davis DP, Pettit K, Poste JC, Vilke GM:  The efficacy of out-of-hospital needle and tube thoracostomy in major trauma victims.  Ann Emerg Med 2004;44(4):S103.

93.   Buono CJ, Davis DP, Vilke GM, Stepanski B.  Esophageal Intubation in an EMS system: a six-year experience.  Prehosp Emerg Care 2005; 9(1):113.

94.   Dunford JV, Vilke GM, Chan TC.  Utilization of EMS and hospital resources by serial inebriate program (SIP) clients. Prehosp Emerg Care 2005; 9(1):116.

95.   Davis DP, Serrano JA, Buono CJ, Vilke GM, Sise MJ, Hoyt DB.  The predictive value of field and arrival Glasgow coma score in moderate-to-severe brain injury.  Prehosp Emerg Care 2005; 9(1):124.

96.   Vilke GM, Castillo EM, Upledger-Ray L, Davis DP, Murrin PA, Kennedy F, Cox S, Coimbra R.  Evaluation of paramedic field triage of injured patients to trauma centers and emergency departments.  Prehosp Emerg Care 2005; 9(1):125.

97.   Vilke GM, Harley J, Metz M, Stepanski B, Vroman D, Anderson M, Shipp H.  Paramedic self-reported medication errors in an anonymous survey.  Prehosp Emerg Care 2005; 9(1):127.

98.   Bush J, Chan TC, Killeen JP, Vilke GM.  The effect of changing from a latex agglutination D-Dimer to an ELISA D-Dimer on emergency physicians ordering imaging studies practices to evaluate for pulmonary embolism.  Acad Emerg Med 2005;12(5):41.

99.   Vilke GM, Michalewicz B, Kolkhorst FW, Neuman T, Chan TC.  Does weight force during physical restraint cause respiratory compromise?  Acad Emerg Med 2005;12(5):16.

100.  Levine SD, Sloane C, Chan TC, Vilke GM, Dunford J.  Cardiac monitoring of subjects exposed to the Taser.  Acad Emerg Med 2005;12(5):71.

PUBLICATIONS, continued:

Abstracts

101.   Davis DP, Buono C, Serrano J, Vilke GM, Sise MJ, Hoyt DB.  The impact of hyper- and hypoventilation on outcome in traumatic brain injury.  Acad Emerg Med 2005;12(5):138-139.

102.   Davis D, Buono C, Ramanujam P, Fisher R, Vilke GM, Chan TC, Metz M, Dunford J:  The potential safety of designated cardiac arrest receiving facilities.  Ann Emerg Med 2005;46(3):S17.

103.   Chan TC, Killeen JP, Kelly DL, Vilke GM, Guss DA:  Accelerated care at triage: Physician-directed ancillary testing at triage for patients waiting in an emergency department.  Ann Emerg Med 2005;46(3):S107-S108.

104.   Lev R, Vilke G, Dunford J:  San Diego Regional STEMI Summit.  San Diego Physician. 2005;4:11-13.

105.   Davis D, Reynoso J, Harley J, Kanegaye J, Buono C, Vilke G:  The natural history of pediatric patients meeting criteria for paramedic intraosseous catheter insertion.  Prehosp Emerg Care 2006;10(1):110.

106.   Davis D, Ramanujam P, Buono C, Vilke G:  The sensitivity of capnometry to detect endotracheal intubation:  Where should we draw the line?  Prehosp Emerg Care 2006; 10(1):118.

107.   Levine S, Sloane C, Chan T, Dunford J, Vilke G:  Cardiac monitoring of subjects exposed to the Taser.  Prehosp Emerg Care 2006;10(1):130.

108.   Levine SD, Sloane C, Chan TC, Vilke GM, Dunford J:  Cardiac monitoring of human subjects exposed to the taser.  Acad Emerg Med 2006;13(5 Supp 1):S47.

109.   Vilke GM, Dolkas L, Stanley C, Smith AM, Chan TC:  Evaluation of deaths associated with choking.  Acad Emerg Med 2006;13(5 Supp 1):S49.

110.   Chan TC, Vilke GM, Michalewicz BA, Neuman T, Levy S, Kolkhorst F:  Does physical restraint impact metabolic oxygen consumption during exertion?  Acad Emerg Med 2006; 13(5 Supp 1):S46.

111.   Castillo EM, Vilke GM, Sturgis KN, Chan TC, Lindsay SP, Dunford JV:  Decrease of health care service utilization among chronic public inebriates.  Acad Emerg Med 2006;13 (5 Supp 1):S105-106.

112.   Vilke G, Johnson W, Castillo EM, Ederheimer JA, Wexler C, Sloane CM, Chan TC: Evaluation of in-custody deaths proximal to use of conductive energy devices.  Ann Emerg Med 2006;48(4 Supp 1):S23-S24.

PUBLICATIONS, continued:

Abstracts

113.    Tornabene SV, Chan TC, Davis DP, Deutsch R, Vilke GM:  Evaluating the use and timing of opioids for the treatment of migraine headaches in the ED.  Ann Emerg Med 2006;48 (4 Supp 1):S59-S60.

114.    Killeen JP, Chan TC, Vilke GM, Buono C, Griswold W, Rao R, Lenert L:  Wireless computerized rapid triage in the field:  How well does technology perform during mass casualty incidents and disaster events?  Ann Emerg Med 2006;48(4 Supp 1):S69.

115.    Davis D, Salazar A, Vilke G, Chan T:  The utility of a novel decision rule to diagnose spinal epidural abscess in ED patients with back pain.  Ann Emerg Med 2006;48(4 Supp 1):S66.

116.    Vilke GM, Castillo EM, Stepanski BM, Murrin PA, Upledger-Ray L, Metz MA, Chan TC:  San Diego County patient destination trial to decrease ambulance division hours: Three year follow-up.  Ann Emerg Med 2006;48(4 Supp 1):S90.

117.    Graydon C, Wilson S, Leahy D, Berthiaume S, Buesch B, Stein R, Vilke G, Davis D:  The positive predictive value of paramedic versus emergency physician interpretation of the prehospital 12-lead ECG.  Prehosp Emerg Care 2006;10(1):116.

118.    Ramanujam P, Stepanski B, Smith A, Upledger-Ray L, Vilke GM.  Impact of a state booster seat law on compliance in pediatric traffic crash victims.  Ann Emerg Med 2006; 48(4 Supp 1):S56.

119.    Michalewicz BA, Chan TC, Vilke GM, Levy SS, Neuman TS, Kolkhorst FW.  Ventilatory and metabolic demands during aggressive physical restraint in healthy adults.  Med Sci Sports Exerc 2006;38(5) Suppl:S452-S453.

120.    Chan T, Sloane C, Neuman T, Levine S, Castillo E, Vilke G, Bouton K, Kohokorst F.  The impact of the taser weapon on respiratory and ventilatory function in human subjects.  Acad Emerg Med 2007; 14(5 Suppl 1): S191-192.

121.    Buono C, Lyon J, Huang R, Brown S, Liu F, Vilke G, Killeen J, Chan T, Kirsh D, Lenert L.  Does wireless technology improve patient tracking in mass casualty incidents?  Acad Emerg Med 2007; 14(5 Suppl 1): S190.

122.    Vilke G, Sloane C, Levine S, Neuman T, Castillo E, Chan T.  Does the Taser Cause Electrical Changes in Twelve Lead ECG Monitoring of Human Subjects?  Acad Emerg Med 2007; 14(5 Suppl 1): S104.

123.    Vilke G, Sloane C, Bouton K, Levine S, Neuman T, Castillo E, Kolkhorst F, Chan T.  Cardiovascular and metabolic effects of the taser on human subjects.  Acad Emerg Med 2007; 14(5 Suppl 1): S104-105.

124.    Sloane C, Vilke G, Chan T, Levine S, Dunford J.  Serum troponin I measurement of subjects exposed to the taser x-26.  Acad Emerg Med 2007; 14(5 Suppl 1): S103-104.

PUBLICATIONS, continued:

Abstracts

125.  Bouton KD, Vilke GM, Chan TC, Sloane C, Levine S, Neuman TS, Levy SS, Kolkhorst FW. Physiological effects of a five second Taser exposure. Med Sci Sports Exerc 2007;39(5 Suppl):S323.

126.  Firestone D, Band RA, Hollander JE, Castillo EM, Vilke GM.  Can Urine Dipstick and Brief Questionnaire Predict Abnormal Serum Creatinine in Emergency Department Patients?  Ann Emerg Med 2007; 50(3):S24.

127.  Vilke GM, Sloane C, Suffecool AC, Neuman TS, Castillo EM, Kolkhorst FW, Chan TC. Physiologic Effects of the TASER on Human Subjects After Exercise. Ann Emerg Med 2007; 50(3):S55.

128.  Chan TC, Killeen JP, Castillo EM, Vilke GM, Guss DA. Impact of Electronic Medication Reconciliation on Triage Times for Patients Seen in the Emergency Department. Ann Emerg Med 2007; 50(3):S71.

129.  Marsan Jr RJ, Vilke GM, Chan TC, Davis DP, Stepanski BM. Description and Efficacy of Treatment of Hemodynamically Significant Bradycardia in a Large, Urban, Pacing-capable EMS System. Ann Emerg Med 2007; 50(3):S80.

130.  Chan TC, Killeen JP, Castillo EM, Vilke GM, Kennedy S, FeinbergR, Guss DA. Impact of an internet based referral appointment system community clinic access and follow-up for ED patients with no primary care. Acad Emerg Med 2008; 15(5 Suppl 1): S104.

131.  Vilke GM, Sloane CM, Suffecool A, Neuman T, Castillo EM, Kolkhorst F, Chan TC. Crossover-controlled human study of the physiologic effects of the Taser after vigorous exercise. Acad Emerg Med 2008; 15(5 Suppl 1): S155.

132.  Vilke GM, Chan TC, Killeen JP, Castillo EM.  Impact of psychiatric patient holds in the emergency department on overcrowding. Acad Emerg Med 2008; 15(5 Suppl 1): S221.

133.  Barnard AC, Sloane C, Vilke GM, Chan TC, Neuman TS, Kolkhorst FW. Physiological effects of TASER X-26 after intense exercise.  Med and Sci in Sports and Exercise 2008; 40(Suppl 5): S475.

134.  Chan TC, Killeen JP, Vilke GM, Guss DA, Jones K, Marshall J, Moore T, Castillo EM. Impact of mandated nurse-patient ratios on emergency department crowding.  Ann Emerg Med 2008; 52(4):S44.

135.  Davis D, Fong T, Lawrence B, Vilke GM. Psychosocial variables influence the decision to call 9-1-1 in emergency department patients with abdominal pain.  Ann Emerg Med 2008; 52(4):S71.

PUBLICATIONS, continued:

Abstracts

136.    Bizek G, Castillo EM, Vilke GM, Chan TC. Characteristics and rates of rewarming of emergency department patients with moderate to severe accidental hypothermia. Ann Emerg Med 2008; 52(4):S105-6.

137.    Ramanujam P, Castillo EM, Patel E, Vilke GM, Wilson M, Dunford J.  Pre hospital transport time intervals for acute stroke patients. Ann Emerg Med 2008; 52(4):S154.

138.    Vilke GM, Killen J,P, Chan TC, Crumpacker J, Castillo EM.  Risk factors and characteristics of falls among emergency department elderly patients.  Ann Emerg Med 2008; 52(4):S160.

139.    Marsan R, Castillo EM, Chan TC, Stepanski B, Vilke GM: Comparison of prehospital retrospective chart review to prospectively obtained data. Acad Emerg Med 2009;16(4)Suppl 1: S85-S86.

140.    Killeen D, Killeen J, Castillo EM, Chan TC, Vilke GM: Emergency department patient evaluation of internet and email access for healthcare information.  Acad Emerg Med 2009;16(4)Suppl 1: S132-S133.

141.    Sloane CM, Chan TC, Kohlkorst F, Castillo EM, Neuman T, Vilke GM: Can a restraint chair cause respiratory or ventilatory compromise? Acad Emerg Med 2009;16(4)Suppl 1: S137.

142.    Castillo, EM, Vilke GM, Killeen J, Guss DA, Marshall J, Chan TC: Impact of mandated nurse-patient ratios on ED medication delivery. Acad Emerg Med 2009;16(4)Suppl 1: S157-S158.

143.    Slattery D, Pierson B, Stanley K, Vilke GM: Bridging the training gap in cardiac arrest: identification of cardiac arrest decision-making deficits in lay rescuers. Acad Emerg Med 2009;16(4)Suppl 1: S182.

144.    Slattery D, Stanley K, Vilke GM, Pierson B: non-medical responders are not accurate at identifying agonal respirations? Acad Emerg Med 2009;16(4)Suppl 1: S182.

145.    Castillo EM, Vilke GM, Killeen J, Guss DA, Feinberg R, Friedman L, Chan TC: Factors associated with community clinic follow-up from an ED internet-based referral system. Acad Emerg Med 2009;16(4)Suppl 1: S247-S248.

146.    Marmon J, Castillo EM, Vilke GM, Killeen J, Chan TC: The effect of admitting team resident turnover on emergency department patient flow. Acad Emerg Med 2009;16(4)Suppl 1: S257-S258.

PUBLICATIONS, continued:

Abstracts

147.  Castillo EM, Vilke GM, Williams M, Turner P, Boyle J, Chan TC. Collaborative to decrease ambulance diversion: The California ED Diversion Project. Ann Emerg Med 2009; 54(3):S79.

148.  Lev R, Castillo EM, Vilke GM, Chan TC. Multi-center study of left without treatment rates from Emergency Departments serving a large metropolitan region. Ann Emerg Med 2009; 54(3):S86.

149.  Chan TC, Vilke GM, Killeen JP, Gus DA, Marshall J, Castillo EM. Impact of mandated nurse-patient ratios on time to antibiotic administration in the Emergency Department. Ann Emerg Med 2009; 54(3):S97.

150.  Vilke GM, Robertson NB, Castillo EM, Killeen JP, Chan TC. Erythrocyte sedimentation rate compared to C-reactive protein as a screening marker in the Emergency Department. Ann Emerg Med 2009; 54(3):S121.

151.  Stiell IG, Nichol G, Leroux BG, Rea TD, Ornato JP, Powell J, Christenson J, Callaway CW, Kudenchuk PJ, Aufderheide TP, Idris AH, Daya M, Wang HE, Morrison L, Davis D, Andrusiek D, Stephens S, Cheskes S, Schmicker RH, Fowler R, Vaillancourt C, Hostler D, Zive D, Pirrallo RG, Vilke G, Sopko G, Weisfeldt M, the Resuscitation Outcomes Consortium (ROC) Investigators: Resuscitation outcomes consortium ROC PRIMED trial of early rhythm analysis versus later analysis in out-of-hospital cardiac arrest. Resuscitation 2010;81S:S16.

152.  Castillo EM, Chan TC, Luu B, Prabhakar N, Vilke GM. Factors Associated With Injuries Among Subjects and Deputies During Law Enforcement Use of Force Events. Ann Emerg Med 2010; 56(3):S138.

153.  Wilson MP, MacDonald KS, Vilke GM, Feifel D. Potential Complications of Olanzapine and Benzodiazepines Compared to Haloperidol and Benzodiazepines In Emergency Department Patients. Ann Emerg Med 2010; 56(3):S155.

154.  Killeen JP, Castillo EM, Vilke GM, Marshall JB, Chan TC. Impact of Mandated Nurse-Patient Ratios on Emergency Department Discharge Time. Ann Emerg Med 2010; 56(3):S182.

155.  Chan TC, Castillo EM, Humber DM, Killeen JP.  Frequency of Pharmacy Interventions and Emergency Overrides Following Implementation of Electronic Pharmacy Review In the Emergency Department. Ann Emerg Med 2010; 56(3):S343.

156.  Chan TC, Castillo EM, Vilke GM, Killeen JP. Do Computerized Medication Alerts Change Medication Orders In the Emergency Department.  Ann Emerg Med 2010; 56(3):S372.

PUBLICATIONS, continued:

Abstracts

157.   Wilson MP, Vilke GM, Govindarajan P, Itagaki MW.  Emergency Physicians Research Commonly Encountered Patient-Oriented Problems in the the Proportion with Which They Are Encountered in the Emergency Department.  Acad Emerg Med 2011;18 (5)Suppl:S67.

158.   Vilke GM, Anthony E, Castillo EM.  Factors Associated with Ambulance Use Among Emergency Department Patients. Acad Emerg Med 2011;18 (5)Suppl:S114.

159.   Nordt SP, Castillo EM, Galinato M, Nguyen V, Clark RF, Cantrell FL, Chan TC, Vilke GM: Energy Drink Use and Adverse Effects Among Emergency Department Patients. Clin Toxicol 2011; 49(6):579.

160.   Savaser DJ, Campbell CC, Chan TC, Shah V, Sloane CS, Hansen AV, Castillo EM, Vilke GM. The Effect of Prone Maximal Restraint (PMR, aka ''Hog-Tie'') Position on Cardiac Output and Other Hemodynamic Measurements. Acad Emer Med 2012;19(4):S78.

161.   Castillo EM, Vilke GM, Killeen JP, Brennan JJ, Chan TC. Visit Urgency Between Frequent Emergency Department Users In A Large Metropolitan Region Network. Acad Emer Med 2012;19(4):S96.

162.   Killeen JP, Castillo EM, Chan TC, Vilke GM. Emergency Department Patients on Warfarin - How Often Is the Visit Due to the Medication? Acad Emer Med 2012;19(4):S121.

163.   Killeen JP, Chan TC, Vilke GM, Rafie S, Dunlay R, Castillo EM. Does Pharmacist Review of Medication Orders Delay Medication Administration in the Emergency Department? Acad Emer Med 2012;19(4):S166.

164.   Killeen JP, Vilke GM, Chan TC, Oyama L, Carey M, Castillo EM. Does the Residency Selection Cycle Impact What Information Is Accessed on the Web? Acad Emer Med 2012;19(4):S202.

165.   Vilke GM, Ali S, Simmons T, Witucki P, Wilson MP. Does An Alcohol-based Hand Sanitizer Affect Breathalyzer Levels? Acad Emer Med 2012;19(4):S278.

166.   Vilke GM, Patel N, Castillo EM, Demers G. Safety and Efficacy of Milk and Molasses in the ED. Acad Emer Med 2012;19(4):S287.

167.   Castillo EM, Chan TC, Brennen JJ, Killeen JP, Vilke GM. Multiple Hospital Emergency Department Visits Among "Frequent Flyer" Patients With a Pain Associcated-discharge Diagnosis. Acad Emer Med 2012;19(4):S321.

168.   Wilson MP, Chen N, Minassian A, Vilke GM, Castillo EM. In Combination With Benzodiazepines And Alcohol Intoxication, Intramuscular But Not Oral Olanzapine Is Associated With Decreased Oxygen Saturations. Acad Emer Med 2012;19(4):S356.

PUBLICATIONS, continued:

Abstracts

169.  Killeen JP, Vilke GM, Dunford JV, Fisher R, Pringle J, Castillo EM, Chan TC: Impact of 12-lead ECG Wireless Transmission on Hospital STEMI Activations. Ann Emer Med 2012;60(4)S25.

170.  Castillo EM, Brennan JJ, Chan TC, Killeen JP, Vilke GM: Factors Associated With Frequent Users of Emergency Department Resources. Ann Emer Med 2012;60(4)S32.

171.  DeMers G, Graydon C, Stein M, Wilson S, Buesch B, Berthiaume S, Lee DM, Rivas J, Vilke GM, Davis D: Analysis of Inter-facility Transfer Rates After Initiation of a Regional PCI System. Ann Emer Med 2012;60(4)S44.

172.  Vilke GM, Brennan JJ, Castillo EM, Killeen JP, Chan TC: Multiple Hospital Emergency Department Visits Among Frequent Users With a Pain-Associated Discharge Diagnosis. Ann Emer Med 2012;60(4)S54.

173.  Benaron D, Castillo EM, Vilke GM, Guluma KZ: Emergency Department Patient Perception of Stroke. Ann Emer Med 2012;60(4)S58.

174.  Castillo EM, Chan TC, Killeen JP, Vilke GM: Knowledge of Acute Myocardial Infarction Symptoms: Do Sex Differences Still Exist? Ann Emer Med 2012;60(4)S83.

175.  Chan TC, Castillo EM, Dunford JV, Fisher R, Jensen AM, Vilke GM, Killeen JP:  Hot Spots and Frequent Fliers: Identifying High Users of Emergency Medical Services. Ann Emer Med 2012;60(4) S83-S84.

176.  Brennan JJ, Chan TC, Vilke GM, Killeen JP, Castillo EM: Identification of Frequent Users of Hospital Emergency Department Resources Using a Community-wide Approach. Ann Emer Med 2012;60(4)S102.

177.  Chan TC, Killeen JP, Brennan JJ, Vilke GM, Castillo EM: The Forgotten Emergency Department Visit When Assessing Hospital Readmissions. Ann Emer Med 2012;60(4)S105.

178.  Brennan JJ, Chan TC, Killeen JP, Castillo EM, Vilke GM: Multiple Hospital Emergency Department Visits Among "Frequent Flyer" Patients With a Psychiatric-Associated Discharge Diagnosis. Ann Emer Med 2012;60(4) S146-S147.

179.  Campillo A, MacDonald KS, Vilke GM, Wilson MP: The B52 Combination Is Not Frequently Used in Emergency Departments and Causes A High Proportion of Patients to Fall Asleep. Ann Emer Med 2012;60(4) S147.

180.  Lin GK, Vilke GM, Castillo EM, Chen N, Wilson MP: A Comparison of Oral Aripiprazole and Oral Olanzapine Use in the Emergency Department. Ann Emer Med 2012;60(4) S147-S148.

PUBLICATIONS, continued:

Abstracts

181.  Sloane C, Chan TC, Vilke GM, Castillo EM, Kolkhorst F, Neuman T: The Ventilatory Effects of the Prone Maximal Restraint Position on Obese Human Subjects. Acad Emer Med 2013;20(5):S105.

182.  Hogen R, Brennan JJ, Vilke GM, Chan TC, Castillo EM: Visit Urgency amongst the Chronic Disease Population in a Large Metropolitan Region Emergency Department Network. Acad Emer Med 2013;20(5):S172.

183.  Castillo EM, Chan TC, Vilke GM, Killeen JP, Brennan JJ: Factors Associated with Super Users of Emergency Department Resources Admitted to Acute Care. Acad Emer Med 2013;20(5):S183.

184.  Brennan JJ, Chan TC, Vilke GM, Castillo EM, Killeen JP: Comorbidity among Frequent Emergency Department Users with Psychiatric Associated Discharge Diagnoses. Acad Emer Med 2013;20(5):S229.

185.  Brennan JJ, Castillo EM, Vilke GM, Killeen JP, Chan TC: Factors Associated with Frequent Users of California Emergency Department Resources. Acad Emer Med 2013;20(5):S230.

186.  Chan TC, Brennan JJ, Killeen JK, Stevenson ME, Kuntz KE, Vilke GM, Castillo EM: Impact of Social Services Case Management on Homeless, Frequent Users of Emergency Departments. Acad Emer Med 2013;20(5):S231.

187.  Castillo EM, Chan TC, Brennan JJ, Roberts EE, Vilke GM. What Contributes to Subject and Officer Injuries During Law Enforcement Use of Force Events? Ann Emerg Med 2013, 62(4), S107.

188.  Brennan JJ, Castillo EM, Wilson M, Chan TC, Killeen JP, Vilke GM. Psychiatric-Associated Visits to California Emergency Departments: Presence of Licensed Psychiatric Beds and Admission. Ann Emerg Med 2013, 62(4), S118.

189.  Granata RT, Vilke GM. Impact of deferred CT imaging of intoxicated patients presenting with altered mental status.  J Invest Med 2014;61(1):214.

190.  Nowak RM, Schreiber D, Hollander J, Nagurney J, Hogan C, Wu A, Vilke GM, Apple F, Cannon C, Daniels L, Anand I, deFillippi C, McCord J, Shah K, Marston N, Neath SX, Christenson R, Diercks D, Limkakeng A, Jaffe A, Mueller C, Maisel A, Peacock F: Copeptin Provides Prognostic Value in Emergency Department Patients Presenting with Acute Undifferentiated Chest Pain. Acad Emerg Med 2014;21(5):S89.

PUBLICATIONS, continued:

Abstracts

191.    Peacock W, Nowak R, Neath SX, Hollander J, Cannon C, Nagurney JT, Schreiber D, Hogan C, Diercks D, Stein JC, Headden G, Limkakeng AT, Mueller C, Vilke GM, Maisel A: Can a Second Measurement of Copeptin Improve Acute Myocardial Infarction Rule Out? Acad Emerg Med 2014;21(5):S90.

192.    Vilke GM, Lassoff D, Chan TC, Hall CA, Bozeman WP, Castillo EM. Proning: Outcomes of Use of Force Followed with Prone Restraint. Acad Emerg Med 2014; 21(Supp 1): S161.

193.    Vilke GM, Chan TC, Roberts EE, Moore JD, Parra KM, Castillo EM. Does Law Enforcement Use Different Levels of Force if the Subject Appears to be Mentally Impaired? Acad Emerg Med 2014; 21(Supp 1): S238.

194.    Hopper A, Dee J, Vilke GM, Castillo EM, Chen V, Hall D, Wilson MP. Hypotensive Effects of Risperidone Are Not Increased When Used in Conjunction with Benzodiazepines or in Alcohol Intoxicated Patients but May Increase in Elderly Patients. Acad Emerg Med 2014; 21(Supp 1):S56.

195.    Castillo, EM, Brennan JJ, Hsia RY, Killeen JP, Vilke, GM, Chan TC. Thirty-day Readmissions Through the Emergency Department in a Large, Metropolitan Region. Acad Emerg Med 2014; 21(Supp 1):S108.

196.    Castillo EM, Chan TC, Hsia RY, Killeen JP, Vilke GM, Brennan JJ. Should Rural Hospitals be Concerned about Frequent Users of Emergency Department Resources? Acad Emerg Med 2014; 21(Supp 1):S218.

197.    Brennan JJ, Chan TC, Vilke GM, Hsia RY, Killeen JP, Castillo EM. Traveling Super Users of California Emergency Departments. Acad Emerg Med 2014; 21(Supp 1):S220.

198.    Killeen JP, Castillo EM, Brennan JJ, Vilke GM, Chan TC. Does Emergency Department Interrogation Reduce ED Time for Patients with Pacemakers or ICDs? Acad Emerg Med 2014; 21(Supp 1):S274.

199.    Castillo EM, Brennan JJ, Hsia RY, Killeen JP, Vilke GM, Chan TC. Multiple Emergency Department Use and 30-day ED Visits. Acad Emerg Med 2014; 21(Supp 1):S322.

200.    Marston N, Shah K, Mueller C, Neath SX, Christenson R, McCord J, Nowak R, Vilke G, Daniels L, Hollander J, Apple F, Cannon C, Nagurney J, Schreiber D, DeFilippi C, Hogan C, Diercks D, Limkaken A, Anand I, Jaffe A, Peacock WF, Maisel A, Wu, A: Can a second measurement of copeptin improve acute myocardial infarction rule out?. J Am Coll Cardiol 2014;63(12_S).

PUBLICATIONS, continued:

Abstracts

201.    Chan TC, Killeen JP, Vilke GM, Castillo EM. Impact of the Affordable Care Act on the Health Care Coverage of Patients Seen in the Emergency Department: Initial First Quarter Findings. Ann Emerg Med 2014; 64(4s):S84 –S85.Smith C, Hopper AB,

202.    Castillo EM, Dang AQ, Chan TC, Vilke GM. Mortality and Timing of Death in Patients With Runaway Pacemakers. Ann Emerg Med 2014; 64(4s):S111.

203.    Brennan JJ, Chan TC, Hsia RY, Vilke GM, Killeen JP, Castillo EM. Predicting Frequent Use of Emergency Department Resources. Ann Emerg Med 2014; 64(4s):S118 – S119.

204.    Campillo A, Castillo EM, Vilke GM, Wilson MP. Use of Quetiapine in the Emergency Department for Acute Agitation and Associated Physiologic Effects. Ann Emerg Med 2014; 64(4s):S138.

205.    Vilke GM, Lev R, Chan TC, Lucas J, Smith J, Painter NA, Castillo EM. Prescription Drug Prescribing Patterns in a Large Regional Area. Ann Emerg Med 2014; 64(4s):S139-S140.

206.    Hopper AB, Deen J, Smith C, Campillo A, Vilke GM, Castillo EM, Wilson MP. Hypotensive Effects of Oral Second Generation Antipsychotics in the Emergency Department. Ann Emerg Med 2014; 64(4s):S140-S141.

207.    Marston N, Shah K, Mueller C, Neath SX, Christenson R, McCord J, Nowak R, Vilke GM, Daniels L, Hollander J, Apple F, Cannon C, Nagurney J, Schreiber D, deFilippi C, Hogan C, Diercks D, Limkakend A, Anand I, Wu A, Clopton P, Jeffe A, Peacock F, Maisel A. Does Copeptin Provide Additional Risk Stratification in Chest Pain Patients With a Mild Troponin Elevation? Circulation 2014; 130:A12996.

208.    Egnatios J, Lev R, Petro S, Castillo E, Vilke G. Long Active Death: Medadone. Ann Emerg Med 2015; 66(4s):S140-S141.

209.    Vilke GM, Guss DA. Pilot Study of Telemedicine in a County Jail to Assess and Treat Acutely Ill Inmates. Ann Emerg Med 2015; 66(4s): S14.

210.    Brennan JJ, Vilke GM, Hsia RY, Chan TC, Killeen JP, Huang J, Castillo EM. Transient Ischemic Attack "Bouncebacks": Emergency Department Discharges Who Return as Admissions Within Seven Days. Ann Emerg Med 2015; 66(4s):S112.

211.    Brennan JJ, Chan TC, Vilke GM, Killeen JP, Hsia RY, Tehaney K, Castillo EM. Admissions Within Seven Days of an Emergency Department Discharge. Ann Emerg Med 2015; 66(4s):S89.

PUBLICATIONS, continued:

Abstracts

212.    Lev R, Lee O, Petro S, Lucas J, Castillo EM, Vilke GM, Coyne CJ. Specialty-Specific Prescribing Patterns to Patients Who Die From Prescription Drugs: How Do Emergency Physicians Compare? Ann Emerg Med 2015; 66(4s):S119.

213.    Castillo EM, Chan, TC, Vilke GM, Hsia RY, Ishamine P, Shah S, Kapoor K, Brennan JJ. A Description of Pediatric Frequent Users of Emergency Department Resources. Ann Emerg Med 2015; 66(4s):S8.

214.    Rentmeester L, Clark RF, Joshua A, Vilke, GM. (2015). Undetectable Total Phenytoin in a Patient with Elevated Kappa Light Chains. Clinical Toxicology. 2015;53. 658.

215.    Chan TC, Brennan JJ, Vilke GM, Hsia RY, Killeen JP, Castillo EM. The Changing Landscape of Emergency Department Visits in California. Acad Emerg Med 2016; 23:S15

216.    Castillo EM, Vilke GM, Killeen JP, Hsia RY, Wilson MP, Brennan JJ. ED Utilization Prior to a Suicide and Self-Inflicted Injury Related ED Visit. Acad Emerg Med 2016; 23:S17.

217.    Supat B, Brennan JJ, Vilke GM, Ishimine P, Shah S, Hsia RY, Castillo EM. Assessing Factors Associated with Pediatric Frequent Emergency Department Utilization. Acad Emerg Med 2016; 23:S32.

218.    Coyne CJ, Chiu C, Brennan JJ, Castillo EM, Vilke GM. Medication Adherence in the Emergency Department: What are the Barriers? Acad Emerg Med 2016; 23:S41.

219.    Spinosa DL, Brennan JJ, Castillo EM, Hsia RY, Vilke GM. Multivariate Analysis of 30-Day Readmission for Acute Myocardial Infarction. Acad Emerg Med 2016; 23:S118.

220.    Castillo EM, Brennan JJ, Shah S, Vilke GM, Hsia RY, Nguyen M. Asthma and Asthma-Mimicking Pediatric ED Revisit Within Three Days of an ED Discharge. Acad Emerg Med 2016; 23:S120.

221.    Castillo EM, Brennan JJ, Chan TC, Killeen JP, Hsia RY, Vilke GM. ED Utilization 3-Days Prior to a Fall-Related ED Visit Among Elderly Patients. Acad Emerg Med 2016; 23:S139.

222.    Coyne CJ, Le V, Brennan JJ, Castillo EM, Shatsky RA, Vilke GM. Low-Risk febrile Neutropenia: Can These Patients be Safely Discharged from the Emergency Department? Acad Emerg Med 2016; 23:S161.

223.    Brennan JJ, Vilke GM, Chan TC, Killeen JP, Hsia RY, Castillo EM. ED Revisits Within 3 Days of an ED Discharge Among Elderly Patients. Acad Emerg Med 2016; 23:S169.

PUBLICATIONS, continued:

Abstracts

224.    Nakajima Y, Vilke GM, Castillo EM, Brennan JJ, Hsia R. Asthma Bouncebacks Emergency Department Discharges Who Return as Admission Within Three Days. Acad Emerg Med 2016; 23:S202.

225.    Benaron D, Castillo E, Vilke G, Guluma K. Emergency Department Patient Perception of Stroke: A Comparison of Elderly and Nonelderly Knowledge of Stroke. Acad Emerg Med 2016; 23:S256.

226.    Vilke GM, Castillo EM, Brennan JJ, Killeen JP. What Happens to Emergency Patients Who Leave Without Being Seen by a Physician? Ann Emerg Med 2016;68(4):S33.

227.    Castillo EM, Morgan AO, Vilke GM, Killeen JP, Hsia RY, Brennan JJ. Characteristics of Frequent Users of Emergency Departments With Pain-Related Diagnoses. Ann Emerg Med 2016;68(4):S56-57.

228.    Brennan JJ, Vilke GM, Killeen JP, Hsia RY, Castillo EM. Trends Among Emergency Department Visits for Suicide-Related Diagnoses, 2008 – 2014. Ann Emerg Med 2016;68(4):S385.

229.    Coyne CC, Brennan JJ, Castillo EM, Vilke GM. Cancer-Related Emergency Department Bounce Backs: Describing the Population and Assessing Outcomes. Ann Emerg Med 2016;68(4):S387.

230.    Kurz M C, Schmicker R, Leroux B, Nichol G, Aufderheide T, Cheskes S, Gray R, Jasti J, Kudenchuk P, Vilke G, Buick J , Wittwer L , Shani R, Brienza A, Straight R and Wang H E: Abstract 16472: Advanced vs. Basic Life Support in the Treatment of Out-of-Hospital Cardiopulmonary Arrest in the Resuscitation Outcomes Consortium. Circulation. 2016;134:A16472.

231.    Cheskes S, Schmicker R, Morrison L, Rea T, Grunau B, Drenna I, Leroux B, Vaillancourt C, Schmidtt A, Kudenchuk P, Aufderheide T, Herren H, Vilke G, Flickinger K, Charleston M, Straight R, Jasti J, Christenson J: Abstract 13871: Does Compliance With a Global Cpr Quality Benchmark Predict Survival From Out-Of-Hospital Cardiac Arrest? Circulation. 2016;134:A13871

232.    Castillo EM, Ko K, Howard J, Vilke GM, Hsia R, Killeen JP, Brennan J. The Rate and Patient Characteristics of 7-Day ED Revisits among Senior Patients. Acad Emerg Med 2017; 24 (S1):S37-S38.

233.    Hornbeak K, Castillo EM, Sloane C, Vilke GM. Injuries Associated with Law Enforcement Use-of-force Incidents with and without Subject Intoxication. Acad Emerg Med 2017; 24 (S1):S131.

PUBLICATIONS, continued:

Abstracts

234.   Coyne C, Li D, Brennan J, Castillo E, Vilke GM. Evaluating cancer-related pain management in the emergency department setting. Acad Emerg Med 2017; 24 (S1):S148-S149.

235.   Brennan J, Vilke GM, Hsia R, Killeen JP, Castillo EM. Emergency department visits following hospital admissions. Acad Emerg Med 2017; 24 (S1):S159.

236.   Vilke GM, Holman M, Brennan B, Castillo EM. Evaluation of the Risk of Carotid Artery Injury in Strangulation. Acad Emerg Med 2017; 24 (S1):S211-S212.

237.   Coyne CJ, Brennan J, Castillo EM, Vilke GM. Conducting Meaningful Population-Based Research on Patients with Cancer Who Present To the Emergency Department - A Study on The Methodology of Categorization. Acad Emerg Med 2017; 24 (S1):S223.

238.   Miller A, Brennan J, Vilke GM, Castillo EM. Knowledge and Concern over Ingredients in Packaged Food and Personal Hygiene Products among Emergency Department Patients. Acad Emerg Med 2017; 24 (S1):S248.

239.   Killeen JP, Castillo EM, Vilke GM, Chan TC, Dunford JK, Kahn C, Powell R, Sparks J, Pringle J, Chavez DJ, Branning MD. Prehospital to Emergency Department Data Exchange-a SAFR Transition of Care. Ann Emerg Med 2017; 70(4): S2.

240.   Sloane C, Mash DC, Chan TC, Kolkhorst F, Neuman T, Castillo EM, Vilke GM. Assessment of Stress Markers in Restrained Individuals Following Physical Stress with and Without a Sham TASER Activation. Ann Emerg Med 2017; 70(4): S41.

241.   Brennan JJ, Chan TC, Vilke GM, Killeen JK, Hsia RY, Castillo EM. ED Revisits within 3 Days of an ED Discharge for Urinary Tract Infection among Geriatric Patients. Ann Emerg Med 2017; 70(4): S85.

242.   Kreshak, Tolia VT, Chan TC, Killeen JP, Vilke GM, Castillo EM. A Four-Year Descriptive Analysis of Geriatric Patients' Visits to the Emergency Department. Ann Emerg Med 2017; 70(4): S97.

243.   Nakajima Y, Brennan JJ, Castillo EM, Vilke GM. Factors Associated with Ambulance Use in Emergency Department Patients. Ann Emerg Med 2017; 70(4): S102.

244.   Tolia VT, Chan TC, Killeen JP, Vilke GM, Kreshak AA, Castillo EM. Evaluation of Mobility and Fall Risk among Seniors Presenting to the Emergency Department. Ann Emerg Med 2017; 70(4): S102.

245.   Tolia VT, Chan TC, Killeen JP, Vilke GM, Kreshak AA, Castillo EM. Identification of Unrecognized Delirium in Senior Emergency Department Patients. Ann Emerg Med 2017; 70(4): S105.

PUBLICATIONS, continued:

Abstracts

246.  Brennan JJ, Chan TC, Vilke GM, Hsia RY, Killeen JK, Castillo EM. Geriatric visits to California Emergency Department from 2008 through 2014. Ann Emerg Med 2017; 70(4): S158-S159.

247.  Coyne CJ, Ence T, Smyres C, Brennan J, Castillo E, Vilke GM. The relationship between medication knowledge, perceived importance, and medication adherence. Ann Emerg Med 2017; 70(4): S169.

248.  Vilke GM, Brennan JJ, Chan TC, Hsia RY, Killeen JP, Castillo EM. Emergency Department Utilization Three Days Prior to a Septicemia Diagnosis among Geriatric Patients. Acad Emerg Med 2018;70(4):S45.

249.  Coyne CJ, Ha E, Brennan JJ, Castillo EM, Birring P, Shah S, Vilke GM. Cancer-Related Venous Thromboembolism in the Emergency Department: A Retrospective Cohort Study. Acad Emerg Med 2018;70(4):S72.

250.  Castillo EM, Vuong CL, Vilke GM, Brennan JJ, Hsia RY, Killeen JP. 30-Day Readmissions among Elderly Patients Discharged with an Acute Myocardial Infraction. Acad Emerg Med 2018;70(4):S120.

251.  Coyne CJ, Brennan JJ, Castillo EM, Vilke GM. Cancer-Related Emergency Department Visits in the Elderly: Comparing Characteristics and Outcomes. Acad Emerg Med 2018;70(4):S121.

252.  Vilke GM, Lutz M, Sloane C, Castillo E, Brennan J, Swift S, Coyne C. Physiological Effects of a Spit Sock. Ann Emerg Med 2018; 72(4): S56.

253.  Tolia VM, Kreshak AA, Chan TC, Brennan JJ, Vilke GM, Castillo EM. Initial Risk Screening and Impact of Evaluation for Geriatric Emergency Department Patients. Ann Emerg Med 2018; 72(4): S83.

254.  Castillo EM, Cronin AO, Chan TC, Brennan JJ, Vilke GM, Killeen JP, Hsia RY. Trends in Drug and Alcohol Use from 2008 Through 2016. Acad Emerg Med 2019; 26(S1):S41.

255.  Castillo EM, Brennan JJ, Hsia RY, Vilke GM, Killeen JP, Chan TC. Trends in Emergency Department Discharges from 2008 Through 2016. Acad Emerg Med 2019; 26(S1):S61.

256.  Castillo EM, Tolia VM, Kreshak AA, Brennan JJ, Chan TC, Vilke GM, Hsia RY. A Description of Geriatric Patients Presenting to California Emergency Departments for a Fall-Related Complaint. Acad Emerg Med 2019; 26(S1):S90-1.

PUBLICATIONS, continued:

Abstracts

257.   Killeen JP, Docter TA, Brennan JJ, Castillo EM, Vilke GM, Chan TC, Tolia VM. Comparison of Length of Stay for Patients with High Sensitivity Troponin vs Standard Troponin. Acad Emerg Med 2019; 26(S1):S352.

258.   Tolia VM, Chan TC, Brennan JJ, Castillo EM, Vilke GM, Wardi G, Kreshak AA. The Impact of a Short Hospital Worker Strike on Emergency Department Utilization. Acad Emerg Med 2019; 26(S1):S236.

259.   Vilke GM, Mash D, Pardo M, Bozeman W, Hall C, Sloane C, Wilson M, Coyne CJ, Xie C, Castillo EM. Excitation Study — Unexplained In-Custody Deaths: Evaluating Biomarkers of Stress and Agitation. Acad Emerg Med 2019; 26(S1):S260.

260.   Castillo EM, Tolia VM, Chan TC, Vilke GM, Kreshak AA, Brennan JJ. Impact of an Emergency Nurse Geriatric Specialist on Admissions and Emergency Department Revisits. Acad Emerg Med 2020; 27(S1):S152.

261.   Castillo EM, Vuong C, Brennan JJ, Chan TC, Cronin AO, Vilke GM. Electric Scooter-Related Injuries after Their Introduction into a Large Metropolitan Area. Acad Emerg Med 2020; 27(S1):S183.

262.   Castillo EM, Cronin AO, Vilke GM, Killeen JP, Brennan JJ. Emergency Department Utilization Trends during the COVID-19. Ann Emerg Med 2020; 76(4):S66.

263.   Castillo EM, Brennan JJ, Cronin AO, Killeen JP, Vilke GM. COVID-19 Symptoms among Emergency Department Patients and Implications for Screening. Ann Emerg Med 2020; 76(4):S66-67

264.   Cronin AO, Frink ER, Vilke GM, Killeen JP, Castillo EM. Influenza Reporting in an Academic Health System. Ann Emerg Med 2020; 76(4):S67.

265.   Childers RC, Bisanz B, Vilke GM, Brennan JJ, Cronin AO, Castillo EM. A retrospective review of antibiotic use for acute respiratory infections in urgent-care patients. Antimicrob Steward Healthc Epidemiol. 2022 Dec 5;2(1):e189. doi: 10.1017/ash.2022.337. PMID: 36505944; PMCID: PMC9727505.

266.   Vilke GM, Kreshak AA, Castillo EM, Cronin AO. Prochnow C. Characteristics of 72-Hour Emergency Department Visits. Acad Emerg Med 2021; 28(S1):S285-6.

267.   Carlile M, Vilke GM, Killeen J, Tolia V, Kreshak A, Castillo EM, Dameff C. Impact of Clinical Informatics Tools on Critical Care Billing in an Academic Emergency Department. Acad Emerg Med 2021; 28(S1):S286-7.

PUBLICATIONS, continued:

Abstracts

268.    Brennan J, Vilke G, Tolia V, Castillo EM. Novel Coronavirus (COVID-19) Positivity Rates Among Hispanic Emergency Department Patients. Acad Emerg Med 2021; 28(S1):S321.

269.    Childers R, Vilke GM, Brennan JJ, Castillo EM. A Descriptive Study of Antibiotic Use for Acute Respiratory Infections in Urgent Care Patients. Acad Emerg Med 2021; 28(S1):S267.

270.    Vilke G, Billberry E, Preese J, Castillo E, Brennan J, Chan TC . Impact of Implementation of a New Weapons Screening at an Urban Emergency Department. Ann Emerg Med 2021; 78(4s):S59.

271.    Childers R, Liotta B, Wang P, Kattoula J, Tran T, Montilla-Guedez H, Vilke G, Castillo E, Brennan J. Overdiagnosis of Urinary Tract Infections in the Emergency Department. Ann Emerg Med 2021; 78(4s):S113.

272.    Coyne C, Nene R, Brennan J, Castillo E, Vilke G. Cancer Screening Education in the Emergency Department: An Interventional Study. Ann Emerg Med 2021; 78(4s):S149-150.

273.    Castillo E, Kreshak A, Tolia V, Cronin A, Vilke G, Killeen J, Brennan J. Emergency Department Utilization Following Statewide Stay at Home Orders during the Novel Coronavirus (COVID-19) Pandemic. Ann Emerg Med 2021; 78(4s):S161.

274.    Childers R, Liotta B, Wang P, Katoula J, Thien T, Montilla-Guedez H, Vilke G, Castillo E, Brennan J. Overdiagnosis of Urinary Tract Infections in the Emergency Department. Ann Emerg Med 2021;78(4S):S113.

275.    Cronin A, Castillo EM, Vilke GM, Killeen JP. Understanding Recent Trends in Emergency Department Boarding. Acad Emerg Med 2022;29(suppl.1):S344-S345.

276.    Castillo EM, Brennan JJ, Kreshak AA, Vilke GM, Killeen JP, Santodomingo M, Tolia VM. Beers Medication Discharge Prescriptions and Emergency Department Revisits. Acad Emerg Med 2022;29(suppl.1):S378.

277.    Vilke GM, Castillo EM, Cronin A, Campman S, Lev R. Characteristics and Trends of Cannabinoid Detection among Postmortem Investigations. Acad Emerg Med 2022;29(suppl.1):S379-380.

278.    Coyne CJ, Patterson D, Brennan JJ, Castillo EM, Vilke GM. Cancer Pain Management Disparities in the Emergency Department. Acad Emerg Med 2022;29(suppl.1):S194.

279.    Castillo, Brennan, Cronin, Vilke, Han. Trends in Cannabis-Related Emergency Department Utilization in California. Acad Emerg Med 2022;29(suppl.1):S223-224.

PUBLICATIONS, continued:

Abstracts

280.   Coyne CJ, Vega E, Brennan JJ, Castillo EM, Vilke GM. Characterizing Perceptions and Prevalence of Vaping Among Emergency Department Patients. Acad Emerg Med 2023;30(suppl.1):79.

281.   Chen AY, Coyne CJ, Allison M, Puskarich M, Taub P, Castillo EM, Brennan JJ, Santodomingo M, Vilke GM, Criqui M, Lemus H, Oren E, Wardi G. Risk Factors that Predict Short Term Bounceback Sepsis Admission Following Emergency Department Discharge. Acad Emerg Med 2023;30(suppl.1):170.

282.   Dhillon N, Hryniewicki A, Brennan JJ, Vilke GM, Castillo EM, Coyne CJ, Childers RC. Increased Incidence of Stroke Codes at a Regional Stroke Center. Acad Emerg Med 2023;30(suppl.1):233.

283.   Vilke GM, Billberry E, Bongbong DN, Castillo EM, Chan TC. Weapons Identified in an Urban Emergency Department Increased by a More Stringent Screening Protocol. Acad Emerg Med 2023;30(suppl.1):271.

284.   Dhillon N, Brennan J, Hryniewicki A, Vilke G, Castillo E, Coyne C, Childers R. Temporal Trends in Imaging, Treatment, and Diagnosis Among Emergency Department Stroke Code Patients. Acad Emerg Med 2023;30(suppl.1):324.

285.   Vilke GM, Santodomingo M, Stanfield H, Castillo EM. Factors Associated with Longer Length of Stay for Patients with Schizophrenia and Bipolar Disorder. Acad Emerg Med 2023;30(suppl.1):324-325.

286.   Chan TC, Santodomingo M, Tolia VM, Brennan JJ, Kreshak AA, Vilke GM, Castillo EM, Killeen J. Patients Admitted through the Emergency Department with and without a Primary Diagnosis of COVID-19 Infection. Acad Emerg Med 2023;30(suppl.1):390-391.

287.   Vilke G, Santodomingo M, Castillo E. Acute Healthcare Utilization among Schizophrenia or Related Conditions and Bipolar Disorder Before and After COVID-19. Ann Emerg Med 2023;82(4S):S111-112.

288.   Santodomingo M, Brennan J, Vilke G, Castillo E. Race and Ethnic Differences in Anxiety-Related Emergency Department Visit Trends. Ann Emerg Med 2023;82(4S):126.

289.   Chen A, Lemus H, Puskarich M, Coyne C, Vilke G, Castillo E, Brennan J, Taub P, Criqui M, Allison M. Increased Burden of Cardiovascular Disease Risk Factors Associated With Short Term Emergency Department Bounceback Admission Related to Sepsis. Ann Emerg Med 2023;82(4S):S141.

290.   Tolia V, Kreshak A, Santodomingo M, Brennan J, Vilke G, Castillo E. Comprehensive Geriatric Assessments in the Emergency Department Impact Inpatient Length of Stay. Ann Emerg Med 2023;82(4S):163.

PUBLICATIONS, continued:

Abstracts

291.    Hokett S, Wilson M, Martel M, Vilke G, Kwong M.  Characterization of Patients with Acute Agitation and Schizophrenia Treated in Emergency Departments in the United States – A Retrospective Chart Review [AMCP abstract F14]. Journal of Managed Care Specialty Pharmacy 2024;28(10-a):S54.

292.    Coyne CJ, Miller R, Dong K, Castillo EM, Vilke GM, Childers R. Electronic medical record-based cancer pain management and emergency department return visits. Acad Emerg Med 2024;31(suppl.1):20.

293.    Childers R, Supat B, Brennan JJ, Castillo EM, Coyne CJ, Vilke GM. Emergency department operational implications of increasing stroke codes. Acad Emerg Med 2024;31(suppl.1):322.

294.    Supat B, Wong-Rolle A, Silas A, Vilke GM, Castillo EM, Childers R. Price-sensitivity of urgent care patients with respiratory infections: A randomized trial. Acad Emerg Med 2024;31(suppl.1):356-357.

295.    Castillo E, Brennan J, Davis A, Vilke A, Santodomingo M, McCalmont L, Killeen J. What is the Best Method to Identify Older Patients at Risk in a Geriatric Emergency Department. Ann Emerg Med 2024;84(4s):S20.

296.    Childers RC, Supat B, Bensel A, Wong-Rolle A, Nyam A, Castillo E, Vilke G. Testing in Urgent Care Patients With Respiratory Infections: Data From a Randomized Trial. Ann Emerg Med 2024;84(4s): S173.

ORAL PRESENTATIONS AT NATIONAL MEETINGS:

1.  Chan TC, Buchanan J, Anderson M, Vilke GM:  Patient ethnicity and age in prehospital emergency ambulance use and acuity rates.  NAEMSP Mid-Year Meeting, Lake Tahoe, Nevada; July 1998.

2.  Vilke GM, Dunford JV, Buchanan J, Chan TC:  Are opiate overdose deaths related to patient release after naloxone?  ACEP Research Forum, San Diego, California; October 1998.

3.  Gerling MC, Hamilton RS, Davis DP, Morris GF, Vilke GM, Hayden SR:  The effects of cervical spine immobilization on technique and laryngoscope blade selection on an unstable cervical spine injury in a cadaver model of intubation.  ACEP Research Forum, San Diego, California; October 1998.

4.  Vilke GM, Chan TC, Ray LU, Anderson ME:  Use of prehospital crash injury data to assess regional automobile safety restraint use.  NAEMSP Annual Meeting, Marcos Island, Florida; January 1999.

5.  Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM:  Does gastric distention from air insufflation affect the accuracy of the syringe esophageal detector device in detecting esophageal intubation?  SAEM Western Regional Research Forum, Redondo Beach, California; March 1999.

6.  Davis DP, Kimbro T, Vilke GM:  The use of midazolam for prehospital rapid-sequence intubation may be associated with a dose-related increase in hypotension.  NAEMSP Annual Meeting, Dana Point, California; January 2000.

7.  Marino AT, Sharieff G, Gerhart AE, Chan TC, Vilke GM:  The efficacy and complication rate of prehospital midazolam for the treatment of pediatric seizures.  NAEMSP Annual Meeting, Dana Point, California; January 2000.

8.  Eisele JW, Chan T, Vilke G, Neuman T, Clausen J:  Effect of weight placed on the back of subjects in the hobble restraint position.  American Academy of Forensic Sciences Annual Meeting, Reno, Nevada; February 2000.

9.  Chan TC, Vilke GM, Neuman TS, Clark RF, Clausen JL:  The effect of oleoresin capsicum spray inhalation on pulmonary and respiratory function.  SAEM Western Regional Research Forum, Portland, Oregon; April 2000.

10.  Vilke GM, Chan TC, Seltzer A, Fisher R, Dunford JV:  Outcome of out-of-hospital refusal of paramedic transport by parents of pediatric patients.  State of California EMS Authority EMS for Children Annual Conference, San Diego, California; November 2000.

11.  Deitch S, Vilke GM, Marino A, Vroman D, Chan TC:  Effect of prehospital use of nitroglycerine on EKG findings in patients with chest pain.  American Academy of Emergency Medicine Annual Conference, Orlando, Florida; March 2001.

ORAL PRESENTATIONS AT NATIONAL MEETINGS, continued:

12. Vilke GM, Steen PJ, Smith AM, Chan TC: Pediatric intubation by paramedics: The San Diego County experience. SAEM Western Regional Research Forum, Irvine, California; March 2001.

13. Davis DP, Ochs M, Hoyt DB, Dunford JV, Vilke GM: The use of the Combitube as a salvage airway device for paramedic RSI. SAEM Western Regional Research Forum, Irvine, California; March 2001.

14. Chan TC, Dunford JV, Vilke GM: Impact of a community multidisciplinary homeless outreach team. SAEM Annual Meeting, Atlanta, Georgia; May 2001.

15. Chan TC, Dunford JV, Vilke GM: Impact of a community multidisciplinary homeless outreach team. CAL/ACEP Scientific Assembly, Santa Clara, California; June 2001. (Won Award for Best Oral Presentation)

16. Valentine C, Davis D, Ochs M, Hoyt D, Bailey D, Vilke G: The use of the Combitube as a salvage airway device for paramedic rapid sequence induction. NAEMSP Annual Meeting, Tucson, Arizona; January 2002.

17. Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC: Prospective countywide trial to decrease ambulance diversion hours. SAEM Western Regional Meeting, Scottsdale, Arizona; April 2003.

18. Vilke GM, Lev R, Castillo EM, Murrin PA, Chan TC: Prospective countywide trial to decrease ambulance diversion hours. SAEM Annual Meeting, Boston, Massachusetts, May 2003.

19. Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC: San Diego County improved patient destination trial to decrease emergency department diversion hours and diverted patients. American College of Emergency Physicians Research Forum, Boston, Massachusetts; October 2003.

20. Vilke G, Castillo E, Metz M, Murrin P, Ray LU, Lev R, Chan T: Community trial to decrease ambulance diversion of patients and hours. NAEMSP National Conference, Tucson, Arizona; January 2004.

21. Metz M, Murrin P, Vilke GM: The three-phase EMS cardiac arrest model for ventricular fibrillation. ENA Annual Meeting; San Diego, California; October 2004.

22. Michalewicz, BA, TC Chan, GM Vilke, SS Levy, TS Neuman, and FW Kolkhorst: Ventilatory and metabolic demands during aggressive physical restraint in healthy adults. American College of Sports Medicine Annual Meeting, Denver, CO; June 2006.

23. Vilke GM, Ali S, Simmons T, Witucki P, Wilson MP. Does an alcohol-based sanitizer impact breathalyzer levels? SAEM Annual Meeting, Chicago, Illinois; May 2012.

ORAL PRESENTATIONS AT NATIONAL MEETINGS, continued:

24. Castillo E, Vilke G, Killeen J, Guss D, Marshall J, Chan T. Impact of mandated nurse-patient ratios on ED medication delivery. Society for Academic Emergency Medicine Annual Meeting, New Orleans, LA; May 2009.

25. Savaser DJ, Campbell C, Chan TC, Shah V, Sloane C, Hansen AV, Castillo EM, Vilke GM. The Effect of Prone Maximal Restraint (PMR, aka ''Hog-Tie'') Position on Cardiac Output and Other Hemodynamic Measurements. Society for Academic Emergency Medicine Annual Meeting, Chicago, IL; May 2012.

26. Castillo EM, Vilke GM, Killeen JP, Brennan JJ, Chan TC. Visit Urgency between Frequent Emergency Department Users in a Large Metropolitan Region Network. Society for Academic Emergency Medicine Annual Meeting, Chicago, IL; May 2012.

27. Killeen J, Castillo E, Chan T, Vilke G. Emergency Department Patients on Warfarin – How Often is the Visit Due to the Medication? Society for Academic Emergency Medicine Annual Meeting, Chicago, IL; May 2012.

28. Killeen JP, Chan TC, Vilke GM, Rafie S, Dunlay R, Castillo EM. Does Pharmacist Review of Medication Orders Delay Medication Administration in the Emergency Department? Society for Academic Emergency Medicine Annual Meeting, Chicago, IL; May 2012.

29. Castillo EM, Chan TC, Brennan JJ, Killeen JP, Vilke GM. Multiple Hospital Emergency Department Visits Among ''Frequent Flyer'' Patients with a Pain Associated-discharge Diagnosis. Society for Academic Emergency Medicine Annual Meeting, Chicago, IL; May 2012.

30. Wilson MP, Chen N, Minassian A, Vilke GM, Castillo EM. In Combination with Benzodiazepines and Alcohol Intoxication, Intramuscular but not Oral Olanzapine is Associated with Decreased Oxygen Saturations. Society for Academic Emergency Medicine Annual Meeting, Chicago, IL; May 2012.

31. Brennan JJ, Chan TC, Vilke GM, Castillo EM, Killeen JP. Comorbidity among Frequent Emergency Department Users with Psychiatric Associated Discharge Diagnoses. Society for Academic Emergency Medicine Annual Meeting, Atlanta, GA; May 2013.

32. Brennan JJ, Castillo EM, Vilke GM, Killeen JP, Chan TC. Factors Associated with Frequent Users of California Emergency Department Resources. Society for Academic Emergency Medicine Annual Meeting, Atlanta, GA; May 2013.

33. Chan TC, Brennan JJ, Killeen JP, Stevenson ME, Kuntz KE, Vilke GM, Castillo EM. Impact of Social Services Case Management on Homeless, Frequent Users of Emergency Departments. Society for Academic Emergency Medicine Annual Meeting, Atlanta, GA; May 2013.

34. Castillo EM, Brennan JJ, Hsia RY, Killeen JP, Vilke GM, Chan TC. Thirty-day Readmissions Through The Emergency Department In A Large, Metropolitan Region. Society for Academic Emergency Medicine Annual Meeting, Dallas, TX; May 2014.

ORAL PRESENTATIONS AT NATIONAL MEETINGS, continued:

35.   Castillo EM, Brennan JJ, Hsia RY, Killeen JP, Vilke GM, Chan TC. Multiple Emergency Department Use and 30-day ED Visits. Society for Academic Emergency Medicine Annual Meeting, Dallas, TX; May 2014.

36.   Chan TC, Brennan JJ, Vilke GM, Hsia RY, Killeen JP, Castillo EM. The Changing Landscape of Emergency Department Visits in California. Society for Academic Emergency Medicine Annual Meeting, New Orleans, LA; May 2016.

37.   Castillo EM, Brennan JJ, Shah S, Vilke GM, Hsia RY, Nguyen M. Asthma And Asthma-mimicking Pediatric ED Revisit Within Three Days of an ED Discharge. Society for Academic Emergency Medicine Annual Meeting, New Orleans, LA; May 2016.

38.   Brennan JJ, Vilke GM, Chan TC, Killeen JP, Hsia RY, Castillo EM. ED Revisits within 3 Days of an ED Discharge among Elderly Patients. Society for Academic Emergency Medicine Annual Meeting, New Orleans, LA; May 2016.

39.   Castillo EM, Morgan A, Vilke GM, Killeen JP, Hsia RY, Brennan JJ. Characteristics of Frequent Users of Emergency Departments with Pain Related Diagnoses. American College of Emergency Physicians Scientific Assembly, Las Vegas, NV; May 2016.

40.   Castillo E, Ko K, Howard J, Vilke G, Hsia R, Killeen J, Brennan J. The Rate and Patient Characteristics of 7-Day ED Revisits among Senior Patients. Society for Academic Emergency Medicine Annual Meeting, Orlando, FL; May 2017.

41.   Brennan JJ, Chan TC, Vilke GM, Killeen JK, Hsia RY, Castillo EM. ED Revisits within 3 Days of an ED Discharge for Urinary Tract Infection among Geriatric Patients. American College of Emergency Physicians Scientific Assembly, Washington, DC; October 2017.

42.   Castillo, Vuong, Brennan, Chan, Cronin, Vilke. Electric Scooter-Related Injuries after Their Introduction into a Large Metropolitan Area. Society for Academic Emergency Medicine Annual Meeting, Virtual Conference; May 2020.

43.   Tolia VM, Kreshak AA, Chan TC, Brennan JJ, Vilke GM, Castillo EM. Initial Risk Screening and Impact of Evaluation for Geriatric Emergency Department Patients. American College of Emergency Physicians Scientific Assembly, San Diego, CA; October 2020.

44.   Castillo EM, Cronin AO, Vilke GM, Killeen JP, Brennan JJ. Emergency Department Utilization Trends during the COVID-19. American College of Emergency Physicians Scientific Assembly, Virtual Conference; October 2020.

45.   Castillo EM, Brennan JJ, Cronin AO, Killeen JP, Vilke GM. COVID-19 Symptoms among Emergency Department Patients and Implications for Screening. American College of Emergency Physicians Scientific Assembly, Virtual Conference; October 2020.

46.   Childers R, Liotta B, Vilke G, Castillo E, Wang P, Brennan J.  Urine Testing is Associated with an Increased Rate of Antibiotic Use in Emergency Department Patients at Risk of UTI Overdiagnosis. American College of Emergency Physicians Scientific Assembly, Virtual Conference; October 2020.

ORAL PRESENTATIONS AT NATIONAL MEETINGS, continued:

47. Childers R, Vilke G, Brennan J, Castillo E.  A descriptive study of antibiotic use for acute respiratory infections in urgent care patients.  SAEM Annual Meeting, Virtual Meeting; May 2021.

48. Vilke GM, Billberry E, Preese J, Castillo EM, Brennan JJ, Chan TC. Impact of Implementation of a New Weapon Screening at an Urban Emergency Department. ACEP Research Forum, Boston, MA; October 27, 2021.

49. Castillo EM, Brennan JJ, Cronin CO, Vilke GM, Han BH. Trends in Cannabis-Related Emergency Department Utilization in California. Society for Academic Emergency Medicine Annual Meeting, New Orleans, LA; May 2022.

50. Vilke GM, Citrome L, Preskorn S, Rajachandran L, Risinger R. Dexmedetomidine Sublingual Film for Acute Agitation in Schizophrenia or Bipolar Disorder by Baseline Clinical Global Impression-Severity of Agitation. ACEP Research Forum, San Francisco, CA; October 1, 2022.

51. Kwong M, Hockett S, Martel M, Rossom R, Vilke GM, Wilson MP.  Acute Agitation Management in Patients with Schizophrenia or Bipolar Disorder in Emergency Departments in the United States - A Retrospective Chart Review.  Annual Update on Behavioral Emergencies Conference. Scottsdale, Arizona, December 8, 2022.

52. Wong-Rolle A, Vilke G, Franklin N, Childers R. Potential Impact of Direct to Waiting Room Triage on Ambulance Offload Delay. ACEP Research Forum, Las Vegas, NV; September 29, 2024.

<u>POSTER PRESENTATIONS AT NATIONAL MEETINGS</u>:

1. Castillo EM, Smith AM, Vilke GM, Upledger Ray L, Stepanski BM. Prehospital scooter, skateboard, rollerblade and pedalcycle injuries. Seventeenth Annual California Conference on Childhood Injury Control, Los Angeles, CA; September 2003.

2. Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC. The effect of decreasing ambulance diversion hours on emergency department interfacility transfers. American College of Emergency Physicians Scientific Assembly, Boston, MA; October 2003.

3. Castillo EM, Vilke GM, Ray L, Stepanski BM, Smith AM, Chan TC, Murrin PA. The Impact of Ambulance Diversion on Pediatric Patients in a Large Metropolitan Area: Initial Results. American Public Health Association 131st Annual Meeting, San Francisco, CA; November 2003.

4. Castillo EM, Vilke GM, Sturgis KN, Chan TC, Lindsay SP, Dunford JV. Decrease of healthcare service utilization among chronic public inebriates. Society for Academic Emergency Medicine Annual Meeting, San Francisco, CA; May 2006.

5. Vilke GM, Castillo EM, Stepanski BM, Murrin PA, Upledger-Ray L, Metz MA, Chan TC. San Diego County patient destination trial to decrease ambulance diversion hours: three year follow-up. American College of Emergency Physicians Scientific Assembly, New Orleans, LA; October 2006.

6. Vilke GM, Johnson W, Castillo EM, Ederheimer JA, Wexler C, Sloane CM, Chan TC. Evaluation of in-custody deaths proximal to use of conductive energy devices. American College of Emergency Physicians Scientific Assembly, New Orleans, LA; October 2006.

7. Castillo EM, Vilke GM, Chan TC, Sturgis KN, Lindsay SP, Dunford JV. Factors associated with chronic inebriates accepting and staying treatment. American Public Health Association 134th Annual Meeting, Boston, MA; November 2006.

8. Firestone D, Band RA, Hollander JE, Castillo EM, Vilke GM. Can urine dipstick and brief questionnaire predict abnormal serum creatinine in emergency department patients? American College of Emergency Physicians Scientific Assembly, Seattle, WA; October 2007.

9. Vilke GM, Sloane C, Suffecool AC, Neuman TS, Castillo EM, Kolkhorst FW, Chan TC. Physiologic effects of the TASER on human subjects after exercise. American College of Emergency Physicians Scientific Assembly, Seattle, WA; October 2007.

10. Chan TC, Killeen JP, Castillo EM, Vilke GM, Guss DA. Impact of electronic medication reconciliation on triage times for patients seen in the emergency department. American College of Emergency Physicians Scientific Assembly, Seattle, WA; October 2007.

11. Chan T, Killeen J, Castillo E, Vilke G, Kennedy S, Feinberg R, Guss D. Impact of an internet-based referral appointment system community clinic access and follow-up for ED patients with no primary care. Society for Academic Emergency Medicine Annual Meeting, Washington, DC; May 2008.

POSTER PRESENTATIONS AT NATIONAL MEETINGS (continued):

12. Vilke G, Sloane C, Suffecool A, Neuman T, Castillo E, Kolkhorst F, Chan T. Crossover-controlled human study of the physiologic effects of the TASER after vigorous exercise. Society for Academic Emergency Medicine Annual Meeting, Washington, DC; May 2008.

13. Vilke G, Chan T, Killeen J, Castillo E. Impact of psychiatric patient holds in the Emergency Department on overcrowding. Society for Academic Emergency Medicine Annual Meeting, Washington, DC; May 2008.

14. Vilke GM, Killeen JP, Chan TC, Crumpacker J, Castillo EM. Risk factors and characteristics of falls among emergency department elderly patients. American College of Emergency Physicians Scientific Assembly, Chicago, IL; October 2008.

15. Bizek G, Castillo E, Vilke G, Chan T. Characteristics and rates of rewarming of emergency department patients with moderate to severe accidental hypothermia. American College of Emergency Physicians Scientific Assembly, Chicago, IL; October 2008.

16. Ramanujam P, Castillo E, Patel E, Vilke G, Wilson M, Dunford J. Out-of-hospital transport time intervals for acute stroke patients. American College of Emergency Physicians Scientific Assembly, Chicago, IL; October 2008.

17. Marsan R, Castillo E, Chan T, Stepanski B, Vilke G. Comparison of prehospital retrospective chart review to prospectively pbtained. Society for Academic Emergency Medicine Annual Meeting, New Orleans, LA; May 2009.

18. Killeen D, Killeen J, Castillo E, Chan T, Vilke G. Emergency department patient evaluation of internet and email access for healthcare information. Society for Academic Emergency Medicine Annual Meeting, New Orleans, LA; May 2009.

19. Sloane C, Chan T, Kolkhorst F, Castillo E, Neuman T, Vilke G. Can a restraint chair cause respiratory or ventilatory compromise? Society for Academic Emergency Medicine Annual Meeting, New Orleans, LA; May 2009.

20. Castillo E, Vilke G, Killeen J, Guss D, Feinberg R, Freidman L, Chan T. Factors associated with community clinic follow-up from an ED internet-based referral system. Society for Academic Emergency Medicine Annual Meeting, New Orleans, LA; May 2009.

21. Marmon J, Castillo E, Vilke G, Killeen J, Chan T. The effect of admitting team resident turnover on Emergency Department patient flow. Society for Academic Emergency Medicine Annual Meeting, New Orleans, LA; May 2009.

22. Castillo EM, Vilke GM, Williams M, Turner P, Boyle J, Chan TC. Collaborative to decrease ambulance diversion: The California ED Diversion Project. American College of Emergency Physicians Scientific Assembly, Boston, MA; October 2009.

23. Lev R, Castillo EM, Vilke GM, Chan TC. Multi-center study of left without treatment rates from Emergency Departments serving a large metropolitan region. American College of Emergency Physicians Scientific Assembly, Boston, MA; October 2009.

POSTER PRESENTATIONS AT NATIONAL MEETINGS (continued):

24.  Chan TC, Vilke GM, Killeen JP, Gus DA, Marshall J, Castillo EM. Impact of mandated nurse-patient ratios on time to antibiotic administration in the Emergency Department. American College of Emergency Physicians Scientific Assembly, Boston, MA; October 2009.

25.  Vilke GM, Robertson NB, Castillo EM, Killeen JP, Chan TC. Erythrocyte sedimentation rate compared to C-reactive protein as a screening marker in the Emergency Department. American College of Emergency Physicians Scientific Assembly, Boston, MA; October 2009.

26.  Castillo EM, Chan TC, Killeen JP, Vilke GM. Effect of the H1N1 Outbreak on Emergency Department Rapid Flu Testing. Society for Academic Emergency Medicine Annual Meeting, Phoenix, AZ; June 2010.

27.  Castillo EM, Chan TC, Luu B, Prabhakar N, Vilke GM. Factors associated with injuries among subjects and deputies during law enforcement use of force events. American College of Emergency Physicians Scientific Assembly, Las Vegas, NV; September 2010.

28.  Killeen JP, Castillo EM, Vilke GM, Marshall JB, Chan TC. Impact of mandated nurse-patient ratios on Emergency Department discharge time. American College of Emergency Physicians Scientific Assembly, Las Vegas, NV; September 2010.

29.  Chan TC, Castillo EM, Vilke GM, Killeen JP. Do computerized medication alerts change medication orders in the Emergency Department. American College of Emergency Physicians Scientific Assembly, Las Vegas, NV; September 2010.

30.  Schranz CI, Castillo EM, Vilke GM. San Diego wildfire impact on the Emergency Departments of University of California, San Diego Hospital system. American Public Health Association 138th Annual Meeting, Denver, CO; November 2010.

31.  Castillo EM, Chan TC, Vilke GM, Prabhakar N, Killeen JP, Luu B. Impact of alcohol and substance use on subject and deputy injury during use of force events. American Public Health Association 138th Annual Meeting, Denver, CO; November 2010.

32.  Castillo EM, Chan TC, Killeen JP, Chang W, Chia L, Vilke GM. Alternative and complementary health practices among Emergency Department patients. American Public Health Association 138th Annual Meeting, Denver, CO; November 2010.

33.  Vilke G, Anthony E, Castillo E. Factors Associated With Ambulance Use Among Emergency Department Patients. Society for Academic Emergency Medicine Annual Meeting, Boston, MA; June 2011.

34.  Does the Residency Selection Cycle Impact what Information is accessed on the Web? Killeen J, Vilke G, Chan T, Oyama L, Carey M, Castillo M. Society for Academic Emergency Medicine Annual Meeting, Chicago, IL; May 2012.

35.  Vilke G, Patel N, Castillo R, Demers G. Safety and Efficacy of Milk and Molasses Enemas in the ED. Society for Academic Emergency Medicine Annual Meeting, Chicago, IL; May 2012.

POSTER PRESENTATIONS AT NATIONAL MEETINGS (continued):

36.  Killeen JP, Vilke GM, Dunford JV, Fisher R, Pringle P, Castillo EM, Chan TC. Impact of 12-lead ECG Wireless Transmission on Hospital STEMI Activations. American College of Emergency Physicians Scientific Assembly, Denver, CO; October 2012.

37.  Castillo EM, Brennan JJ, Chan TC, Killeen JP, Vilke GM Factors Associated With Frequent Users of Emergency Department Resources. American College of Emergency Physicians Scientific Assembly, Denver, CO; October 2012.

38.  Benaron D, Castillo E, Vilke G, Guluma K. Emergency Department Patient Perception of Stroke. American College of Emergency Physicians Scientific Assembly, Denver, CO; October 2012.

39.  Castillo EM, Chan TC, Killeen JP, Vilke GM. Knowledge of Acute Myocardial Infarction Symptoms: Do Sex Differences Still Exist? American College of Emergency Physicians Scientific Assembly, Denver, CO; October 2012.

40.  Chan TC, Castillo EM, Dunford JV, Fisher R, Jensen AM, Vilke GM, Killeen JP. Hot Spots and Frequent Fliers: Identifying High Users of Emergency Medical Services. American College of Emergency Physicians Scientific Assembly, Denver, CO; October 2012.

41.  Vilke GM, Brennan JJ, Castillo EM, Killeen JP, Chan TC. Multiple Hospital Emergency Department Visits Among Frequent Users With a Pain-Associated Discharge Diagnosis. American College of Emergency Physicians Scientific Assembly, Denver, CO; October 2012.

42.  Brennan JJ, Chan TC, Vilke GM, Killeen JP, Castillo EM. Identification of Frequent Users of Hospital Emergency Department Resources Using a Community-wide Approach. American College of Emergency Physicians Scientific Assembly, Denver, CO; October 2012.

43.  Chan TC, Killeen JP, Brennan JJ, Vilke GM, Castillo EM. The Forgotten Emergency Department Visit When Assessing Hospital Readmissions. American College of Emergency Physicians Scientific Assembly, Denver, CO; October 2012.

44.  Brennan JJ, Chan TC, Killeen JP, Castillo EM, Vilke GM. Multiple Hospital Emergency Department Visits Among "Frequent Flyer" Patients With a Psychiatric-Associated Discharge Diagnosis. American College of Emergency Physicians Scientific Assembly, Denver, CO; October 2012.

45.  Lin GK, Vilke GM, Castillo EM, Chen N, Wilson MP. A Comparison of Oral Aripiprazole and Oral Olanzapine Use in the Emergency Department. American College of Emergency Physicians Scientific Assembly, Denver, CO; October 2012.

46.  Hogen RVT, Brennan JJ, Vilke GM, Chan TC, Castillo EM. Visit Urgency amongst the Chronic Disease Population in a Large Metropolitan Region Emergency Department Network. Society for Academic Emergency Medicine Annual Meeting, Atlanta, GA; May 2013.

47.  Castillo EM, Chan TC, Vilke GM, Killeen JP, Brennan JJ. Factors Associated with Super Users of Emergency Department Resources Admitted to Acute Care. Society for Academic Emergency Medicine Annual Meeting, Atlanta, GA; May 2013.

POSTER PRESENTATIONS AT NATIONAL MEETINGS (continued):

48.    Castillo EM, Chan TC, Brennan JJ, Roberts EE, Vilke GM. What Contributes to Subject and Officer Injuries During Law Enforcement Use of Force Events? American College of Emergency Physicians Scientific Assembly, Seattle, WA; October 2013.

49.    Brennan JJ, Castillo EM, Wilson M, Chan TC, Killeen JP, Vilke GM. Psychiatric-Associated Visits to California Emergency Departments: Presence of Licensed Psychiatric Beds and Admission. American College of Emergency Physicians Scientific Assembly, Seattle, WA; October 2013.

50.    Hopper A, Deen J, Vilke GM, Castillo EM, Chen V, Hall D, Wilson MP. Hypotensive Effects of Risperidone Are Not Increased When Used in Conjunction with Benzodiazepines or in Alcohol Intoxicated Patients but May Increase in Elderly Patients. Society for Academic Emergency Medicine Annual Meeting, Dallas, TX; May 2014.

51.    Vilke GM, Lassoff D, Chan TC, Hall CA, Bozeman WP, Castillo EM. Proning: Outcomes of Use of Force Followed with Prone Restraint. Society for Academic Emergency Medicine Annual Meeting, Dallas, TX; May 2014.

52.    Castillo EM, Chan TC, Hsia RY, Killeen JP, Vilke GM, Brennan JJ. Should Rural Hospitals be Concerned about Frequent Users of Emergency Department Resources? Society for Academic Emergency Medicine Annual Meeting, Dallas, TX; May 2014.

53.    Brennan JJ, Chan TC, Vilke GM, Hsia RY, Killeen JP, Castillo EM. Traveling Super Users of California Emergency Departments. Society for Academic Emergency Medicine Annual Meeting, Dallas, TX; May 2014.

54.    Vilke GM, Chan TC, Roberts EE, Moore JD, Parra KM, Castillo EM. Does Law Enforcement Use Different Levels of Force if the Subject Appears to be Mentally Impaired? Society for Academic Emergency Medicine Annual Meeting, Dallas, TX; May 2014.

55.    Killeen JP, Castillo EM, Brennan JJ, Vilke GM, Chan TC. Does Emergency Department Interrogation Reduce ED Time for Patients with Pacemakers or ICDs? Society for Academic Emergency Medicine Annual Meeting, Dallas, TX; May 2014.

56.    Castillo EM, Brennan JJ, Hsia RY, Killeen JP, Vilke GM, Chan TC. Multiple Emergency Department Use and 30-day ED Visits. American College of Emergency Physicians Scientific Assembly, Chicago, IL; October 2014.

57.    Chan TC, Killeen JP, Vilke GM, Castillo EM. Impact of the Affordable Care Act on the Health Care Coverage of Patients Seen in the Emergency Department: Initial First Quarter Findings. American College of Emergency Physicians Scientific Assembly, Chicago, IL; October 2014.

58.    Castillo EM, Dang AQ, Chan TC, Vilke GM. Mortality and Timing of Death in Patients with Runaway Pacemakers. American College of Emergency Physicians Scientific Assembly, Chicago, IL; October 2014.

POSTER PRESENTATIONS AT NATIONAL MEETINGS (continued):

59.    Brennan JJ, Chan TC, Hsia RY, Vilke GM, Killeen JP, Castillo EM. Predicting Frequent Use of Emergency Department Resources. American College of Emergency Physicians Scientific Assembly, Chicago, IL; October 2014.

60.    Campillo A, Castillo EM, Vilke GM, Wilson MP. Use of Quetiapine in the Emergency Department for Acute Agitation and Associated Physiologic Effects. American College of Emergency Physicians Scientific Assembly, Chicago, IL; October 2014.

61.    Vilke GM, Lev R, Chan TC, Lucas J, Smith J, Painter NA, Castillo EM. Prescription Drug Prescribing Patterns in a Large Regional Area. American College of Emergency Physicians Scientific Assembly, Chicago, IL; October 2014.

62.    Hopper AB, Deen J, Smith C, Campillo A, Vilke GM, Castillo EM, Wilson MP. Hypotensive Effects of Oral Second Generation Antipsychotics in the Emergency Department. American College of Emergency Physicians Scientific Assembly, Chicago, IL; October 2014.

63.    Castillo EM, Chan TC, G.M. Vilke GM, Hsia RY, Ishimine P, Shah S, Kapoor K,  Brennan JJ. A Description of Pediatric Frequent Users of Emergency Department Resources. American College of Emergency Physicians Scientific Assembly, Boston, MA; October

64.    Egnatios J, Lev R, Petro S, Castillo E, Vilke G. Long Acting Death: Methadone. American College of Emergency Physicians Scientific Assembly, Boston, MA; October 2015.

65.    Brennan JJ, Vilke GM, Hsia RY, Chan TC, Killeen JP, Huang J, Castillo EM. Transient Ischemic Attack "Bouncebacks": Emergency Department Discharges Who Return as Admissions Within Seven Days. American College of Emergency Physicians Scientific Assembly, Boston, MA; October 2015.

66.    Brennan JJ, Chan TC, Vilke GM, Killeen JP, Hsia RY, Tehaney K, Castillo EM. Admissions Within Seven Days of an Emergency Department Discharge. American College of Emergency Physicians Scientific Assembly, Boston, MA; October 2015.

67.    Lev R, Lee O, Petro S, Lucas J, Castillo EM, Vilke GM, Coyne CJ. Specialty-Specific Prescribing Patterns to Patients Who Die From Prescription Drugs: How Do Emergency Physicians Compare? American College of Emergency Physicians Scientific Assembly, Boston, MA; October 2015.

68.    Miller A, Brennan J, Vilke G, Castillo E. Knowledge and Concern over Ingredients in Packaged Food and Personal Hygiene Products among Emergency Department Patients. Society for Academic Emergency Medicine Annual Meeting, Orlando, FL; May 2017.

SELECTED SPEAKING ENGAGEMENTS:

1.    "Death of a Child: How to Treat the Survivors" -- Grand Rounds, Department of Emergency Medicine, UCSD Medical Center; April 1996.

2.    "Assessing GCS and the Field Neurologic Exam" -- Palomar College Paramedic Training; June 1998.

3.    "Prehospital Shock"; "Management of the Field Trauma Patient" -- Mercy Air, Ventura County Lecture Series; August 1998.

4.    "ER: Not Just a Television Show, But a Field of Research" -- Howard Hughes Foundation Lecture Series, University of California, San Diego; November 1998.

5.    "Multi-Casualty  Incident" -- UCSD Medical Center Trauma Conference; March 1999.

6.    "Managing the Prehospital Multi-Casualty Incident" -- Southwestern College Paramedic Training Institute; May 1999.

7.    "Aeromedical Transport: The Past and Current Environment" -- Trauma Morbidity and Mortality Conference, Children's Hospital, San Diego, California; July 1999.

8.    "Altitude Medicine"; "Carbon Monoxide Poisoning and Treatment Options"; "Aeromedical Transport Options"; "Emergent Airway Management Options" -- Rural Emergency Medicine Conference, Jackson Hole, Wyoming; August 1999.

9.    "Abdominal and Chest Trauma in Sports" -- First Annual San Diego County Athletic Coaches Workshop, San Diego, California; June 2000.

10.    "Tabletop Discussion on Chemical Weapon of Mass Destruction" -- Facilitator of Tabletop Training for San Diego County Metropolitan Medical Strike Team; July 2000.

11.    "Pediatric IV Access"; "Spinal Immobilization"; "Children with Special Health Care Needs"; "Cardiovascular Emergencies" -- American Academy of Pediatrics Pediatric Education for Prehospital Professionals Conference, San Diego, California; November 2000.

12.    "New Frontiers in Field Management of Pediatric Status Epilepticus" -- State of California EMS Authority Annual EMS for Children Conference, San Diego, California; November 2000.

13.    "EMS Medical Control: Avoiding your Day in Court" -- ACEP's Emergency Medicine Connection Conference, San Diego, California; March 2001.

14.    "Pediatric Intubations by Paramedics" -- San Diego Chapter of the Committee on Pediatric Emergency Medicine; April 2001.

15.    "Warfare and Terrorism: A Review of Chemical Agents -- San Diego County Metropolitan Medical Strike Team Training; August 2001.

SELECTED SPEAKING ENGAGEMENTS, continued:

16. "Bioterrorism and San Diego County" -- Council of Community Clinics Meeting; October 2001.

17. "Bioterrorism and San Diego County Readiness" -- CTN interview with Bill Horn; October 2001.

18. "Future of Prehospital Care" -- Keynote Speaker, Southwestern Paramedic College Graduation; November 2001.

19. "Biological Agents for Terrorism" -- San Diego County Metropolitan Medical Strike Team Training; November 2001.

20. "Clinical Aspects of Bioterrorist Agents" -- Palomar Paramedic College; November 2001.

21. "Clinical Aspects of Bioterrorism" -- Grand Rounds, Fallbrook Hospital; January 2002.

22. "Bioterrorism and San Diego County Readiness" -- Poway Town Hall Meeting; January 2002.

23. "Bioterrorist Preparedness" -- National Medical Association, San Diego County; January 2002.

24. "Chemical Agents of Terrorism: Diagnosis and Treatment" -- Topics and Advances in Internal Medicine, San Diego, California; March 2002.

25. "Bioterrorism:  Implications for the Legal and Domestic Community" -- Thomas Jefferson School of Law, San Diego, California; April 2002.

26. "Prehospital Management of Pediatric Seizures" -- EMS-Children Annual Conference; San Diego, California; November 2002.

27. "Paramedicine – Past, Present and Future" -- Keynote Speaker, Southwestern Paramedic College Graduation; San Diego, California; December 2002.

28. "Medical Group Preparedness: How would you Respond to a Possible Victim of Bioterrorism?" -- Bioterrorism Preparedness Training Conference; San Diego California; January 2003.

29. "Update on Bioterrorism" -- The Western States Winter Conference on Emergency Medicine; Park City, Utah; January 2003.

30. "Academic Emergency Medicine and Research Opportunities" -- San Diego Health Information Association, San Diego, California; February 11, 2003.

32. "Blast and Radiological Injuries: Myths and Realities" -- San Diego County Metropolitan Medical Strike Team Training; San Diego, California; August 2003.

SELECTED SPEAKING ENGAGEMENTS, continued:

33.   "Clinical Aspects of Bioterroism" -- American Correctional Health Services Association, California and Nevada Chapter Annual Conference, San Diego, California; September 2003.

34.   "Bioterrorism" -- UCSD/SDSU General Preventive Medicine Residency Lecture Series, La Jolla, California; October 2003.

35.   "Prehospital Pediatric Airway Obstruction" – Children's Hospital Grand Rounds, San Diego, California; July 2004.

36.   "Future of Healthcare in San Diego: Trends Impacting our Delivery System" -- San Diego Organization of Healthcare Leaders, San Diego, California; August 2004.

36.   "Firestorm 2003" -- Children's Hospital Grand Rounds, San Diego, California; January 2004.

37.   "EMS research: Unique ethical and regulatory issues" -- Applied Research Ethics National Association Annual meeting, San Diego, California; October 2004.

38.   "What happens when you call 911?" -- San Diego Sports Medicine Foundation, San Diego, California; October 2004.

39.   "Making the Metropolitan Medical Response System Work for You" -- Emergency Response 2004 Conference, San Diego, California; November 2004.

40.   "San Diego County Emergency Department Ambulance Bypass - Past, Present, Future" -- Urgent Matters Briefing, San Diego, California; November 2004.

41.   "San Diego County Emergency Department Ambulance Bypass - Past, Present, and Future" -- San Diego Community Emergency Departments, San Diego, California; December 2, 2004.

42.   "Emergency Response Management for Efficiency of Care and Fiscal Consideration" -- American Correctional Health Services Association, Oakland, California; April 2, 2005.

43.   "Conducted Energy Devices – Medical Updates and Issues" -- Police Executive Research Forum, Houston, Texas; October 18, 2005.

44.   "Conducted Energy Devices Proximity Deaths and Medical Response" -- 2005 Critical Issues in Policing Series, Police Executive Research Forum, San Diego, California; December 8, 2005.

45.   "Conductive Electrical Devices (Tasers®) and Patients with Excited Delirium for Law Enforcement and Emergency Medical Personnel" -- The U.S. Metropolitan Municipalities EMS Medical Directors Annual Meeting, Dallas, Texas; February 16, 2006.

46.   "Tasers and Sudden Death" -- Keynote speaker at One Day Symposium on In-Custody Deaths by the Florida Sheriffs Association, Orlando, Florida; June 1, 2006.

SELECTED SPEAKING ENGAGEMENTS, continued:

47. "Medical Aspects of the Use of Force Continuum" -- Department of Justice Community Oriented Policing Services (COPS) Conference, Washington, DC; July 29, 2006.

48. "Resuscitation Outcomes Consortium" -- 7th Annual University of California Neurotrauma Meeting, Carmel, California; August 3, 2006.

49. "Use of Force:  Sudden Death Myths and Excited Delirium" -- The Commission of Accreditation for Law Enforcement Agencies (CALEA) Less Lethal Technology Working Group Meeting, Washington, DC; September 10, 2006.

50. "Police In-Custody Deaths and the Taser Controversy" -- UCSD/SDSU General Preventive Medicine Residency Lecture Series, La Jolla, California; September 2006.

51. "Conductive Energy Devices:  The medical aspects of Taser Electronic Control Devices (ECDs) and other Energy Devices" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc.  Las Vegas, Nevada; November 16-17, 2006.

52. "Cardiac, Respiratory and Metabolic Effects of EMD" – Study of Deaths Following Electro Muscular Disruption, Meeting of the Chief Medical Panel for the National Institute of Justice. Washington D.C.; January 9, 2007.

53. "The Medical Implications of Tasers and the Impact on EMS " – National Association of EMS Physicians National Conference.  Naples, FL; January 12, 2007.

54. "Excited Delirium" - Solutions For Corrections Seminar for the California State Sheriff's Association.  Ontario, CA; February 7, 2007.

55. "Excited delirium, positional asphyxia and restraint" -- EMS Today Conference, Baltimore, Maryland; March 10, 2007.

56. "Medical implications of Tasers and other Conductive Energy Devices" -- EMS Today Conference, Baltimore, Maryland; March 10, 2007.

57. "Excited Delirium" -- American Correctional Health Services Association, Oakland, California; September 19, 2007.

58. "Human Physiologic Effects of Tasers" – Study of Deaths Following Electro Muscular Disruption, Meeting of the Chief Medical Panel for the National Institute of Justice. Washington D.C.; September 27, 2007.

59. "The clinical impacts of TASER and other Conductive Energy Devices on Humans:  A Review of the latest Medical Research" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc.  Las Vegas, Nevada; November 28-30, 2007.

SELECTED SPEAKING ENGAGEMENTS, continued:

60.  "Physiological Effects of Tasers" – The City Council of Miami-Dade. Miami, Florida; January 17, 2008.

61.  "Excited Delirium: What is it? Why does it kill?  What do we need to know about it? Western States Winter Conference on Emergency Medicine.  Park City, Utah, February 8, 2008.

62.  "Medical Effects of Tasers" – The City Council of Houston. Houston, Texas; March 10, 2008.

63.  "Less Lethal Weapons" - Emergency Nurses Association, San Diego Chapter.  San Diego, California; April 18, 2008.

64.  "The Clinical Impacts of TASER and other Conductive Energy Devices on Humans and Why People Die Afterwards" -- American Correctional Health Services Association, San Diego, California; September 17, 2008.

65.  "Police In-Custody Deaths and Excited Delirium" -- UCSD/SDSU General Preventive Medicine Residency Lecture Series, La Jolla, California; October 2008.

66.  "The Clinical Impacts of TASER and other Conductive Energy Devices on Humans" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc.  Las Vegas, Nevada; October 29, 2008.

67.  "Agitated Delirium – Role of Illicit Drug Use in Sudden Restraint Death" Western Medical Toxicology Fellowship Conference. San Diego, California; April 29, 2009.

68.  "Conducted Energy Devices:  Are They Safe Options?" Excited Delirium Conference by the Canadian Institute for the Prevention of In-Custody Deaths, Inc. Niagara Falls, Canada; May 26, 2009.

69.  "The Physiologic Effects of the Taser on Humans" UCSD Biomedical and Clinical Research Seminars. San Diego, California; June 2, 2009.

70.  "The Taser-Plastic Surgery Interface" UCSD Department of Plastic Surgery Grand Rounds. San Diego, California; June 17, 2009.

71.  "ECD Research Update and Safety Issues" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc.  Las Vegas, Nevada; November 12, 2009.

72.  "Use of the Restraint Chair and Positional Asphyxia" – Southern California Jail Manager's Association.  Temecula, California; January 21, 2010.

SELECTED SPEAKING ENGAGEMENTS, continued:

73.  "Excited Delirium Challenges and Best ER Practices" Excited Delirium Conference by the Canadian Institute for the Prevention of In-Custody Deaths, Inc. Niagara Falls, Canada; April 19, 2010.

74.  "Excited Delirium and TASERs:  What Physicians Need to Know" – Grand Rounds Scripps Encinitas Hospital.  Encinitas, California; July 15, 2010.

75.  "Excited Delirium and TASERs:  What Physicians Need to Know" – Grand Rounds University Medical Center.  Las Vegas Nevada; August 10, 2010.

76.  "Review of ECD Research and Reported Cardiac Capture" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc.  Las Vegas, Nevada; November 17, 2010.

76.  "The Science Behind the American Heart Association ACLS Guidelines" – Puerto Vallarta ACLS Resuscitation Conference.  Puerto Vallarta, Mexico; February 18, 2011.

77.  "The Science Behind the American Heart Association ACLS Guidelines" – Cabo San Lucas ACLS Resuscitation Conference.  Cabo San Lucas, Mexico; March 25, 2011.

78.  "ROC Cardiac Arrest Outcomes" – San Diego Resuscitation Conference.  San Diego, California; April 9, 2011.

79.  "Do Electronic Control Devices Kill Humans: Review of the Data" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc.  Las Vegas, Nevada; November 16, 2011.

80.  "Evaluation After Choking or Strangulation" – UCSD Forensic Nursing Conference. San Diego, California; April 28, 2012.

81.  "Prehospital Hypothermia for Cardiac Arrest" – Santa Clara County EMS Conference. San Jose, California; May 23, 2012.

82.  "The Science Behind the American Heart Association ACLS Guidelines" – Cabo San Lucas ACLS Resuscitation Conference.  Cabo San Lucas, Mexico; August 21, 2012.

83.  "Acute Cerebral Accidents" – Hermosillo ACLS Resuscitation Conference.  Hermosillo, Sonora, Mexico; September 11, 2012.

84.  "Excited Delirium Syndrome: TASERS, Restraints, and Sudden Death" – Emergency Nurses Association Annual Conference.  San Diego, California; September 15, 2012.

85.  "Electronic Control Devices and the not so Shocking Truth about their Lethality" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc.  Las Vegas, Nevada; November 14, 2012.

SELECTED SPEAKING ENGAGEMENTS, continued:

86.    "Medical Evaluation and Detection of Dementia and Delirium" – Annual Update on Behavioral Emergencies Conference. Las Vegas, Nevada, December 5, 2012.

87.    "Acute Cerebral Accidents" – Puerto Vallarta Resuscitation Conference. Puerto Vallarta Mexico; January 17, 2013.

88.    "Excited Delirium Syndrome: TASERS, Restraints, and Sudden Death" – San Diego County Emergency Nurses Association 911 Conference. San Diego, California; April 19, 2013.

89.    "Acute Cerebral Accidents" – Cabo San Lucas Resuscitation Conference. Cabo San Lucas Mexico; April 27, 2013.

90.    "Acute Myocardial Infarction" – Mazatlan Resuscitation Conference. Mazatlan Mexico; May 7, 2013.

91.    "Hypothermia Post Cardiac Arrest" –Acapulco Resuscitation Conference. Acapulco, Mexico; May 28, 2013.

92.    "Bath Salts and In-Custody Death"- National Sheriff's Association. Charlotte, NC; June 25, 2013.

93.    "Updates in Cardiac Arrest: The ROC Trials" – Mexico Association of Emergency Medicine Emergency Update Conference. Mexico City, Mexico; June 28, 2013.

94.    "Management of Head Trauma" – Mexico Association of Emergency Medicine Emergency Update Conference. Mexico City, Mexico; June 28, 2013.

95.    "Hypothermia Post Cardiac Arrest" –La Paz Resuscitation Conference. La Paz, Mexico; July 22, 2013.

96.    "Management of Head Trauma" – Mexico Association of Emergency Medicine Emergency Update Conference. Monterrey, Mexico; September 26, 2013.

97.    "Updates in Cardiac Arrest: The ROC Trials" – Mexico Association of Emergency Medicine Emergency Update Conference. Monterrey, Mexico; September 26, 2013.

98.    "Risk Management and Minimizing Malpractice Exposure" – UCSD Department of Orthopedics Grand Rounds, San Diego, CA October 2, 2013.

99.    "Decreasing Your Risk in Labor and Delivery" – UCSD 9th Annual Perinatal Symposium, San Diego, CA October 11, 2013.

100.    "Excited Delirium Syndrome: TASERS, Restraints, and Sudden Death" – UCSD Department of Emergency Medicine Grand Rounds, San Diego, CA November 11, 2013.

SELECTED SPEAKING ENGAGEMENTS, continued:

101. "Excited Delirium Syndrome" – Annual Update on Behavioral Emergencies Conference. Orlando, Florida; December 12, 2013.

102. "The importance of CT on the initial evaluation of a trauma patient: ABC or AB-CT ?" – Primero Simposium Internacional BNH con UCSD Celebrado en Los Cabos.  Los Cabos, Mexico; December 7, 2013.

103. "Management of Head Trauma" –Emergency Medicine Update Conference.  Puerto Vallarta, Mexico; December 18, 2013.

104. "Updates in Cardiac Arrest:  The ROC Trials" – Emergency Medicine Update Conference. Puerto Vallarta, Mexico; December 18, 2013.

105. "Pulmonary Embolism: Evaluation and Treatment"- 25th Annual Mexico Emergency Medicine Congress. Acapulco, Mexico; February 20, 2014.

106. "Management of Head Trauma" –Emergency Medicine Update Conference.  Puerto Vallarta, Mexico; March 5, 2014.

107. "Updates in Cardiac Arrest:  The ROC Trials" – Emergency Medicine Update Conference. Puerto Vallarta, Mexico; March 5, 2015.

108. "Management of Burns" –Trauma Update Conference.  Puerto Vallarta, Mexico; April 3, 2014.

109. "Management of Head Trauma" –Trauma Update Conference.  Puerto Vallarta, Mexico; April 3, 2014.

110. "Cuffs, Chains and Chairs" – Restraint and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc.  Las Vegas, Nevada; April 24, 2014.

111. "Management of Burns" –Trauma Update Conference.  Los Cabos, Mexico; June 5, 2014.

112. "Management of Head Trauma" - Primera Feria Annual de la Salud.  Guadalajara, Mexico; July 18, 2014

113. "Management of Burns" - Primera Feria Annual de la Salud.  Guadalajara, Mexico; July 18, 2014.

114. "Updates in Cardiac Arrest:  The ROC Trials" – Primera Feria Annual de la Salud. Guadalajara, Mexico; July 18, 2014.

115. "Pulmonary Embolism: Evaluation and Treatment"- Primera Feria Annual de la Salud. Guadalajara, Mexico; July 18, 2014.

116. "Risk Management and Minimizing Malpractice Exposure" – UCSD Department of Anesthesia Pain Service Grand Rounds, San Diego, CA September 24, 2014.

117. "The ABCs of CPR"  –Huatulco Resuscitation Conference.  Huatulco, Mexico; October 2, 2014.

118. "Risk Management and Minimizing Malpractice Exposure" – UCSD Division of Gastroenterology Grand Rounds, San Diego, CA October 16, 2014.

119. "Identification and Treatment of Excited Delirium Syndrome" - Annual Update on Behavioral Emergencies Conference. Scottsdale, Arizona; December 11, 2014.

120. "Autopsy of an In-Custody Death" – Defense Research Institute Annual Conference, San Diego, CA January 30, 2015.

121. "TASERS:  The shocking truth"- 26th Annual Mexico Emergency Medicine Congress. Mazatlan, Mexico; February 5, 2015.

122. "Resuscitation Update:  CPR, Hypothermia and new devices" - 26th Annual Mexico Emergency Medicine Congress. Mazatlan, Mexico; February 5, 2015.

123. "Management of Head Trauma" - Segundo Feria Annual de la Salud.  Guadalajara, Mexico; May 22, 2015.

124. "Updates in Cardiac Arrest:  The ROC Trials" – Segundo Feria Annual de la Salud. Guadalajara, Mexico; May 22, 2015.

125. "Pulmonary Embolism: Evaluation and Treatment"- Segundo Feria Annual de la Salud. Guadalajara, Mexico; May 22, 2015.

126. "Resuscitation Update:  CPR, Hypothermia and new devices" – Altitude and Travel Medicine Symposium. Cusco, Peru; August 21, 2015.

127. "Approaches to Stabilization, Transfer and Disposition of Tourist with Multiple Trauma – Altitude and Travel Medicine Symposium. Cusco, Peru; August 21, 2015.

128. "Risk Management and Minimizing Malpractice Exposure" – UCSD Department of Orthopedics Grand Rounds, San Diego, CA December 2, 2015.

129. "Ketamine and EMS" – Annual Update on Behavioral Emergencies Conference.  Las Vegas, Nevada; December 3, 2015.

130. "Pulmonary Embolism: Evaluation and Treatment"- 27th Annual Mexico Emergency Medicine Congress. Puerto Vallarta, Mexico; February 4, 2016.

131. "The importance of CT on the initial evaluation of a trauma patient: ABC or AB-CT ?" – 27th Annual Mexico Emergency Medicine Congress. Puerto Vallarta, Mexico; February 4, 2016.

SELECTED SPEAKING ENGAGEMENTS, continued:

132. "Risk Management and Minimizing Malpractice Exposure" – UCSD Department of Dermatology Grand Rounds, San Diego, CA February 11, 2016.

133. "Remembering the Provider" – Southern California Association of Health Risk Managers, Palm Desert, CA May 4, 2016.

134. "The ABCs of CPR" –San Miguel Health Fair.  San Miguel, Mexico; July 15, 2016.

135. "Beware of the Medically Fragile Patient"- Special Needs Conference by the Institute for the Prevention of In-Custody Deaths, Inc.  Las Vegas, Nevada; March 7, 2017.

136. "Avances en Tromboembolia Pulmonar"- 3rd Annual Congreso Binacional de Medicine de urgencias y Trauma, Tijuana, Mexico; May 5, 2017.

137. "Caso Clinico de Trauma"- 3rd Annual Congreso Binacional de Medicine de urgencias y Trauma, Tijuana, Mexico; May 5, 2017.

138. "Avances en Aeromedicina"- 3rd Annual Congreso Binacional de Medicine de urgencias y Trauma, Tijuana, Mexico; May 6, 2017.

139. "Science of Restraint, Position/Compression and Asphyxia, and Science Behind Asphyxial Death" – Police Use of Force in Today's World.  Miami, FL; June 26, 2017.

140. "Excited Delirium Syndrome and the Risk of Litigation" – California Crisis Intervention Team Association Annual Meeting.  Costa Mesa, CA; August 24, 2017.

141. "Medico-legal Issues in the Acutely Agitated Patient" – Coalition on Psychiatric Emergencies Pre-Conference. Scottsdale, Arizona, December 15, 2017.

142. "Updates on Excited Delirium" – Annual Update on Behavioral Emergencies Conference. Scottsdale, Arizona, December 15, 2017.

143. "When Should Ketamine be Used in the Treatment of Agitation?" – International Conference on Emergency Medicine.  Mexico City, Mexico, June 8, 2018.

144. "Avances en Tromboembolia Pulmonar"- 3rd Annual Congreso Binacional de Medicine de urgencias y Trauma, Tijuana, Mexico; June 7, 2019.

145. "Excited Delirium in the ED: Clinical Pearls" – Southern California EM Symposium, Los Angeles, California.  February 1, 2020.

146. "Updates in Treating Excited Delirium Syndrome"- 31st Emergency and Reanimation Congress, Acapulco, Mexico.  February 12, 2020.

147. "Management of Acute Agitation in the Emergency Department"- 31st Emergency and Reanimation Congress, Acapulco, Mexico.  February 12, 2020.

SELECTED SPEAKING ENGAGEMENTS, continued:

148.  "Debate on Excited Delirium and Treatment" – Annual Update on Behavioral Emergencies Conference. Zoom, December 2, 2020.

149.  "Excited Delirium Syndrome" – San Diego County Methamphetamine Strike Force.  San Diego, California, December 4, 2020.

150.  "Choose Your Mentor" – Deep Dive onto Clinical Research. King Fahd Hospital of the University, Saudi Arabia, August 22, 2021.

151.  "Environmental Emergencies" - Mazatlán Beach Emergencies Conference. Mazatlán, Mexico, July 15, 2022.

152.  "Summer Beach Cases" - Mazatlán Beach Emergencies Conference. Mazatlán, Mexico, July 15, 2022.

153.  "Dexmedetomidine Sublingual Film for Acute Agitation in Schizophrenia or Bipolar Disorder" – ACEP Product Theater Presentation. San Francisco, CA, October 2, 2022.

154.  "Los 5 artículos más relevantes del 2022"-5th Annual Congreso Binacional de Medicine de urgencias y Trauma, Tijuana, Mexico; November 4, 2022.

155.  "COVID and Influenza Update" – Clinal East Cape Health Center Community Forum; Los Barriles, Mexico; November 10, 2022.

156.  "Healthy in the Older Adult Population" – Punta de Mita Hospital; Punta de Mita, Mexico December 2, 2022.

157.  "Litigation Support for Providers" – University of California Risk Summit; Anaheim, California, May 11, 2023.

*APPENDIX B*

**Deposition Testimony**

November 10, 2021
Brejanea Burley, et al. v. County of Los Angeles, et al.
Superior Court of California, County of Los Angeles, South District, Long Beach
Case No. TC 027341
Attorney: Jill Williams
Defense: In custody death during restraint

December 3, 2021
Ruben Briseno vs. City of West Covina, et. al.
U. S. District Court, Central District of California, Western Division
Case No.: 2:20-cv-02986-MRW
Attorney: Melissa Ballard
Defense: Injuries from use of force

December 16, 2021
Alexandrew Orellana v. County of Riverside, et al.
U. S. District Court, Central District of California
Case No.: 5:19-CV-01263-JGB-SHK
Attorney: Garros Chan
Defense: Arrest related death

January 5, 2022
Christina Gonzalez, et al. v. State of California, et al.
U.S. District Court Eastern District of California
Case No.: 1:20-CV-00912-NONE-JLT
Attorney: Donna Dean
Defense: Arrest related death

January 10, 2022
Festus Onuwa Alagba, et al. v. Los Angeles Unified School District, et al.
Superior Court of the State of California for the County of Los Angeles
Case No.: 19STCV10897
Attorney: Clifton Baker
Defense: Pediatric cardiac arrest

March 1, 2022
KJP, et. al. v County of San Diego, et. al.
U.S. District Court, Southern District of California
Case No. 3:15-cv-02692-H-MDD
Attorney:  Ron Lenert
Defense: In-custody death, restraint

March 2, 2022
Jennifer Dold, et al. V. Snohomish County, et al.

US. District Court, Western District of Washington at Seattle
Case No. 2:20-cv-00383-RAJ
Attorney: Nick Gross
Defense:  Arrest related death

March 3, 2022
Georgia Tsosie, et al v. United States of America
U.S. District Court, District of Arizona
No.: 20-CV-00384-SPL
Attorney:  Larry Tinsley
Defense: pediatric intubation

March 17, 2022
Jeanne Llera, et al. vs. Las Vegas Metropolitan Police Department, et al.
U.S. District Court, District of Nevada (Las Vegas)
Case No: 2:20-cv-01589-RFB-BNW
Attorney: Matt Wolf
Defense: GSW injuries

March 18, 2022
Ryan Kime, MD v Adventist Health Clearlake Hospital, et al
Case No.: 1:16-cv-04502 (YGR)
U.S District Court Northern District of California Oakland Division
Attorney: Steve Schear
Plaintiff: EM physician medical care

March 31, 2022
Jeanette Dale v Mary V. Hastings, MD
Case No.: 17SL-CC04155
Circuit Court of the Coutny of St. Louis, State of Missouri
Attorney:  Chris Vaporean
Defense:  Jail medical care

April 5, 2022
Angela Malcich et. al. v. St. Louis County et. al.
Case No: 4:20-CV-01030
U.S. District Court System, Eastern District of Missouri
Attorney:  Josh Breithaupt
Defense:  Jail medical care

April 19, 2022
Bough v J Squared General Contractors
Case No: BCV-20-101708-BCB
Superior Court of California, County of Kern
Attorney: Lizel Cerezo
Defense: Blunt traumatic arrest

May 6, 2022

Chavez, et al. v. City of Los Angeles
Case No: 2:18-cv-09684-CJC-PLA
U.S. District Court, Central District of California
Attorney: Susan Coleman
Defense: Arrest related death

May 24, 2022
Michael Buffington, et al. v. United States of America
U.S. District Court, District of Arizona
No.: CV-21-08054-PCT-DLR
Attorney:  Larry Tinsley
Defense: pulmonary embolism

June 27, 2022
Edward Teller, et al v. United States of America
U.S. District Court, District of Arizona
No.: CV-20-08139-PCT-SPL
Attorney:  Larry Tinsley
Defense: IO insertion

July 21, 2022
Rhonda Sue Miller v County of Sonoma, et al.
U.S. District Court, Northern District of California
Case No: C21-00491-YGR
Attorney: Noah Blechman
Defense: Arrest related death

July 26, 2022
Rose Marie Celestin v City of Ocoee, et al.
U.S. District Court, Middle District of Florida
Case No: 6:21-cv-896-RBD-EJK
Attorney: Frank Mari
Defense: Arrest related death

August 24, 2022
Shanae Higgenbotham v. City of Trenton, et al.
U.S. District Court, New Jersey
Case No: 17-4344 (FLW)(DEA)
Attorney: Tracy Riley
Defense: Arrest related death

January 30, 2023
Estate of Joshua Adam Fuson, et al. v City of Paducah, Kentucky, et al.
Commonwealth of Kentucky, McCracken Circuit Court, Division 1
Case No.: 19-CI-00261
Attorney: Stacey Blankenship
Defense: Arrest related death

January 31, 2023
Marcia Wells, et al. v. Las Vegas Metropolitan Police Department, et al
U.S. District Court, Nevada
Case No.: 2:21-cv-01346-JCM-EJY
Attorney: Craig Anderson
Defense: Arrest related death

February 2, 2023
I.M., a minor, et al. v. State of California, et al.
U.S. District Court, Central District of California
Case No: 2:20-cv-11174 FMO
Attorney: Shirley Sullinger
Defense: Arrest related death

February 15, 2023
Julie Fernandez vs City of Los Angeles, et al
U.S. District Court, Central District of California
Case No: 2:20-cv-07306-VAP-MRW
Attorney: Christian Bojorquez
Defense: Officer involved shooting

February 16, 2023
Nicole Juarez Zelaya v. City of Los Angeles, et al
U.S. District Court, Central District of California
Case No: 2:20-cv-08382-ODW-MAA
Attorney: Collen Smith
Defense: Arrest related death

March 6, 2023
Jack Moneyham v. USA
U.S District Court, Southern District of Florida, Miami Division
Case No: 1:22-cv-21410
Attorney: Larry Rosen
Defense: Spinal epidural abscess

March 22, 2023
Martha Steinhauser v Adam Hickman, MD, et al.
Superior Court of the State of California, for the County of Los Angeles
Case No.: BC710849
Attorney: Jeff Grass
Defense: ER care

May 31, 2023
Daniel Harrison v Wellpath, LLC
U.S District Court, District of New Mexico
Case 1:21-cv-00395
Attorney Daniel Macke
Defense: Jail care

July 3, 2023
Helen Laura Lopez, et al. v Otero Count Hospital Association, DBA, et al.
State of New Mexico County of Santa Fe First Judicial District Court
Case No.: D-101-CV-2021-01060
Attorney: Rick Beitler
Defense: ER care of seizure

July 6, 2023
Evelyn Toadlena, et al. v. Board of Commissioners of the County of McKinley, et al
Eleventh Judicial District Court, County of McKinley, State of New Mexico
Case No: D-1113-CV-2021-00175
Attorney: David Roman
Defense: Jail medical care

July 31, 2023
Maria Elena Garcia, et al. v. City of Farmersville, et al
U.S. District Court, Eastern District of California
Case No: 2:21-CV-00482-NONE-EPG
Attorney: Van Longyear
Defense: Arrest related death

August 21, 2023
Maria Cassandra Quinto-Collins, et al. v City of Antioch, et al.
U.S. District Court, Eastern District of California
Case No: 4:21-cv-06094-VC
Attorney: Noah Blechman
Defense: Restraint death

September 29, 2023
Mario Gonzalez et al. v. City of Alameda, et al
U.S. District Court, Northern District of California
Case No: 4:21-cv-09733-DMR
Attorney: Greg Fox
Defense: Restraint death

October 6, 2023
Devonte Stephenson, et al. v. State of California, et al
U.S. District Court, Central District of California, Western Division
Case No: 5:21-cv-00526-JAK-KK
Attorney: Douglas Baxter
Defense: Arrest related death

November 2, 2023
Miguel Angel Pizarro, et al v Executor, Administrator and/or Trustee of the Estate of Trevor James Heitmann, et al
Superior Court, State of California, County of San Diego
Case No. 37-2019-00060502-CU-PO-CTL

Attorney: Stacy Plotkin-Wolff
Defense: Psychiatric Evaluation

January 8, 2024
Daniel Cohen v. County of Los Angeles, et al.
U.S. District Court, Central District of California
Case No: 2:15-cv-03576
Attorney: Keith Wyatt
Defense: Jail medical care

January 18, 2024
Monica Lee v. Rankin County, Mississippi, et al
Circuit Court of Rankin County, Mississippi
Case No: 2022-73
Attorney: Jason Dare
Defense:  Arrest related death

April 5, 2024
Justin Kauffman, et al. V Presbyterian Healthcare Services, et al.
State of New Mexico, County of Santa Fe First Judicial Court
Case No.: D-101-CV-2022-00321
Attorney: Max Jones
Defense: ER medical care

April 8, 2024
Michael Bryce Jones v. Eddy County Commission, et al.
State of New Mexico, County of Eddy, Fifth Judicial Court
Case No.:D-503-CV-2020-00819
Attorney: Jonlyn Martinez
Defense: Jail medical care

June 5, 2024
David Dean, as the Administrator of the Estate of Acdoni Mejia-Lopez v. Darren Campbell, et al
U.S. District Court, Western District of North Carolina
Case No: 5:22-cv-00167-KDB-DCK
Attorney: Nick Acevedo
Defense: Restraint chair death

June 7, 2024
Maritza Padilla, et al. v. California Highway Patrol, et al.
Superior Court, State of California, County of Los Angeles
Case No.: 22STCV00661
Attorney: Lee Roistacher
Defense: Officer involved shooting

June 28, 2024
Adrian Aldaco vs Los Angeles Police Department, et al
U.S. District Court, Central District of California

Case No: 2:23-cv-03585
Attorney: Christian Bojorquez
Defense: Officer involved shooting

July 1, 2024
Heather Everett v. Community Health Centers of Southern Iowa, Inc., et al.
Circuit Court of Harrison County, Missouri
Case No: 1:2—CV-01170-DAD-SKO
Attorney: Taylor Foye
Defense: ER medical care epidural abscess

September 3, 2024
Denise Simmons, et al. v. City of San Diego, et al
Superior Court of California, County of San Diego Central Division
Case No: 37-2022-00016872-CU-PO-CTL
Attorney Carly Stacey
Defense: injuries from bike accident

October 4, 2024
Mary Derrick, et al. v. Mercy Hospitals East Communities, et al
Circuit Court of St. Louis County, Missouri
Case No: 18SL-CC01420
Attorney: Justin Hardin
Defense: Urgent care patient treatment

October 9, 2024
Taylor Sommer, et al.  v. City of Las Vegas, Nevada, et al
U.S. District Court, District of Nevada
Case No: 2:23-cv-01682
Attorney: Craig Anderson
Defense: Arrest related death

November 12, 2024
Beverly Drewery, et al. v. Young Hoon Suh, et. al.
Superior Court of the State of California, County of Los Angeles
Case No.:23STCV19130
Attorney: James Lloyd
Defense: Pedestrian vs. auto injuries

November 22, 2024
Tamara Jones, et al. v. City of Shreveport, et al.
U.S. District Court, Western District of Louisiana Shreveport Division
Case no.: 5:21-cv-00690
Attorney: Nichole Buckle
Defense: Arrest related death

December 4, 2024
Estate of James Marshall, et al. v. City of Forest Grove, et al

U.S. District Court, District of Oregon, Portland Division
Case No: 3:22-cv-01470-YY
Attorney: Dave Lewis
Defense: Arrest related death

December 11, 2024
Betty Abbie, et al. v. Shasta County, et al
U.S. District Court, Eastern District of California
Case No: 2:20-cv-01995-KJM-DMC
Attorney: Kayleigh Anderson
Defense: Arrest related death

February 3, 2025
Zache St. Vil, et al. v. City of San Diego, et al
Superior Court of the State of California, County of San Diego – Central District
Case No: 37-2023-00018638-CU-PO-CTL
Attorney: Kelly McGeehan
Defense: Drowning

April 2, 2025
Shaelyn Long v Freeman-Oak Hill Health System, et. al.
Circuit Court of Jasper County, Missouri
Case No.: 23AO-CC00211
Attorney: David Overby
Defense: Pelvic abscess

May 5, 2025
Isaac Romero v. Riverside County Sheriff's Department, et al.
U.S. District Court, Central District of California
Case No: 5:24-cv-00192-CAS-SHK
Attorney: Kayleigh Andersen
Defense: Officer involved shooting

June 6, 2025
Jamie Hueton, et al. v. United States of America
U.S. District Court for the District of Kansas
Case No.: 2:24-cv-02065-DDC-TJJ
Attorney: Brian Vanorsby
Defense: Cardiac arrest pain and suffering

July 29, 2025
Sherry James v. Racine County Sheriff's Department, et al.
U.S. District Court Eastern District of Wisconsin
Case No: 22-CV-0344
Attorney: Samuel Hall, Jr.
Defense Restraint chair cardiac arrest

August 8, 2025

Mia Rojas, et al. v. Care Ambulance, et al.
Superior Court for the State of California, County of Los Angeles -North District
Case Number: 21STCV11595
Attorney: Richard Ryan
Defense: Ambulance involved crash

September 5, 2025
Estate of David Barahona, et al. v. San Bernardino County Sheriff's Department, et al.
U.S. District Court, Central District of California
Case No: 5:42-cv-02369SSS(SHKx)
Attorney: David Fleck
Defense: SUDEP death

September 18, 2025
Joanna Audette, et al. v. City of New Britain, et al.
Superior Court J.D. of Hartford/New Britian
Case No: HHB-CV-22-6074250S
Attorney: Thomas Gerarde
Defense: Delay in CPR

**Courtroom Testimony**

October 19, 2021
State of Georgia vs. Henry Lee Copeland, Michael Howell, and Rhett Scott
Washington Superior Court
Case No: 18CR46A
Attorney Pierce Blitch
Defense: In-custody death

March 28, 2022
Estate of Gerardo Cruz-Sanchez v. United States, et al.
Case No.: 17CV0569-BEN NLS
U.S District Court Southern District of California
Attorney: Dave Wallace
Defense: Jail medical care

April 1, 2022
Hattie Mennecke, Erik Mennecke v. Graydon Skeoh, M.D., et al.
Case No. CIVDS1713937
Superior Court of the State of California for the County of San Bernardino (Binding Arbitration)
Attorney: Thomas Bradford
Defense: Emergency care of altered mental status

June 17, 2022
Ryan Kime, MD v Adventist Health Clearlake Hospital, et al
Case No.: 1:16-cv-04502 (YGR)
U.S District Court Northern District of California Oakland Division
Attorney: Steve Schear
Plaintiff: EM physician medical care

October 12, 2022
Ron Ely v County of Santa Barbara, et al
U. S. District Court, Central District of California
Case No: 2:20-cv-06549 DMG (SKx)
Attorney: Mary Pat Barry
Defense: Stabbing death

November 7, 2022
Christopher Lenihan v County of Los Angeles, et al.
Superior Court of Los Angeles County
Case No. BC656759
Attorney: Michele Goldsmith
Defense: EMS transport of heat related illness

November 30, 2022

Bough v J Squared General Contractors
Case No: BCV-20-101708-BCB
Superior Court of California, County of Kern
Attorney: Lizel Cerezo
Defense: Blunt traumatic arrest

December 13, 2022
Anthony Gagliani, vs. Lexington County Sheriff's Department, et. al.
U.S. District Court District of South Carolina Columbia Division
Case No.: 3:20-cv-03737-JMC-SVH
Attorney: David DeMasters
Defense: Arrest related death

February 21, 2023
Alex Aguilar, Jr., et al. v City of Los Angeles, et al.
U.S. District Court, Central District of California
Case No.: 2:17-cv-043882-CBM-MRW
Attorney: Calvin House
Defense: Arrest related death

July 21, 2023
Jack Moneyham v. USA
U.S District Court, Southern District of Florida, Miami Division
Case No: 1:22-cv-21410
Attorney: Larry Rosen
Defense: Spinal epidural abscess

August 14, 2023
Jeremy Holloway v County of Orange, et al
U.S. District Court, Central District of California, Southern District
Case No.: 8:19-cv-01514-DOC-DFM
Attorney: Christie Swiss
Defense: Injuries during arrest

October 13, 2023
Nicole Juarez Zelaya v. City of Los Angeles, et al
U.S. District Court, Central District of California
Case No: 2:20-cv-08382-ODW-MAA
Attorney: Collen Smith
Defense: Arrest related death

October 16, 2023
People of the County of San Diego v Chacon
Superior Court, San Diego County
Case No. CS320628/BCI903
Attorney:  Gina Darvas
Prosecution:  Pre-trial in murder case

March 14, 2024
Daniel Cohen v. County of Los Angeles, et al.
U.S. District Court, Central District of California
Case No: 2:15-cv-03576
Attorney: Keith Wyatt
Defense: Jail medical care

May 12, 2025
Jeremy Holloway v County of Orange, et al
U.S. District Court, Central District of California, Southern District
Case No.: 8:19-cv-01514-DOC
Attorney: Christie Swiss
Defense: Injuries during arrest

September 15, 2025
Devonte Stephenson, et al. v. State of California, et al
U.S. District Court, Central District of California, Western Division
Case No: 5:21-cv-00526-JAK-KK
Attorney: David Klehm
Defense: Arrest related death

*APPENDIX C*

# *Gary Michael Vilke, MD, FACEP, FAAEM*

*11582 Normanton Way*
*San Diego, California 92131*
*(619) 666-8643*

**Fee Schedule**

FEE SCHEDULE
For case material review, research, report writing, written communication, deposition and trial preparation, and telephonic or in person meetings: $750.00/ hour
A retainer for 3 hours ($2250.00) may be requested in advance.

For deposition and trial testimony: $1000.00/hour with a two (2) hour minimum.  Deposition fees are to be paid at the time of deposition or in advance.

TRAVEL
*If travel out of county (more than 50 miles) for deposition or trial is required:*

Business class airline tickets to and from to be paid for by the requesting firm/agency.

Hotel accommodations to be paid for by the requesting firm/agency.

Transportation to and from the airport in the host city to be paid for by the requesting firm/agency.

Time for travel will be billed at the standard review rate up to 4 hours each direction. The time starts at departure from home until arrival in host city, and from departure from host city until arrival home.

*If travel is within the county (less than 50 miles) for deposition or trial is required:*

Time for travel will be billed at the standard review rate up to 4 hours each direction. The time starts at departure from home until arrival at the depo/trial site, and from departure until arrival home.

CANCELLATION:
A cancellation fee of $1000.00 will be charged if a trial or deposition that was to *occur in San Diego County* is cancelled with less than 48 hours notice from the agreed upon scheduled time.

A cancellation fee of $2000.00 will be charged if a trial or deposition that was to *occur outside of San Diego County* is cancelled with less than 72 hours notice from the agreed upon scheduled time outside San Diego County.