**Biodynamics Engineering, Inc.**

Phone: (310) 454-0924                                    Post Office Box 722
Fax: (310) 454-8747                            Pacific Palisades, CA  90272

May 9, 2026

Brooke Mesner
Dean Gazzo Roistacher, LLP
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075

## Forensic Video Analysis Report
Re:  <u>Couch v. California Highway Patrol</u>
Federal Rule of Civil Procedure 26(a)(2)(B)

Dear Ms. Mesner,

At your request, I have prepared the enhanced media files you requested from the file you forwarded to me.  I have detailed my methodologies below.

Rule 26 documents (curriculum vitae, testimony list, and fee schedule) are attached in Appendices A-C.

## Basis of Examination and Scope

I received a video file related to an officer-involved shooting from Brooke Mesner at Dean Gazzo Roistacher, LLP on October 15, 2025.  The file is a dash camera (MVARS) recording from a California Highway Patrol (CHP) vehicle.  Ms. Mesner requested that I enhance the audio portion of the video so that spoken words could be heard more clearly.

## Media Files Reviewed

I received a single video file entitled "Title17.mpg."  The video is in MPEG2 format and consists of 167805 frames and is 1 hour, 34 minutes and 49 seconds long.  The video is intended to play at

a NTSC standard specification of 29.97 frames per second (FPS) however the frame rate is variable, averaging 29.5 FPS. The images are interlaced and have a pixel resolution 480x480 pixels. The intended display aspect ratio is 4:3. A stereo (2-channel) audio stream is present. The audio has a sampling rate of 48,000 samples per second.

## Tools Utilized for the Examination

The software tools used for my forensic analysis are shown below in Table 1.

**Table 1. Software used for forensic analysis.**

| Software | Manufacturer | Version |
|---|---|---|
| **Amped FIVE** - Forensic Video Processing Software | Amped Software | Build 20260225 Rev. 39967 |
| **Adobe AfterEffects** – Digital Compositing and Motion Graphics Software | Adobe | 2026 |
| **Adobe Addition** – Audio Editing Software | Adobe | 2026 |

## Examination Notes

In performing my analysis and exhibits, I used forensic tools and methodologies that are widely utilized in the forensic video analysis scientific community. Those tools are listed above in Table 1.

Video, at its most basic level, is simply a series of individual pictures or "frames" that, when displayed quickly and sequentially, give the illusion of motion. To be as precise as possible in this report, I may refer to individual frame numbers rather than elapsed time or time code numbers.

## Video & Audio Analysis

The California Highway Patrol (CHP) vehicle involved in this incident was equipped with a Mobile Video and Audio Recording System (MVARS). The system, manufactured by WatchGuard, consists of a forward-facing camera mounted near the rearview mirror and a console and monitor mounted to the roof. The system captures video to a DVD-RW disc that has been inserted into the control unit. Although the number of vertical and horizontal pixels are the same (480x480), the images are intended to be displayed in a 4:3 aspect ratio. This dash cam is an antiquated design by current standards. Images from these systems are generally of low image quality and files can be susceptible to recording errors. The system has now been replaced by the high-definition Wireless Mobile Video and Audio Recording System (WMVARS) in CHP vehicles.

The 2-channel audio stream typically records sound from a microphone inside the vehicle on the right channel and sound from a wireless transmitter worn by the officer on the left. In this case, only the audio from inside the vehicle (right channel) is clear. Unfortunately, because the audio is from inside the vehicle, the amplitude of sounds outside the vehicle are very low. The first portion of the MVARS video is muted and thus has no sound. Sound can first be heard beginning at 1 minute and 4 seconds into the recording. At approximately 1 minute and 20 seconds into the video, the images show that the patrol vehicle pulled into a driveway and stops behind a white Ford sedan. On the right audio channel, the CHP officer can be heard opening his door and saying "show me your hands" and "put your hands up." A man exits the Ford and begins walking toward the rear of his car. Both the officer and the man engage and are seen on screen until 1 minute and 44 seconds into the video whereupon they move out of the camera's field of view. Two taser deployments are heard and then at 2 minutes 24.6 seconds, 4 gunshots are heard. The shooting is not visible on camera. Only the sounds of the shots are captured on the MVARS. The audio patterns show that the 4 shots were fired in 0.9 seconds. While the gunshots and taser deployments can be heard clearly, portions of the conversation between the man and the CHP officer are difficult to hear because of the low amplitude (volume) of the sounds.

### *Enhancement Procedures*

I created a 5-minute clip from the original MVARS recording using Amped FIVE forensic analysis software. I corrected the aspect ratio to 4:3 using the aspect ratio correction filter. The result is a video file with a resolution of 640x480 pixels versus 480x480 pixels. I also added a frame number counter in the lower left corner of the screen. Frame numbering offers a more precise way to identify a specific frame of the video, rather than referring to the elapsed running time of the video.

To increase the amplitude (volume) of the words being spoken by the officer and the man, I adjusted the sound levels in Adobe Audition audio editing software. Because the right channel was the only clear recording of the dialog, I used the channel mixer in the software to copy the right channel audio to the left, producing a recording where both channels were from the vehicle's interior microphone. The amplitude of the audio was then selectively adjusted in segments so that the spoken words could be heard as clearly as possible. A repeating electronic tone was removed from the recording manually by using the software's healing brush tool on the spectrogram display. No other sounds were removed.

The enhanced audio was recombined with the enhanced video using Adobe AfterEffects digital compositing and motion graphics software.

As a result of these procedures, I have produced two video files. One is a clip of the first 5 minutes of the MVARS recording, which has had the aspect ratio corrected and frame numbers added. The second is a copy of the same clip with the audio enhanced so that the words exchanged between the officer and the man can be heard more clearly.

Parris Ward

*May 9, 2026*

*All of the opinions in this report are expressed with a reasonable degree of scientific certainty and are based on the author's education, training, and experience. As additional information becomes available, the author reserves the right to amend and revise this report.*

## *Parris Ward Background and Education*

My background, education, and academic activities are as follows:

- I have been employed by Biodynamics Engineering, Inc. (BEI) since 1988, where I am responsible for the development of scientific visualization of injury events through computer animation and simulation. I also provide forensic analysis of audio and video recordings.

- I am a Certified Forensic Video Analyst through training with LEVA International (Law Enforcement & Emergency Services Video Association).

- I am a Certified Body-Worn Camera Instructor through Axon.

- I have received training and a certificate in shooting analysis and reconstruction.

- I have testified as an expert in the areas of computer animation, video authentication and analysis, analysis of audio recordings, and high-speed imaging.

- I have been producing video, audio and photographic evidence, as well as computer animations and simulations for use in litigation for more than 30 years.

- I have produced more than 100 computer animations and simulations for use in civil and criminal cases in multiple jurisdictions, including both federal and state courts.

- My work in the case of *People v. Duenas* (2012) 55 Cal.4th 1, a capital murder case, was upheld by the California Supreme Court and now serves as an important precedent regarding the admissibility of computer animation in criminal cases.

- I have consulted on more than 100 shooting cases and I have produced computer models and/or animations of more than 40 shooting events, including the capital murder case noted above. I have also consulted as an outside expert with the Los Angeles Police Department Force Investigation Division in the internal investigations of officer involved shooting incidents.

- I am certified in the use of Faro Technologies Focus 3D laser scanners and FaroArm digitizers, as well as Faro Scene and CAM2 software.

- I have conducted research and done analysis in the field of injury biomechanics for more than 30 years.

- I received my Juris Doctorate in 1988. My qualifications, including my education, background, training and experience, are set forth in my curriculum vitae, attached hereto.

- I have studied high-speed photography and videography at MIT. I have studied current standards in video production and technology, as well as computer animation and modeling at UCLA.

- I am a member of the American Academy of Forensic Sciences, the Society of Forensic Engineers and Scientists and the International Association for Identification.

Attachment A is my curriculum vitae – Parris Ward, J.D., CFVA

Attachment B is my trial and deposition testimony.

Attachment C is the fee schedule for Biodynamics Engineering, Inc. (BEI).

Rule 26 Report Attachment A

## Curriculum Vitae – Parris Ward, J.D.

*CURRICULUM VITAE*

# Parris Ward, JD, CFVA
*Certified Forensic Video Analyst & 3D Modeling Specialist*

**Biodynamics Engineering, Inc.**                    Phone: (310) 454-0924
P.O. Box 722                                              Fax: (310) 454-8747
Pacific Palisades, CA  90272              **Email:  ParrisWard@aol.com**
                                                              May 2025

## Education

1988 **Juris Doctor**
Pepperdine University Law School, Malibu, California

1985 **Bachelor of Arts, Journalism**
Pepperdine University, Seaver College, Malibu, California

1980-92 **Various classes in computer science**
Santa Monica College, Santa Monica, California

## Continuing Education

2025 *Axon Week 2025, Phoenix Arizona*
  * Axon Body 4 Certification
  *  Evidence.com Deep Dive

2025 *DV150 Media Authentication and Analysis with Magnet Verify,* Magnet Forensics

2025 *Forensic Photography Symposium (FPS) 2025*

2024 *LEVA Training, Online*
   * *Image and Video Authentication*

2024 *LEVA Training, Online*
  * *An In-Depth Examination of Video Analysis Processes*

2024 *Forensic Photography Symposium (FPS) 2024*

2023 *LEVA Digital Multimedia Evidence International Training Symposium, Portland, ME*

2023 *Forensic Photography Symposium (FPS) 2023*

2022 *LEVA Digital Multimedia Evidence International Training Symposium, San Diego, CA*

2022 *CloudCompare Training Course,* ai2-3D

2022 *Forensic Photography Symposium (FPS) 2022*

Parris Ward
*Curriculum Vitae*                                                                                          *Page 2*

_____

2021    *LEVA Digital Multimedia Evidence International Training Symposium, Nashville*

2020    *LEVA Digital Multimedia Evidence International Training Symposium, Online*
        * Uncovering Hidden Evidence in Input-Ace

2019    *LEVA Level 4 Training, Scottsdale, AZ*
        * Advanced Forensic Video Analysis and the Law

2019    *LEVA Digital Multimedia Evidence International Training Symposium, Denver, CO*
        * Forensic Audio Analysis – Intermediate
        * FFMPEG for Validation and Analysis

2019    *LEVA Training, Huntington Beach, CA*
        * Adobe Photoshop for Forensic Video Analysts

2018    *LEVA Level 3 Training, Kansas City, MO*
        * Principles of Forensic Video / Image Compare and Contrast

2018    *LEVA Digital Multimedia Evidence International Training Symposium, San Antonio, TX*
        * One Tool…Amped FIVE

2017    *LEVA Level 2 Training, Nashville, TN*
        * Digital Multimedia Evidence Processing

2017    *LEVA Level 1 Training, Kansas City, MO*
        * Forensic Video Analysis & the Law

2017    *Amped Software Training, Henderson, NV*
        * Forensic Multimedia Analysis with Amped FIVE

2016    *LEVA Digital Multimedia Evidence International Training Symposium, Scottsdale, AZ*
        * Forensic Video Analysis with Amped FIVE

2016    *Forensic Training Foundation, San Bernardino County Sheriff's Crime Lab*
        * Shooting Analysis and Reconstruction Training

2015    FARO *Technologies Inc., Los Angeles, California*
        * FARO Laser Scanner Training & Certification

2004    *Massachusetts Institute of Technology*
        * High Speed Photography and Videography for Motion and Analysis: Systems and
           Techniques

2001    *FARO Technologies Inc., Los Angeles, California*
        * FaroArm Training & Certification

1992-01  *University of California at Los Angeles, Extension*
        * Principles and Practice of Video & Recording Systems
        * Fundamentals of 3D Studio Max
        * Latest Developments in Video Special Effects
        * Introduction to AutoCAD
        * Fundamentals of Adobe AfterEffects

1989    *Medi/Legal Institute, Los Angeles, California*
        * Anatomy for Attorneys

Parris Ward
*Curriculum Vitae*                                                                                                *Page 3*

_____

## Academic Honors and Achievements

First Place, High Speed Imaging Presentation, MIT
Editor in Chief, *The Corsair,* Santa Monica College student newspaper
Managing Editor, *The Graphic,* Pepperdine University student newspaper
Co-Editor-in-Chief, *The Advocate* Pepperdine University School of Law student newspaper
Dalsimer Moot Court Competition, Pepperdine University School of Law
European Moot Court Competition, London
Achievement Scholarship, Pepperdine University
State-wide journalism awards for writing, photography, layout, and political cartooning

## Certifications

| | |
|---|---|
| 2025 | ***Certified Instructor, Axon Body-Worn Cameras*** by Axon |
| 2022 | ***Certified Forensic Video Analyst*** by LEVA International |
| 2017 | ***Certified Forensic Video Technician*** by LEVA International |
| 2015 | ***Focus 3D Laser Scanner Certification*** by Faro Technologies |
| 2001 | ***Faro Arm Digitizer Certification*** by Faro Technologies |

## Teaching

2015-2022      ***Force Science Institute –*** *Instructor on imaging technology*
Taught classes on "Body Cameras & Other Recordings in Law Enforcement."

## Employment History

1988 - Present      ***Biodynamics Engineering, Inc***.
*President & Forensic Expert*
Responsible for forensic video and audio analysis, 3D computer modeling and the development of visual aids for litigation including forensic photography, video productions, computer animations, and simulations.  Also responsible for conducting laboratory testing requiring high-speed image capture and analysis.  Trained in 3D laser scanning and 3D digitizing using the FaroArm digitizer.  Trained in shooting reconstruction. Experienced in photo documentation of evidence including use of high magnification techniques.  Prepared numerous videotapes, DVDs and video files for use in litigation since 1980. Experienced in the forensic enhancement of video images for use as evidence.   Knowledgeable in the use of a wide range of video equipment, including professional recording systems, cameras, high-speed video and film systems, non-linear editing systems and digital

Parris Ward
*Curriculum Vitae*                                                                                              *Page 4*

_____

compositing software.  Created various 2-D and 3-D computer generated animations for litigation.  Has provided expert testimony in the areas of 3D animation & simulation, shooting reconstruction, forensic video and audio analysis, and high-speed imaging.

1987        **Rose, Klein & Marias --** *Law Clerk*
Prepared various legal documents, interviewed clients, and assisted in managing a large class action suit.

1982        **Palisadian Post --** *Photographer*
Managed photo department for a community newspaper.  Covered major news events, as well as community affairs.  Designed photo layouts for advertising.

1980        **Digital Enterprises --** *Programmer*
Wrote computer code for a 3D CAD program used to plot the drilling path of under-sea oil wells.

## Professional Affiliations

American Academy of Forensic Sciences (AAFS)
Force Science Institute
International Association for Identification (IAI)
International Association of Forensic & Security Metrology (IAFSM)
Law Enforcement & Emergency Services Video Association International (LEVA)
Society of Forensic Engineers and Scientists (SFES)

## Presentations and Publications

Ward P, "*Forensic Video Analysis of an Underwater Volcanic Explosion Which Injured Multiple Tour Boat Passengers*," Paper #C10, 76th Annual Meeting of the American Academy of Forensic Sciences (AAFS), Denver, CO, February 2024.

Weiss K and Ward P, "*EDR data and forensic video analysis defends municipality in civil rights lawsuit after officer forcefully subdues fleeing DUI suspect*," Paper #D26, 74th Annual Meeting of the American Academy of Forensic Sciences (AAFS), Seattle, WA, February 2022.

Ward P, "*Biomechanical Considerations in 3D Reconstruction of Shooting Events*," Paper #E27, 72[th] Annual Meeting of the American Academy of Forensic Sciences (AAFS), Anaheim, CA, February 2020.

Pozzi MC, Ward CC, Saczalski KJ, Ward P, and Bosch DR, "*Rear Seat Crashworthiness: Predictable Failures of Seats, Belts, Liftgates, Vehicle Structures, and Loss of Occupant Survival Space in Rear Impacts, Especially in the Third Row*," Paper #D26, 72[th] Annual Meeting of the American Academy of Forensic Sciences (AAFS), Anaheim, CA, February 2020.

Parris Ward
*Curriculum Vitae*                                                                                              *Page 5*

_____

Bosch DR, Pozzi MC, Saczalski KJ, Ward CC, and Ward P, "*Criminal Engineering and Science Without Consequences: Why?*" Paper #D33, 72th Annual Meeting of the American Academy of Forensic Sciences (AAFS), Anaheim, CA, February 2020.

Ward P, "*Analyzing Video Evidence in Officer-Involved Shooting Cases*," Paper #C10, 70th Annual Meeting of the American Academy of Forensic Sciences (AAFS), Seattle, WA, February 2018.

Ward P, "*3D Reconstruction of Shooting Incidents Using Laser Scanning and Computer Modeling*," Paper #E73, 70th Annual Meeting of the American Academy of Forensic Sciences (AAFS), Seattle, WA, February 2018.

Ward P, "*Can You Believe It When You See It?  Forensic Analysis of Digital Video from Surveillance Systems and Cell Phones*," presented to the Society of Forensic Engineers and Scientists, Monterey, California, November 2017.

Ward P and Lewinski WJ, "*Analyzing Law Enforcement Officer Reaction Time in Shooting Events Using 3D Computer Animation*," Paper #E43, 67th Annual Meeting of the American Academy of Forensic Sciences (AAFS), Orlando, FL, February 2015.

Ivory MA, Ward P, Hoffman MR, and Ward CC, "*A Multidisciplinary Analysis of a Complex Motorcycle Fatality*," Paper #D46, 67th Annual Meeting of the American Academy of Forensic Sciences (AAFS), Orlando, FL, February 2015.

Ward P, "*3D Reconstruction of Non-Lethal Shooting Incidents Using Computed Tomography (CT) Scan Data*," Paper #C16, 66th Annual Meeting of the American Academy of Forensic Sciences (AAFS), Seattle, WA, February 2014.

Hoffman MR, Ward CC, Ward P, and Ivory MA, "*Officer Fatally Shot in the Line of Duty: Murder or Suicide*?"  Paper #C15, 66th Annual Meeting of the American Academy of Forensic Sciences (AAFS), Seattle, WA, February 2014.

Hoffman MR, Ward CC, Ward P, and Ivory MA, "*Who Pulled the Trigger?  Blood Evidence and Bullet Path Determine Whether Shooter Was Friend or Foe*," presented at the 65th Anniversary Meeting of the American Academy of Forensic Sciences, Washington, DC, and February 2013.

Ivory MA, Hoffman MR, Ward P, and Ward CC, "*Evaluation of Head Protection Provided by Sports Helmets*," presented at the 65th Anniversary Meeting of the American Academy of Forensic Sciences, Washington, DC, February 2013.

Yoshida DM, Hoffman MR, Ivory MA, and Ward P, "*Road Debris, Windshield Penetration, and Resultant Injury*," presented to the Society of Forensic Engineers and Scientists, Incline Village, Nevada, October 2012.

Ivory MA, Hoffman MR, Ward P, and Ward CC, "*Comparison of DOT Certified Motorcycle Helmets and Novelty Helmets in Head Drop Tests*," presented at the 64th Annual Meeting of the American Academy of Forensic Sciences, Atlanta, Georgia, February 2012.

Parris Ward
*Curriculum Vitae*                                                                                           *Page 6*

_____

Furbish CJ, Ward P, Der Avanessian H, "*Increased Risk of Submarining and Lower Extremity Injuries Associated with Obesity in Frontal Impacts*," presented at the 62nd Annual Meeting of the American Academy of Forensic Sciences, Seattle, Washington, February 2010.

Furbish CJ, Der Avanessian H, Ward CC, Ward P, Ward J, "*Use of MADYMO as a Tool for Reconstructing Pedestrian Impacts***,"** presented at the Annual Meeting of The Society of Forensic Engineers and Scientists, Tempe, Arizona, March 2009.

Hoffman MR, Ivory MA, and Ward P, "*Restraint Analysis in Ambulance Rollover Accident,*" presented to the Society of Forensic Engineers and Scientists, Tempe, Arizona, March 2009.

Furbish CJ, Ward P, Der Avanessian H, "*Determining Vehicle Speed in a Fatal Pedestrian Impact: A Case of Tampered Evidence*," presented at the 61st Annual Meeting of the American Academy of Forensic Sciences, Denver, Colorado, February 2009.

Ward P, Laviano C, "*A Uniform Method for Visual Analysis and Comparison of Airbag Deployments*," presented at the 59th Annual Meeting of the American Academy of Forensic Sciences, San Antonio, Texas, February 2007.

Hoffman MR, Ward CC, Ward P, "*Discrepancy between Dummy Measured Injury Criteria during Static Out-of-Position Airbag Deployments and Actual Human Injury Outcome*," presented at the 59th Annual Meeting of the American Academy of Forensic Sciences, San Antonio, Texas, February 2007.

Ward C, Ward P, Hoffman MR, Laviano CW. "*Automobile Belt Fit Limitations Relative to the Pelvis: a Radiographic Study*," presented at the 58th Annual Meeting of the American Academy of Forensic Sciences, Seattle, Washington, February 2006.

Hoffman MR, Ward P, and Ward CC. "*Serious Airbag Injuries: Causation Analysis*," presented at the AIEG Airbag Summit, Memphis Tennessee, June 2005.

Ward C and Ward P. "*Application of Biomechanical Engineering and Computational Technologies to Forensic Science*," presented at the Sino International Forensic Medicine Seminar, Beijing, China, May 2004.

Ward P. *"State of the Art in High Speed Digital Video Imaging,"* presented to the Society of Forensic Engineers and Scientists, Yosemite, California, March 2004.

Ward P. *"Use of 3D Computer Animation to Evaluate Complex Shooting Events,"* presented at and abstracted in the proceedings of the 56th Annual Meeting of the American Academy of Forensic Sciences, Dallas Texas, February 2004.

Ward P. "*Computer Animation in Criminal Shooting Cases,*" presented to the California State Division of the International Association for Identification Annual Meeting, Monterey, California, April 2002.

Ward P. "*Recent Developments in Digital Imaging*," presented to the Society of Forensic Engineers and Scientists, Yosemite, California, March 2002.

Ward P. "*Computer Animation and Simulation in Shooting Cases*," presented to the Society of Forensic Engineers and Scientists, San Diego, California, January 2002.

Parris Ward
*Curriculum Vitae*                                                                                      *Page 7*

_____

Khadilkar AV, Der Avanessian H, Ward P, Laviano CW, Paver JG, and Ward CC. *"Safety Performance Evaluation of Selected Child Safety Seats Under Angled Impacts in Car-To-Car Crash Tests,"* BED-Volume 50, Bioengineering Conference of the American Society of Mechanical Engineers, June 2001.

Ward P, "*Computer Animation in Criminal Shooting Cases,*" presented at and abstracted in the proceedings of The 53rd Annual Meeting of the American Academy of Forensic Sciences, Seattle, Washington, February 2001.

Ward CC, Der Avanessian H, Ward P, and Paver JG.  *"Investigation of Restraint Function on Male and Female Occupants in Rollover Events,"* SAE #2001-01-0177, International Congress and Exposition, Detroit, Michigan, March 2001.

Ward P. "*Computer Animation in Criminal Shooting Cases,*" presented to the Society of Forensic Engineers and Scientists, Waikoloa, Hawaii, April 1999.

Ward CC, Khadilkar AV, Ward P, and Harmon N.  "*Airbag Deployment Testing Using a Hybrid III Test Dummy Head to Evaluate Head Injury Potential,*" presented at and abstracted in the proceedings of the 51st Annual Meeting of the American Academy of Forensic Sciences, Orlando, Florida, February 1999.

Ward C and Ward P. "*The Air Bag Injury Crisis,*" presented to the Society of Forensic Engineers and Scientists, Napa, California, January 1999.

Khadilkar AV, Laviano C, Ward P, Hoffman M, and Shyer BN. *"Dynamic Response of Vehicles and Occupants During Full-Scale Sideswipe Crash Tests,"* Advances in Bioengineering, presented at the ASME International Mechanical Engineering Congress and Exposition, Anaheim, California, November 1998.

Hoffman MR, Ward CC, and Ward P. "*Catastrophic Spine Injury Mechanisms Associated with Moderate and Severe Rear-End Automobile Impacts*" presented at the Third World Congress of Biomechanics, Sapporo, Japan, August 1998.

Ward P. "*The Digital Darkroom: A Review of the State of the Art of Digital Imaging,*" presented to the Society of Forensic Engineers and Scientists, Yosemite, California, April 1998.

Ward P and Fackler M. "*Reconstructing and Evaluating Shooting Events with 3D Computer Animation,*" presented at the American Academy of Forensic Sciences 50th Annual Meeting, San Francisco, California, February 1998 (abstracted in the proceedings).

Khadilkar A, Ward P, and Laviano C. "*Inadvertent Unlatching of Child Safety Seat Harness Buckles in Car-to-Car Crash Tests,"* presented at the American Academy of Forensic Sciences 50th Annual Meeting, San Francisco, California, February 1998 (abstracted in the proceedings).

Ward P. "*Evaluating Videotapes Used as Evidence for Signs of Alteration,*" presented at the American Academy of Forensic Sciences 48th Annual Meeting, Nashville, Tennessee, February 1996 (abstracted in the proceedings).

Ward P and Braun A. *"The Rodney King Video: Audio and Video Enhancements Used,"* presented at the American Academy of Forensic Sciences 47th Annual Meeting, Seattle, Washington, February 1995 (abstracted in the proceedings).

Parris Ward
*Curriculum Vitae*                                                                                              *Page 8*

---

Der Avanessian H and Ward P.  "*MADYMO in Litigation:  A Horse Riding Accident,*" presented at the 5th International MADYMO User's Meeting, Ft. Lauderdale, Florida, November 1994.

Ward P. "*The State of the Art of Digital Video,*" presented to the Society of Forensic Engineers and Scientists, Yosemite, California, April 1994.

Ward P and Ward J. "*Videotaped Beating of Rodney King:  Audio and Video Enhancements Used in the Federal Civil Rights Trial,*" presented at the International Association of Forensic Sciences 13th Meeting, Düsseldorf, Germany, August 1993 (Published in the proceedings).

Ward P.  *"Applications for 3D Modeling and Animation in Litigation,"* presented at the American Academy of Forensic Sciences 45th Annual Meeting, Boston, Massachusetts, February 1993 (abstracted in the proceedings).

Ward P.  *"Rear Shoulder Belt Retrofit:  Is it Worth the Effort?"* presented at the American Academy of Forensic Sciences 43rd Annual Meeting, Anaheim, California, February 1991 (abstracted in the proceedings).

Ward P.  *"Comparison of Videotape Formats,"* presented to the Society of Forensic Engineers and Scientists, Cabo San Lucas, Mexico, May 1990.

Ward P.  *"Documenting Seat Belt Marks Using Macro Photography,"* presented at the American Academy of Forensic Sciences 42nd Annual Meeting, Cincinnati, Ohio, February 1990 (abstracted in the proceedings).


## Research & Testing

*January 2013*        Conducted a series of bloodstain spatter tests to determine effects of velocity, angle of impact and surface texture on bloodstain patterns.

*April 2012*          Conducted and provided high-speed imaging support for a series of static deployments of passenger-side frontal airbags.  Analyzed contact mark patterns and upper extremity dummy kinematics for fully powered and depowered airbags, as well as front-mounted and top-mounted deployment doors.  Deployments were recorded with high-speed video.

*February 2012*       Performed testing to determine the velocity necessary for a 10-pound section of angle iron to penetrate a windshield and the amount of force generated by the angle iron at various speeds.

*November 2011*       Performed a series of head-drop tests with various sports helmets onto an asphalt surface utilizing an instrumented Hybrid III dummy head to determine the protective properties of the various helmets.

*September 2011*      Performed high-speed video capture and analysis of a Ford Super Club Wagon (15 passenger) and an offset head-on impact between an Oldsmobile Cutlass Ciera and a Kia Spectra.  *Results presented at SATAI Conference, September 23-24, 2011, Glendale, AZ.*

Parris Ward
*Curriculum Vitae*                                                                                       *Page 9*

_____

| | |
|---|---|
| *September 2011* | Performed instrumented 7 mph and 10 mph rear-to-barrier mounted cement truck bumper crashes using Hyundai Sonatas. |
| *July-August 2011* | Performed tests to determine the force and displacement necessary to release latch plates from buckles on driver's seatbelts from 1993-1997 Toyota Corollas. |
| *July 2011* | Provided video support for testing of the "Tatsu" roller coaster at Six Flags Magic Mountain amusement park in Valencia, CA. |
| *June 2011* | Performed tests to measure the retraction speed of driver's seat belts from 1996-1997 Toyota Corollas with various loads on the belt at the time of buckle release. |
| *May 2011* | Performed drop tests of an instrumented Hybrid III head wearing both a D.O.T. approved helmet and a novelty helmet, Phoenix, AZ. |
| *January 2010* | Performed a series of static deployments of driver-side frontal airbags. Steering column reaction force was measured, and the deployments were recorded with high-speed video. |
| *July 2010* | Performed high-speed video capture and analysis of a glancing broadside vehicle collision demonstration using a Mercury Sable and Pontiac Grand Am with remote vehicle control at Luke AFB. *Results presented at SATAI conference, July 16-17, 2010, Phoenix, AZ.* |
| *July 2009* | Performed video support for instrumented low-speed trash truck-to-car sideswipe collision testing with an instrumented human volunteer. This test measured acceleration time histories for the occupant's head and spine. |
| *June 2009* | Provided high-speed video support in instrumented low-speed car-to-car collision testing with instrumented human volunteers. Brake force application and displacement were monitored in aware and unaware conditions. Additionally, instrumented brake pedal force-displacement testing was conducted for various types of braking maneuvers using a Ford Taurus. *Results presented at ARC-CSI Conference, May 24-27, 2010, Las Vegas, NV.* |
| *May 2007* | Performed high-speed video support for low-speed pickup-to-barrier impact tests. Relationships between vehicle damage and velocity change were established. An instrumented human volunteer was used in one test and acceleration time histories for the occupant's head and spine were measured. |
| *April 2007* | Performed live gun firing and ejection pattern testing to determine how fast specific law enforcement officers could fire an automatic handgun and document the resulting pattern of shell casings. |

Parris Ward
*Curriculum Vitae*                                                                                                            *Page 10*

_____

| | |
|---|---|
| *June 2003* | Performed live gun firing and ejection pattern testing to determine how fast specific law enforcement officers could fire an automatic handgun and document the resulting pattern of shell casings. |
| *May 2003* | Performed live gun firing and ejection pattern testing to determine how gun orientation and motion affects the ejection pattern of shell casings. |
| *September 2002* | Videotaped and analyzed 15 driver and passenger seat back strength tests to evaluate seat performance in rear-end impacts. |
| *April 2002* | Documented and analyzed a series of ski padding tests using high-speed and digital video. |
| *August 2001* | Designed and participated in the drop-testing and evaluation of the performance of various driver's seats using a 50% Hybrid III dummy. |
| *2000-2003* | Supported test projects for the Defense Threat Reduction Agency (DTRA). Coordinated projects to provide Anthropomorphic Test Devices (ATDs) in office cubicles that are subjected to staged bomb blasts. Developed test protocol for high-speed film analysis. Participated in collecting post-test data. Performed analysis on high-speed film images to determine velocities of debris. |
| *March 2000* | Participated in the performance evaluation of eight 250+ horsepower sports cars. Evaluation included acceleration, handling characteristics, and braking. |
| *April 1998* | Conducted multiple series of experimental airbag deployments of driver-side and passenger-side frontal airbags with and without a Hybrid III dummy head. Created test protocols and fixture designs. Performed all high-speed image capture and analysis. |
| *December 1997* | Participated as a technician and videotaped a passenger car and garbage truck 20 mph sideswipe test. Tests revealed acceleration time histories for the driver's head and spine. Effect of closing velocity, impact angle and sheet metal damage were studied. Measured head accelerations were compared to those experienced during other non-injury activities. |
| *October 1997* | Videotaped and analyzed over 50 head impact tests using a helmeted and un-helmeted Hybrid III dummy head to evaluate the performance of various A-pillars, A-pillar padding, helmets, and roll bar padding. |
| *June 1997* | Videotaped and analyzed low-speed vehicle-to-vehicle, as well as vehicle-to-barrier impact tests. Various impact angles were studied. Instrumented vehicles used included a pickup with rigidly mounted bumpers, and a passenger car with foam energy-absorbing bumpers. Relationships between vehicle damage and velocity change were established. Tests revealed acceleration time histories for the occupants' heads and spines. |

Parris Ward
*Curriculum Vitae*                                                                                          *Page 11*

_____

| | |
|---|---|
| *June 1997* | Performed 30 mph vehicle-to-vehicle crash tests with a child anthropomorphic test dummy in a child seat. Occupant kinematics and the performance of the child seat were studied using video analysis. |
| *November 1996* | Videotaped and analyzed a series of 2 to 5 mph vehicle-to-barrier frontal impact tests with instrumented volunteers in instrumented vehicles. Studied effect of closing velocity and restraint use on occupant kinematics. Tests were conducted at Karco Engineering, Adelanto, CA. |
| *April 1996* | Videotaped and analyzed a series of 10 to 22 mph curb climbing tests with instrumented volunteers in an instrumented vehicle. Effect of curb height, impact angle, closing velocity, and restraint use on occupant kinematics was studied. |
| *July 1995* | Videotaped and analyzed a series of low-speed rear-end impact tests with human volunteers, conducted at the Southwestern Association of Technical Accident Investigators Low Speed Seminar, Phoenix, Arizona. |
| *March 1995* | Provided high-speed video capture and analysis for a series of impact tests to assess the inertial release characteristics of over 50 side-release and end-release safety belt buckles. |
| *Jan. & May 1993* | Assisted in testing to determine the forces generated by the use of "less then lethal" projectiles for the Los Angeles Police Department. |
| *September 1992* | Provided high-speed film capture and analysis of a series of log ride tests. Testing was performed at Six Flags Magic Mountain Amusement Park, Valencia, California. |
| *June 1992* | Videotaped and analyzed a series of 6.6 to 10.6 mph vehicle-to-vehicle impact tests. These tests were conducted with various impact configurations, using instrumented volunteers in the vehicles. Effect of closing velocity, impact angle and sheet metal damage were studied. Measured head accelerations were compared to those experienced during other non-injury activities. |
| *August 1991* | Videotaped and analyzed a series of 10 mph vehicle-to-vehicle front-to-rear impact tests. 1981-83 Ford Escorts were used with instrumented human volunteers and anthropomorphic dummies. Tests revealed acceleration-time histories for the occupants' heads and spines. Knee, wrist, shoulder and temporomandibular joint displacements were also studied. Relationships between vehicle damage and closing velocities were established. These tests were conducted at Mobility Systems and Equipment Company, San Bernardino, California. |
| *March 1991* | Videotaped 5 mph and 10 mph pendulum-to-vehicle rear impact tests. 1987 Lincoln Town Car was used with instrumented human volunteer. Tests revealed acceleration-time histories for the occupant's head and |

Parris Ward
*Curriculum Vitae*                                                              *Page 12*

_____

spine. These tests were conducted at Mobility Systems and Equipment Company, San Bernardino, California.

*1981*          Assisted LA County Medical Examiner Thomas Noguchi, M.D. with homicide investigations.

Rule 26 Report Attachment B

# Trial & Deposition Testimony – 4 Years
# Parris Ward, J.D.

## TRIAL TESTIMONY BY PARRIS WARD, J.D.

| Attorney | Case | Testimony Date |
|---|---|---|
| Coleman, S | Hildreth v. CDCR | 03/25/2026 |
| Schwartz, B | People v. Carillo | 3/9/26 &3/10/26 |
| Schwartz, B | People v. Taylor | 06/25/2025 |
| Klehm, D | Solis v. County of Riverside | 02/25/2025 |
| Newman, K | People v. Ferguson | 02/24/2025 |
| Parker, C | Williams v. County of Riverside | 1/28/25 & 1/29/25 |
| Klehm, D | Sesma v. State of California | 12/09/2024 |
| Medellín, S | Rushing v. AG Private Protection, et al. | 10/15/2024 |
| Rodriguez, A | People v. Villatoro, Sobany | 10/03/2024 |
| Mac, S | People vs. Deleon, Hector | 07/04/2024 |
| Schwartz, B | People vs. Johnson, Quinton | 04/19/2024 |
| Schwartz, B | People v. Gonzalez / Briceno | 01/23/2024 |
| Schwartz, B | People v. Palomino | 09/01/2023 |
| Thenell, D | Oregon v. Alden Hearing | 08/18/2023 |
| Fudge, R | California v. Juliussen, Rachel | 8/3/23 & 8/8/23 |
| Cheng, R | California v. Cogley, Jonathan | 05/09/2023 |
| Schwartz, B | People v. Lopez & Hernandez | 05/09/2023 |
| Canan, P | State of Florida v. Casado, Luis | 11/16/2022 |
| Schwartz, B | People v. Martinez, Alexander | 09/19/2022 |
| Williamson, T | People v. Butler, Russell | 08/08/2022 |
| Kratofil, J | People v. Harrington | 06/08/2022 |
| Kratofil, J | People v. Harrington | 04/20/2022 |

Printed 5/10/2026

## DEPOSITION TESTIMONY BY PARRIS WARD, J.D.

| Attorney | Case | Testimony Date |
|---|---|---|
| Mesner, B | Rey v. Murrieta | 04/15/2026 |
| Coleman, S | Rasey-Smith v. City of Los Angeles | 01/22/2026 |
| Miller, J | Quan v. County of Los Angeles | 12/02/2025 |
| Busailah, M | Vera v. County of Los Angeles | 11/05/2025 |
| Aceves, S | Boyd v. County of San Diego | 10/15/2025 |
| Samson, M | XD v. County of Los Angeles | 06/16/2025 |
| Parker, C | Williams v. County of Los Angeles | 10/25/2024 |
| Piasecki, K | Valadez v. City of Rialto | 10/18/2024 |
| Sakai, R | Garcia, Salvador v. COLA | 09/20/2024 |
| Roistacher, L | Padilla v. CHP | 06/06/2024 |
| Barrett, D | State of Florida v. Macauley, Jeremy | 03/14/2024 |
| Cook, D | Jones v. City of Riverside | 01/12/2024 |
| Battles, L | Nguyen v. City of Garden Grove | 12/08/2023 |
| Cook, D | Lopez v. City of Riverside | 11/28/2023 |
| Gray, T | Green v. City of San Jose, et al. | 10/18/2023 |
| Martinez, T | Torres v. County of Santa Barbara | 10/10/2023 |
| Oyster, N | Glover v. City of Los Angeles | 08/17/2023 |
| Chow, Y | Tovar v. City of San Jose | 07/25/2023 |
| Lee, L | Peterson v. City of Los Angeles | 03/29/2023 |
| Rivera, K | Lewis v. Kern County | 12/07/2022 |
| Bilek, J | Hernandez v. City of Los Angeles | 07/20/2022 |
| Lee, L | Montemayor v. City of Los Angeles | 07/14/2022 |
| Canan, P | State of Florida v. Casado, Luis | 06/29/2022 |
| Sarff, K | Marks v. Bauer | 06/13/2022 |
| Coleman, S | Baragan v. City of LA | 05/13/2022 |

Printed 5/10/2026

Rule 26 Report Attachment C

**Biodynamics Engineering, Inc. Fee Schedule**



# Hourly Fee Schedule
## Biodynamics Engineering, Inc.

P.O. Box 722
Pacific Palisades, CA  90272
Phone: (310) 454-0924

## Effective May 1, 2025
**(Rates subject to change upon notice)**

### Parris Ward, JD, CFVA, Forensic Video & 3D Modeling Specialist
| | |
|---|---|
| Testimony | $ 370 |
| Other work and travel | $ 270 |

### Jennifer Ward, Senior Biomedical Researcher — $ 180

### Technical Report Editor — $ 120

### Laboratory Testing Technicians — $ 120

### Research Assistants — $ 100

### Office/Clerical Workers — $ 50

---

- New cases will not be accepted without prior telephone confirmation.  A signed contract and a $1000 retainer are required within three weeks of case acceptance confirmation.  Within the retainer, $500 is non-refundable and includes a $250 file opening fee.

- A 30% surcharge may be assessed on cases which need opinions, written reports, or testimony within 10 calendar days of our receipt of the necessary documents.

- All depositions must be paid at the time of deposition.  Checks should be made payable to Biodynamics Engineering, Inc.  Client agrees to pay any legal expenses incurred in the collection of overdue accounts.

- Biodynamics Engineering, Inc.  will charge a minimum of 1 hour for deposition and trial testimony.

- Payment for our services is not contingent upon the outcome of your case and is not dependent on your arrangement with your client or with any other source.  All payments are due within 30 days.

- Cases requiring laser scanning will be charged a one-time $500 equipment fee per case.

**FEDERAL IDENTIFICATION NO.  95-3445140**

BEI FORM: FEE-0525.cdr