**MORTALITY**
**RESEARCH & CONSULTING**

STEVEN M. DAY, PhD
sday@mortalityresearch.com

7 May 2026

Brooke Mesner, Esquire
Dean Gazzo Roistacher, LLP
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075

Re:            **The Life Expectancy of Mr David Couch, III**
Your file:     Couch v. California Highway Patrol
My file:       3658smd

Dear Ms Messner:

I respond to your request for my opinions regarding Mr David Couch, III's life expectancy just prior to his death on 14 February 2026 in light of his chronic health issues, primarily mental health issues, present prior to that time.. Mr Couch was 31.5 years of age just prior to his death, and at that age, life expectancy for the general population of males in the US, based on the latest tables from the National Center for Health Statistics (NCHS) and Centers for Disease Control and Prevention (CDC), irrespective of race, ethnicity, or specific medical or lifestyle risk factors, is 46.2 remaining years, to age 77.7 years.[1] The medical records and reports document that Mr Couch has a number of chronic mental health conditions that are known to impact mortality risk and life expectancy, including schizoaffective disorder and/or schizophrenia, and bipolar or manic depression. These, and other factors, must be taken into account in assessing Mr Couch's life expectancy just prior to his death, and but-for the events that unfolded, allegedly (per the Complaint in this case) beginning during his incarceration in December of 2022, leading to his actual death, which of course are at issue in this case).

I summarize my opinion on Mr Couch's life expectancy in section 1 below; section 2 identifies the medical records and other information I reviewed regarding Mr Couch; section 3 identifies the main risk factors for mortality documented in the records and testimony; section 4 outlines the standard methodology for calculating life expectancy and for making adjustments to standard tables to account for specific risk factors; section 5 provides further details on methodology as I have applied it to specific risk factors present in Mr Couch's case; and section 6 briefly outlines my education and professional experience.

1.    **Summary of opinion on the life expectancy of Mr David Couch, III**

      **Taking account of Mr Couch's age, sex, and history of mental illness (from among schizoaffective disorder, schizophrenia, and bipolar disorder), I find his life expectancy today to be 27 to 34 remaining years, to an age from 58.5 to 65.5 years.**

My analyses of Mr Couch's life expectancy are based on (a) review of the medical records and other information you have provided, as documented in section 2 above; (b) review of relevant medical literature documenting the survival probabilities and mortality rates and medical complications of persons with varioius mental heatlth diagnoses;[2-13] cannabis, alcohol, and other drug use;[7,14-19] and asthma;[20-22] (c) standard scientific methods for calculating life expectancy;[23-31] and (d) my education, training, experience, and expertise.

References cited throughout the report with superscript numerals are provided in Appendix A. A life table corresponding to the mid-point of the range reported (30.5 remaining years, midpoint of 27 to 24 remaining years) is provided in Appendix B.

2. **I have reviewed the medical records and other documents you provided, including the following:**

- Complaint for Damages, 12 January 2024
- Medical records:
    › Shasta County Sheriff Coroner's Report, 11 April 2024
    › Walmart Pharmacy (26 pages)
    › Mercy Medical Center (2017 pages)
    › Cerner (530 pages)
    › Respadd PHF (50 pages) 125267 b FB.pdf
    › Shasta Regional Medical Center (50 pages) 125267 a FB.pdf
    › Respadd (150 pages) Restpadd - Medical Records.pdf
    › Restpadd PHF (38 pages) 125267 c FB.pdf
- Depositions:
    › Mr Lawrence W. Metzger (step-father of Mr Couch), 1 December 2025
    › Ms Jeanelle Couch (mother of Mr Couch), 2 December 2025
    › Mr David Couch, Sr., 2 December 2025 (i.e., David Couch, II, the Deceased's biological father)
    › Ms Ariel Lynn Couch (sister of David Couch),
    › Officer Ryan Cates, 3 November 2025
    › Officer Ray Maready, 18 February 2026
- Reports:
    › SDT RESPONSE_Background_Report.pdf (74 pages)
    › SDT RESPONSE_scanned_document.pdf (59 pages)
    › SDT RESPONSE_Single Final Report R-P40318216-5069001.pdf (3 pages)
    › SDT Response Sections 13, 23, 62-69 (117 pages in total)
- Redding Police Department records
- Various audio and video recordings relating to the incident leading to the shooting of Mr Couch, and also relating to interviews of various people involved in his incarceration between 25 December 2022 and 8 February 2023
- Various interview transcripts of audeo and video recordings

If further information should become available regarding Mr Couch's medical conditions or functional abilities, this report may require revision.

3. **Mr Couch's risk factors for mortality**

Based on the records, Mr Couch's demographic and main chronic risk factors for mortality today include:

- Male, born 17 August 1991
- White
- Not of Hispanic ethnicity
- Mental illness, variously identified in the medical records as, or as including elements of:
    › Bipolar disorder, type 1
    › Schizoaffective disorder
    › Schizophrenia
    › Antisocial Personality Disorder (ASPD)
    › Manic depression
    › Delusions (e.g., that he was a prophet; that he was a Navy Seal)
    › Auditory and visual hallucinations on some occasions
- Treated for mental illness with a variety of medications, including:
    › Quetiapine fumarate
    › Latuda®, a brand of lurasidone
    › Olanzapine
    › Lithium
- Smoker of marijuana (cannabis), with regular daily use for many years, by self-report stopped using some 3 years prior to the events at issue in this case
- Possible alcohol use disorder, though recent reports, including self-reports, suggested he may not have been drinking to excess in the last months or years prior to his death
- Asthma, treated at various times with Albuterol HFA (bronchodilator), Pulmicort Flexhaler (budesonide), Singulair (montelukast)
- Remote history of use of other illicit substances, including methamphetamine, heroin, and others

Because there is overlap in the drivers of excess mortality associated with each of the mental health diagnoses identified above, as evidenced by studies of cause-specific mortality for each, I have in no case made adjustments to account for more than one of these at a time in any of my analyses of life expectancy leading to the opinion expressed in section 1 above. In further clarification of the above "main risk factors" for mortality, I would note that the substance use factors are questionable as to their possible long-term impact in Mr Couch's case, given that he had reportedly stopped using marijuana regularly a number of years prior to his death, and had stopped using other illicit

substances many years before that (as a teenager). Though there would have certainly been some risk of relapse in the future (i.e., risk of his beginning to use one or all of the substances he used or may have used regularly in the past), this would be balanced to some degree by his former-smoker status (a small positive compared to the general population of persons with comparable mental health issues, a fair percentage of whom do smoke). On balance, in light of the evidence in the studies identified below, I do not believe these non-mental-health issues would have a substantial further impact on Mr Couch's life expectancy, had he not died when he did, and I have made no explicit adjustment for them in the analyses i have considered.

4.  **Methodological considerations**

Life expectancy is, by definition, a statistical and epidemiologic concept. Life expectancy is routinely estimated through the use of a life table. For example, life tables from the NCHS indicating that the life expectancy of 31.5-year-old men (irrespective of race or ethnicity) in the US, based on 2023 data, is 46.2 remaining years also shows that 10% of US men at that age will live beyond age 93 years, and 10% will fail to live to age 57 years.[1] Life expectancy is not a prediction of the ultimate time of death of any person.

With an understanding of the relationships between the columns of the life table, the table serves as the standard tool for assessing the impact of various medical conditions or lifestyle issues on life expectancy. For example, if scientific evidence suggests that a given medical condition is associated with mortality rates that are five times those of an age- and sex-matched general population at each age, the impact of this on life expectancy can be determined by multiplying all mortality rates in a standard table (specific for sex, and perhaps other demographic factors such as race or ethnicity) by 5, and recalculating all other columns. For a 31.5-year-old US male (non-specific for race or ethnicity), the result of this calculation would be a reduction from 46.2 remaining years to 27.5 remaining years (based on data from 2023). Mortality rates for persons with schizoaffective disorder, or bipolar disorder, based on some studies are not far off from this five-fold increase compared to general population mortality rates, though evidence suggests that the relative risk is generally higher than this at younger ages, and lower at older ages (this is the case for many chronic medical conditions).

The standard methodology for calculating life expectancy, and for making adjustments to such calculations to account for specific risk factors for mortality, is used in many scientific and commercial fields, including by life insurance underwriters and actuaries, structured settlement companies, demographers, medical researchers, and epidemiologists. The methodology is standard,[23-31] and it forms the basis for my analysis of Mr Couch's life expectancy in the present case. This methodology is discussed in the standard text book edited by Brackenridge et al.[27] In a chapter of this text titled, "The application of life table methodology to risk appraisal", Dr Richard Singer (MD) observes:

> *It is important for the risk selection expert (whether a medical director (MD), lay underwriter, actuary or other specialist) to be able to examine, analyze and manipulate life table data with facility. This chapter attempts to provide the basic knowledge required, but facility will come only if the reader makes use of this knowledge in reading the other chapters of this book, and in applying the results of all types of mortality studies to his daily work.* – Dr Richard Singer[27]

This method described by Dr Singer of applying the results of pertinent studies of mortality (e.g., of persons with schizoaffective disorder, or bipolar disorder) to the work of adjusting such tables to account for specific risk factors forms the basis for my analysis of Mr Couch's life expectancy in the present case. I will discuss a few specific examples of life table calculations pertinent to this case in the next section.

5. **Evidence on mortality rates for persons with specific risk factors present in Mr Couch's case**

The medical records and testimony indicate that Mr Couch was diagnosed with bipolar disorder and schizoaffective disorder, dating to 2012 or earlier. Other mental health diagnoses are also referenced in the records, antisocial personality disorder, and manic depression. Each of these conditions has been documented to be associated with mortality rates that are higher than those of age- and sex-matched general populations, and with life expectancy that is lower than reported in standard tables. For example, Laursen et al.[2] reported a mortality rate ratio from 10 to 13 (indicating mortality rates 10 to 13 times those of the general population of males the same age) for men at age 31 years who had bipolar disorder, schizoaffective disorder, or schizophrenia (the relative risk was highest, 13, for those with schizoaffective disorder, and lowest for those with bipolar disorder). Using the age-specific relative risks reported in this study for ages from 31 to 80-plus, the life expectancy for a 31.5-year-old man is 27 to 30 remaining years.

A study by Cappaso et al.[5] reported on 45-year survival, from an average age of 33 years, for people with schizoaffective disorder, and compared this with survival over the same period for an age-matched general population. Survival in the schizoaffective group was 26%, while it was 46% in the matched general population. This corresponds to an average excess death rate over the 45-year period of 12.8 deaths per thousand person-years. Applying this to a standard life table for men in the US at age 31.5, and assuming proportional life expectancy (see references 23, 28, 30 and 31, for example) to determine excess death rates at older ages, yields a life expectancy of 34 remaining years. Similar calculations based on other studies cited below yield broadly similar results, and my opinion of 27 to 34 remaining years for Mr Couch is consistent with the overall evidence on the impact of schizoaffective disorder and bipolar disorder (separately) on life expectancy in the studies below.[2-13]

Some evidence[20-22] suggest that Mr Couch's asthma may have been an additional negative factor for his life expectancy, but relative to the impact of his mental health issues, this asthma impact is small. Were his asthma to have continued to be an issue for him in the future, his life expectancy would have been closer to the lower bound on the range I have reported than the higher. Had Mr Couch begun regularly using or abusing alcohol, cannabis, or tobacco, this would have had a more significant negative factor on his life expectancy.[14-19] I do not see conclusive evidence that this was more likely than not, and I have made no explicit adjustment for such possibilities.

6. **Academic and Professional Qualifications** (please see my curriculum vitae for a more thorough accounting of my education and academic experience)

I earned a PhD in applied statistics, with substantive field epidemiology, from the University of California at Riverside in 2001. I am a Fellow of the American Academy of Cerebral Palsy and Developmental Medicine and a statistical advisor for its journal of record, Developmental Medicine & Child Neurology (DMCN). I serve as a member of the Editorial Board of Mac Keith Press, publisher of DMCN and related textbooks. I am an Overseas Fellow of the Royal Society of Medicine (UK); a member of the Society for Epidemiologic Research; and a member of the American Statistical Association.

I currently conduct research and provide consulting services through my company, Mortality Research & Consulting, Inc., in the City of Industry, California. I have participated in numerous studies of survival, mortality, life expectancy, and other epidemiological topics related to persons with a variety of medical conditions. I have been a contributing author of studies published in many peer reviewed medical and other scientific journals. A list of all of my publications is included in my curriculum vitae, a copy of which is attached.

I periodically serve as a peer reviewer for a number of these journals. I have lectured on the topic of life expectancy and related subjects to audiences of medical professionals, life care planners, forensic economists, and attorneys. I have provided expert opinions for litigation regarding life expectancy of persons with a wide variety of medical conditions in the United States (including 40-plus trial appearances), Canada, Australia, and Great Britain. A list of cases in which I have testified at deposition or trial in the past four years is attached.

I am personally responsible for every aspect of the analyses reported and opinions expressed in this report.

Sincerely yours,

Steven Day, PhD

To: Brooke Measure, Esquire
Re: Life Expectancy of Mr David Couch, III
Page    - 7 -

## Appendix A - References

1.    Arias E, Xu J, Kochanek K. United States Life Tables, 2023. *Natl Vital Stat Rep.* 2025;74(6):1-62.

2.    Laursen TM, Munk-Olsen T, Nordentoft M, Mortensen PB. Increased mortality among patients admitted with major psychiatric disorders: a register-based study comparing mortality in unipolar depressive disorder, bipolar affective disorder, schizoaffective disorder, and schizophrenia. *J Clin Psychiatry.* 2007;68(6):899-907.

3.    Laursen TM, Munk-Olsen T, Vestergaard M. Life expectancy and cardiovascular mortality in persons with schizophrenia. *Curr Opin Psychiatry.* 2012;25(2):83-88.

4.    Laursen TM. Causes of premature mortality in schizophrenia: a review of literature published in 2018. *Curr Opin Psychiatry.* 2019;32(5):388-393.

5.    Capasso RM, Lineberry TW, Bostwick JM, Decker PA, St Sauver J. Mortality in schizophrenia and schizoaffective disorder: an Olmsted County, Minnesota cohort: 1950-2005. *Schizophr Res.* 2008;98(1-3):287-294.

6.    Harris EC, Barraclough B. Excess mortality of mental disorder. *Br J Psychiatry.* 1998;173:11-53.

7.    Hjorthoj C, Ostergaard ML, Benros ME, et al. Association between alcohol and substance use disorders and all-cause and cause-specific mortality in schizophrenia, bipolar disorder, and unipolar depression: a nationwide, prospective, register-based study. *Lancet Psychiatry.* 2015;2(9):801-808.

8.    Correll CU, Solmi M, Croatto G, et al. Mortality in people with schizophrenia: a systematic review and meta-analysis of relative risk and aggravating or attenuating factors. *World Psychiatry.* 2022;21(2):248-271.

9.    Laursen TM, Wahlbeck K, Hallgren J, et al. Life expectancy and death by diseases of the circulatory system in patients with bipolar disorder or schizophrenia in the Nordic countries. *PLoS One.* 2013;8(6):e67133.

10.    Angst F, Stassen HH, Clayton PJ, Angst J. Mortality of patients with mood disorders: follow-up over 34-38 years. *J Affect Disord.* 2002;68(2-3):167-181.

11.    Chan JKN, Tong CHY, Wong CSM, Chen EYH, Chang WC. Life expectancy and years of potential life lost in bipolar disorder: systematic review and meta-analysis. *Br J Psychiatry.* 2022;221(3):567-576.

12.    Chesney E, Goodwin GM, Fazel S. Risks of all-cause and suicide mortality in mental disorders: a meta-review. *World Psychiatry.* 2014;13(2):153-160.

13.    Hoertel N, Sanchez-Rico M, Kassm SA, et al. Excess mortality and its causes among older adults with schizophrenia versus those with bipolar disorder and major depressive disorder: a 5-year prospective multicenter study. *Eur Arch Psychiatry Clin Neurosci.* 2024.

14.    Alimoradi Z, Lin CY, Myran DT, Solmi M, Pakpour AH. Relative Risk of All-Cause Mortality Associated With Cannabis Use: A Systematic Review and Meta-Analysis of Cohort Studies. *Health Sci Rep.* 2025;8(10):e71212.

15.    Fontanella CA, Steelesmith DL, Brock G, Bridge JA, Campo JV, Fristad MA. Association of Cannabis Use With Self-harm and Mortality Risk Among Youths With Mood Disorders. *JAMA Pediatr.* 2021;175(4):377-384.

16.    Koola MM, McMahon RP, Wehring HJ, et al. Alcohol and cannabis use and mortality in people with schizophrenia and related psychotic disorders. *J Psychiatr Res.* 2012;46(8):987-993.

17.    Manrique-Garcia E, Ponce de Leon A, Dalman C, Andreasson S, Allebeck P. Cannabis, Psychosis, and Mortality: A Cohort Study of 50,373 Swedish Men. *Am J Psychiatry.* 2016;173(8):790-798.

18.    Sun Y, Liu B, Wallace RB, Bao W. Association of Cannabis Use With All-Cause and Cause-Specific Mortality Among Younger- and Middle-Aged U.S. Adults. *Am J Prev Med.* 2020;59(6):873-879.

19.    Vozoris NT, Zhu J, Ryan CM, Chow CW, To T. Cannabis use and risks of respiratory and all-cause morbidity and mortality: a population-based, data-linkage, cohort study. *BMJ Open Respir Res.* 2022;9(1).

20.    Connolly CK, Alcock SM, Prescott RJ. Mortality in asthmatics over 15 yrs: a dynamic cohort study from 1983-1998. *Eur Respir J.* 2002;19(4):593-598.

21.    Cortese S, Sun S, Zhang J, et al. Association between attention deficit hyperactivity disorder and asthma: a systematic review and meta-analysis and a Swedish population-based study. *Lancet Psychiatry.* 2018;5(9):717-726.

22.    Vandentorren S, Baldi I, Annesi Maesano I, et al. Long-term mortality among adults with or without asthma in the PAARC study. *Eur Respir J.* 2003;21(3):462-467.

23.    Strauss DJ, Vachon PJ, Shavelle RM. Estimation of future mortality rates and life expectancy in chronic medical conditions. *J Insur Med.* 2005;37(1):20-34.

24.    Vachon PJ, Sestier F. Life expectancy determination. *Phys Med Rehabil Clin N Am.* 2013;24(3):539-551.

25.   Arias E, Xu J, Jim MA. Period life tables for the non-Hispanic American Indian and Alaska Native population, 2007-2009. *Am J Public Health.* 2014;104 Suppl 3(Suppl 3):S312-319.

26.   Lew EA. Methodology. In: Lew EA, Gajewski J, Association of Life Insurance Medical Directors of America., Society of Actuaries., eds. *Medical risks : trends in mortality by age and time elapsed : a reference volume.* Vol 1. New York: Praeger; 1990.

27.   Singer RB. The application of life table methodology to risk appraisal. In: Brackenridge RDC, Croxson RS, Mackenzie R, eds. *Brackenridge's medical selection of life risks.* 5th ed. New York: Palgrave; 2006:xii, 1094 p.

28.   Anderson TW. How the life table works. In: *Life expectancy in court: A textbook for doctors and lawyers.*2002.

29.   Clarke MG, Ewings P, Hanna T, Dunn L, Girling T, Widdison AL. How accurate are doctors, nurses and medical students at predicting life expectancy? *Eur J Intern Med.* 2009;20(6):640-644.

30.   Anderson TW, Marion SA. Estimating mortality rates: the role of proportional life expectancy. *J Insur Med.* 2005;37(1):35-41.

31.   Day SM, Reynolds RJ, Kush SJ. The relationship of life expectancy to the development and valuation of life care plans. *NeuroRehabilitation.* 2015;36(3):253-266.

Re: Life Expectancy of Mr David Couch, III
Page      - 10 -

## Appendix B - Life Table

**Life table corresponding to the midpoint of the range reported in section 1a of the report, 27 to 34 remaining years (midpoint = 30.5 remaining years).**

| Age | l(x) | d(x) | q(x) | m(x) | L(x) | T(x) | e(x) |
|-----|------|------|------|------|------|------|------|
| 31 | 100000 | 2158 | 0.022 | 0.0218 | 98921 | 3065192 | 30.7 |
| 32 | 97842 | 2176 | 0.022 | 0.0225 | 96754 | 2966271 | 30.3 |
| 33 | 95666 | 2182 | 0.023 | 0.0231 | 94575 | 2869517 | 30.0 |
| 34 | 93484 | 2183 | 0.023 | 0.0236 | 92392 | 2774942 | 29.7 |
| 35 | 91300 | 2183 | 0.024 | 0.0242 | 90209 | 2682550 | 29.4 |
| 36 | 89118 | 2185 | 0.025 | 0.0248 | 88025 | 2592341 | 29.1 |
| 37 | 86933 | 2191 | 0.025 | 0.0255 | 85837 | 2504315 | 28.8 |
| 38 | 84741 | 2203 | 0.026 | 0.0263 | 83640 | 2418478 | 28.5 |
| 39 | 82539 | 2216 | 0.027 | 0.0272 | 81431 | 2334838 | 28.3 |
| 40 | 80323 | 1350 | 0.017 | 0.0170 | 79648 | 2253407 | 28.1 |
| 41 | 78973 | 1365 | 0.017 | 0.0174 | 78290 | 2173759 | 27.5 |
| 42 | 77608 | 1376 | 0.018 | 0.0179 | 76920 | 2095469 | 27.0 |
| 43 | 76232 | 1382 | 0.018 | 0.0183 | 75541 | 2018550 | 26.5 |
| 44 | 74850 | 1387 | 0.019 | 0.0187 | 74157 | 1943009 | 26.0 |
| 45 | 73463 | 1396 | 0.019 | 0.0192 | 72766 | 1868852 | 25.4 |
| 46 | 72068 | 1413 | 0.020 | 0.0198 | 71361 | 1796087 | 24.9 |
| 47 | 70655 | 1437 | 0.020 | 0.0206 | 69936 | 1724725 | 24.4 |
| 48 | 69218 | 1468 | 0.021 | 0.0214 | 68484 | 1654789 | 23.9 |
| 49 | 67750 | 1502 | 0.022 | 0.0224 | 66998 | 1586305 | 23.4 |
| 50 | 66247 | 1537 | 0.023 | 0.0235 | 65479 | 1519307 | 22.9 |
| 51 | 64710 | 1574 | 0.024 | 0.0246 | 63924 | 1453828 | 22.5 |
| 52 | 63137 | 1616 | 0.026 | 0.0259 | 62328 | 1389904 | 22.0 |
| 53 | 61520 | 1667 | 0.027 | 0.0275 | 60687 | 1327576 | 21.6 |
| 54 | 59853 | 1726 | 0.029 | 0.0293 | 58990 | 1266889 | 21.2 |
| 55 | 58127 | 1013 | 0.017 | 0.0176 | 57621 | 1207899 | 20.8 |
| 56 | 57114 | 1047 | 0.018 | 0.0185 | 56591 | 1150278 | 20.1 |
| 57 | 56067 | 1086 | 0.019 | 0.0196 | 55524 | 1093688 | 19.5 |
| 58 | 54981 | 1129 | 0.021 | 0.0207 | 54417 | 1038163 | 18.9 |
| 59 | 53853 | 1171 | 0.022 | 0.0220 | 53267 | 983746 | 18.3 |
| 60 | 52681 | 1212 | 0.023 | 0.0233 | 52076 | 930479 | 17.7 |
| 70 | 39059 | 1519 | 0.039 | 0.0397 | 38299 | 469069 | 12.0 |
| 80 | 22295 | 1642 | 0.074 | 0.0765 | 21474 | 159185 | 7.1 |
| 90 | 6004 | 1238 | 0.206 | 0.2309 | 5385 | 20142 | 3.4 |
| 100 | 135 | 64 | 0.475 | 0.6446 | 103 | 217 | 1.6 |

**Steven M. Day, PhD**

# Curriculum Vitae                                              April 2026

Mortality Research & Consulting, Inc.                           Cell: 951-764-4656
PO Box 509                                                      Fax: 949.266.9141
Walnut, CA 91788-0509                               sday@mortalityresearch.com
Phone: 626-810-0330                                 www.mortalityresearch.com

## EMPLOYMENT

2011-present
President, CEO: Mortality Research & Consulting, Inc., Diamond Bar, CA
Member: Gerson Lehrman Group's Council of Healthcare Advisors, 2004-Present

1996-2011
Consultant and Principal Researcher for the Life Expectancy Project/Strauss & Shavelle, Inc.,
San Francisco, CA

1995-2001
Associate Professor of Mathematics (Tenured): Riverside Community College, CA

1990-1995
Assistant Professor of Mathematics (Tenured): The Ohio State University

1989
Community Teaching Fellow: Valley High School, South Sacramento, CA

1985-1987
Mathematics Instructor (US Peace Corps): Minaki Secondary School, Tanzania

## EDUCATION

PhD, Applied Statistics (substantive field epidemiology), December 2001
    University of California, Riverside
    Morris J. Garber Award, Outstanding Graduate Student in Statistics, 2000-2001

MS, Statistics, December 2000
    University of California, Riverside

MA, MAT, Mathematics, June 1990
    University of California, Davis

BA, Mathematics, June 1983
    University of California, Los Angeles (Magna Cum Laude, Phi Beta Kappa)

## CONTINUING MEDICAL/EPIDEMIOLOGICAL/STATISTICAL EDUCATION

1. Probabilistic Graphical Models 1: Representation. Completed January 11, 2020.
   https://coursera.org/share/da1bb333246ad396f9b80b6eac0838a1.

2. Pediatrics Peer Review - April 2018. The American Academy of Pediatrics (AAP), May 18,
   2018 [awarded 3.0 AMA PRA Category 1 Credits].

1

3.  Improving Cause of Death Reporting. eLearning Module and Exam on November 27, 2017. Quality Improvement Unit of Office of Vital Statistics, Bureau of Vital Statistics, New York City Department of Health and Mental Hygiene.

4.  Machine Learning Foundations: A Case Study Approach by University of Washington on Coursera. Certificate earned February 17, 2017

5.  Royal Society of Medicine CPD Module: Update on epilepsy. Online viewing of RSM lecture, completion of questionnaire and reflective notes. January 12, 2016.

6.  Statistics for Medical Professionals. Stanford University School of Medicine, completed 8 December 2015 [23.50 AMA PRA Category 1 Credits].

7.  Chronic lung disease in the patient with neurodisability: Concepts and management strategies. October 24, 2015 at the 69th Annual Meeting of the American Academy for Cerebral Palsy and Developmental Medicine, Austin, Texas.

8.  Royal Society of Medicine CPD Module: Faecal transplantation in gastrointestinal diseases (IBD): myth or reality. Online viewing of RSM lecture, completion of questionnaire and reflective notes. September 4, 2015.

9.  The National Institutes of Health (NIH) Office of Extramural Research Web-based training course "Protecting Human Research Participants". 30 December 2013.

10. Evaluating Treatment Outcomes Using Systematic Reviews: The AACPDM Methodology and Beyond. Instructional course no. 19 at the 66th Annual Meeting of the American Academy for Cerebral Palsy and Developmental Medicine, 14 September 2012: Toronto, Ontario, Canada.

11. Introduction to Directed Acyclic Graphs. Pre-conference workshop at the 45th Annual Society for Epidemiologic Research Meeting, 27 June 2012: Minneapolis, Minnesota.

12. Federal Public Health Surveillance & Analysis of Surveillance Data (E is for Epi, Session 4.2). University of North Carolina Center for Public Health Preparedness, 14 July 2011. [1/2 hour; 0.05 CEUs]

13. Navigating the Care of the Medically Fragile Child, sponsored by Eastern Virginia Medical School Office of Continuing Medical Education and Building Bridges Network. April 9-12, 2008, Norfolk, Virginia.

14. Chronic Hepatitis C: A Multifaceted Disease. Harvard Medical School Department of Continuing Education, completed May 2006. [2.0 AMA PRA Category 1 Credits]

15. Managing Type 2 Diabetes: A Clinical Challenge. Harvard Medical School Department of Continuing Education, completed May 2006. [2.0 AMA PRA Category 1 Credits]

16. The Clinician in Court: Surviving a Malpractice Suit. Harvard Medical School Department of Continuing Education, completed May 2006. [2.0 AMA PRA Category 1 Credits]

17. M14109: Developmental Disabilities. Office of Continuing Medical Education, School of Medicine, University of California San Francisco. Attended and completed for 8 hours of AMA Category 1 Credits, March 1-2, 2002.

**Continuing Medical Education Articles:**

1.  Strauss DJ, Day SM, Shavelle RM, Wu YW. Remote symptomatic epilepsy: does seizure severity increase mortality? Neurology. 2003 Feb 11;60(3):395-9.

2.  Shavelle RM, Strauss D, Whyte J, Day SM, Yu YL. Long-term causes of death after traumatic brain injury. Am J Phys Med Rehabil. 2001 Jul;80(7):510-6; quiz 517-9.

## EDITORIAL ACTIVITIES

**Peer reviewer for the following journals:**

1.  Neuropediatrics; 2010-2011

2.  American Journal of Physical Medicine & Rehabilitation; 2010

3.  Developmental Medicine and Child Neurology; 2007-2024

4.  Pediatric Neurology; 2009-2014

5.  Neuroscience Letters; 2007-2012

6.  Pediatrics; 2005, 2006, 2010-2013, 2015, 2017-2020

7.  Journal of Pediatric Rehabilitation Medicine; 2013, 2018-2024

8.  American Journal of Epidemiology; 2023

Publons (https://www.webofscience.com/wos/author/record/1615069) Peer Review Award (top 1% based on frequency of reviews) 2017 (Medicine, Neuroscience), 2018 (Neuroscience & Behavior), 2019 (Neuroscience & Behavior, Cross-Field)

## PEER REVIEWED PUBLICATIONS - MEDICAL AND MORTALITY RESEARCH

1.  Reynolds RJ, Day SM. Estimating cerebral palsy incidence from prevalence in Tanna Island, Vanuatu: Prevention is more important than rehabilitation. Dev Med Child Neurol. 2026 Feb 9. doi: 10.1111/dmcn.70179. Epub ahead of print. PMID: 41662450.

2.  Goldsmith S, McIntyre S, Badawi N, Dan B, Day S, Himmelmann K, Hollung SJ, Jacobsson B, Rackauskaite G, Reynolds RJ. The cerebral palsy directed acyclic graph: A structural causal model of aetiology. Dev Med Child Neurol. 2026 Apr 9. doi: 10.1111/dmcn.70267. Epub ahead of print. PMID: 41955499.

3.  Reynolds RJ, Goldsmith S, Mcintyre S, Day SM. Causal diagrams for research about childhood-onset disabilities. Dev Med Child Neurol. 2026 May;68(5):614-622. doi: 10.1111/dmcn.70064. Epub 2025 Nov 5. PMID: 41191638.

4.  Day SM, Reynolds RJ. How to avoid immortal time bias. Dev Med Child Neurol. 2023 Sep;65(9):1135-1136.

5.  Reynolds RJ, Day SM, Kanikkannan L. Viability of internal comparisons for epidemiological research in the US astronaut corps. npj Microgravity. 2023 May 12;9:36.

6.  Day SM. Estimating life expectancy in severe cerebral palsy: Tools for doing it right. Dev Med Child Neurol. 2022 Jun;64(6):799-800.

7.  Reynolds R, Little MP, Day S, Charvat J, Blattnig S, Huff J, Patel ZS. Cancer incidence and mortality in the USA Astronaut Corps, 1959-2017. Occup Environ Med. 2021 May 26:oemed-2020-107143.

8. Day SM, Reynolds RJ. Rectus femoris transfer surgery in cerebral palsy: can causal inferences be made from observational data? Dev Med Child Neurol. 2021 Feb;63(2):129.

9. Day SM. Success or failure of blinding in randomized controlled trials. Dev Med Child Neurol. 2020 Feb;62(2):159.

10. Reynolds RJ, Bukhtiyarov IV, Tikhonova GI, Day SM, Ushakov IB, Gorchakova TYU. Contrapositive logic suggests space radiation not having a strong impact on mortality of US astronauts and Soviet and Russian cosmonauts. Sci Rep. 2019 Jul 4;9(1):8583.

11. Rigby AS, Day SM. The crisis in replicability. Dev Med Child Neurol. 2019 May;61(5):504.

12. Reynolds RJ, Day SM. Mortality of US astronauts: comparisons with professional athletes. Occup Environ Med. 2019 Feb;76(2):114-117.

13. Reynolds RJ, Day SM, Shafer A, Becker E. Mortality rates and excess death rates for the seriously mentally ill. J Insur Med. 2018;47(4):212-219.

14. Day SM, Reynolds RJ. Survival, mortality, and life expectancy. In: Al-Zwaini IJ, editor. Cerebral Palsy - Clinical and Therapeutic Aspects. London: IntechOpen; 2018. p. 45-64.

15. Reynolds RJ, Day SM. The mortality of space explorers. In: Russomano T, editor. Into Space. London: IntechOpen; 2018. p. 253-85.

16. Reynolds RJ, Day SM. The effect of competing risks on astronaut and cosmonaut mortality. Life Sci Space Res. 2018 Aug;18:35-41.

17. Reynolds RJ, Day SM. The growing role of machine learning and artificial intelligence in developmental medicine. Dev Med Child Neurol. 2018 Sep;60(9):858-859.

18. Reynolds RJ, Hakenewerth A, Shafer AB, Day SM, Becker EA. Cancer incidence among the mentally ill treated at the Local Mental Health Authority clinics in Texas. Texas Public Health Association Journal 2019; 71(2):35-42.

19. Day SM, Reynolds RJ. Diagnosis in the age of massive computing power. Dev Med Child Neurol. 2017 Dec;59(12):1211-1212.

20. Reynolds RJ, Day SM. Mortality Due to Cardiovascular Disease Among Apollo Lunar Astronauts. Aerosp Med Hum Perform. 2017 May 1;88(5):492-496. Erratum in: Aerosp Med Hum Perform. 2017 Nov 1;88(11):1055.

21. Reynolds RJ, Shafer A, Day SM, Becker E. Cancer incidence among Texas publicly funded substance abuse treatment clients. Tex Med. 2017;113(12):e1.

22. Day SM. Growth charts for cerebral palsy: still imperfect, but gaining in value. Dev Med Child Neurol. 2017 Sep;59(9):887.

23. Reynolds RJ, Day SM. Mortality Due to Cardiovascular Disease Among Apollo Lunar Astronauts. Aerosp Med Hum Perform. 2017 May 1;88(5):492-496.

24. Day SM. Cerebral palsy is associated with an elevated risk of stroke throughout life: evidence from Taiwan. Dev Med Child Neurol. 2017 Jan;59(1):8-9.

25. Day SM, Reynolds RJ, Kush SJ. Extrapolating published survival curves to obtain evidence-based estimates of life expectancy in cerebral palsy. Dev Med Child Neurol. 2015 Dec;57(12):1105–1118.

4

26. Day SM, Reynolds RJ, Kush SJ. The relationship of life expectancy to the development and valuation of life care plans. NeuroRehabilitation. 2015;36(3):253-266.

27. Day S. Comparing and sharing information across health care settings: a difficult but potentially invaluable task. Dev Med Child Neurol. 2015 Sep;57(9):792.

28. Reynolds RJ, Kush SJ, Day SM, Vachon P. Comparative mortality and risk factors for death among Justices of the Supreme Court of the United States, 1789-2013: experience from an occupational cohort with over two centuries of follow-up. J Insur Med. 2015;45:9-16.

29. Reynolds RJ, Day SM, Nurgalieva ZZ. Mortality of Soviet and Russian cosmonauts, 1960-2013. Aviat Space Environ Med. 2014 Jul;85(7):750-754.

30. Day SM. Birth size and the risk of cerebral palsy in term births. Dev Med Child Neurol. 2014 Jan;56(1):6.

31. Day SM, Reynolds RJ, Kush SJ. Letter to the editor regarding "Life expectancy projections supporting life care planning" by RP Bonfiglio and D Kasas in volume 12, number 1. J Life Care Plan. 2013;12(2):5-7.

32. Kush SJ, Day SM, Reynolds RJ. Life expectancy for life care planners. J Life Care Plan. 2013;12(1):31-49.

33. Day SM, Reynolds RJ. Risk factors for cerebral palsy: current knowledge and future causal inference. Dev Med Child Neurol. 2013 Jun;55(6):490.

34. Day SM. Proper stratification of survival curves by level of gross motor function. Dev Med Child Neurol. 2013 May;55(5):402-3.

35. Reynolds RJ, Day SM. Mortality of Major League Baseball players from Canada, Latin America, and the Caribbean. GJMEDPH 2012 Jul-Aug;1(4):38-41.

36. Day SM. Alcohol consumption during pregnancy: the growing evidence. Dev Med Child Neurol. 2012 Mar;54(3):200.

37. Reynolds R, Day S. Life expectancy and comparative mortality of major league baseball players, 1900-1999. WebmedCentral Sports Medicine 2012;3(5):WMC003380.

38. Day SM, Brooks J, Shumway S, Strauss D, Rosenbloom L. Growth charts for children with cerebral palsy: Weight and stature percentiles by age, gender, and level of disability. In: Preedy VR, editor. Handbook of Growth and Growth Monitoring in Health and Disease. New York: Springer; 2012. p. 1675-1710.

39. Day SM. Do we know what the prevalence of cerebral palsy is? Dev Med Child Neurol. 2011 Oct;53(10):876-7.

40. Brooks J, Day S, Shavelle R, Strauss D. Low weight, morbidity, and mortality in children with cerebral palsy: new clinical growth charts. Pediatrics. 2011 Aug;128(2):e299-307.

41. Shavelle R, Katz RT, MacKenzie R, Rosenbloom L, DeVivo M, Hutton J, Strauss D, Day S, Brooks J. Life expectancy for people with disabilities. NeuroRehabilitation. 2011;28(2):161.

42. Sasco AJ, Day SM, Voirin N, Strauss DJ, Shavelle RM, Satge D. Cancer mortality in Down syndrome. In: Satgé D, Merrick J, editors. Cancer in Children and Adults with Intellectual Disabilities: Current Research Aspects. New York: Nova Science Publishers; 2011. p. 193-206.

5

43. Day SM, Brooks J, Strauss D, Shumway S, Shavelle RM, Kush S, Sasco AJ. Cancer mortality in cerebral palsy. In: Satgé D, Merrick J, editors. Cancer in Children and Adults with Intellectual Disabilities: Current Research Aspects. New York: Nova Science Publishers; 2011. p. 219-29.

44. Reynolds RJ, Day SM. Mortality among U.S. astronauts: 1980-2009. Aviat Space Environ Med. 2010 Nov;81(11):1024-7.

45. Day SM. Improving growth charts for children and adolescents with cerebral palsy through evidence-based clinical practice. Dev Med Child Neurol. 2010 Sep;52(9):793.

46. Krach LE, Kriel RL, Day SM, Strauss DJ. Survival of individuals with cerebral palsy receiving continuous intrathecal baclofen treatment: a matched-cohort study. Dev Med Child Neurol. 2010 Jul;52(7):672-6.

47. Satgé D, Sasco AJ, Day S, Culine S. A lower risk of dying from urological cancer in Down syndrome: clue for cancer protecting genes on chromosome 21. Urol Int. 2009;82(3):296-300.

48. Shavelle RM, Kush SJ, Paculdo DR, Strauss DJ, Day SM. Underwriting the presidents. J Insur Med. 2008;40(2):120-3.

49. Sasco AJ, Day SM, Voirin N, Strauss DJ, Shavelle RM, Satgé D. Cancer mortality in Down syndrome in California. Int J Disabil Hum Dev. 2008;7:415-22.

50. Day SM, Brooks J, Strauss D, Shumway S, Shavelle RM, Kush S, Sasco AJ. Cancer mortality in cerebral palsy in California, 1988-2002. Int J Disabil Hum Dev. 2008;7:427-34.

51. Day SM, Wu YW, Strauss DJ, Shavelle RM, Reynolds RJ. Change in ambulatory ability of adolescents and young adults with cerebral palsy. Dev Med Child Neurol. 2007 Sep;49(9):647-53.

52. Day SM, Strauss DJ, Vachon PJ, Rosenbloom L, Shavelle RM, Wu YW. Growth patterns in a population of children and adolescents with cerebral palsy. Dev Med Child Neurol. 2007 Mar;49(3):167-71.

53. Strauss D, Shavelle R, Reynolds R, Rosenbloom L, Day S. Survival in cerebral palsy in the last 20 years: signs of improvement? Dev Med Child Neurol. 2007 Feb;49(2):86-92.

54. Shavelle RM, Strauss DJ, Day SM, Ojdana KA. Life Expectancy. In: Zasler ND, Katz DI, Zafonte RD, editors. Brain Injury Medicine: Principles and Practice. New York: Demos Medical Publishing; 2007. p. 247-61.

55. Shavelle RM, DeVivo MJ, Strauss DJ, Paculdo DR, Lammertse DP, Day SM. Long-term survival of persons ventilator dependent after spinal cord injury. J Spinal Cord Med. 2006;29(5):511-9.

56. Shavelle RM, Strauss DJ, Day SM. Deinstitutionalization in California: Mortality of persons with developmental disabilities after transfer into community care, 1997-1999. J Data Sci. 2005;3:371-80.

57. Strauss D, Rosenbloom L, Day S, Shavelle R. Cognitive function in tetraplegic cerebral palsy with severe motor dysfunction. Dev Med Child Neurol. 2005 Aug;47(8):562.

58. Day SM, Wu YW, Strauss DJ, Shavelle RM, Reynolds RJ. Causes of death in remote symptomatic epilepsy. Neurology. 2005 Jul 26;65(2):216-22.

6

59. Day SM, Strauss DJ, Shavelle RM, Reynolds RJ. Mortality and causes of death in persons with Down syndrome in California. Dev Med Child Neurol. 2005 Mar;47(3):171-6.

60. Wu YW, Day SM, Strauss DJ, Shavelle RM. Prognosis for ambulation in cerebral palsy: a population-based study. Pediatrics. 2004 Nov;114(5):1264-71.

61. Strauss D, Shavelle R, Day S. Dr. Audrius Plioplys' comparison of survival rates of children in the California data base and his own Chicago-area data base. Semin Pediatr Neurol. 2004 Sep;11(3):236.

62. Day S, Strauss D, Shavelle R, Wu YW. Excess mortality in remote symptomatic epilepsy. J Insur Med. 2003;35(3-4):155-60.

63. Strauss DJ, Day SM, Shavelle RM, Wu YW. Remote symptomatic epilepsy: does seizure severity increase mortality? Neurology. 2003 Feb 11;60(3):395-9.

64. Shavelle RM, Strauss DJ, Day SM. Comparative mortality of persons with mental retardation in California 1980-1999. J Insur Med. 2003;35(1):5-8.

65. Shavelle RM, Straus DJ, Day SM. Comparison of survival in cerebral palsy between countries. Dev Med Child Neurol. 2001 Aug;43(8):574.

66. Shavelle RM, Strauss D, Whyte J, Day SM, Yu YL. Long-term causes of death after traumatic brain injury. Am J Phys Med Rehabil. 2001 Jul;80(7):510-6; quiz 517-9.

67. Strauss D, Shavelle R, DeVivo MJ, Day S. An analytic method for longitudinal mortality studies. J Insur Med. 2000;32(4):217-25.

68. Strauss DJ, Ashwal S, Day SM, Shavelle RM. Life expectancy of children in vegetative and minimally conscious states. Pediatr Neurol. 2000 Oct;23(4):312-9.

## PEER REVIEWED PUBLICATIONS - BASEBALL AND OTHER TOPICS

1. Reynolds R, Day S. Life expectancy and comparative mortality of major league baseball players, 1900-1999. WebmedCentral Sports Medicine 2012;3(5):WMC003380.

2. Reynolds R, Day SM. Offensive strategy and efficiency in the United States and Dominican Republic. Baseball Res J. 2009;38(1):39-43.

3. Reynolds R, Day S, Paculdo D. Deconstructing the Midas touch: Gold Glove Award voting, 1965-2004. Baseball Res J. 2005;34:101-9.

4. Jennings FL, Day SM. A Clarification of the algebraic method of reciprocal cost allocation. 1997;9(2):130-41.

5. Day SM. Simpson's paradox and Major League Baseball's Hall of Fame. AMATYC J. 1994;15(2):26-35.

## PRESENTED PAPERS, POSTERS, AND OTHER PUBLICATIONS

1. Reynolds RJ, Antonsen EL, Day S. Beyond Confounding: Directed Acyclic Graphs for Risk Management and Collaborative Science. Lunch presentation at the 2025 Society for Epidemiologic Research Annual Meeting, Boston, MA, June 11, 2025.

2. Reynolds RJ, Day S, Hollung S, Himmelman K, Rackauskaite G, Dan B, McIntyre S, Goldsmith S, Badawi N. A Causal Diagram for Cerebral Palsy: A New International Collaboration. Poster presented at the 38th Annual Meeting of the Society for Pediatric and Perinatal Epidemiologic Research, Boston, MA, June 10, 2025.McIntyre S, Goldsmith S, Reynolds RJ, Day SM. Developing a causal diagram for cerebral palsy: A new worldwide multidisciplinary collaboration. Breakfast Session presented at the Australian Academy of Cerebral Palsy and Developmental Medicine, Cairns, Australia, 1 August 2024.

3. McIntyre S, Himmelman K, Rackauskaite G, Goldsmith S, Dan B, Badawi N, Reynolds R, Day S. The development of a causal diagram for cerebral palsy: a study protocol for worldwide multidisciplinary collaboration. Presented at the European Academy of Childhood Disability (EACD) 36th Meeting, Bruges, Belgium, 29 May to 1 June 2024. (3rd place winner of EACD Best Poster Award)

4. Reynolds R, Day S, McIntyre S, Goldsmith S, Himmelman K, Badawi N. The Development of a Causal Diagram for Cerebral Palsy. Mini-Symposium presented at the 77TH Annual Meeting of the American Academy for Cerebral Palsy and Developmental Medicine, Chicago, September 10-13, 2023.

5. Skogsberg A, Day S, Mapes J. Gene expression signatures in breast cancer among patients treated with the Aromatase Inhibitor Letrozole. PNWU Research Symposium, April 10, 2023. Pacific Northwest University of Health Sciences, Yakima, WA.

6. Reynolds RJ, Day SM. Smoking and mortality among US astronauts. Poster presented at the 2020 NASA Human Research Program Investigators' Workshop: Small Steps Lead to Giant Leaps: Translating Research into Space Exploration. Galveston, Texas, January 27, 2020.

7. Reynolds RJ, Day SM. Using Bayesian estimation to quantify the risks of spaceflight. Presented at the 2020 NASA Human Research Program Investigators' Workshop: Small Steps Lead to Giant Leaps: Translating Research into Space Exploration. Galveston, Texas, January 28, 2020.

8. Reynolds RJ, Day SM. Is there such a thing as ignorable positivity? Natural-cause mortality among US astronauts and Russian cosmonauts. Poster presented at the 52nd Annual Meeting of the Society for Epidemiologic Research, June 18-21, 2019, Minneapolis, Minnesota.

9. Day S, Reynolds R. Comparing machine-learned and diagnosis driven groupings of children in the 2011 National Survey of Children's Health. Poster presented at the Seventy-Second Annual Meeting of the American Academy for Cerebral Palsy and Developmental Medicine, October 13-16, 2018: Cincinnati, Ohio.

10. Reynolds RJ, Day S. Competing risks survival bias among U.S. Astronauts. Poster presented at the 51st Annual Meeting of the Society for Epidemiologic Research, June 19-22, 2018, Baltimore, Maryland.

11. Day S, Reynolds R. Mortality related to cerebral palsy in the United States: Analysis of multiple causes of death and comparison with deaths in the general population from 2005 to 2014. Poster presented at the 31st Annual Meeting of the Society for Pediatric Epidemiologic Research, June 18-19, 2018, Baltimore, Maryland.

12. Reynolds R, Kush S, Day S. Using machine learning to identify diagnostic profiles for children with cerebral palsy and other developmental disabilities in the 2011–2012 National Survey of Children's Health. Free paper presented at the Seventy-First Annual Meeting of the American Academy for Cerebral Palsy and Developmental Medicine, September 13–16, 2017: Montreal, Quebec, Canada.

13. Reynolds RJ, Day SM, Shafer A, Becker E. Cancer incidence among substance users in the public substance abuse treatment programs of the state of Texas. Poster presented at the 50th Annual Meeting of the Society for Epidemiologic Research, June 20-23, 2017: Seattle, Washington.

14. Day SM, Reynold RJ, Kush SJ. What can a telephone survey tell us about the health and well-being of children with cerebral palsy and other developmental disabilities? Findings of the US 2011–2012 National Survey of Children's Health. Free paper presented at the Seventieth annual meeting of the American Academy for Cerebral Palsy and Developmental Medicine, September 23, 2016: Hollywood, Florida.

15. Reynolds R, Day S, Hakenewerth A, Becker E, Shafer A. A simulation method for estimating incidence rates when information on censoring due to death is missing. Poster presented at the 2016 Epidemiology Congress of the Americas, June 21-24, 2016: Miami, Florida.

16. Reynolds RJ, Day SM. The mortality of NBA basketball players 1949-2011: Are there racial disparities? Poster presented at the 48th Annual Meeting of the Society for Epidemiologic Research, June 16-19, 2015: Denver, Colorado.

17. Reynolds RJ, Day SM. Longevity of Fashion Models, 1921-2012. Poster presented at the 48th Annual Meeting of the Society for Epidemiologic Research, June 16-19, 2015: Denver, Colorado.

18. Reynolds RJ, Day SM, Kush SJ. Life expectancy in cerebral palsy: methods for clinicians. Instructional Course presented at the Sixty-Eighth annual meeting of the American Academy for Cerebral Palsy and Developmental Medicine, September 13, 2014: San Diego, California.

19. Reynolds RJ, Day SM. Mortality and causes of death for Russian and Soviet Cosmonauts, 1960-2013. Poster presented at the 47th Annual Meeting of the Society for Epidemiologic Research, June 24-27, 2014: Seattle, Washington.

20. Kush SJ, Day SM, Reynolds RJ. Evidence-based calculations of life expectancy of children and adults with cerebral palsy and other developmental disabilities. Breakfast Seminar at the Sixty-Seventh Annual Meeting of the American Academy for Cerebral Palsy and Developmental Medicine, October 19, 2013: Milwaukee, Wisconsin.

21. Day SM, Reynolds RJ. Variations in and uses of life expectancies reported by United States government agencies. Poster presented at the 45th Annual Meeting of the Society for Epidemiologic Research, June 27-30, 2012: Minneapolis, Minnesota.

22. Reynolds R, Day SM. Comparative mortality of Major League Baseball players by national origin. Poster presented at the 3rd North American Congress of Epidemiology, June 23, 2011: Montreal.

23. Day SM. Introducing life expectancy in court. Presented at the DRI Medical Liability and Health Care Law Seminar, March 10, 2011: San Francisco, California.

24. Brooks J, Day S, Strauss D, Shavelle R. Gross Motor Function Classification System and survival in children and adolescents with cerebral palsy. Presented at the Sixty-Fourth Annual Meeting of the American Academy for Cerebral Palsy and Developmental Medicine, September 24th, 2010: Washington, D.C.

25. Day SM, Brooks J, Strauss D, Shumway S. Growth charts and predictors of weight and height for children with Down syndrome: Recent findings from the California database. Presented at the Sixty-Fourth Annual Meeting of the American Academy for Cerebral Palsy and Developmental Medicine, September 23rd, 2010: Washington, D.C.

26. Brooks J, Day S, Strauss D. Low weight and mortality in children and adolescents with cerebral palsy. Presented at the Sixty-Third Annual Meeting of the American Academy for Cerebral Palsy and Developmental Medicine, September 25, 2009: Scottsdale, Arizona. Winner of MacKeith Press Promising Career Award for Best Free Paper presented at the 2009 AACPDM Meeting. Nominated for the 2009 Gayle G. Arnold Award for Excellence in the Care of Children with Cerebral Palsy.

27. Day SM, Satgé D. Are persons with Down syndrome protected against some forms of cancer? Guest submission to HealthNews.com, Diseases and Illnesses, July 4, 2009. http://www.healthnews.com/disease-illness/are-persons-down-syndrome-protected-against-some-forms-cancer-3404.html.

28. White C, Day SM. Keeping them honest:  How to analyze and challenge long-term care and treatment plans and life expectancy assumptions in catastrophic cases. Presented at the DRI Complex Medicine Seminar, November 14, 2008: San Diego, California.

29. Day SM. Life expectancy in catastrophic injury cases. Complex Medicine Seminar Course Materials. Chicago: DRI.

30. Krach L, Kriel R, Day S, Strauss D. Survival following intrathecal baclofen pump implantation. Presented at the Sixty-Second Annual Meeting of the American Academy for Cerebral Palsy and Developmental Medicine, September 19, 2008: Atlanta, Georgia.

31. Day SM, Strauss DJ, Vachon PJ, Rosenbloom L, Shavelle RM, Wu YW. Poster presentation: Growth charts for children with cerebral palsy. Presented at: Navigating the Care of the Medically Fragile Child - An Educational Conference for Providers of Pediatric Residential Care. Sponsored by Eastern Virginia Medical School Office of Continuing Medical Education and Building Bridges Network. Norfolk, Virginia, April 9-12, 2008.

32. Day SM, Strauss DJ, Vachon PJ, Rosenbloom L, Shavelle RM, Wu YW. Demonstration Poster: Growth charts for persons with cerebral palsy stratified by level of motor functioning and feeding ability. Presented at the Sixty-First Annual Meeting of the American Academy for Cerebral Palsy and Developmental Medicine, October 10-13, 2007: Vancouver.

33. Day SM. Life expectancy. Presented at the 2005 International Conference on Life Care Planning®, "Evidence-Based Practice", September 18, 2005, San Francisco, California.

34. Day SM. Life expectancy. Presented at the American Rehabilitation Economics Association Annual Spring Conference, May 13, 2005, Reno, Nevada.

10

35. Day SM. Life expectancy in the context of brain injury claims. Presented at the Action against Medical Accidents (AvMA) Cerebral Palsy & Brain Injury Claims Conference, January 25, 2005, London.

36. Day SM, Strauss DJ, Shavelle RM, Ojdana K, Wu YW. Predicting ambulation in cerebral palsy. Presented at the Fifty-Seventh Annual Meeting of the American Academy for Cerebral Palsy and Developmental Medicine, September 11, 2003: Montreal. Nominated for the 2004 Gayle G. Arnold Award for Excellence in the Care of Children with Cerebral Palsy.

37. Day SM. Estimators of long-term transition probabilities in multistate stochastic processes. Presented at the University of California, Riverside, Statistics Colloquium; November 20, 2001.

38. Day SM, Jennings F. Some applications of elegant mathematics in accounting. Presented at the twentieth annual conference of the American Mathematical Association of Two Year Colleges (AMATYC) in November 1994.

39. Day SM, Jennings F. Some applications of elegant mathematics in accounting. Presented by SM Day at the 28th annual seminar of The Mathematical Association of Tanzania in Dar es Salaam, Tanzania in September 1994.

40. Day SM. Reaction to David J. Johnson's article, "Maybe we don't teach grammar anymore, but it's a good thing."  OATYC J. 1993;19:1.

## PUBLISHED ABSTRACTS

1.  Kaur A, Kumar S, Taneja P, Day S, Early KB. Preliminary analysis of health-related quality of life among American Asian Indians in the National Health Interview Survey. 2023 Research Symposium April 10, Pacific Northwest University of Health Sciences.

2.  Skogsberg A, Day S, Mapes J. Gene Expression Signatures in Breast Cancer among patients treated with the Aromatase Inhibitor Letrozole. 2023 Research Symposium April 10, Pacific Northwest University of Health Sciences.

3.  Reynolds RJ, Day S. Competing risks survival bias among U.S. Astronauts. Abstract Book of the Society for Epidemiologic Research 51st Annual Meeting, June 19-22, 2018, Baltimore, Maryland.

4.  Day S, Reynolds R. Mortality related to cerebral palsy in the United States: Analysis of multiple causes of death and comparison with deaths in the general population from 2005 to 2014. Abstract Book of the Society for Pediatric Epidemiologic Research 31st Annual Meeting, June 18-19, 2018, Baltimore, Maryland.

5.  Reynolds R, Kush S, Day S. Using machine learning to identify diagnostic profiles for children with cerebral palsy and other developmental disabilities in the 2011–2012 National Survey of Children's Health. Dev Med Child Neurol. 2017;59(Suppl. 3):36-7.

6.  Reynolds RJ, Day SM, Shafer A, Becker E. Cancer incidence among substance users in the public substance abuse treatment programs of the state of Texas. Abstract Book of the Society for Epidemiologic Research 50th Annual Meeting, June 20-23, 2017: Seattle, Washington.

7. Day S, Reynolds R, Kush S. What can a telephone survey tell us about the health and well-being of children with cerebral palsy and other developmental disabilities? Findings of the US 2011–2012 National Survey of Children's Health. Dev Med Child Neurol. 2016;52(Suppl. 5):50-1.

8. Reynolds R, Day S, Hakenewerth A, Becker E, Shafer A. A bootstrap method for estimating incidence rates in longitudinal studies when information on censoring due to death is missing for large numbers of participants. Poster presented at the 2016 Epidemiology Congress of the Americas, June 21-24, 2016: Miami, Florida.

9. Reynolds RJ, Day SM. Reynolds RJ, Day SM. The mortality of NBA basketball players 1949-2011: Are there racial disparities? Abstracts - 48th Annual Meeting of the Society for Epidemiologic Research, June 16-19, 2015.

10. Reynolds RJ, Day SM. Longevity of Fashion Models, 1921-2012. Abstracts - 48th Annual Meeting of the Society for Epidemiologic Research, June 16-19, 2015.

11. Reynolds RJ, Day SM, Nurgalieva ZZ. Mortality of Soviet and Russian cosmonauts, 1960-2013. Abstracts - 47th Annual SER Meeting. Seattle, WA, June 24-27, 2014.

12. Day SM, Reynolds RJ. Variations in and uses of life expectancies reported by United States government agencies. Abstracts - 45th Annual SER Meeting. Minneapolis, MN, June 27-30, 2012.

13. Reynolds RJ, Day SM. Comparative mortality of Major League Baseball players by national origin. 3rd North American Congress of Epidemiology, June 21-24, 2011, Montreal, Quebec, Canada.

14. Day S, Brooks J, Strauss D, Shumway S. Growth charts and predictors of weight and height for children with Down syndrome: Recent findings from the California database. Dev Med Child Neurol. 2010;52(Suppl. 5):20-1.

15. Brooks J, Day S, Strauss D, Shavelle R. Gross Motor Function Classification System and survival in children and adolescents with cerebral palsy. Dev Med Child Neurol. 2010;52(Suppl. 5):13.

16. Brooks J, Day S, Strauss D, Shavelle R. Low weight and mortality in children with cerebral palsy: recent findings from the California database. Dev Med Child Neurol. 2009;51:29.

17. Krach LE, Kriel RL, Day SM. Survival following intrathecal baclofen pump implantation. Dev Med and Child Neurol. 2010;50:36-7.

---

## PROFESSIONAL ORGANIZATIONS

Overseas Fellow of the Royal Society of Medicine
Fellow of the American Academy for Cerebral Palsy and Developmental Medicine (AACPDM)
    -Statistical Advisor for the Academy's journal of record, Developmental Medicine & Child Neurology (DMCN)
    -Member of Editorial Board of Mac Keith Press, publisher of DMCN and related texts
American Statistical Association (ASA)
Society for Epidemiologic Research (SER)
Society for Pediatric and Perinatal Epidemiologic Research (SPER), 2018, 2025
Australian Academy of Cerebral Palsy and Developmental Medicine (AusACPDM), 2024

12

**Testimony history - Four years**                                                          **7 November 2025**

**Steven Day, PhD: Trial Testimony**

26 June 2025         Teresa Edoja vs. State of Ohio
                     The Court of Claims, State of Ohio
                     Brian Kneafsey (The Ohio Attorney General Mike DeWine, Columbus, Ohio)

14 April 2025        John Sampson and Diane Sampson ats Trevor Hitchen
                     Ontario Superior Court of Justice, Brantford, Ontario, CANADA
                     Kevin Henderson (Oatley Vigmond, Toronto, Ontario, CANADA)

25 September 2023    Luetta Bush, et al. v. Bruce B. Hill, MD, et al.
                     Fourth Judicial District Court in and for Utah County, State of Utah
                     Brandon Hobbs (Nelson Naegle, Salt Lake City, Utah)

22 February 2023     Nelson v. Jahn, MD et al.
                     Third Judicial District Court in and for Salt Lake County, State of Utah
                     Scott Epperson (Epperson & Owens, PC, Salt Lake City, Utah)

2 February 2023      Underwood v. Sunrise Mountainview Hospital
                     District Court of Clark County, Nevada
                     Kenneth Webster (Hall Prangle + Schoonveld, LLC, Las Vegas, Nevada)

26 January 2023      Turner v. The Medical Center of Central Georgia
                     State Court of Bibb County, State of Georgia
                     Michael Profit (Hall Booth Smith, PC, Atlanta, Georgia)

**Steven Day, PhD: Depositions**

22 August 2025       Ozuna v. Cox Communications Las Vegas, Inc., et al.
                     District Court of Clark County, Las Vegas, Nevada
                     William Pruitt (Barron & Pruitt, LLP, Las Vegas, Nevada)

1 July 2025          Lawrence v. Southern Baptist Hospital of Florida, et al.
                     Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida
                     Abigail Saldana (Smith Hulsey & Busey, Jacksonville, Florida)

15 April 2025        Waidman v. UPRR
                     Second Judicial District Court of the State of Nevada in and for the County of Washoe
                     Stephanie Quinn (Quinn Covarrubias, Roseville, California)

21 March 2025        Counts v. Oaklawn Hospital, et al.
                     The Circuit Court for the County of Calhoun, State of Michigan
                     Kenneth D. Seale (Smith Haughey Rice & Roegge, Grand Rapids, Michigan)

12 March 2025  McCarthy et al. v. The Ohio State University Wexner Medical Center
The Court of Claims of Ohio
Michael Murphy (Reminger Co., LPA, Columbus, Ohio)

19 February 2025  Jade Turner v. University Health Services, Inc.
State Court of Richmand County, State of Georgia
Courtney Walker (Hall Booth Smith PC, Atlanta, Georgia)

3 October 2024  Jaurice Hutson v. Taylor Houseman, Inc., et al.
Superior Court of California, County of Contra Costa
Daniel P. Schrader (Manning Gross + Massenburg, LLP, San Francisco, California)

12 August 2024  A.E. v. Northwest Iowa Hospital et al.
The Iowa District Court for Woodbury County
Erik Bergeland (Finley Law Firm, Des Moines, Iowa)

10 July 2024  Dawn Davison, Admr., v. The Ohio State University Wexner Medical Center
The Ohio Court of Claims
Jeanna Jacobus (Office of Ohio Attorney General Dave Yost, Columbus, Ohio)

29 November 2023  Hansoo Kim v. Virginia Mason Medical Center
The Superior Court for the State of Washington, County of King
Jennifer M. Smitrovich (Fain Anderson Vanderhoef Rosendahl O'Halloran Spillane, PLLC, Seattle, Washington)

31 October 2023  Bays v. SSM Regional Health Systems, et al.
The Circuit Court of Cole County, State of Missouri
Kristen M. O'Neal (Malkmus Law Firm, LLC, Springfield, MO)

19 October 2023  James Adams and Madaline Adams v. Far Horizons Trailer Village
Superior Court of the State of California, County of Amador, California
Joel Witzman (Olson Law Group, ACP, Los Angeles, California)

30 August 2023  Phyllis Carson, et al. v. Khalil Senghori, et al.
Circuit Court for Prince George's County, Upper Marlboro, Maryland
Kelly Hughes Iverson (Goodell, DeVries, Leech & Dann, LLP, Baltimore, Maryland)

8 July 2023  K. Johnson v. Trinity Health-Michigan, et al.
Circuit Court for the County of Oakland, State of Michigan
Todd Gilbert (Hall Booth Smith, Atlanta, Georgia)

28 June 2023  Andrew Wheeler v. Ohio Department of Transportation
The Court of Claims of Ohio
William Becker (Ohio Attorney General's Office, Columbus, Ohio)

| | |
|---|---|
| 16 June 2023 | Mohamed and Shaikh v. Northside Hospital, Inc., et al.<br>State Court of Gwinnett County, State of Georgia<br>Chiaka U. Adele (Scrudder Bass Quillian Horlock Taylor & Lazarus LLP, Atlanta, Georgia) |
| 21 December 2022 | Turner v. The Medical Center of Central Georgia<br>State Court of Bibb County, State of Georgia<br>Michael Profit (Hall Booth Smith, PC, Atlanta, Georgia) |
| 14 December 2022 | Warren and Koeneman v. State of Washington<br>Superior Court of the State of Washington in and for King County<br>Michelle S. Taft (Johnson Graffe Keay Moniz & Wick, LLP, Washington) |
| 2 December 2022 | K.R., a Minor, and Johnson v. United States of America<br>United States District Court for the Central District of Illinois, Peoria Division<br>Kimberly Klein (US Attorney's Office for the Central District of Illiniois, Peoria) |
| 15 November 2022 | Armando Payas (Trustee) v. Lakeland Regional Medical Center, et al.<br>Circuit Court of the Tenth Judicial Circuit in and for Polk County, Florida<br>Meghan K. Horton (Rissman, Ft. Lauderdale, Florida) |
| 7 October 2022 | Underwood/Geiler v. Sunrise Mountainview Hospital, Inc., et al.<br>District Court of Clarke County, Nevada<br>Michael Navratil (John H. Cotton & Associates, LTD, Las Vegas, Nevada) |
| 28 September 2022 | Gregory v. DeKalb Medical Center, et al.<br>State Court of DeKalb County, Georgia<br>Jennifer C. Bellis (Bendin Sumrall & Ladner, LLC Atlanta, Georgia) |
| 14 July 2022 | Thomas v. Kaiser Foundation Health Plan of Washington<br>Superior Court of the State of Washington in and for the County of King<br>Matthew J. McCauley (Larson Health Advocates, PLLC, Seattle, Washington) |
| 3 June 2022 | Perez de Gracia v. Larkin Community Hospital<br>State of Florida, Division of Administrative Hearing<br>Julie Allison (Julie W. Allison, PA, Hollywood, Florida) |

STEVEN M. DAY, PhD
sday@mortalityresearch.com

ROBERT J. REYNOLDS, PhD
rreynolds@mortalityresearch.com

## FEE SCHEDULE (EIN 46-1286756; DUNS 967438727)
### Revised 1 May 2025

**HOURLY RATE FOR ALL SERVICES IS $725.** Receipts will be provided for reimbursement for travel-related expenses including airfare, hotels, ground travel, etc.

| SERVICE | TYPICAL TIME SPENT |
|---|---|
| Review of medical records, reports, testimony, etc. | 5-10 hours |
| Research of relevant medical literature and other sources of pertinent information, analyses of mortality rates and life expectancy | 5-10 hours, more in especially complex cases |
| Written report (if requested) | 5-10 hours, more in especially complex cases |
| Preparation for deposition (preparations will usually begin a week or more prior to deposition date - there will be no cancellation fee for canceled depositions, but fees for any preparation prior to date of cancellation will apply) | 5-10 hours |
| Pre-deposition meeting | At retaining attorney's discretion |
| Deposition | At opposing attorney's discretion |
| Travel to/from deposition/pre-deposition meeting | Varies per location, attorney's preference |
| Preparation for trial | 5-10 hours |
| Pre-trial meeting, trial testimony | At retaining firm's/court's discretion |
| Travel to/from trial (portal to portal) | Varies but capped at 12 hours per day plus expenses |

The retaining entity, rather than the entity's client(s), is responsible for all fees.

### REMIT PAYMENTS TO THE FOLLOWING ADDRESS, OR REQUEST EFT INFORMATION:

**Mortality Research & Consulting, Inc.
PO Box 509
Walnut, CA 91789**

(EIN: 46-1286756; DUNS: 967438727)

11370 Valley Vista DR, STE 200, Diamond Bar, CA 91765
PO Box 509, Walnut, CA 91789

Phone: (626) 810-0330, Fax: (949) 266-9141