**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiff* DAVID COUCH, Sr.


**SINGLETON SCHREIBER, LLP**
Kimberly S. Hutchison (SBN 288682)
khutchison@singletonschreiber.com
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
(619) 860-0121
Attorneys for Plaintiff JEANELLE COUCH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID COUCH, Sr., and JEANELLE COUCH; both individually and as successors in interest to DAVID COUCH, Jr. Decedent,<br><br>             Plaintiffs,<br><br>      vs.<br><br>STATE OF CALIFORNIA, by and through CALIFORNIA HIGHWAY PATROL; RYAN CATES; SHASTA COUNTY; and DOES 1-20, inclusive,<br><br>             Defendants. | **Case No.: 2:24-cv-00481-TLN-AC**<br><br>[*Honorable Troy L. Nunley*]<br>Magistrate Judge Allison Claire<br><br>**PLAINTIFFS' JOINT RULE 26 INITIAL EXPERT DISCLOSURES** |

PLAINTIFFS' JOINT RULE 26 INITIAL EXPERT DISCLOSURES

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiff* DAVID COUCH, Sr.

**SINGLETON SCHREIBER, LLP**
Kimberly S. Hutchison (SBN 288682)
khutchison@singletonschreiber.com
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
(619) 860-0121
Attorneys for Plaintiff JEANELLE COUCH

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID COUCH, Sr., and JEANELLE COUCH; both individually and as successors in interest to DAVID COUCH, Jr. Decedent,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA, by and through CALIFORNIA HIGHWAY PATROL; RYAN CATES; SHASTA COUNTY; and DOES 1-20, inclusive,<br><br>Defendants. | **Case No.: 2:24-cv-00481-TLN-AC**<br><br>[*Honorable Troy L. Nunley*]<br>Magistrate Judge Allison Claire<br><br>**PLAINTIFFS' JOINT RULE 26 INITIAL EXPERT DISCLOSURES** |

-1-    Case No. 2:24-cv-00481-TLN-AC

PLAINTIFFS' JOINT RULE 26 INITIAL EXPERT DISCLOSURES

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs David Couch Sr. and Jeanelle Couch hereby designate the following retained and non-retained expert witnesses who may be called upon to give expert testimony pursuant to Rule 26(a)(2)(A) of the Federal Rule of Civil Procedure. Plaintiffs reserve the right to supplement and/or amend this disclosure.

**I.    RETAINED EXPERTS:**

A.    Jeffrey J. Noble (Police Practices/Use of Force)

Noble Consulting and Expert Witness Services, LLC

P.O. Box 80040

Rancho Santa Margarita, California

(949) 279-4678

Mr. Noble's Rule 26 Report, C.V., fee schedule, and list of prior sworn testimony are collectively attached hereto as Exhibit 1.

B.    Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP (Anatomic Pathologist/ Clinical Pathologist/ Forensic Pathologist/ Neuropathologist/ Epidemiologist Clinical Professor of Medical Pathology and Laboratory Medicine, University of California, Davis [UC-Davis] President and Medical Director, Bennet Omalu Pathology [BOP], Inc.)

Bennet Omalu Pathology

1621 Executive Court

Sacramento, CA 95864

279-345-1300

Dr. Omalu's Rule 26 Report, C.V., fee schedule, and list of prior sworn testimony are collectively attached hereto as Exhibit 2.

PLAINTIFFS' JOINT RULE 26 INITIAL EXPERT DISCLOSURES

## II.    NON-RETAINED EXPERTS:

Pursuant to Rule 26(a)(2)(C), the following is a list of witnesses who have not been specially employed to provide opinion testimony but whose expert opinions may be sought at trial.

1.    **Tyler Thompson, Chief Deputy Coroner**

300 Park Marina Circle, Redding, CA 96001; (530) 245-6000

Reviewed the investigation and examination of decedent including the circumstances of his death and certified the he was declared deceased on the 14th day of February 2023, having died at 2175 Rosaline Avenue, Redding, Shasta County, CA, with a cause of death being multiple gunshot wounds, no other significant conductions, and the manner of death being homicide who may testify to why these tasks and examinations were performed, how he came to certain results documented, and the result of the investigation.

2.    **Joshua Dorstad, Deputy Coroner.**

300 Park Marina Circle, Redding, CA 96001; (530) 245-6000

Conducted the investigation and established identity of the decedent and who may testify to decedent's identification, place and time of death, classification, cause of death, injury information, investigation, case summary, scene description, circumstances of death, examination of decedent, and evidence collected, including why these tasks and examinations were performed, how he came to certain results documented, and the result of the investigation.

3.    **James Olson, M.D., Forensic Pathologist**

300 Park Marina Circle, Redding, CA 96001; (530) 245-6000

Dr. Olson conducted the postmortem examination of decedent and who may testify to decedent's injuries and harm, including for his gunshot wounds and the damage the bullets caused within his body, assessment, examination, treatment, diagnosis, prognosis, imaging, impression and findings, why particular care was provided, cause of injuries and harm, result of injuries and harm, cause of death,

manner of death, trajectory, conclusions, evidence of injury, evidence of medical intervention, including why these tasks and examinations were performed, how he came to certain results documented, and the result of the investigation.

4.    **Sergeant J. Miller, Northern Division MAIT Team Leader**

2485 Sonoma Street, Redding, California 96001

Notification of the incident, investigative summary, issues identified, scene assessment, three-dimensional scan, diagrams, scene survey, evidence identified and collected and analyzed, measurements, descriptions, evidence assessment, photographs, inventory, how equipment was used, why investigation was conducted, how investigation was conducted, and results of investigation.

5.    **Officer J. Rocha, Northern Division MAIT Investigator**

2485 Sonoma Street, Redding, California 96001

Notification of the incident, investigative summary, issues identified, scene assessment, three-dimensional scan, diagrams, scene survey, evidence identified and collected and analyzed, measurements, descriptions, evidence assessment, photographs, inventory, how equipment was used, why investigation was conducted, how investigation was conducted, and results of investigation.

6.    **Officer J. Thinnes, Northern Division MAIT Associate Investigator**

2485 Sonoma Street, Redding, California 96001

Notification of the incident, investigative summary, issues identified, scene assessment, three-dimensional scan, diagrams, scene survey, evidence identified and collected and analyzed, measurements, descriptions, evidence assessment, photographs, inventory, how equipment was used, why investigation was conducted, how investigation was conducted, and results of investigation.

7.    **Motor Carrier Specialist Investigator J. Patton, Northern Division MAIT Investigator**

2485 Sonoma Street, Redding, California 96001

Notification of the incident, investigative summary, issues identified, scene

assessment, three-dimensional scan, diagrams, scene survey, evidence identified and collected and analyzed, measurements, descriptions, evidence assessment, photographs, inventory, how equipment was used, why investigation was conducted, how investigation was conducted, and results of investigation.

       8.    **Tyler Sullivan, RPD CSD, Evidence Technician**

           Contact unknown at this time

Photographs of evidence, examination of evidence, and findings, investigation of the incident, scene, evidence collected, processed, analyzed, and opinions thereof.

       9.    **Melissa Nightingale, SCSO, Evidence Technician**

           Contact unknown at this time

Officer Cates processing, photographs and round count, DNA swab, evidence collection and examination, investigation of the incident, scene, evidence collected, processed, analyzed, and opinions thereof.

      10.    **Kyle Kittlitz., PMK.**

           c/o Defense Counsel

Policy, training, and tactics related to conducting a high-risk vehicle stop/investigation including where the caller report information that the subject may be armed; and policy, training, and tactics related to the use of force, the use of deadly force, the use of a firearm and use of a Taser including their function, capabilities, intended use and limitations.

      11.    **Elizabeth Gray, Paramedic, AMR**

           4451 Caterpillar Rd., Suite 1. Redding, CA 96003; (530) 241-2686

Knowledge of and interaction with decedent, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care for decedent regarding his gunshot wounds.

      12.    **Kristen Manley, Emergency Medical Technician, AMR**

           4451 Caterpillar Rd., Suite 1. Redding, CA 96003; (530) 241-2686

Knowledge of and interaction with decedent, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care for decedent regarding his gunshot wounds.

13.    **Jason Swann – AMR Supervisor**

2175 Rosaline Ave, Redding, CA 96001; (530) 276-5175; (530) 221-4321

Knowledge of and interaction with decedent, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care for decedent regarding his gunshot wounds.

14.    **Ledbetter – EMS**

No contact information

Knowledge of and interaction with decedent, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care for decedent regarding his gunshot wounds.

15.    **Colton Alec Ferguson – Firefighter (Redding Fire Department)**

37237 Serpentine Ln, Burney, CA 96013; (530) 355-7411

Knowledge of and interaction with decedent, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care for decedent regarding his gunshot wounds.

16.    **C. Buick – Firefighter (Redding Fire Department)**

No contact information

Knowledge of and interaction with decedent, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care for decedent regarding his gunshot wounds.

17.   **T. Hanlon – Firefighter (Redding Fire Department)**

No contact information

Knowledge of and interaction with decedent, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care for decedent regarding his gunshot wounds.

18.   **A. Niederland – Firefighter (Redding Fire Department)**

No contact information

Knowledge of and interaction with decedent, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care for decedent regarding his gunshot wounds.

19.   **Yarbro – Firefighter (Redding Fire Department)**

No contact information

Knowledge of and interaction with decedent, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care for decedent regarding his gunshot wounds.

20.   **Rulofson – Firefighter (Redding Fire Department)**

No contact information

Knowledge of and interaction with decedent, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care for decedent regarding his gunshot wounds.

21.   **Nicholas Schulack, D.O. – ER admitting Physician/ surgeon**

Mercy Medical Center Redding 2175 Rosaline Ave., Redding, CA 96001

(530) 225-6000

Knowledge of and interaction with decedent, including but not limited to the

-7-                    Case No. 2:24-cv-00481-TLN-AC

PLAINTIFFS' JOINT RULE 26 INITIAL EXPERT DISCLOSURES

evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care for decedent regarding his gunshot wounds.

22.    **Douglas Hatter, M.D. – Primary ER/ Trauma Surgeon**

Mercy Medical Center Redding 2175 Rosaline Ave., Redding, CA 96001

(530) 225-6000

3357 Harlan Dr., Redding, CA 96003

(530) 355-5023

Knowledge of and interaction with decedent, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care for decedent regarding his gunshot wounds.

23.    **Aaron Madsen, M.D. – Assistant ER/ Trauma Surgeon**

Mercy Medical Center Redding 2175 Rosaline Ave., Redding, CA 96001

(530) 225-6000

Knowledge of and interaction with decedent, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care for decedent regarding his gunshot wounds.

24.    **Mario Alvarado D.O. – ER Anesthesiologist**

Mercy Medical Center Redding 2175 Rosaline Ave., Redding, CA 96001

(530) 225-6000

Knowledge of and interaction with decedent, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care for decedent regarding his gunshot wounds.

25.     **Jeffrey Cardinale M.D. – ER Anesthesiologist**

Mercy Medical Center Redding 2175 Rosaline Ave., Redding, CA 96001

(530) 225-6000

Knowledge of and interaction with decedent, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care for decedent regarding his gunshot wounds.

26.     **Hojin Paul Wang M.D. – ER Anesthesiologist**

Mercy Medical Center Redding 2175 Rosaline Ave., Redding, CA 96001

(530) 225-6000

Knowledge of and interaction with decedent, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care for decedent regarding his gunshot wounds.

27.     **Lars Widdel, M.D. – Neurosurgeon**

Mercy Medical Center Redding 2175 Rosaline Ave., Redding, CA 96001

(530) 225-6000

Knowledge of and interaction with decedent, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care for decedent regarding his gunshot wounds.

28.     **Brian Fischer, M.D. – Physician**

Mercy Medical Center Redding 2175 Rosaline Ave., Redding, CA 96001

(530) 225-6000

Knowledge of and interaction with decedent, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care for decedent regarding his gunshot wounds.

29.    **Dr. Musthafa – Physician**

Mercy Medical Center Redding 2175 Rosaline Ave., Redding, CA 96001

(530) 225-6000

Knowledge of and interaction with decedent, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care for decedent regarding his gunshot wounds.

30.    **James N. Gonzalez, MD**

Mercy Medical Center Redding 2175 Rosaline Ave., Redding, CA 96001

(530) 225-6000

3357 Harlan Dr., Redding, CA 96003

(530) 355-5023

Knowledge of and interaction with decedent, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care for decedent regarding his gunshot wounds.

31.    **Jesse Arnold, ACNP/FNP**

Mercy Medical Center Redding 2175 Rosaline Ave., Redding, CA 96001

(530) 225-6000

3357 Harlan Dr., Redding, CA 96003

(530) 355-5023

Knowledge of and interaction with decedent, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care for decedent regarding his gunshot wounds.

32.    **Ankur A. Doshi, MD**

Mercy Medical Center Redding 2175 Rosaline Ave., Redding, CA 96001

(530) 225-6000

PLAINTIFFS' JOINT RULE 26 INITIAL EXPERT DISCLOSURES

3357 Harlan Dr., Redding, CA 96003

(530) 355-5023

Knowledge of and interaction with decedent, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care for decedent regarding his gunshot wounds.

33.    **Agboola Awomolo, MD**

Mercy Medical Center Redding 2175 Rosaline Ave., Redding, CA 96001

(530) 225-6000

3357 Harlan Dr., Redding, CA 96003

(530) 355-5023

Knowledge of and interaction with decedent, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care for decedent regarding his gunshot wounds.

34.    **Amar M. Amin, MD**

Mercy Medical Center Redding 2175 Rosaline Ave., Redding, CA 96001

(530) 225-6000

3357 Harlan Dr., Redding, CA 96003

(530) 355-5023

Knowledge of and interaction with decedent, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care for decedent regarding his gunshot wounds.

35.    Kiruba Dharaneeswaran, MD

Mercy Medical Center Redding 2175 Rosaline Ave., Redding, CA 96001

(530) 225-6000

3357 Harlan Dr., Redding, CA 96003

PLAINTIFFS' JOINT RULE 26 INITIAL EXPERT DISCLOSURES

(530) 355-5023

Knowledge of and interaction with decedent, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care for decedent regarding his gunshot wounds.

DATED: May 12, 2026          **LAW OFFICES OF DALE K. GALIPO**
                             **GRECH, PACKER, & HANKS**


                             By: ___/s/___ _Marcel F. Sincich_____
                             Dale K. Galipo, Esq.
                             Trenton C. Packer, Esq.
                             Marcel F. Sincich, Esq.
                             _Attorneys for Plaintiff_ DAVID COUCH Sr.

DATED: May 12, 2026          **SINGLETON SCHREIBER, LLP**


                             By: ___/s/___ _Kimberly S. Hutchison_____
                             Kimberly S. Hutchison, Esq.
                             _Attorneys for Plaintiff_ JEANELLE COUCH

PLAINTIFFS' JOINT RULE 26 INITIAL EXPERT DISCLOSURES

PROOF OF SERVICE

STATE OF CALIFORNIA, CITY OF LOS ANGELES

I, Leslie De Leon, am employed in the CITY of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action. My business address is 21800 Burbank Boulevard, Suite 310, Woodland Hills, California 91367.

On May 12, 2026, I served the foregoing document described as:

**PLAINTIFF'S RULE 26 INITIAL EXPERT DISCLOSURES**

on all interested parties, through their respective attorneys of record in this action by placing a true copy thereof enclosed in a sealed envelope addressed as indicated on the attached service list.

METHOD OF SERVICE

☐ (BY MAIL) I enclosed the documents in a sealed envelope or package and addressed to the parties at the addresses as indicated on the attached service list.

    ☐ I deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid thereon.

    ☐ I placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of this office for the collection, processing and mailing of documents. On the same day that documents are placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ (BY ELECTRONIC SERVICE) I caused the foregoing document(s) to be sent via electronic transmittal to the notification addresses listed below as registered with this court's case management/electronic court filing system.

☐ (BY FEDERAL EXPRESS) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses as indicated on the attached service list. I placed the envelope or package for collection and overnight delivery at an office or regularly utilized drop box of the overnight delivery carrier.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 12, 2026, at Woodland Hills, California.


                */s/ Leslie De Leon*
                Leslie De Leon

Case No. 2:24-cv-00481-TLN-AC
PLAINTIFFS' JOINT RULE 26 INITIAL EXPERT DISCLOSURES

<u>SERVICE LIST</u>

PORTER | SCOTT
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
jwhitefleet@porterscott.com
eorquiza@porterscott.com
service@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendant SHASTA COUNTY


DEAN GAZZO ROISTACHER LLP
Lee H. Roistacher, SBN 179619
lroistacher@deangazzo.com
bmesner@deangazzo.com
mkilcrease@deangazzo.com
skolstad@deangazzo.com
gmontano@deangazzo.com
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 264-4938
Fax: (858) 492-0486
*Attorneys for Defendants* CALIFORNIA HIGHWAY PATROL and RYAN CATES


**LAW OFFICES OF GRECH & PACKER**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiff* DAVID COUCH, Sr.

**SINGLETON SCHREIBER, LLP**
Kimberly S. Hutchison (SBN 288682)
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
(619) 860-0121
*khutchison@singletonschreiber.com*
emunoz@singletonschreiber.com
*tmarrinan@singletonschreiber.com*
*jcomstock@singletonschreiber.com*
*Attorneys for Plaintiff* JEANELLE COUCH

PLAINTIFFS' JOINT RULE 26 INITIAL EXPERT DISCLOSURES