**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
jwhitefleet@porterscott.com
Colin J. Nystrom, SBN 354503
cnystrom@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
SHASTA COUNTY
*(Exempt from Filing Fees Pursuant to Government Code § 6103)*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID COUCH, Sr., and JEANELLE COUCH; both individually and as successors in interest to DAVID COUCH, Jr., Decedent, | Case No.  2:24-cv-00481-TLN-AC |
| Plaintiffs, | **STIPULATION OF DISMISSAL; [PROPOSED] ORDER** |
| v. | Complaint Filed:  01/12/2024 |
| STATE OF CALIFORNIA, by and through CALIFORNIA HIGHWAY PATROL; RYAN CATES; SHASTA COUNTY; and DOES 1-20, inclusive, | |
| Defendants. | |

///

///

///

///

///

1

**STIPULATION OF DISMISSAL; [PROPOSED] ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs DAVID COUCH, Sr., and JEANELLE COUCH; both individually and as successors in interest to DAVID COUCH, Jr., Decedent, and Defendant SHASTA COUNTY, by and through their counsel of record, that the above-captioned action be dismissed with prejudice as to Defendant COUNTY OF SHASTA only, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorney fees and costs.

**IT IS SO STIPULATED.**

Dated:                                                    PORTER SCOTT
                                                          A PROFESSIONAL CORPORATION

                                                          By:   /s/ John R. Whitefleet
                                                                John R. Whitefleet
                                                                Attorney for Defendant SHASTA COUNTY

Dated:                                                    Singleton Schreiber, LLP

                                                          By: /s/ Kimberley Hutchinson *(authorized 07.09.2026)*
                                                                Kimberly Hutchison
                                                                Attorney for Plaintiff Jeanelle Couch

Dated:                                                    Law Offices of Dale K. Galipo

                                                          By:   /s/ Marcel Sincich *(authorized 07.10.2026)*
                                                                Marcel Sincich
                                                                Attorney for Plaintiff David Couch Sr.

**IT IS SO ORDERED.**

Dated:

                                                          _____
                                                          United States District Court Judge
                                                          Eastern District of California

2
**STIPULATION OF DISMISSAL; [PROPOSED] ORDER**