Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Brooke M. Mesner, Esq. (SBN 354265)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: lroistacher@deangazzo.com
bmesner@deangazzo.com

Attorneys for Defendants
State of California by and through California
Highway Patrol and Sgt. Ryan Cates

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID COUCH, Sr., and JEANELLE COUCH; both individually and as successors in interest to DAVID COUCH, Jr. Decedent,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, by and through CALIFORNIA HIGHWAY PATROL; RYAN CATES; SHASTA COUNTY; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-00481-TLN-AC<br><br>**STIPULATION TO DISMISS THE FOURTEENTH AMENDMENT CLAIM AND PUNITIVE DAMAGES AGAINST DEFENDANTS; [PROPOSED] ORDER**<br><br>Courtroom: 2<br>Judge: Troy L. Nunley<br>Magistrate: Allison Claire<br><br>Complaint Filed: 01/12/2024<br>Trial Date: None set |

**IT IS HEREBY AGREED AND STIPULATED** by and between plaintiffs David Couch Sr. and Jeanelle Couch and defendants California Highway Patrol ("CHP") and Ryan Cates (the "Parties"), through respective counsel as follows regarding plaintiffs' operative Complaint:

1. Plaintiffs dismiss with prejudice their Third Claim for Relief for the Fourteenth Amendment Denial of Familial Relationship (42 U.S.C. § 1983) against defendants;

///

2. Plaintiffs dismiss with prejudice their request for punitive damages under federal and state law against defendant Ryan Cates.

3. Defendants CHP and Ryan Cates shall not file a motion for summary judgment or motion for partial summary judgment in this action; and

4. Each party will bear their own fees and costs regarding these dismissals.

5. All other claims asserted in the operative Complaint are preserved and remain unaffected by this stipulation.

Stipulating parties request the Court enter an order of dismissal pursuant to this stipulation and Federal Rule of Civil Procedure 41(a)(2).

Dated: September 4, 2026

Law Offices of Dale K. Galipo

By: */s/ Marcel F. Sincich (*as authorized on 09 04 2026*)*

Dale K. Galipo
Marcel F. Sincich
Attorneys for Plaintiff
David Couch, Sr.

Dated: September 4, 2026

Singleton Schreiber, LLP

By: */s/ Kimberly Sue Hutchison (*as authorized on 09 04 2026*)*

Kimberly Sue Hutchison
Attorneys for Plaintiff Jeanelle
Couch

Dated: September 4, 2026

Dean Gazzo Roistacher LLP

By: */s/ Brooke M. Mesner*

Lee H. Roistacher
Brooke M. Mesner
Attorneys for Defendants State of
California by and through California
Highway Patrol and Sgt. Ryan Cates