Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Brooke M. Mesner, Esq. (SBN 354265)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: lroistacher@deangazzo.com
bmesner@deangazzo.com

Attorneys for Defendants
State of California by and through California
Highway Patrol and Sgt. Ryan Cates

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID COUCH, Sr., and JEANELLE COUCH; both individually and as successors in interest to DAVID COUCH, Jr. Decedent,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, by and through CALIFORNIA HIGHWAY PATROL; RYAN CATES; SHASTA COUNTY; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-00481-TLN-AC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS THE FOURTEENTH AMENDMENT AND PUNITIVE DAMAGES CLAIMS AGAINST DEFENDANTS [FRCP 41]**<br><br>Courtroom: 2<br>Judge: Troy L. Nunley<br>Magistrate: Allison Claire<br><br>Complaint Filed: 01/12/2024<br>Trial Date: None set |

Having read the stipulation between the parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED** pursuant to Federal Rule of Civil Procedure 41(a)(2) as follows:

1. Plaintiffs' third claim for relief for Fourteenth Amendment Denial of Familial Relationship (42 U.S.C. § 1983) against Defendants California Highway Patrol ("CHP") and Ryan Cates is dismissed with prejudice;

///

2. Punitive damages under federal and state law against defendant Ryan Cates are dismissed with prejudice;

3. Defendant CHP and Defendant Ryan Cates shall not file a motion for summary judgment or motion for partial summary judgment in this action; and

4. Each party will bear their own fees and costs regarding these dismissals.

5. All other claims asserted in the operative complaint are preserved and remain unaffected by this stipulation.

**IT IS SO ORDERED.**

DATED:_______________

_______________________________
TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE