**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiff* DAVID COUCH, Sr.

**SINGLETON SCHREIBER, LLP**
Kimberly S. Hutchison (SBN 288682)
khutchison@singletonschreiber.com
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
(619) 860-0121

*Attorneys for Plaintiff* JEANELLE COUCH

Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Brooke M. Mesner, Esq. (SBN 354265)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: lroistacher@deangazzo.combmesner@deangazzo.com
*Attorneys for Defendants California Highway Patrol and Sgt. Cates*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID COUCH, Sr., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, et al,<br><br>Defendants. | Case No.: **2:24-cv-00481**-TLN (AC)<br><br>[*Honorable Troy L. Nunley*]<br>*Magistrate Judge Allison Claire*<br><br>**JOINT NOTICE OF TRIAL READINESS** |

Pursuant to this Court's Initial Pretrial Scheduling Order (Docs. 2 and 41), the Parties submit the following Joint Notice of Trial Readiness:

**1. THE PARTIES AND CLAIMS:**

Plaintiff: DAVID COUCH, Sr. and JEANNELLE COUCH

Defendants: STATE OF CALIFORNIA by and through California Highway Patrol and RYAN CATES

Claims For Relief: (a) Violation of the Fourth Amendment, Excessive Force, pursuant to 42 U.S.C. § 1983 against Defendant Officer Cates; (b) Battery by a police officer; (c) Negligence; and (d) Violation of the Bane Act. (See Doc. 1-3, Plaintiffs' Complaint for Damages; Doc. 5, CHP Answer to Complaint; Doc. 14, Cates Answer to Complaint; Doc. 17, Shasta Answer to Complaint; Doc. 39, dismissal of Shasta and second claim for relief for denial of medical care; and Doc. 41, dismissal of third claim for relief for Fourteenth Amendment denial of familial relationship and punitive damages.)

**2. APPROPRIATENESS OF SPECIAL PROCEDURES:**

The parties agree that there are no special procedures necessary at this time.

**3. TRIAL ESTIMATE:**

The parties estimate 5-7 court days for this trial, including time necessary for jury selection and to finalize jury instructions and instruct the jury.

Plaintiffs believe that it will take approximately 3 days to present Plaintiff's case.

Defendants believe it will take approximately 3 days to present their case.

**4. THE TRIAL IS TO BE A JURY TRIAL:**

This trial is to be a jury trial.

**5. AVAILABILITY FOR TRIAL:**

Plaintiffs' Availability: June 28, 2027; September 13, 2027; December 6, 2027.

Defendants' Availability: September 6, 2027 – September 17, 2027; October 11, 2027 – October 22, 2027; November 15, 2027 – November 22, 2027; and January 3, 2028 – January 14, 2028.

**6. WILLINGNESS TO ATTEND A SETTLEMENT CONFERENCE:**

The Parties are agreeable to attending a settlement conference. The Parties are discussing setting up a scheduling conference with Magistrate Judge Jeremy D. Peterson.

Respectfully submitted,

DATED: October 9, 2026

**LAW OFFICES OF DALE K. GALIPO**
**GRECH, PACKER, & HANKS**

By: */s/ Marcel F. Sincich*
Dale K. Galipo, Esq.
Marcel F. Sincich, Esq.
Trenton C. Packer, Esq.
*Attorneys for Plaintiff* DAVID COUCH, Sr.

DATED: October 9, 2026

**SINGLETON SCHREIBER, LLP**

By: */s/ Kimberly Hutchison*
Kimberly S. Hutchison, Esq.
*Attorneys for Plaintiff* JEANELLE COUCH

DATED: October 9, 2026

**Dean Gazzo Roistacher LLP**

By: */s/ Brooke M. Mesner*
Lee H. Roistacher
Brooke M. Mesner
*Attorneys for Defendants California Highway Patrol and Sgt. Cates*