AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

DAVID COUCH, SR., and JEANELLE COUCH; both individually and as successors in interest to DAVID COUCH, JR. Decedent

*Plaintiff*

v.

STATE OF CALIFORNIA, by and through CALIFORNIA HIGHWAY PATROL; RYAN CATES; SHASTA COUNTY; and DOES 1-20, inclusive

*Defendant*

Case No. 2:24-cv-00481-TLN-AC

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, State of California, by and through Calfornia Highway Patrol and Ryan Cates .

Date: 10/20/2026

/s/ Aleries Lau
*Attorney's signature*

Aleries Lau , SBN 340709
*Printed name and bar number*

Dean Gazzo Roistacher LLP
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
*Address*

alau@deangazzo.com
*E-mail address*

(858) 380-4683
*Telephone number*

(858) 483-0486
*FAX number*