AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**David Couch, Sr., and Jeanelle Couch; both individually and as successors in interest to David Couch, Jr. Decedent**
*Plaintiff*
v.
**STATE OF CALIFRONIA, by and through CALIFRONIA HIGHWAY PATROL; RYAN CATES; SHASTA COUNTY; and DOES 1-20, inclusive**
*Defendant*

Case No. **2:24-cv-00481-TLN-AC**

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

*Plaintiff:* **Jeanelle Couch, both individually and as a successor in interest to David Couch, Jr. Decedent** .

Date: **11/10/2026**

**/S/ Taylor P. Marrinan**
*Attorney's signature*

**Taylor P. Marrinan, SBN 34068**
*Printed name and bar number*
1

Singleton Schreiber, LLP
591 Camino De La Reina, Ste. 1025
San Diego, CA 92108
*Address*

**tmarrinan@singletonschreiber.com**
*E-mail address*

**(619) 704-3639**
*Telephone number*

*FAX number*